**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-10010 |
| BORDEN DAIRY COMPANY | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| HOOD CAD | HOPKINS COUNTY | CITY OF SULPHUR SPRINGS |
| NAVARRO COUNTY | WISE COUNTY | SULPHUR SPRINGS ISD |
| DALLAS COUNTY | UPSHUR COUNTY | JACK CAD |
| ELLIS COUNTY | GRAYSON COUNTY | GREGG COUNTY |
| JACK COUNTY | RUSK COUNTY | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on <u>6th</u> day of  <u>January, 2020</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| M. BLAKE CLEARY<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | US  TRUSTEE (DELAWARE)<br>844 KING STREET, RM 2207<br>LOCK BOX #35<br>WILMINGTON, DE 19899-0035 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:        dallas.bankruptcy@publicans.com


By: /s/ Elizabeth Weller
Elizabeth Weller
SBN: 00785514 TX