IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BORDEN DAIRY COMPANY, *et al.*, | Case No. 20-10010 (CSS) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF FILING OF BUDGET**

**PLEASE TAKE NOTICE** that on January 6, 2020, Borden Dairy Company and its affiliated debtors and debtors in possession filed the *Debtors' Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection, (B) Authorizing Use of Reserve Account Cash, (C) Scheduling Final Hearing, and (D) Granting Related Relief* [D.I. 13] (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that Exhibit 1 to the proposed Interim Order, which is attached as Exhibit A to the Motion, is the Budget. A form of the Budget is attached hereto as **Exhibit A** and remains subject to ongoing review and revision.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

25816274.1

Dated: January 6, 2020
      Wilmington, Delaware

          Respectfully submitted,

          */s/ Elizabeth S. Justison*
          YOUNG CONAWAY STARGATT & TAYLOR, LLP
          M. Blake Cleary (No. 3614)
          Kenneth J. Enos (No. 4544)
          Elizabeth S. Justison (No. 5911)
          Betsy L. Feldman (No. 6410)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253
          mbcleary@ycst.com
          kenos@ycst.com
          ejustison@ycst.com
          bfeldman@ycst.com

          -and-

          ARNOLD & PORTER KAYE SCHOLER LLP
          D. Tyler Nurnberg (*pro hac vice* admission pending)
          Seth J. Kleinman (*pro hac vice* admission pending)
          Sarah Gryll (*pro hac vice* admission pending)
          70 West Madison Street, Suite 4200
          Chicago, Illinois 60602-4231
          Telephone: (312) 583-2300
          Facsimile: (312) 583-2360
          tyler.nurnberg@arnoldporter.com
          seth.kleinman@arnoldporter.com
          sarah.gryll@arnoldporter.com

          *Proposed Co-Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

Budget

**Borden Dairy Company**
13 Week Cash Flow Forecast ($000's)

| WEEK ENDING<br>WEEK # | 10-Jan<br>WEEK 1 | 17-Jan<br>WEEK 2 | 24-Jan<br>WEEK 3 | 31-Jan<br>WEEK 4 | 7-Feb<br>WEEK 5 | 14-Feb<br>WEEK 6 | 21-Feb<br>WEEK 7 | 28-Feb<br>WEEK 8 | 6-Mar<br>WEEK 9 | 13-Mar<br>WEEK 10 | 20-Mar<br>WEEK 11 | 27-Mar<br>WEEK 12 | 3-Apr<br>WEEK 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance Available | 5,281 | 15,961 | (5,815) | 10,611 | (3,505) | 6,965 | (5,749) | 8,207 | (8,952) | 2,333 | (2,720) | (2,389) | (15,040) | 5,281 |
| **Receipts (excl. AG Trusts)** | **20,720** | **20,241** | **19,868** | **19,577** | **18,810** | **19,004** | **19,156** | **19,275** | **19,946** | **19,893** | **19,848** | **19,814** | **19,696** | **255,847** |
| Cash Outflows: | | | | | | | | | | | | | | |
| **Non-Milk Disbursements:** | | | | | | | | | | | | | | |
| *Specialty Materials* | (4,909) | (3,397) | (2,625) | (2,362) | (2,955) | (3,234) | (3,321) | (3,390) | (3,419) | (3,388) | (3,362) | (3,341) | (3,229) | (42,931) |
| *Purchased for Resale* | (1,793) | (1,240) | (958) | (863) | (1,079) | (1,181) | (1,213) | (1,238) | (1,248) | (1,237) | (1,228) | (1,220) | (1,180) | (15,677) |
| *Distribution & Transport* | (1,734) | (1,200) | (927) | (834) | (1,044) | (1,142) | (1,173) | (1,198) | (1,208) | (1,197) | (1,187) | (1,180) | (1,140) | (15,164) |
| *Plant, Maintenance & Facility Costs* | (1,207) | (835) | (645) | (581) | (726) | (795) | (816) | (833) | (840) | (833) | (826) | (821) | (797) | (10,557) |
| *Taxes & Utilities* | (1,359) | (940) | (727) | (654) | (818) | (895) | (919) | (939) | (946) | (938) | (931) | (925) | (897) | (11,888) |
| *Non-Restructuring Professionals* | (586) | (405) | (313) | (282) | (353) | (386) | (396) | (405) | (408) | (404) | (401) | (399) | (337) | (5,074) |
| *All Other* | (129) | (89) | (69) | (62) | (78) | (85) | (87) | (89) | (90) | (89) | (88) | (88) | (366) | (1,409) |
| *Trailing Capital Payments* | (400) | (233) | (233) | (233) | (400) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,500) |
| **Total Non-Milk Disbursements** | **(12,117)** | **(8,340)** | **(6,497)** | **(5,871)** | **(7,452)** | **(7,717)** | **(7,927)** | **(8,092)** | **(8,159)** | **(8,085)** | **(8,023)** | **(7,974)** | **(7,946)** | **(104,201)** |
| Milk Payments (excl. AG Trusts) | 0 | 0 | 0 | (5,837) | (2,428) | (12,951) | (799) | (15,878) | (2,483) | (8,460) | (8,394) | (13,440) | (2,616) | (73,287) |
| Payroll (Inc taxes) | (2,670) | (6,130) | (1,779) | (6,173) | (1,578) | (5,574) | (2,405) | (4,692) | (1,952) | (6,725) | (1,967) | (5,610) | (1,919) | (49,174) |
| Total 503(b)(9) Claims | (1,850) | (19,203) | (1,480) | (9,820) | (1,300) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (33,653) |
| Maintenance CAPEX | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (3,250) |
| **Total Cash Outflow** | **(16,887)** | **(33,923)** | **(10,006)** | **(27,952)** | **(13,008)** | **(26,492)** | **(11,380)** | **(28,912)** | **(12,844)** | **(23,520)** | **(18,634)** | **(27,274)** | **(12,731)** | **(263,565)** |
| **Net Cash Flow Available** | **3,833** | **(13,682)** | **9,861** | **(8,374)** | **5,802** | **(7,488)** | **7,776** | **(9,638)** | **7,101** | **(3,628)** | **1,215** | **(7,460)** | **6,964** | **(7,718)** |
| **Net AG Trust Receipts & Payments** | 6,847 | (8,094) | 6,565 | (5,318) | 4,668 | (4,226) | 6,180 | (6,623) | 4,183 | (925) | (883) | (5,192) | 4,155 | 1,339 |
| **Interest Payments Term A and ABL** | 0 | 0 | 0 | (424) | 0 | 0 | 0 | (399) | 0 | 0 | 0 | 0 | (426) | (1,249) |
| **Restructuring Costs** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2,000) | 0 | 0 | (500) | (2,500) |
| **Ending Cash Balance** | 15,961 | (5,815) | 10,611 | (3,505) | 6,965 | (5,749) | 8,207 | (8,952) | 2,333 | (2,720) | (2,389) | (15,040) | (4,847) | (4,847) |