# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>Borden Dairy Company, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Joint Administration Requested) |

## REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned will appear for Conopco, Inc. dba Unilever in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

**STARK & STARK, P.C.**
P.O. Box 5315
Princeton, NJ 08543
Attn: Joseph H. Lemkin, Esquire
Telephone: 609-791-7022
Fax: 609-896-0629
Email: jlemkin@stark-stark.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

4842-0871-8768, v. 1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of Conopco, Inc. dba Unilever in the above-captioned matter.

        **STARK & STARK, P.C.**
P.O. Box 5315
Princeton, NJ 08543
Attn: Joseph H. Lemkin, Esquire
Telephone:  609-791-7022
Fax:  609-896-0629
Email:  jlemkin@stark-stark.com

Dated:  January 6, 2020      By: /s/ *Joseph H. Lemkin*
                                                Joseph H. Lemkin

4842-0871-8768, v. 1