**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BORDEN DAIRY COMPANY, *et al.*[1] | Case No. 20-10010 (CSS) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**ELECTRONIC NOTICE FOR UNITED STATES**
**GOVERNMENT ATTORNEY MAI LAN G. RODGERS**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an

agency of the United States Government and a creditor in the above-captioned cases, hereby

files this notice of appearance and request for electronic notice pursuant to Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to

Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and

9007, that notice of all matters which may come before the Court concerning the above-

captioned cases and debtors be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules

2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices

of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or

requests, and any other documents brought before this Court in these cases, whether formal or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598), Borden Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310), Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location and the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated:  January 13, 2020                       Respectfully submitted,
          Washington, D.C.

                                              /s/ MAI LAN G. RODGERS
                                              MAI LAN G. RODGERS
                                              Attorney
                                              Bar No. VA 91024
                                              Pension Benefit Guaranty Corporation
                                              Office of the General Counsel
                                              1200 K Street, N.W.
                                              Washington, D.C. 20005-4026
                                              Telephone: (202) 229-3946
                                              Fax: (202) 229-4112
                                              Emails: Rodgers.MaiLan@pbgc.gov *and*
                                                      efile@pbgc.gov

## CERTIFICATE OF SERVICE

I hereby certify, that on this 13th day of January 2020, the **Notice of Appearance and Request for Electronic Notice for United States Government Attorney MAI LAN G. RODGERS** and the **Certification of United States Government Attorney MAI LAN G. RODGERS** were served via CM/ECF on all parties registered to receive notices for this case, on the following:

| | |
|---|---|
| **M. Blake Cleary**<br>**Kenneth J. Enos**<br>**Betsy Lee Feldman**<br>**Elizabeth Soper Justison**<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>**Jeffrey A. Fuisz**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>**Sarah Gryll**<br>**Seth Klienman**<br>**D. Taylor Nurnberg**<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602<br><br><br>*Debtors' Counsel*<br>**via CM/ECF** | **Timothy Jay Fox, Jr.**<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br>*Counsel for the U.S. Trustee*<br>**via CM/ECF** |

/s/ MAI LAN G. RODGERS
MAI LAN G. RODGERS
Attorney