**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Borden Dairy Company, *et al.* | ) | Case No. 20-10010 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby enter their appearances on behalf of the International Brotherhood of Teamsters & affiliated Locals 293, 783, 891, 964 & 991 ("Teamsters"), creditors of the Debtors and parties in interest in these cases.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned request that they be added to the matrix maintained by the Clerk and that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

Frederick Perillo, Esquire
Sara J. Geenen, Esquire
The Previant Law Firm, S.C.
310 W Wisconsin Ave., Suite 100MW
Milwaukee, WI 53203
414-271-4500
fp@previant.com
sjg@Previant.com

-And-

Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of the Teamsters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the Teamsters requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

                                            LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                            */s/ Susan E. Kaufman*
                                            Susan E. Kaufman, (DSB# 3381)
                                            919 North Market Street, Suite 460
                                            Wilmington, DE 19801
                                            (302) 472-7420
                                            (302) 792-7420 Fax
                                            skaufman@skaufmanlaw.com

Dated:  January 13, 2020