**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| Borden Dairy Company, *et al.* ) | Case No. 20-10010 (CSS) |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Sara J. Geenen of the Previant Law Firm, S.C., to represent the International Brotherhood of Teamsters & affiliated Locals 293, 783, 891, 964 & 991 in this action.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: January 13, 2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 13, 2020

*/s/ Sara J. Geenen*
Sara J. Geenen
The Previant Law Firm, S.C.
310 W Wisconsin Ave., Suite 100MW
Milwaukee, WI 53203
414-271-4500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Sara J. Geenen, Esquire is granted.