**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Borden Dairy Company | : | Case No. 20-10010 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.       **Central States, Southeast and Southwest Areas Pension Fund**, Attn: Andrew Herink, 8647 W. Higgins Road, Chicago, IL 60631, Phone: 847-939-2458, Fax: 847-518-9797

2.       **Tetra Pak, Inc.**, Attn: Brian Carter, 3300 Airport Rd., Denton, TX 76207, Phone: 940-380-4692

3.       **Packaging Corporation of America,** Attn: Giacomo Mauro, 1 N. Field Ct., Lake Forest, IL 60045, Phone: 847-482-2134, Fax: 847-440-5498

4.       **Silgan White Cap LLC,** Attn: Nicole DeRosa, 1140 31st Street, Downers Grove, IL 60515, Phone: 630-515-5378, Fax: 630-515-5326

5.       **International Brotherhood of Teamsters,** Attn: Iain Gold, 25 Louisiana Ave, NW, Washington, DC 20001, Phone: 202-624-6600


ANDREW R. VARA
United States Trustee, Region 3


/s/ *Timothy Fox* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: January 15, 2020

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Blake Cleary, Esq., Phone: 302-571-6600, Fax: 302-571-1253