# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 24, 2020 AT 2:00 P.M. (ET)

### *THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT*

## ADJOURNED MATTERS

1. Motion of PNC Bank, National Association for Entry of an Order (I) Conditioning the Use, Sale, or Lease of Lenders' Prepetition Collateral on the Provision of Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363, 507(b) and Fed. R. Bankr. P. 4001(a) as of the Petition Date, and (II) Granting Ancillary and Related Relief [D.I. 84, 1/11/20]

   Response Deadline:  January 22, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and until February 20, 2020 at 12:00 p.m. (ET) for the Debtors]

   Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

[2] **Amended items appear in bold.**

    A.    Objection of Laguna Dairy, S. de R.L. de C.V. (f/k/a Laguna Dairy, S.A. de C.V.) and New Laguna, LLC [D.I. 158, 1/22/20]

    B.    Debtors' Preliminary Objection and Reservation of Rights [D.I. 171, 1/22/20]

Related Document:

    C.    Notice of Motion [D.I. 94, 1/13/20]

    D.    Notice of Rescheduled Hearing [D.I. 216, 1/27/20]

Status: This matter is adjourned to the April omnibus hearing date to be scheduled. The response deadline has been extended until seven days prior to the hearing.

2. Petition for Relief from and Lifting of the Automatic Stay Provisions of 11 U.S.C. § 362 [D.I. 250, 2/10/20]

Response Deadline: February 19, 2020 at 4:00 p.m. (ET) [Extended until March 18, 2020 at 4:00 p.m. (ET)]

Responses Received: None.

Related Documents:

    A.    Notice of Hearing and Motion of Eric Matlack for Relief from Stay under Section 362 of the Bankruptcy Code [D.I. 252, 2/10/20]

Status: This matter is adjourned to March 25, 2020 at 11:00 a.m. (ET).

## MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

3. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 239, 2/3/20]

Response Deadline: February 17, 2020 at 4:00 p.m. (ET)

Responses Received:

    A.    Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Supplemental Declaration [D.I. 271, 2/20/2020]

    C.    Certification of Counsel [D.I. 273, 2/20/20]

  D.  Revised Proposed Order

  E.  Order [D.I. 278, 2/21/20]

 Status: An order has been entered.

4. Debtors' Motion for Entry of an Order Extending the Time for the Debtors to File Their Schedules and Statements [D.I. 242, 2/3/20]

  Response Deadline:  February 17, 2020 at 4:00 p.m. (ET)

  Responses Received:  None.

  Related Documents:

  A.  Certificate of No Objection [D.I. 270, 2/20/20]

  B.  Proposed Order

  C.  Order [D.I. 279, 2/21/20]

 Status: An order has been entered.

**MATTERS GOING FORWARD**

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Critical Vendor Claims and 503(b)(9) Claims in the Ordinary Course of Business, (II) Authorizing the Debtors to Return Goods, and (III) Granting Related Relief [D.I. 10, 1/5/20]

  Response Deadline:  February 7, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) the Official Committee of Unsecured Creditors]

  Responses Received:

  A.  Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 40, 1/7/20]

  B.  Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National Association [D.I. 41, 1/7/20]

  C.  Preliminary Supplemental Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings [D.I. 130, 1/18/20]

    D.    Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 131, 1/18/20]

    E.    Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 132, 1/18/20]

    F.    The Committee of Unsecured Creditors' Omnibus Limited Objection, Response and Reservation of Rights [D.I. 151, 1/21/20]

Related Documents:

    G.    Declaration of Jason Monaco in Support of Debtors' Motion for Authorization to Pay Critical Vendors [D.I. 11, 1/5/20]

    H.    Interim Order [D.I. 59, 1/8/20]

    I.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20]

    J.    Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20]

    K.    Second Interim Order [D.I. 199, 1/24/20]

    L.    Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20]

Status:    **This matter is adjourned to March 3, 2020 at 1:00 p.m. (ET).**

6.    Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, Business Forms, and PNC and Fuel Card Programs, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief [D.I. 12, 1/5/20]

    Response Deadline:    February 7, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) the Official Committee of Unsecured Creditors]

    Responses Received:

