**N THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 3, 2020 AT 1:00 P.M. (ET)**

**MATTERS GOING FORWARD**

1.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Critical Vendor Claims and 503(b)(9) Claims in the Ordinary Course of Business, (II) Authorizing the Debtors to Return Goods, and (III) Granting Related Relief [D.I. 10, 1/5/20]

<u>Response Deadline</u>:                     February 7, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

<u>Responses Received</u>:

A.      Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 40, 1/7/20]

B.      Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National Association [D.I. 41, 1/7/20]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

C.      Preliminary Supplemental Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings [D.I. 130, 1/18/20]

D.      Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 131, 1/18/20]

E.      Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 132, 1/18/20]

F.      The Committee of Unsecured Creditors' Omnibus Limited Objection, Response and Reservation of Rights [D.I. 151, 1/21/20]

Related Documents:

G.      Declaration of Jason Monaco in Support of Debtors' Motion for Authorization to Pay Critical Vendors [D.I. 11, 1/5/20]

H.      Interim Order [D.I. 59, 1/8/20]

I.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20]

J.      Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20]

K.      Second Interim Order [D.I. 199, 1/24/20]

L.      Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20]

M.      Notice of Hearing on March 3, 2020 at 1:00 p.m. (ET) [D.I. 294, 2/24/20]

Status:      The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

2.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, Business Forms, and PNC and Fuel Card Programs, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (III) Granting Related Relief [D.I. 12, 1/5/20]

Response Deadline:      February 7, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

2

Responses Received:

A.     Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion and Other First Day Motions [D.I. 40, 1/7/20] *(See 1.A)*

B.     Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National Association [D.I. 41, 1/7/20] *(See 1.B)*

C.     Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 131, 1/18/20] *(See 1.D)*

D.     Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus Objection of PNC Bank, National Association to Debtors' Cash Collateral and Other First Day Motions [D.I. 132, 1/18/20] *(See 1.E)*

E.     The Committee of Unsecured Creditors' Omnibus Limited Objection, Response and Reservation of Rights [D.I. 151, 1/21/20] *(See 1.F)*

Related Documents:

F.     Interim Order [D.I. 48, 1/8/20]

G.     Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20] *(See 1.I)*

H.     Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20] *(See 1.J)*

I.     Second Interim Order [D.I. 202, 1/24/20]

J.     Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20] *(See 1.L)*

K.     Notice of Hearing on March 3, 2020 at 1:00 p.m. (ET) [D.I. 294, 2/24/20] *(See 1.M)*

Status:     The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

3.     Debtors' Motion for Interim and Final Orders (A) Authorizing Use Cash Collateral and Granting Adequate Protection, (B) Authorizing Use of Reserve Account Cash, (C) Scheduling Final Hearing, and (D) Granting Related Relief [D.I. 13, 1/6/20]

Response Deadline:     February 7, 2020 at 4:00 p.m. (ET) [Extended until February 19, 2020 at

4:00 p.m. (ET) for the Official Committee of
Unsecured Creditors]

Responses Received:

A.    Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion
and Other First Day Motions [D.I. 40, 1/7/20] *(See 1.A)*

B.    Omnibus Objection and Reservation of Rights of Certain Prepetition Lenders to
Debtors' First Day Pleadings and Joinder to Objection of PNC Bank, National
Association [D.I. 41, 1/7/20] *(See 1.B)*

C.    Objection of Laguna Dairy, S. de R.L. de C.V. (f/k/a Laguna Dairy, S.A. de C.V.)
and New Laguna, LLC [D.I. 120, 1/16/20]

D.    Limited Objection of MAC Trailer Leasing, Inc. d/b/a PLM Trailer Leasing [D.I.
122, 1/16/20]

E.    Preliminary Supplemental Objection and Reservation of Rights of Certain
Prepetition Lenders to Debtors' Cash Collateral Motion [D.I. 129, 1/18/20]

F.    Preliminary Supplemental Omnibus Objection of PNC Bank, National
Association to Debtors' Cash Collateral Motion and Other First Day Motions
[D.I. 131, 1/18/20] *(See 1.D)*

G.    Joinder of KKR Credit Advisors (US) LLC to Preliminary Supplemental Omnibus
Objection of PNC Bank, National Association to Debtors' Cash Collateral Motion
and Other First Day Motions [D.I. 132, 1/18/20] *(See 1.E)*

H.    Motion of Laguna Dairy, S. de R.L. de C.V. and New Laguna, LLC for Leave to
File Response to the Objections of PNC Bank, National Association and KKR
[D.I. 134, 1/21/20]

I.    Informal comments from the Office of the United States Trustee

J.    Informal comments from local governmental entities that are (a) authorized by the
State of Texas to assess and collect taxes and (b) represented by the law firm of
Linebarger Goggan Blair & Sampson, LLP.