    A.    Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 40, 1/7/20] *(See 5.A)*

    B.    Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National Association [D.I. 41, 1/7/20] *(See 5.B)*

    C.    Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 131, 1/18/20] *(See 5.D)*

    D.    Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 132, 1/18/20] *(See 5.E)*

    E.    The Committee of Unsecured Creditors' Omnibus Limited Objection, Response and Reservation of Rights [D.I. 151, 1/21/20] *(See 5.F)*

Related Documents:

    F.    Interim Order [D.I. 48, 1/8/20]

    G.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20] *(See 5.I)*

    H.    Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20] *(See 5.J)*

    I.    Second Interim Order [D.I. 202, 1/24/20]

    J.    Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20] *(See 5.L)*

Status:    **This matter is adjourned to March 3, 2020 at 1:00 p.m. (ET).**

7.    Debtors' Motion for Interim and Final Orders (A) Authorizing Use Cash Collateral and Granting Adequate Protection, (B) Authorizing Use of Reserve Account Cash, (C) Scheduling Final Hearing, and (D) Granting Related Relief [D.I. 13, 1/6/20]

Response Deadline:    February 7, 2020 at 4:00 p.m. (ET) [Extended until February 19, 2020 at 4:00 p.m. (ET) the Official Committee of Unsecured Creditors]

Responses Received:

    A.    Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 40, 1/7/20] *(See 5.A)*

    B.    Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National Association [D.I. 41, 1/7/20] *(See 5.B)*

C.     Objection of Laguna Dairy, S. de R.L. de C.V. (f/k/a Laguna Dairy, S.A. de C.V.) and New Laguna, LLC [D.I. 120, 1/16/20]

D.     Limited Objection of MAC Trailer Leasing, Inc. d/b/a PLM Trailer Leasing [D.I. 122, 1/16/20]

E.     Preliminary Supplemental Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' Cash Collateral Motion [D.I. 129, 1/18/20]

F.     Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 131, 1/18/20] *(See 5.D)*

G.     Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 132, 1/18/20] *(See 5.E)*

H.     Motion of Laguna Dairy, S. de R.L. de C.V. and New Laguna, LLC for Leave to File Response to the Objections of PNC Bank, National Association and KKR [D.I. 134, 1/21/20]

I.     Informal comments from the Office of the United States Trustee

J.     Informal comments from local governmental entities that are (a) authorized by the State of Texas to assess and collect taxes and (b) represented by the law firm of Linebarger Goggan Blair & Sampson, LLP.

K.     Central States' Reservation of Rights in Relation to Cash Collateral Motion [D.I. 149, 1/21/20]

L.     The Committee of Unsecured Creditors' Omnibus Limited Objection, Response and Reservation of Rights [D.I. 151, 1/21/20] *(See 5.F)*

<u>Related Documents</u>:

M.     Declaration of Sarah Gryll [D.I. 14, 1/6/20]

N.     Interim Order [D.I. 69, 1/9/20]

O.     Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20] *(See 5.I)*

P.     Debtors' Omnibus Reply to Objections to the Debtors' Cash Collateral Motion filed by (A) Laguna; and (B) PLM [D.I. 152, 1/21/20]

Q.     Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20] *(See 5.J)*

R.     Second Interim Order [D.I. 205, 1/24/20]

  S.  Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20] *(See 5.L)*

  T.  Notice of Filing of Proposed Third Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Authorizing Use of Reserve Account Cash, (D) Scheduling a Final Hearing, And (E) Granting Related Relief [D.I. 275, 2/20/20]

  Status:  Items D and J have been resolved.  **This matter is adjourned to March 3, 2020 at 1:00 p.m. (ET).**

8. Amended Motion for Relief from Stay to Allow Civil Litigation to Proceed [D.I. 107, 1/15/20]

  Response Deadline:  February 17, 2020 at 4:00 p.m. (ET)

  Responses Received:

  A.  Debtors' Objection and Reservation of Rights [D.I. 268, 2/18/20]

  B.  PNC Bank, National Association's Objection and Joinder to Debtors' Objection [D.I. 269, 2/18/20]

  Related Documents:

  C.  Notice of Motion of Carl W. Crawford for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 105, 1/14/20]

  D.  The Chubb Companies Reply to the Debtors' Objection and Reservation of Rights [D.I. 274, 2/20/20]

  **E.**  **Certification of Counsel [D.I. 290, 2/24/20]**

  **F.**  **Revised Proposed Order**

  **Status:**  **A certification of counsel has been filed.  The Court may enter the revised proposed order without further notice or hearing.**

Motion of Red Diamond, Inc. for the Allowance and Payment of an Administrative Expense [D.I. 211, 1/24/20]

  Response Deadline:  February 17, 2020 at 4:00 p.m. (ET)

  Related Documents:

  G.  Amended Notice of Demand for Reclamation of Red Diamond, Inc. [D.I. 212, 1/24/20]

    **H.**    **Certification of Counsel Regarding Stipulation and Agreement [D.I. 285, 2/21/20]**

    **I.**    **Order Approving Stipulation and Agreement [D.I. 289, 2/24/20[**

    Status:    **An order has been entered.**

9. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [D.I. 238, 2/3/20]

    Response Deadline:    February 17, 2020 at 4:00 p.m. (ET) [Extended until February 20, 2020 at 12:00 p.m. (ET) for PNC Bank, National Association and KKR Credit Advisors (US) LLC]

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    Related Documents:

    B.    Supplemental Declaration of D. Tyler Nurnberg [D.I. 280, 2/21/20]

    C.    Certification of Counsel [D.I. 282, 2/21/20]

    D.    Revised Proposed Order

    **E.**    **Order [D.I. 287, 2/21/20]**

    Status:    **An order has been entered.**

10. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Donlin, Recano & Company, Inc. as Administrative Advisor for the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 240, 2/3/20]

    Response Deadline:    February 17, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Certificate of No Objection [D.I. 283, 2/21/20]

    C.    Proposed Order

    **D.**    **Order [D.I. 288, 2/21/20]**

Status: **An order has been entered**.

11. Debtors' Motion for an Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 241, 2/3/20]

    Response Deadline: February 17, 2020 at 4:00 p.m. (ET) [Extended until February 20, 2020 at 12:00 p.m. (ET) for PNC Bank, National Association]

    Responses Received:

    A. Preliminary Omnibus Objection and Reservation of Rights of PNC Bank, National Association to Debtors' (I) Interim Compensation Procedures Motion and (II) Ordinary Course Professionals Motion [D.I. 272, 2/20/20]

    Status: This matter is going forward.

12. Motion for Entry of an Order Authorizing the Debtors to (A) Retain AP Services, LLC and (B) Designate Kent Percy as CRO, *Nunc Pro Tunc* to January 13, 2020 [D.I. 243, 2/3/20]

    Response Deadline: February 17, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A. Informal comments from the Office of the United States Trustee

    Related Documents:

    B. Supplemental Declaration of Kent Percy of AP Services, LLC [D.I. 277, 2/21/20]

    C. Certification of Counsel [D.I. 281, 2/21/20]

    D. Revised Proposed Order

    **E. Order [D.I. 286, 2/21/20]**

    Status: **An order has been entered.**

13. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 258, 2/10/20]

Response Deadline: February 17, 2020 at 4:00 p.m. (ET) [Extended until February 20, 2020 at 12:00 p.m. (ET) for PNC Bank, National Association]

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Preliminary Omnibus Objection and Reservation of Rights of PNC Bank, National Association to Debtors' (I) Interim Compensation Procedures Motion and (II) Ordinary Course Professionals Motion [D.I. 272, 2/20/20]

Status: This matter is going forward.

Dated: February 24, 2020
     Wilmington, Delaware

Respectfully submitted,

*/s/ Betsy L. Feldman*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mbcleary@ycst.com
kenos@ycst.com
ejustison@ycst.com
bfeldman@ycst.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
D. Tyler Nurnberg (admitted *pro hac vice*)
Seth J. Kleinman (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
tyler.nurnberg@arnoldporter.com
seth.kleinman@arnoldporter.com
sarah.gryll@arnoldporter.com

*Co-Counsel to the Debtors and Debtors in Possession*

26064783.1