K.    Central States' Reservation of Rights in Relation to Cash Collateral Motion [D.I.
149, 1/21/20]

L.    The Committee of Unsecured Creditors' Omnibus Limited Objection, Response
and Reservation of Rights [D.I. 151, 1/21/20] *(See 1.F)*

Related Documents:

M.    Declaration of Sarah Gryll [D.I. 14, 1/6/20]

N.      Interim Order [D.I. 69, 1/9/20]

O.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 71, 1/9/20] *(See 1.I)*

P.      Debtors' Omnibus Reply to Objections to the Debtors' Cash Collateral Motion filed by (A) Laguna; and (B) PLM [D.I. 152, 1/21/20]

Q.      Debtors' Omnibus Reply in Support of First Day Motions [D.I. 157, 1/22/20] *(See 1.J)*

R.      Second Interim Order [D.I. 205, 1/24/20]

S.      Omnibus Notice of Entry of Second Interim Orders and Final Hearing Thereon [D.I. 213, 1/24/20] *(See 1.L)*

T.      Notice of Filing of Proposed Third Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, (C) Authorizing Use of Reserve Account Cash, (D) Scheduling a Final Hearing, And (E) Granting Related Relief [D.I. 275, 2/20/20]

U.      Notice of Hearing on March 3, 2020 at 1:00 p.m. (ET) [D.I. 294, 2/24/20] *(See 1.M)*

Status:     The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

4.      Motion of PNC Bank, National Association for Entry of an Order (I) Conditioning the Use, Sale, or Lease of Lenders' Prepetition Collateral on the Provision of Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363, 507(b) and Fed. R. Bankr. P. 4001(a) as of the Petition Date, and (II) Granting Ancillary and Related Relief [D.I. 84, 1/11/20]

Response Deadline:                  January 22, 2020 at 4:00 p.m. (ET) [Extended until February 17, 2020 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and until February 20, 2020 at 12:00 p.m. (ET) for the Debtors]

Responses Received:

A.      Objection of Laguna Dairy, S. de R.L. de C.V. (f/k/a Laguna Dairy, S.A. de C.V.) and New Laguna, LLC [D.I. 158, 1/22/20]

B.      Debtors' Preliminary Objection and Reservation of Rights [D.I. 171, 1/22/20]

Related Document:

C.      Notice of Motion [D.I. 94, 1/13/20]

26080648.2

D.    Notice of Rescheduled Hearing [D.I. 216, 1/27/20]

Status:    The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

5.    Debtors' Motion for an Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 241, 2/3/20]

Response Deadline:                    February 17, 2020 at 4:00 p.m. (ET) [Extended until February 20, 2020 at 12:00 p.m. (ET) for PNC Bank, National Association]

Responses Received:

A.    Preliminary Omnibus Objection and Reservation of Rights of PNC Bank, National Association to Debtors' (I) Interim Compensation Procedures Motion and (II) Ordinary Course Professionals Motion [D.I. 272, 2/20/20]

Related Documents:

B.    Notice of Hearing on March 3, 2020 at 1:00 p.m. (ET) [D.I. 294, 2/24/20] *(See 1.M)*

Status:    The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

6.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 258, 2/10/20]

Response Deadline:                    February 17, 2020 at 4:00 p.m. (ET) [Extended until February 20, 2020 at 12:00 p.m. (ET) for PNC Bank, National Association]

Responses Received:

A.    Informal comments from the Office of the United States Trustee

B.    Preliminary Omnibus Objection and Reservation of Rights of PNC Bank, National Association to Debtors' (I) Interim Compensation Procedures Motion and (II) Ordinary Course Professionals Motion [D.I. 272, 2/20/20]

26080648.2

Related Documents:

C.      Notice of Hearing on March 3, 2020 at 1:00 p.m. (ET) [D.I. 294, 2/24/20] *(See 1.M)*

Status:     The parties are in discussions to resolve all outstanding matters on a final basis through the submission of an order at the hearing. In the absence of a resolution on an interim or final basis, this matter is going forward.

Dated: February 28, 2020
        Wilmington, Delaware                  Respectfully submitted,

                                              */s/ Kenneth J. Enos*
                                              _____
                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                              M. Blake Cleary (No. 3614)
                                              Kenneth J. Enos (No. 4544)
                                              Elizabeth S. Justison (No. 5911)
                                              Betsy L. Feldman (No. 6410)
                                              Rodney Square
                                              1000 North King Street
                                              Wilmington, Delaware 19801
                                              Telephone:  (302) 571-6600
                                              Facsimile:  (302) 571-1253
                                              mbcleary@ycst.com
                                              kenos@ycst.com
                                              ejustison@ycst.com
                                              bfeldman@ycst.com

                                              -and-

                                              ARNOLD & PORTER KAYE SCHOLER LLP
                                              D. Tyler Nurnberg (admitted *pro hac vice*)
                                              Seth J. Kleinman (admitted *pro hac vice*)
                                              Sarah Gryll (admitted *pro hac vice*)
                                              70 West Madison Street, Suite 4200
                                              Chicago, Illinois 60602-4231
                                              Telephone: (312) 583-2300
                                              Facsimile: (312) 583-2360
                                              tyler.nurnberg@arnoldporter.com
                                              seth.kleinman@arnoldporter.com
                                              sarah.gryll@arnoldporter.com

                                              *Counsel to the Debtors and
                                              Debtors in Possession*

26080648.2