## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BORDEN DAIRY COMPANY, *et al.*, | ) | Case No. 20-10010 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Borden Dairy Company and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Reservation of Rights</u>**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and

Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**.  On January 5, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 8, 2020, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under case number 20-10010 (CSS) [Docket No. 47].

**Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.**

3. **Net Book Value of Assets**.  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information

becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property**. Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which vary based on the asset class or the remaining lease life with respect to each location where the assets are placed in service, whichever is less. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. Prepetition liabilities which have been paid postpetition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for

purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Intercompany and Other Transactions**.  For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "**Intercompany Claims**"). Intercompany Claims are reported as of the Petition Date.  While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements do not reflect all intercompany activity.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any Intercompany Claims is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

10. **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

11. **Materialman's/Mechanic's Liens**.  The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

12. **Classifications**.    Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

13. **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

14. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

15. **Litigation**.  Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against a particular Debtor may relate to one or more of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

16. **Summary of Significant Reporting Policies**.    The following is a summary of significant reporting policies:

      a.     Undetermined Amounts. The description of an amount

as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.      Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.      Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

17. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

18. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

20. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the Petition Date. Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' *Motion Of The Debtors For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Continue To Maintain Their Existing Cash Management System, Bank Accounts, Business Forms, And PNC And Fuel Card Programs, (B) Honor Certain Prepetition Obligations Related Thereto, And (C) Continue To Perform Intercompany Transactions, (II)*

*Granting Administrative Expense Status To Postpetition Intercompany Claims, And (III) Granting Related Relief* [Docket No. 12] (the "**Cash Management Motion**").

**Schedule A/B 7**.  The Bankruptcy Court, pursuant to the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 4], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $900,000.00.  Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11**.  Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.  All amounts of accounts receivable are recorded as gross amounts.

**Schedule A/B 15**.  Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors have listed owned real property in Schedule A/B 55. The Debtors have also listed their real property leases in Schedule A/B 55.  The Debtors' leasehold interests/improvements appear on Schedule A/B 55.

**Schedule A/B 61**.  The Debtors have listed owned domain names.  In addition, the Debtors have an internet presence on various websites including but not limited to Pinterest, YouTube, Facebook, Twitter and Instagram.

**Schedule A/B 63**.  The Debtors maintain a customer list/database. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 73**.  The Debtors property insurance coverage is layered.  Individual insurance carriers and corresponding policy numbers are as follows: (i) Beazley Lloyd's Syndicate 2623/623, W233C1190201; (ii) Arch Specialty Insurance Co., ESP7303053-03; (iii) Lexington Ins. Co., 011144832; (iv) Allied World Assurance Co., 0310-7409-1A; (v) Lloyd's of London, B1230AP06336B19; (vi) Lloyd's of London, B1230AP06336C19; (vii) Certain Underwriters at Lloyd's, B1230AP06336A19; (viii) First Specialty Insurance Co., ESP2003179 01; (ix) Lloyd's of London, HNYPRP19721165; (x) Everest Indemnity Ins. Co., CA3P001389-191; (xi) Evanston Insurance Co., MKLV11XP007468; (xii) RSUI Indemnity Co., NHD908588; (xiii) Princeton E&S Insurance Co., 78-A3-XP-0000464-02; (xiv) Hallmark Specialty Ins. Co., 73PRX19A11C; (xv) Arch Specialty Ins. Co., ESP1000614-00; (xvi) Aspen Specialty Insurance Co., PX008GQ19; (xvii) Homeland Insurance Co. of NY, 795010028; (xviii) Lloyd's of London, UTS2544570.19; and (xix) XL Insurance America Inc., US00084670PR18A.

In addition to the insurance policies listed on Schedule A/B, the Debtors maintain numerous insurance policies with respect to, among other things, employee health,

dental, disability, and life insurance benefits. These programs are described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 5].

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

Finally, any description of any lien or of the Debtors' property that is subject to a lien that is included in Schedule D is not an admission by the Debtors of the validity or the enforceability of the lien.  The descriptions included in Schedule D are derived from the various filings that record a creditor's alleged interest in the Debtors' property.  The Debtors reserve all rights to challenge these interests in connection with the Chapter 11 Cases.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Further, the incidents underlying the litigation Claims listed on Schedule E/F may have given rise to related obligations that the Debtors may be responsible for. Inclusion of these related obligations on Schedule E/F is not intended to suggest that the litigation counterparty is entitled to multiple or duplicative recoveries. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.    The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements have not been listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In

some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses that were not formally memorialized and could be subject to dispute. Such documents may not be set forth on Schedule G. Executory agreements that are oral in nature have not been included on Schedule G.

Finally, certain agreements do not expressly identify the Debtor counterparty. These agreements are predominantly with respect to suppliers and vendors of milk. These agreements have been listed in Schedule G of Borden Dairy Company but such suppliers and vendors may provide goods or services to other Debtors.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to or on behalf of insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). Except for payroll funding/disbursements, all of the Debtors' disbursements to third parties are made through the Central Concentration Account (as that term is defined in the Cash Management Motion), which is held and managed by Borden Dairy Company.  The amounts listed in Statement 3 reflect the Debtors'

disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors have included all consulting and payroll distributions and travel, entertainment, and other expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."  In addition, certain of the reimbursements to individuals are reported as a negative amount to account for unreimbursed personal expenses due to the fact that the Debtors are not able to offset the unreimbursed personal expenses against the allowed expenses.

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto.  In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

As discussed above, except for payroll funding/disbursements, all of the Debtors' disbursements to third parties are made through the Central Concentration Account which is held and managed by Borden Dairy Company.  As a result, payments related to bankruptcy are reflected on the Statements of Borden Dairy Company only, but were made on behalf of all of the Debtors.

**Statement 17**.  Borden Dairy Company is the Primary Plan Sponsor of the Borden Dairy Company 401k Plan.  Accordingly, the Borden Dairy Company 401k Plan is only disclosed in

Statement 17 for Borden Dairy Company. The other Debtors are considered adopting/participating employers in the Borden Dairy Company 401k Plan.

**Statement 26a**. The Debtors have included employees at the manager level and above who have maintained the Debtors' books and records within two years before the Petition Date.

**Statement 26d**. The Debtors have attempted to list in Statement 26d the parties that they have been provided financial statements or excerpted information from financial statements in the ordinary course of the Debtors' businesses within two years immediately before the Petition Date. However, given the fact that the Debtors have provided numerous financial institutions, creditors, and other parties financial statements or excerpts therefrom within two years immediately before the Petition Date and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** Borden Dairy Company

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10010

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ...................................................................

$140,611.71

1b. **Total personal property:**
Copy line 91A from Schedule A/B ...............................................................

$746,037,908.83

1c. **Total of all property:**
Copy line 92 from Schedule A/B ..................................................................

$746,178,520.54

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

$255,800,000.00

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

UNDETERMINED

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

+ $671,482,500.98

**4.** *Total liabilities*
Lines 2 + 3a + 3b ...............................................................................................

$927,282,500.98

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Borden Dairy Company |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10010 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.  Cash on hand**

| 2.1. | _____ | $_____ |
| --- | --- | --- |

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | JP MORGAN CHASE PO BOX 182051 COLUMBUS OH 43218 | OPERATING ACCOUNT | 7755 | $25,000.00 |
| 3.2. | JP MORGAN CHASE PO BOX 182051 COLUMBUS OH 43218 | COLLECTIONS ACCOUNT/CONCENTRATION | 2866 | $0.00 |
| 3.3. | JP MORGAN CHASE PO BOX 182051 COLUMBUS OH 43218 | MERCHANT SERVICES DEPOSITS | 0842 | $0.00 |
| 3.4. | PNC BANK 500 FIRST AVENUE PITTSBURGH PA 15219 | CENTRAL CONCENTRATION ACCOUNT | 2807 | $8,006,887.15 |
| 3.5. | PNC BANK 500 FIRST AVENUE PITTSBURGH PA 15219 | COLLECTION ACCOUNT | 2815 | $0.00 |
| 3.6. | PNC BANK 500 FIRST AVENUE PITTSBURGH PA 15219 | GENERAL INSURANCE ACCOUNT | 0642 | $0.00 |

Debtor   **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.7. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | FLEX SPENDING ACCOUNT | 0669 | $0.00 |
| 3.8. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | EFT TAX ACCOUNT | 0677 | $0.00 |
| 3.9. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | MILK PAYABLES ACCOUNT | 0685 | ($370,179.18) |
| 3.10. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | AP ACCOUNT | 0693 | ($6,776,550.58) |
| 3.11. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | SUA | 8612 | ($926,751.91) |
| 3.12. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | FBO COLLECTION (ROUTE SETTLEMENT) ACCOUNT | 0706 | $0.00 |
| 3.13. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | FBO DEPOSIT ACCOUNT | 0714 | $0.00 |
| 3.14. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | CORPORATE PAYROLL | 4777 | ($360.44) |
| 3.15. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | EMPLOYEE RELIEF FUND | 7986 | $0.00 |
| 3.16. | PNC BANK<br>500 FIRST AVENUE<br>PITTSBURGH PA 15219 | RESERVE ACCOUNT | 2923 | $26,699,400.00 |

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $26,657,445.04 |
|---|

---

**Part 2:**    **Deposits and prepayments**

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.  REAL ESTATE<br><br>DALLAS INDEPENDENT SCHOOL DISTRI<br>3701 S LAMAR ST RM 206<br>DALLAS TX 75215-3687 | $40,593.93 |

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**7.**    **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.2. | PRE-PETITION RETAINER BALANCE | $21,726.42 |
| | DONLIN RECANO & COMPANY, INC.<br>6201 15TH AVENUE<br>BROOKLYN NY 11219 | |
| 7.3. | REAL ESTATE | $67,923.46 |
| | LAKE HIGHLANDS TOWER, LLC<br>3811 TURTLE CREEK BLVD STE 1800<br>DALLAS TX 75219 | |
| 7.4. | REAL ESTATE | $46,703.44 |
| | SPUS8 8750 NCX<br>PO BOX 846802<br>LOS ANGELES CA 90084-0010 | |
| 7.5. | PRE-PETITION RETAINER BALANCE | $125,218.10 |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>RODNEY SQUARE, 1000 NORTH KING STREET<br>WILLMINGTON DE 19801 | |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | SOFTWARE | $45,069.89 |
| | AFS TECHNOLOGIES INC | |
| 8.2. | SOFTWARE | $16,031.52 |
| | ANAPLAN INC | |
| 8.3. | SOFTWARE | $55,895.49 |
| | ANAPLAN INC | |
| 8.4. | BOARD FEES | $17,925.82 |
| | ARQUIMEDES QUNITANA | |
| 8.5. | SOFTWARE | $15,000.00 |
| | AUTOMATIONEDGE TECHOLOGIES INC | |
| 8.6. | SOFTWARE | $3,074.00 |
| | BIELS DOCUMENT MANAGEMENT | |
| 8.7. | SOFTWARE | $4,695.00 |
| | BIELS DOCUMENT MANAGEMENT | |
| 8.8. | SOFTWARE | $3,198.00 |
| | BOX INC | |
| 8.9. | SOFTWARE | $3,166.67 |
| | CANTO | |
| 8.10. | SOFTWARE | $15,178.32 |
| | CISCO SYSTEMS | |
| 8.11. | SOFTWARE | $9,742.50 |
| | CISION US INC | |

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

|       | Description, including name of holder of prepayment | Current value of debtor's interest |
|-------|-----------------------------------------------------|------------------------------------|
| 8.12. | SOFTWARE<br>CORPTAX | $36,696.41 |
| 8.13. | GOOD FAITH DEPOSIT<br>FIRST AMERICAN EQUIPMENT FINANCE | $25,000.00 |
| 8.14. | MEETINGS & CONFERENCES<br>FOOD MARKETING INSTITUTE | $6,995.00 |
| 8.15. | SOFTWARE<br>GXS | $10,559.97 |
| 8.16. | BOARD FEES<br>HAROLD STRUNK | $18,750.00 |
| 8.17. | SOFTWARE<br>HELP DESK TECHNOLOGY | $6,034.79 |
| 8.18. | SOFTWARE<br>INFOR USA | $2,586.61 |
| 8.19. | DUES AND SUBSCRIPTIONS<br>INTERNATIONAL DAIRY FOODS | $47,964.00 |
| 8.20. | COMPUTER SUPPLIES<br>ISG TECHNOLOGIES | $14,148.40 |
| 8.21. | COMPUTER SUPPLIES<br>ISG TECHNOLOGIES | $140,000.00 |
| 8.22. | SOFTWARE<br>JDA | $23,514.31 |
| 8.23. | DUES AND SUBSCRIPTIONS<br>NAXEX GLOBAL | $900.38 |
| 8.24. | SOFTWARE<br>ORACLE | $2,208.23 |
| 8.25. | SOFTWARE<br>PARK CITY GROUP | $70,687.50 |
| 8.26. | DUES AND SUBSCRIPTIONS<br>PARS INTERNATIONAL | $5,833.33 |
| 8.27. | EXPRESS DELIVERY<br>PITNEY BOWES | $14,714.34 |
| 8.28. | EARNEST MONEY FOR LEASED EQUIPMENT<br>PNC EQUIPMENT FINANCE LLC | $50,000.00 |
| 8.29. | SOFTWARE<br>REAL VISION SOFTWARE | $3,157.29 |
| 8.30. | SOFTWARE<br>SHI INTERNATIONAL CORP | $3,089.10 |

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | Current value of debtor's interest |
|---|---|---|
| 8.31. | SOFTWARE | $9,473.50 |
| | SHI INTERNATIONAL CORP | |
| 8.32. | SOFTWARE | $10,853.84 |
| | SHI INTERNATIONAL CORP | |
| 8.33. | SOFTWARE | $26,141.34 |
| | SHI INTERNATIONAL CORP | |
| 8.34. | ADVERTISING | $3,202.55 |
| | SUPERIOR GROCERS | |
| 8.35. | ADVERTISING | $13,193.57 |
| | SUPERIOR GROCERS | |
| 8.36. | SOFTWARE | $12,024.00 |
| | SYSTEMS MAINTENANCE SERVICES I | |
| 8.37. | SOFTWARE | $6,895.53 |
| | TABLEAU | |
| 8.38. | SOFTWARE | $27,150.11 |
| | TRIMBLE MAPS | |
| 8.39. | SOFTWARE | $8,585.26 |
| | VISION SOLUTIONS | |
| 8.40. | DUES AND SUBSCRIPTIONS | $14,333.33 |
| | WORLD 50 INC | |
| 8.41. | PERMITS AND LICENSE | $6,218.05 |
| | YOUWORKFORTHEM INC | |

**9.    Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                    $1,112,053.30

---

**Part 3:    Accounts receivable**

**10.    Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11.    Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ - | $_____ | = ........ → | $_____ |

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. | Over 90 days old: | $_____ - | $_____ | = ........ → | $_____ |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

**12.** **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

**Part 4:**    **Investments**

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                    % of ownership

| 15.1. NATIONAL DAIRY, LLC | 100.00% | N/A | UNDETERMINED |
|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. _____ | _____ | $_____ |
|---|---|---|

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

UNDETERMINED

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.** **Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

---

Debtor    **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

**24.    Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.    Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

Debtor  **Borden Dairy Company**                                     Case number *(if known)* **20-10010**

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1.  OWNED | $68,728.59 | Cost-based valuation | $68,728.59 |
| **40.  Office fixtures** | | | |
| 40.1.  _____ | $_____ | _____ | $_____ |

| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.  OWNED | $142,989.26 | Cost-based valuation | $142,989.26 |

**42.  Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.  _____  $_____  _____  $_____

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $211,717.85 |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  _____ | $_____ | _____ | $_____ |

Debtor    **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

**48.**  **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.  _____    $_____    _____    $_____

**49.**  **Aircraft and accessories**

49.1.  _____    $_____    _____    $_____

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1. | LEASED - 1 NEW 2018 CROWN CS 1050-50 FORKLIFT | $0.00 | N/A | UNKNOWN |
| 50.2. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C1JT608004, UNIT NO. 918212 | $0.00 | N/A | UNKNOWN |
| 50.3. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C1JT611002, UNIT NO. 918206 | $0.00 | N/A | UNKNOWN |
| 50.4. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C3JT611003, UNIT NO. 918207 | $0.00 | N/A | UNKNOWN |
| 50.5. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C5JT611004, UNIT NO. 918208 | $0.00 | N/A | UNKNOWN |
| 50.6. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C6JT608001, UNIT NO. 918209 | $0.00 | N/A | UNKNOWN |
| 50.7. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482C8JT608002, UNIT NO. 918210 | $0.00 | N/A | UNKNOWN |
| 50.8. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482CXJT608003, UNIT NO. 918211 | $0.00 | N/A | UNKNOWN |
| 50.9. | LEASED - HYUNDAI THERMOTECH TRAILER, SERIAL NO. 3H3V482CXJT611001, UNIT NO. 918205 | $0.00 | N/A | UNKNOWN |
| 50.10. | LEASED - HYUNDAI VR1320092-ARS TRAILER, SERIAL NO. 3H3V322C0JT610004, UNIT NO. 918204 | $0.00 | N/A | UNKNOWN |
| 50.11. | LEASED - HYUNDAI VR1320092-ARS TRAILER, SERIAL NO. 3H3V322C5JT610001, UNIT NO. 918201 | $0.00 | N/A | UNKNOWN |
| 50.12. | LEASED - HYUNDAI VR1320092-ARS TRAILER, SERIAL NO. 3H3V322C7JT610002, UNIT NO. 918202 | $0.00 | N/A | UNKNOWN |
| 50.13. | LEASED - HYUNDAI VR1320092-ARS TRAILER, SERIAL NO. 3H3V322C9JT610003, UNIT NO. 918203 | $0.00 | N/A | UNKNOWN |
| 50.14. | LEASED - HYUNDAI VR1360092-ARS TRAILER, SERIAL NO. 3H3V362C1JT609001, UNIT NO. 918197 | $0.00 | N/A | UNKNOWN |
| 50.15. | LEASED - HYUNDAI VR1360092-ARS TRAILER, SERIAL NO. 3H3V362C3JT609002, UNIT NO. 918198 | $0.00 | N/A | UNKNOWN |
| 50.16. | LEASED - HYUNDAI VR1360092-ARS TRAILER, SERIAL NO. 3H3V362C5JT609003, UNIT NO. 918199 | $0.00 | N/A | UNKNOWN |
| 50.17. | LEASED - HYUNDAI VR1360092-ARS TRAILER, SERIAL NO. 3H3V362C7JT609004, UNIT NO. 918200 | $0.00 | N/A | UNKNOWN |
| 50.18. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C0JT606003, UNIT NO. 918193 | $0.00 | N/A | UNKNOWN |
| 50.19. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C1JT605006, UNIT NO. 918183 | $0.00 | N/A | UNKNOWN |
| 50.20. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C1JT607001, UNIT NO. 918189 | $0.00 | N/A | UNKNOWN |
| 50.21. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C2JT605001, UNIT NO. 918178 | $0.00 | N/A | UNKNOWN |
| 50.22. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C2JT606004, UNIT NO. 918194 | $0.00 | N/A | UNKNOWN |
| 50.23. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C3JT605007, UNIT NO. 918184 | $0.00 | N/A | UNKNOWN |

Debtor   **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| | | | | |
|---|---|---|---|---|
| 50.24. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C3JT605010, UNIT NO. 918187 | $0.00 | N/A | UNKNOWN |
| 50.25. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C3JT607002, UNIT NO. 918190 | $0.00 | N/A | UNKNOWN |
| 50.26. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C4JT605002, UNIT NO. 918179 | $0.00 | N/A | UNKNOWN |
| 50.27. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C4JT606005, UNIT NO. 918195 | $0.00 | N/A | UNKNOWN |
| 50.28. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C5JT605008, UNIT NO. 918185 | $0.00 | N/A | UNKNOWN |
| 50.29. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C5JT605011, UNIT NO. 918188 | $0.00 | N/A | UNKNOWN |
| 50.30. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C6JT605003, UNIT NO. 918180 | $0.00 | N/A | UNKNOWN |
| 50.31. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C6JT606006, UNIT NO. 918196 | $0.00 | N/A | UNKNOWN |
| 50.32. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C7JT605009, UNIT NO. 918186 | $0.00 | N/A | UNKNOWN |
| 50.33. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C7JT606001, UNIT NO. 918191 | $0.00 | N/A | UNKNOWN |
| 50.34. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C8JT605004, UNIT NO. 918181 | $0.00 | N/A | UNKNOWN |
| 50.35. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482C9JT606002, UNIT NO. 918192 | $0.00 | N/A | UNKNOWN |
| 50.36. | LEASED - HYUNDAI VR1480092-ARS TRAILER, SERIAL NO. 3H3V482CXJT605005, UNIT NO. 918182 | $0.00 | N/A | UNKNOWN |
| 50.37. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C0JT352003, UNIT NO. 918175 | $0.00 | N/A | UNKNOWN |
| 50.38. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C0JT613002, UNIT NO. 918214 | $0.00 | N/A | UNKNOWN |
| 50.39. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C1JT351006, UNIT NO. 918168 | $0.00 | N/A | UNKNOWN |
| 50.40. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C1JT612005, UNIT NO. 918225 | $0.00 | N/A | UNKNOWN |
| 50.41. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C1JT613008, UNIT NO. 918220 | $0.00 | N/A | UNKNOWN |
| 50.42. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C2JT351001, UNIT NO. 918163 | $0.00 | N/A | UNKNOWN |
| 50.43. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C2JT352004, UNIT NO. 918176 | $0.00 | N/A | UNKNOWN |
| 50.44. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C2JT613003, UNIT NO. 918215 | $0.00 | N/A | UNKNOWN |
| 50.45. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C3JT351007, UNIT NO. 918169 | $0.00 | N/A | UNKNOWN |
| 50.46. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C3JT351010, UNIT NO. 918172 | $0.00 | N/A | UNKNOWN |
| 50.47. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C3JT612006, UNIT NO. 918226 | $0.00 | N/A | UNKNOWN |
| 50.48. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C4JT351002, UNIT NO. 918164 | $0.00 | N/A | UNKNOWN |
| 50.49. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C4JT352005, UNIT NO. 918177 | $0.00 | N/A | UNKNOWN |

| Debtor | **Borden Dairy Company** | | | Case number *(if known)* **20-10010** |

| | | | | |
|---|---|---|---|---|
| 50.50. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C4JT612001, UNIT NO. 918221 | $0.00 | N/A | UNKNOWN |
| 50.51. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C4JT613004, UNIT NO. 918216 | $0.00 | N/A | UNKNOWN |
| 50.52. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C5JT351008, UNIT NO. 918170 | $0.00 | N/A | UNKNOWN |
| 50.53. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C5JT612007, UNIT NO. 918227 | $0.00 | N/A | UNKNOWN |
| 50.54. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C6JT351003, UNIT NO. 918165 | $0.00 | N/A | UNKNOWN |
| 50.55. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C6JT612002, UNIT NO. 918222 | $0.00 | N/A | UNKNOWN |
| 50.56. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C6JT613005, UNIT NO. 918217 | $0.00 | N/A | UNKNOWN |
| 50.57. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C7JT351009, UNIT NO. 918171 | $0.00 | N/A | UNKNOWN |
| 50.58. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C7JT352001, UNIT NO. 918173 | $0.00 | N/A | UNKNOWN |
| 50.59. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C8JT351004, UNIT NO. 918166 | $0.00 | N/A | UNKNOWN |
| 50.60. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C8JT612003, UNIT NO. 918223 | $0.00 | N/A | UNKNOWN |
| 50.61. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C8JT613006, UNIT NO. 918218 | $0.00 | N/A | UNKNOWN |
| 50.62. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C9JT352002, UNIT NO. 918174 | $0.00 | N/A | UNKNOWN |
| 50.63. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482C9JT613001, UNIT NO. 918213 | $0.00 | N/A | UNKNOWN |
| 50.64. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482CXJT351005, UNIT NO. 918167 | $0.00 | N/A | UNKNOWN |
| 50.65. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482CXJT612004, UNIT NO. 918224 | $0.00 | N/A | UNKNOWN |
| 50.66. | LEASED - HYUNDAI VR1480152-ARS TRAILER, SERIAL NO. 3H3V482CXJT613007, UNIT NO. 918219 | $0.00 | N/A | UNKNOWN |
| 50.67. | OWNED - UCS 5108 CHASSIS, SERIAL NO. FOX1803GAEF, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.68. | OWNED - UCS B200 M3 SERVER, SERIAL NO. FCH1807785W, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.69. | OWNED - UCS B200 M3 SERVER, SERIAL NO. FCH1807782ZN, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.70. | OWNED - UCS B200 M3 SERVER, SERIAL NO. FCH18077896, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.71. | OWNED - UCS B200 M3 SERVER, SERIAL NO. FCH18087SH9, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.72. | OWNED - UCS B200 M3 SERVER, SERIAL NO. FCH18087SVT, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.73. | OWNED - UCS 6248UP FI, SERIAL NO. SSI17484C1, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.74. | OWNED - UCS 6248UP FI, SERIAL NO. SSI174806E7, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.75. | OWNED - HP SERVER, SERIAL NO. 2M272502NF, UNIT NO. N/A | $2,771.99 | Cost-Basis | $2,771.99 |

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 50.76. | OWNED - HP SERVER, SERIAL NO. 2M272502N7, UNIT NO. N/A | $2,771.99 | Cost-Basis | $2,771.99 |
| 50.77. | OWNED - HP SERVER, SERIAL NO. 2M272502NG, UNIT NO. N/A | $2,771.99 | Cost-Basis | $2,771.99 |
| 50.78. | OWNED - FIREEYE IPS IDS, SERIAL NO. N/A, UNIT NO. N/A | $19,942.84 | Cost-Basis | $19,942.84 |
| 50.79. | OWNED - DALLAS SERVER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $1,835.44 | Cost-Basis | $1,835.44 |
| 50.80. | OWNED - CONROE SERVER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $1,835.44 | Cost-Basis | $1,835.44 |
| 50.81. | OWNED - CINCINNATI SERVER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $1,280.24 | Cost-Basis | $1,280.24 |
| 50.82. | OWNED - AUSTIN SERVER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $1,816.87 | Cost-Basis | $1,816.87 |
| 50.83. | OWNED - MIAMI SERVER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $1,261.66 | Cost-Basis | $1,261.66 |
| 50.84. | OWNED - ALPHA (ACORN IMPLEMENTATION), SERIAL NO. N/A, UNIT NO. N/A | $885,098.78 | Cost-Basis | $885,098.78 |
| 50.85. | OWNED - BBSC IT SYSTEMS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.86. | OWNED - FUJITSU SHEETFED SCANNER, SERIAL NO. 1133*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.87. | OWNED - FUJITSU SHEETFED SCANNER, SERIAL NO. 1135*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.88. | OWNED - FUJITSU SHEETFED SCANNER, SERIAL NO. 1139*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.89. | OWNED - JDA SOFTWARE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.90. | OWNED - JDA SOFTWARE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.91. | OWNED - UPS BATTERY REPLACEMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.92. | OWNED - UPS BATTERY REPLACEMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.93. | OWNED - VIRTUAL SERVER UPGRADE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.94. | OWNED - VIRTUAL SERVER UPGRADE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.95. | OWNED - VIRTUAL SERVER UPGRADE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.96. | OWNED - IP PHONES, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.97. | OWNED - COMPUTER WORKSTATIONS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.98. | OWNED - IT ACCESS CONTROL SOFTWARE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.99. | OWNED - FARMLAND VOIP EQUIPMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.100. | OWNED - CORPORATE WAAS DEVICE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.101. | OWNED - DALLAS WAAS DEVICE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.102. | OWNED - CONROE WAAS DEVICE, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.103. | OWNED - CLEVELAND EOL ROUTERS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                Page 12 of 23

Debtor **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 50.104. | OWNED - CHARLESTON EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.105. | OWNED - COLORADO SPRINGS EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.106. | OWNED - BAKER EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.107. | OWNED - HOUSTON EOL SERVER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.108. | OWNED - LAFAYETTE EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.109. | OWNED - CONROE EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.110. | OWNED - AUSTIN EOL SERVER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.111. | OWNED - SAN ANTONIO EOL ROUTER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.112. | OWNED - CINCINNATI EOL SERVER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.113. | OWNED - CONROE VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.114. | OWNED - OMAHA VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.115. | OWNED - VELDA VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.116. | OWNED - CLEVELAND VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.117. | OWNED - FARMLAND VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.118. | OWNED - HATTIESBURG VIDEO CONFERENCING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.119. | OWNED - MICROSOFT OFFICE 2010 (20 COUN, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.120. | OWNED - DELL OPTIPLEX COMPUTERS (20 CO, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.121. | OWNED - PLANAR MONITORS (40 COUNT), SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.122. | OWNED - HP PROLIANT DL360E G8, SERIAL NO. MXQ23302NR*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.123. | OWNED - HP PROLIANT DL360E G8, SERIAL NO. MXQ23302P9*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.124. | OWNED - OVERLAND NEO 200S, SERIAL NO. 78X8257*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.125. | OWNED - OVERLAND NEO 200S, SERIAL NO. 78X8008*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.126. | OWNED - SNAP SERVER DX1, SERIAL NO. PL1P12320096*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.127. | OWNED - SNAP SERVER DX1, SERIAL NO. PL1P12330114*, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.128. | OWNED - DAIRY FRESH HANDHELDS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.129. | OWNED - PELICAN - PRESCIENT SLR, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |

| Debtor | **Borden Dairy Company** | | Case number *(if known)* **20-10010** |
|--------|--------------------------|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 50.130. | OWNED - SHARED SERVICES GENERATOR, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.131. | OWNED - COGNOS BI ANALYSIS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.132. | OWNED - BBSC COMPUTER EQUIPMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.133. | OWNED - KRONOS - FARMLAND, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.134. | OWNED - SCANNING EQUIPMENT FOR IMAGING, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.135. | OWNED - IT SYSTEM CONVERSION - HATTIES, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.136. | OWNED - IT SYSTEM CONVERSION - DOT/HB, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.137. | OWNED - IT SYSTEM CONVERSION - DOT/HB/, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.138. | OWNED - IT SYSTEM CONVERSION - DOT/HB/, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.139. | OWNED - IT SYSTEM CONVERSION - HATTIES, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.140. | OWNED - IT SYSTEM CONVERSION - DOT/HB/, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.141. | OWNED - IT SYSTEMS CONVERSION, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.142. | OWNED - PRESCIENT STORE LEVEL REPLENIS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.143. | OWNED - ZONES LAPTOPS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.144. | OWNED - BCS SOLUTIONS - HANDHELDS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.145. | OWNED - IBM COGNOS/TM1 - PHASE II, SERIAL NO. N/A, UNIT NO. N/A | $44,415.42 | Cost-Basis | $44,415.42 |
| 50.146. | OWNED - PIX LEGACY REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $2,690.01 | Cost-Basis | $2,690.01 |
| 50.147. | OWNED - EXCHANGE ONLINE MIGRATION, SERIAL NO. N/A, UNIT NO. N/A | $1,218.39 | Cost-Basis | $1,218.39 |
| 50.148. | OWNED - KRONOS TIME TRACKING, SERIAL NO. N/A, UNIT NO. N/A | $19,616.74 | Cost-Basis | $19,616.74 |
| 50.149. | OWNED - DISTRIBUTION TIME CAPTURE PCS, SERIAL NO. N/A, UNIT NO. N/A | $7,402.49 | Cost-Basis | $7,402.49 |
| 50.150. | OWNED - 2016 PHONE UPGRADE, SERIAL NO. N/A, UNIT NO. N/A | $136,533.13 | Cost-Basis | $136,533.13 |
| 50.151. | OWNED - COMPUTER EQUIPMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.152. | OWNED - DELL LAPTOPS E6400, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.153. | OWNED - PHASE 1 - R&D BUILD OUT EQUIP, SERIAL NO. N/A, UNIT NO. N/A | $25,536.53 | Cost-Basis | $25,536.53 |
| 50.154. | OWNED - AIR SAMPLING EQUIPMENT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.155. | OWNED - PRODUCTION MOLDS, SERIAL NO. N/A, UNIT NO. N/A | $2,610.93 | Cost-Basis | $2,610.93 |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 50.156. | OWNED - EMERGENCY GENERATOR, SERIAL NO. N/A, UNIT NO. N/A | $5,322.08 | Cost-Basis | $5,322.08 |
|---|---|---|---|---|
| 50.157. | OWNED - EMERGENCY GENERATOR, SERIAL NO. N/A, UNIT NO. N/A | $2,082.64 | Cost-Basis | $2,082.64 |
| 50.158. | OWNED - GENERATOR W/TRAILER, SERIAL NO. N/A, UNIT NO. N/A | $57,847.87 | Cost-Basis | $57,847.87 |
| 50.159. | OWNED - BGO PROJECTER UPGRADE, SERIAL NO. N/A, UNIT NO. N/A | $4,814.70 | Cost-Basis | $4,814.70 |
| 50.160. | OWNED - RUCKUS WIRELESS, SERIAL NO. N/A, UNIT NO. N/A | $27,102.99 | Cost-Basis | $27,102.99 |
| 50.161. | OWNED - BBSC COMPUTER REFRESH, SERIAL NO. N/A, UNIT NO. N/A | $26,963.20 | Cost-Basis | $26,963.20 |
| 50.162. | OWNED - SERVER ROOM NEW COOLING SYS, SERIAL NO. N/A, UNIT NO. N/A | $11,851.86 | Cost-Basis | $11,851.86 |
| 50.163. | OWNED - DATA CENTER MOVE, SERIAL NO. N/A, UNIT NO. N/A | $166,557.76 | Cost-Basis | $166,557.76 |
| 50.164. | OWNED - AP IMAGING PROJECT, SERIAL NO. N/A, UNIT NO. N/A | $13,139.62 | Cost-Basis | $13,139.62 |
| 50.165. | OWNED - HANDHELDS/PRINTERS, SERIAL NO. N/A, UNIT NO. N/A | $1,961.63 | Cost-Basis | $1,961.63 |
| 50.166. | OWNED - HANDHELDS/PRINTERS, SERIAL NO. N/A, UNIT NO. N/A | $11,659.06 | Cost-Basis | $11,659.06 |
| 50.167. | OWNED - HANDHELDS/PRINTERS, SERIAL NO. N/A, UNIT NO. N/A | $1,739.54 | Cost-Basis | $1,739.54 |
| 50.168. | OWNED - LOGICNET PLUS OPTIMIZER, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.169. | OWNED - INTERMEC HANDHELDS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.170. | OWNED - PRODUCTION MOLDS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.171. | OWNED - AS 400, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.172. | OWNED - INTERMEC HANDHELDS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.173. | OWNED - BSSC- COMPUTERS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.174. | OWNED - ROADNET-TERRITORY PLANNER ROUT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.175. | OWNED - SALESFORCE.COM, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.176. | OWNED - PROJECT PELICAN - ROSS, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.177. | OWNED - JDE 9.0, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.178. | OWNED - BBSC IMAGING PROJECT, SERIAL NO. N/A, UNIT NO. N/A | $0.00 | Cost-Basis | $0.00 |
| 50.179. | OWNED - TM1 IMPLEMENTATION, SERIAL NO. N/A, UNIT NO. N/A | $55,519.24 | Cost-Basis | $55,519.24 |
| 50.180. | OWNED - TABLEAU - 991041, SERIAL NO. N/A, UNIT NO. N/A | $5,388.96 | Cost-Basis | $5,388.96 |

**51.    Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                                $1,553,362.03

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br><br>OFFICE - LEASEHOLD IMPROVEMENTS<br><br>_____<br>3704 SEALE ROAD<br>PHENIX CITY AL 36867 | LEASEHOLD IMPROVMENTS | $17,402.46 | Cost - Based | $17,402.46 |
| 55.2. _____<br><br>OFFICE - LEASEHOLD IMPROVEMENTS<br><br>_____<br>8750 N. CENTRAL EXPRESSWAY<br>DALLAS TX 75231 | LEASEHOLD IMPROVMENTS | $123,209.25 | Cost - Based | $123,209.25 |
| 55.3. _____<br><br>DISTRIBUTION DEPOT<br><br>_____<br>3211 SHAWNEE INDUSTRIAL WAY ROAD<br>SHAWNEE GA 30024 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |
| 55.4. _____<br><br>OFFICE<br><br>_____<br>3704 SEALE ROAD<br>PHENIX CITY AL 36867 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |
| 55.5. _____<br><br>OFFICE<br><br>_____<br>9400 NORTH CENTRAL EXPRESSWAY<br>DALLAS TX 75231 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |
| 55.6. _____<br><br>OFFICE<br><br>_____<br>9330 LBJ FREEWAY<br>DALLAS TX 75243 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |

Debtor    **Borden Dairy Company**                                                            Case number *(if known)* **20-10010**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.7. _____ OFFICE _____ 8750 N. CENTRAL EXPRESSWAY DALLAS TX 75231 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |
| 55.8. _____ OFFICE _____ 609 SW 8TH STREET BENTONVILLE AR 72712 | LEASEHOLD INTEREST | $_____ | N/A | $_____ |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| |
|---|
| $140,611.71 |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.    ALL DEBTOR'S TRADEMARKS | $45,991,289.00 | recent cost-based valuation | UNDETERMINED |
| 60.2.    OWNED TRADEMARK - SABA SUNBURST 3491333 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.    OWNED TRADEMARK - SALLIE'S SOUTHERN TEA 4489115 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.    OWNED TRADEMARK - SIMPLE DELIGHTS; APPLICATION NO. 88/697027 PENDING | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.    OWNED TRADEMARK - SUNBURST; APPLICATION NO. 88/415390 PENDING | UNDETERMINED | N/A | UNDETERMINED |
| **61.    Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1.    WWW.BORDENDAIRY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2.    ORDERS.BORDENDAIRY.COM | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**61.    Internet domain names and websites**

|  |  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.3. | HTTPS://BORDENDAIRY.HRMDIRECT.COM/EMPLOYMENT/OPENINGS.PHP UNDETERMINED | UNDETERMINED | N/A | UNDETERMINED |
| 61.4. | HTTPS://BORDENORDERS.AFSI.COM/CLIENTPORTAL | UNDETERMINED | N/A | UNDETERMINED |
| 61.5. | HTTPS://APP.DAIRY.COM/FUSION | UNDETERMINED | N/A | UNDETERMINED |
| 61.6. | HTTPS://ELSIENET.BORDENDAIRY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7. | HTTPS://WWW.BORDENFINANCIALREORG.COM | UNDETERMINED | N/A | UNDETERMINED |

**62.    Licenses, franchises, and royalties**

|  |  |  |  |  |
|---|---|---|---|---|
| 62.1. | TRADEMARK LICENSE AGREEMENT DATED SEPTEMBER 4, 1997 (BORDEN/ELSIE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.2. | MILK PRODUCTS TRADEMARK SUBLICENSE AGREEMENT EFFECTIVE SEPTEMBER 4, 1997 (BORDEN/ELSIE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.3. | DEAN FOODS STATE TRADEMARK SUBLICENSE AGREEMENT DATED FEBRUARY 21, 2011 (BORDEN/ELSIE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.4. | DFA SUBLICENSE AGREEMENT EFFECTIVE JUNE 10, 2002 (BORDEN/ELSIE) | UNDETERMINED | N/A | UNDETERMINED |
| 62.5. | DEAN SUBLICENSE AGREEMENT EFFECTIVE JUNE 10, 2002 (BORDEN/ELSIE) | UNDETERMINED | N/A | UNDETERMINED |

**63.    Customer lists, mailing lists, or other compilations**

|  |  |  |  |  |
|---|---|---|---|---|
| 63.1. | CUSTOMER LIST | UNDETERMINED | N/A | UNDETERMINED |

**64.    Other intangibles, or intellectual property**

64.1.  _____    $_____    _____    $_____

**65.    Goodwill**

65.1.  _____    $_____    _____    $_____

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:    All other assets**

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Debtor  **Borden Dairy Company**                                               Case number *(if known)* **20-10010**

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.  Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| 71.1. _____ | $_____  - | $_____  = ........ → | $_____ |
| _____ | | | |

**72.  Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. ALABAMA DEPARTMENT OF REVENUE | $0.00 | ($5,542,774.00) | 2018 | UNDETERMINED |
| 72.2. CALIFORNIA FRANCHISE TAX BOARD | $0.00 | ($20,325,904.00) | 2018 | UNDETERMINED |
| 72.3. COLORADO DEPARTMENT OF REVENUE | $0.00 | ($11,268,997.00) | 2018 | UNDETERMINED |
| 72.4. DEPARTMENT OF FINANCE & ADMINISTRATION | $0.00 | ($9,522.00) | 2018 | UNDETERMINED |
| 72.5. FLORIDA DEPARTMENT OF REVENUE | $0.00 | ($35,512,598.00) | 2018 | UNDETERMINED |
| 72.6. GEORGIA DEPARTMENT OF REVENUE | $0.00 | ($12,648,570.00) | 2018 | UNDETERMINED |
| 72.7. ILLINOIS DEPARTMENT OF REVENUE | $0.00 | ($3,521,107.00) | 2018 | UNDETERMINED |
| 72.8. INDIANA DEPARTMENT OF REVENUE | $0.00 | ($624,605.00) | 2018 | UNDETERMINED |
| 72.9. INTERNAL REVENUE SERVICE | $1,798,314.00 | ($251,757,489.00) | 2019, 2020, 2021 | UNDETERMINED |
| 72.10. KENTUCKY DEPARTMENT OF REVENUE | $0.00 | ($5,391,573.00) | 2018 | UNDETERMINED |
| 72.11. LOUISIANA DEPRATMENT OF REVENUE | $0.00 | ($11,219,209.00) | 2018 | UNDETERMINED |
| 72.12. MASSACHUSETTS DEPARTMENT OF REVENUE | $0.00 | ($602,043.00) | 2018 | UNDETERMINED |
| 72.13. MICHIGAN DEPARTMENT OF TREASURY | $0.00 | ($224,973.00) | 2018 | UNDETERMINED |
| 72.14. MISSOURI DEPARTMENT OF REVENUE | $0.00 | $0.00 | 2018 | UNDETERMINED |
| 72.15. MS DEPARTMENT OF REVENUE | $0.00 | ($2,918,563.00) | 2018 | UNDETERMINED |
| 72.16. NEBRASKA DEPARTMENT OF REVENUE | $0.00 | ($217.00) | 2018 | UNDETERMINED |
| 72.17. NORTH CAROLINA DEPARTMENT OF REVENUE | $0.00 | ($785,415.00) | 2018 | UNDETERMINED |
| 72.18. NYS CORPORATION TAX | $0.00 | ($30,173,473.00) | 2018 | UNDETERMINED |
| 72.19. PENNSYLVANIA DEPARTMENT OF REVENUE | $0.00 | ($2,452,022.00) | 2018 | UNDETERMINED |
| 72.20. PHILADELPHIA DEPT OF REVENUE | $0.00 | ($121,880.00) | 2018 | UNDETERMINED |
| 72.21. SC DOR | $0.00 | ($9,339,465.00) | 2018 | UNDETERMINED |
| 72.22. STATE OF NEW JERSEY-DIVISION OF TAXATION | $0.00 | ($34,490,062.00) | 2018 | UNDETERMINED |
| 72.23. TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | $150,000.00 | $0.00 | 2018 | UNDETERMINED |
| 72.24. UTAH STATE TAX COMMISSION | $0.00 | ($1,765,846.00) | 2018 | UNDETERMINED |
| 72.25. VIRGINIA DEPARTMENT OF REVENUE | $0.00 | ($459,570.00) | 2018 | UNDETERMINED |

| Debtor | **Borden Dairy Company** | | | | Case number *(if known)* **20-10010** |

| 72.26. | WEST VIRGINIA STATE TAX DEPARTMENT | $0.00 | ($17,549.00) | 2018 | UNDETERMINED |
| 72.27. | WISCONSIN DEPARTMENT OF REVENUE | $0.00 | ($1,025,681.00) | 2018 | UNDETERMINED |

**73.    Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ACE AMERICAN INSURANCE COMPANY | AUTOMOBILE LIABILITY INSURANCE - POLICY NO. ISA H25287046 | _____ | _____ | _____ | UNKNOWN |
| 73.2. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | COMMERCIAL UMBRELLA INSURANCE - POLICY NO. ZUP-41N20156-19-NF | _____ | _____ | _____ | UNKNOWN |
| 73.3. | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | CRIME INSURANCE - POLICY NO. 02-406-02-18 | _____ | _____ | _____ | UNKNOWN |
| 73.4. | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | CYBER INSURANCE - POLICY NO. PRO10014094101 | _____ | _____ | _____ | UNKNOWN |
| 73.5. | ALLIED WORLD NATIONAL ASSURANCE COMPANY | EXCESS LIABILITY INSURANCE - POLICY NO. 0312-1262 | _____ | _____ | _____ | UNKNOWN |
| 73.6. | NAVIGATORS INSURANCE COMPANY | EXCESS LIABILITY INSURANCE - POLICY NO. CH19FXR860466IV | _____ | _____ | _____ | UNKNOWN |
| 73.7. | XL INSURANCE AMERICA, INC. | EXCESS LIABILITY INSURANCE - POLICY NO. US00095618LI19A | _____ | _____ | _____ | UNKNOWN |
| 73.8. | EVEREST NATIONAL INSURANCE COMPANY | EXCESS LIABILITY INSURANCE - POLICY NO. XC5EX00866-191 | _____ | _____ | _____ | UNKNOWN |
| 73.9. | ENDURANCE AMERICAN INSURANCE COMPANY | EXCESS LIABILITY INSURANCE - POLICY NO. XSC30000154403 | _____ | _____ | _____ | UNKNOWN |
| 73.10. | WESTCHESTER FIRE INSURANCE COMPANY | EXECUTIVE RISK PACKAGE INSURANCE - POLICY NO. G7176557A001 | _____ | _____ | _____ | UNKNOWN |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| | | | | | |
|---|---|---|---|---|---|
| 73.11. | ACE AMERICAN INSURANCE COMPANY | FOREIGN PACKAGE INSURANCE - POLICY NO. PHFD38280624 007 | _____ | _____ | _____ | UNKNOWN |
| 73.12. | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY INSURANCE - POLICY NO. XSL G71233467 | _____ | _____ | _____ | UNKNOWN |
| 73.13. | IRONSHORE SPECIALTY INSURANCE COMPANY | POLLUTION INSURANCE - POLICY NO. 000992202 | _____ | _____ | _____ | UNKNOWN |
| 73.14. | ASPEN SPECIALTY INSURANCE COMPANY | PRODUCT RECALL INSURANCE - POLICY NO. NC00A1F19 | _____ | _____ | _____ | UNKNOWN |
| 73.15. | NORTH AMERICAN CAPACITY INSURANCE COMPANY | PRODUCT RECALL INSURANCE - POLICY NO. PRL 2000802 02 | _____ | _____ | _____ | UNKNOWN |
| 73.16. | LAYERED - SEE GLOBAL NOTES | PROPERTY INSURANCE - POLICY NO. VARIOUS | _____ | _____ | _____ | UNKNOWN |
| 73.17. | HUDSON INSURANCE COMPANY | SIDE A D&O INSURANCE - POLICY NO. HN-0303-6119 | _____ | _____ | _____ | UNKNOWN |
| 73.18. | ACE AMERICAN INSURANCE COMPANY | WORKERS' COMPENSATION – AL INSURANCE - POLICY NO. WCU C66046643 | _____ | _____ | _____ | UNKNOWN |
| 73.19. | INDEMNITY INSURANCE CO. OF NORTH AMERICA | WORKERS' COMPENSATION - AOS INSURANCE - POLICY NO. WLR C66046606 | _____ | _____ | _____ | UNKNOWN |
| 73.20. | ACE AMERICAN INSURANCE COMPANY | WORKERS' COMPENSATION - OH INSURANCE - POLICY NO. WCU C66037496 | _____ | _____ | _____ | UNKNOWN |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____    _____ | $_____ | $_____ |

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ _____ | $_____ | $_____ |

**76.** **Trusts, equitable or future interests in property**

| | | | |
|---|---|---|---|
| 76.1. | _____ | | $_____ |

**77.** **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF ALABAMA, LLC | $314,747.84 |
| 77.2. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF CINCINNATI, LLC | $282,318.47 |
| 77.3. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF FLORIDA, LLC | $139,845.39 |
| 77.4. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF KENTUCKY, LLC | $61,663.38 |
| 77.5. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF MADISONVILLE, LLC | $184.30 |
| 77.6. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF OHIO, LLC | $44,815.18 |
| 77.7. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF SOUTH CAROLINA, LLC | $296,742.59 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN DAIRY COMPANY OF TEXAS LLC | $332,926,922.79 |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN TRANSPORT COMPANY OF CINCINNATI, LLC | $232.84 |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM BORDEN TRANSPORT COMPANY OF OHIO, LLC | $60.59 |
| 77.11. | INTERCOMPANY RECEIVABLE DUE FROM GEORGIA SOFT SERVE DELIGHTS, LLC | $744.70 |
| 77.12. | INTERCOMPANY RECEIVABLE DUE FROM NATIONAL DAIRY, LLC | $381,158,519.98 |
| 77.13. | INTERCOMPANY RECEIVABLE DUE FROM NDH TRANSPORT, LLC | $1,981.08 |
| 77.14. | RELATED PARTY DUE FROM GRUPO LALA | $92,500.00 |
| 77.15. | RELATED PARTY DUE FROM ACON INVESTMENT | $265,025.38 |
| 77.16. | RELATED PARTY DUE FROM NEW LAGUNA | $917,026.10 |

**78.** **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

$716,503,330.61

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $26,657,445.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,112,053.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $211,717.85 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,553,362.03 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................... → | | $140,611.71 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $716,503,330.61 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $746,037,908.83 | + 91b. $140,611.71 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ $746,178,520.54

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Borden Dairy Company |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10010 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

|  | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.    **Creditor's name and address**

BB&T EQUIPMENT FINANCE CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/23/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE EQUIPMENT DESCRIBED ON THE ATTACHMENT LEASED PURSUANT TO THAT CERTAIN SCHEDULE NO. 9990002573-02-01-TLOOL DATED AS OF JUNE 23, 2017, EXECUTED PURSUANT TO THAT CERTAIN MASTER LEASE AGREEMENT DATED AS OF JUNE 12, 2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 6/23/2018, DOCUMENT # 20174148968

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED    UNDETERMINED

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BB&T EQUIPMENT FINANCE CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

THE EQUIPMENT DESCRIBED BELOW LEASED PURSUANT TO THAT CERTAIN SCHEDULE NO. 9990002573-02-01-TL004 DATED AS OF NOVEMBER 10, 2017, EXECUTED PURSUANT TO THAT CERTAIN MASTER LEASE AGREEMENT DATED AS OF JUNE 12, 2017                     UNDETERMINED   UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/10/2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 11/10/2017, DOCUMENT # 20177481460

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BB&T EQUIPMENT FINANCE CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

THE EQUIPMENT DESCRIBED BELOW LEASED PURSUANT TO THAT CERTAIN SCHEDULE NO. 9990002573-02-01-TL004 DATED AS OF NOVEMBER 10, 2017, EXECUTED PURSUANT TO THAT CERTAIN MASTER LEASE AGREEMENT DATED AS OF JUNE 12, 2017                     UNDETERMINED   UNDETERMINED

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/10/2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 11/10/2017, DOCUMENT # 20177481460

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Debtor   **Borden Dairy Company**                                                        Case number *(if known)* **20-10010**

**2.4.**   **Creditor's name and address**

BB&T EQUIPMENT FINANCE
CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE EQUIPMENT DESCRIBED BELOW
LEASED PURSUANT TO THAT CERTAIN
SCHEDULE NO. 9990002573-02-01-TL006
DATED AS OF NOVEMBER 10, 2017,
EXECUTED PURSUANT TO THAT CERTAIN
MASTER LEASE AGREEMENT DATED AS
OF JUNE 12, 2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN
DELAWARE 11/10/2017, DOCUMENT #
20177481528

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

**2.5.**   **Creditor's name and address**

BB&T EQUIPMENT FINANCE
CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE EQUIPMENT DESCRIBED BELOW
LEASED PURSUANT TO THAT CERTAIN
SCHEDULE NO. 9990002573-02-01-TL006
DATED AS OF NOVEMBER 10, 2017,
EXECUTED PURSUANT TO THAT CERTAIN
MASTER LEASE AGREEMENT DATED AS
OF JUNE 12, 2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN
DELAWARE 11/10/2017, DOCUMENT #
20177481973

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor   **Borden Dairy Company**                                                                  Case number *(if known)* **20-10010**

---

**2.6.**   **Creditor's name and address**

BB&T EQUIPMENT FINANCE CORPORATION
600 WASHINGTON AVENUE, SUITE 201
TOWSON MD 21204

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/18/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE EQUIPMENT DESCRIBED BELOW LEASED PURSUANT TO THAT CERTAIN SCHEDULE NO. 9990002573-02-01-TL007 DATED AS OF DECEMBER 18, 2017, EXECUTED PURSUANT TO THAT CERTAIN MASTER LEASE AGREEMENT DATED AS OF JUNE 12, 2017

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 12/18/2017, DOCUMENT # 20178369094

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

---

**2.7.**   **Creditor's name and address**

BOK FINANCIAL EQUIPMENT FINANCE, INC.
5956 SHERRY LANE, SUITE 600
DALLAS TX 75225

**Creditor's email address, if known**

_____

**Date debt was incurred:** 10/10/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT LEASE GUARANTY

**Describe the lien**

EQUIPMENT LEASE GUARANTY

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

---

Debtor   **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

**2.8.**   **Creditor's name and address**

PACCAR FINANCIAL CORP.
P.O. BOX 2144
DENTON TX 76202-2144

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/20/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

EQUIPMENT LEASE GUARANTY             UNDETERMINED   UNDETERMINED

**Describe the lien**

EQUIPMENT LEASE GUARANTY

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

---

**2.9.**   **Creditor's name and address**

PITNEY BOWES GLOBAL FINANCIAL
SERVICES LLC
27 WATERVIEW DRIVE
SHELTON CT 06484

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF WHATEVER NATURE     UNDETERMINED   UNDETERMINED
MANUFACTURED, SOLD, DISTRIBUTED OR
FINANCED BY PITNEY BOWES INC.
AND/OR ITS SUBSIDIARIES, INCLUDING
PITNEY BOWES GLOBAL FINANCIAL
SERVICES LLC, AND ALL PROCEEDS
THEREFROM, ACCESSORIES, ADDITIONS
AND ATTACHMENTS THERETO AND
REPLACEMENTS THEREFOR

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN TEXAS
12/6/2017, DOCUMENT # 170040935978

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

---

Debtor    **Borden Dairy Company**                                                     Case number *(if known)* **20-10010**

---

**2.10.** | **Creditor's name and address**

PNC BANK, NATIONAL ASSOCIATION, AS AGENT
500 FIRST AVENUE
PITTSBURGH PA 15219

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL ASSETS OF DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED      $255,800,000.00    UNDETERMINED

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 7/6/2017 IN DELAWARE, DOCUMENT # 20174448178

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

---

**2.11.** | **Creditor's name and address**

SHI INTERNATIONAL CORP
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/3/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT OF ANY MAKE OR MANUFACTURE, TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS FINANCED BY OR LEASED TO LESSEE BY LESSOR UNDER LEASE AGREEMENT NUMBER SHI 2626 AND ALL PROCEEDS THEREOF      UNDETERMINED  UNDETERMINED

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 02/03/2017, DOCUMENT # 20170787215

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

---

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

2.12.    **Creditor's name and address**

WELLS FARGO BANK, N. A.
300 TRI-STATE INTERNATIONAL STE 400
LINCOLNSHIRE IL 60069

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____

☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE EQUIPMENT DESCRIBED BELOW AND ALL EQUIPMENT PARTS, ACCESSORIES, SUBSTITUTIONS, ADDITIONS, ACCESSIONS AND REPLACEMENTS THERETO AND THEREOF, ETC. - 2 NEW 2017 CROWN SC5225-30 FORKLIFTS S/N 10059897, 10059896 2 NEW DOUGLAS 18-85DL-17 BATTERIES S/N MRJ001648/1648

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 12/21/2017, DOCUMENT # 20178481063

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor    **Borden Dairy Company**                                                   Case number *(if known)* **20-10010**

| 2.13. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

WELLS FARGO BANK, N. A.
300 TRI-STATE INTERNATIONAL STE 400
LINCOLNSHIRE IL 60069

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/19/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

THE EQUIPMENT DESCRIBED BELOW AND ALL EQUIPMENT PARTS, ACCESSORIES, SUBSTITUTIONS, ADDITIONS, ACCESSIONS AND REPLACEMENTS THERETO AND THEREOF, ETC. - 2 NEW 2017 CROWN C51050-50 FORKLIFT S/N 10059898 10059899

**Describe the lien**

UCC-1 ORIGINALLY RECORDED IN DELAWARE 01/19/2018, DOCUMENT # 20180440707

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$255,800,000.00** |
|---|---|---|

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ASHBY & GEDDES PA<br>WILLIAM P BOWDEN;MICHAEL D DEBAECKE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150 | Line 2.8 | _____ |
| 3.2. | BLANK ROME LLP<br>REGINA STANGO KELBON;JOSEF W MINTZ<br>1201 N MARKET ST.,STE 800<br>WILMINGTON DE 19801 | Line 2.10 | _____ |

| Debtor | **Borden Dairy Company** | | Case number *(if known)* **20-10010** |

| | | | |
|---|---|---|---|
| 3.3. | BLANK ROME LLP<br>ROBERT B. STEIN<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | Line 2.10 | _____ |
| 3.4. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.1 | _____ |
| 3.5. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.2 | _____ |
| 3.6. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.3 | _____ |
| 3.7. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.4 | _____ |
| 3.8. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.5 | _____ |
| 3.9. | BURR & FORMAN LLP<br>J. CORY FALGOWSKI, ESQ.<br>1201 N. MARKET ST STE 1407<br>WILMINGTON DE 19801 | Line 2.6 | _____ |
| 3.10. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.1 | _____ |
| 3.11. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.2 | _____ |
| 3.12. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.3 | _____ |
| 3.13. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.4 | _____ |
| 3.14. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.5 | _____ |
| 3.15. | BURR & FORMAN LLP<br>PAUL DURDALLER; VALERIE RICHMOND<br>171 17TH STREET, NW, STE 1100<br>ATLANTA GA 30363 | Line 2.6 | _____ |
| 3.16. | KING & SPALDING LLP<br>PETER MONTONI;CHRISTOPHER G BOIES; STEPHEN M BLANK<br>1185 AVE OF THE AMERICAS,34TH FLOOR<br>NEW YORK NY 10036 | Line 2.10 | _____ |

Debtor   **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 3.17. | KING & SPALDING LLP<br>ROGER G. SCHWARTZ<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>NEW YORK NY 10036 | Line 2.10 | _____ |
| 3.18. | KING & SPALDING LLP<br>W. TODD HOLLEMAN<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-4003 | Line 2.10 | _____ |
| 3.19. | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>MATTHEW B HARVEY;MATTHEW O TALMO<br>1201 NORTH MARKET ST.,STE 1600<br>WILMINGTON DE 19801 | Line 2.10 | _____ |
| 3.20. | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ROBERT J DEHNEY;CURTIS S MILLER<br>1201 NORTH MARKET ST.,STE 1600<br>WILMINGTON DE 19801 | Line 2.10 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Borden Dairy Company |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10010 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>CCA – DIVISION OF TAXATION<br>PO BOX 94810<br>CLEVELAND OH 44101-4810 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>2019 | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>CITY OF COLUMBUS, INCOME TAX DIVISION<br>PO BOX 182437<br>COLUMBUS OH 43218-2437 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>2019 | **Basis for the claim:**<br>TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|------|--------|--------|---|--------|--------|

**2.3.**

**Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

2019

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 1SYNC INC<br>DEPT 781341<br>DETROIT MI 48278-1341 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,412.94 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>NON-MILK DISBURSEMENTS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | A W HERNDON OIL CO INC<br>ATTN SHERRI HERDON<br>PO BOX 640<br>ABBEVILLE AL 36310 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,057.04 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>HEALTH, WELFARE & WORKER'S COMP | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ABACUS RETIREMENT PLAN CONSULTING<br>506 JAMBOREE WAY<br>EULESS TX 76039-0000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $242.48 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>NON-MILK DISBURSEMENTS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

Debtor    **Borden Dairy Company**                                                           Case number *(if known)* **20-10010**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ADVANCE INSTALLATION SERVICES<br>1180 113TH ST<br>GRAND PRAIRIE TX 75050 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AFS TECHNOLOGIES HOLDINGS INC<br>2141 E HIGHLAND AVE STE 100<br>PHOENIX AZ 85016-4737 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,578.24 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AIR CONDITIONING INNOVATIVE<br>PO BOX 3274<br>MCKINNEY TX 75070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $128,327.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.7. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AIRGAS USA, LLC
PO BOX 802576
CHICAGO IL 60680-2576

☐ Contingent
☐ Unliquidated
☐ Disputed

$59,441.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.8. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

AKILI INC
400 LAS COLINAS BLVD E STE 450
IRVING TX 75039-5605

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,304.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.9. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ALLEN, MICHAEL
802 EAST BUCKLEY
BROWNFIELD TX 79316

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGACY MEDICAL EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ANDREA FISCHER NEWMAN
101 N MAIN ST APT 1007
ANN ARBOR MI 48104-1475

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,395.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.11. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ARIBA INC
PO BOX 642962
PITTSBURGH PA 15264-2962

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,364.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.12. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

AT & T
PO BOX 9009
CAROL STREAM IL 60197-9009

☐ Contingent
☐ Unliquidated
☐ Disputed

$153.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

HEALTH, WELFARE & WORKER'S COMP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                                                  Case number *(if known)* **20-10010**

---

**3.13.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

AT&T
P.O. BOX 5080
CAROL STREAM IL 60197-5080

☐ Contingent
☐ Unliquidated
☐ Disputed

$58,356.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.14.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

AT&T
ACCT 200595827277
PO BOX 5019
CAROL STREAM IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,517.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.15.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

AT&T MOBILITY
P O BOX 6463
CAROL STREAM IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

$122,495.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

AUTOMATIONEDGE TECHOLOGIES INC
PO BOX 3221
SUGARLAND TX 77487-3221

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $139,500.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.17.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**

AUTOMOTIVE RENTALS, INC
4001 LEADENHALL ROAD
MT. LAUREL NJ 08054

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $302.85 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.18.    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**

BEN GARRETT
5203 MCCOMMAS BLVD
DALLAS TX 75206-5621

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
|---|
| $82.04 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                                            Case number *(if known)* **20-10010**

| 3.19. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIELS DOCUMENT MANAGEMENT
1201 INDIAN CHURCH RD
WEST SENECA NY 14224-1307

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,646.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BMI BUSINESS MACHINES INTERNATIONAL
826 OFFICE PARK CIR STE 107
LEWISVILLE TX 75057-3168

☐ Contingent

☐ Unliquidated

☐ Disputed

$44,739.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOK FINANCIAL EQUIPMENT FINANCE
C/O BOKF DBA BANK OF OKLA
PO BOX 1381
TULSA OK 74101-1381

☐ Contingent

☐ Unliquidated

☐ Disputed

$525.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor   **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

**3.22.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BOK FINANCIAL EQUIPMENT FINANCE, INC.
ATTN PRESIDENT - LEASING
5956 SHERRY LANE, SUITE 600
DALLAS TX 75225

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

BOK EQUIPMENT LEASE GUARANTEE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.23.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BORDEN DAIRY COMPANY OF ALABAMA, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

$185,283.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.24.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BORDEN DAIRY COMPANY OF CINCINNATI, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,038,930.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.25.** | **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF FLORIDA, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$1,290,639.23

---

**3.26.** | **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF KENTUCKY, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$134,592.67

---

**3.27.** | **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF MADISONVILLE, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☒ Yes

**Amount of claim**

$386,594.84

---

Debtor  **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.28. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.28. **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF OHIO, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$110,928.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.29. **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF SOUTH
CAROLINA, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$92,869.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.30. **Nonpriority creditor's name and mailing address**

BORDEN DAIRY COMPANY OF TEXAS LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$234,994,845.37

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BORDEN DAIRY HOLDINGS LLC
ATTN: PRESIDENT/CEO
8750 NORTH CENTRAL EXPRESSWAY
SUITE 400
DALLAS TX 75231

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                BOK EQUIPMENT LEASE GUARANTEE

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGHT HOUSE NETWORKS
PO BOX 31710
TAMPA FL 33631-3710

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,977.50

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                UTILITIES

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRONIEC ASSOCIATES INC
PO BOX 748
NORCROSS GA 30091-0748

☐ Contingent
☐ Unliquidated
☐ Disputed

$43,780.62

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

| 3.34. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.34.** | **Nonpriority creditor's name and mailing address**

CABLE ONE INC
PO BOX 9001009
LOUISVILLE KY 40290-1009

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,720.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.35.** | **Nonpriority creditor's name and mailing address**

CABLE TV OF EAST ALABAMA
PO BOX 910
PHENIX CITY AL 36868-0910

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,860.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.36.** | **Nonpriority creditor's name and mailing address**

CANON SOLUTIONS AMERICA INC
15004 COLLECTIONS
CHICAGO IL 60693

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,987.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.37.  **Nonpriority creditor's name and mailing address**

CCH INCORPORATED WOLTERS KLUWER
PO BOX 4307
CAROL STREAM IL 60197-4307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.38.  **Nonpriority creditor's name and mailing address**

CENTURY LINK
PO BOX 1319
CHARLOTTE NC 28201-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,620.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.39.  **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS HOLDING
PO BOX 742614
CINCINNATI OH 45274-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,291.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **Borden Dairy Company**                                                     Case number *(if known)* **20-10010**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHD NORTH AMERICA
130 S JEFFERSON ST SUITE 250
CHICAGO IL 60661-5761

☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CIBER GLOBAL LLC
PO BOX 775377
CHICAGO IL 60677-5377

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,093.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

HEALTH, WELFARE & WORKER'S COMP

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINCINNATI BELL
PO BOX 748003
CINCINNATI OH 45274-8003

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,125.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| | |
|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

CIT TECHNOLOGY SERVICES
21719 NETWORK PLACE
CHICAGO IL 60673-1217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$17,700.00

---

3.44.    **Nonpriority creditor's name and mailing address**

CIT BANK NA
21146 NETWORK PLACE
CHICAGO IL 60673-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$4,018.60

---

3.45.    **Nonpriority creditor's name and mailing address**

CITY OF DALLAS
CITY HALL 2D SOUTH
DALLAS TX 75277-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$2,132.00

---

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF HOPKINSVILLE | | $83,592.04

CITY OF HOPKINSVILLE
P. O. BOX 707
HOPKINSVILLE KY 42241-0707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      HEALTH, WELFARE & WORKER'S COMP

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.47.**    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

CITY OF JACKSON
P.O. BOX 1096
400 COMMERCE ST.
JACKSON AL 36545

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      UTILITIES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.48.**    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

CITY OF LINDEN
211 NORTH MAIN STREET
LINDEN AL 36748

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,828.75

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      UTILITIES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

---

**3.49.**    **Nonpriority creditor's name and mailing address**

CKS PACKAGING
PO BOX 44386
ATLANTA GA 30336-1386

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☒ Yes

| Amount of claim |
|---|
| $50,000.00 |

---

**3.50.**    **Nonpriority creditor's name and mailing address**

CLEVELAND BORDEN DAIRY
3068-3150 W. 106TH STREET
CLEVELAND OH 44111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

CASE NO. GL.19.002-0001

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.51.**    **Nonpriority creditor's name and mailing address**

COMCAST CORPORATION
PO BOX 105184
ATLANTA GA 30348-5184

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☒ Yes

| Amount of claim |
|---|
| $181.55 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 19 of 73

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMISSIONER OF AGRICULTURE OF THE
STATE OF GEORGIA
ROOM 110 ADMIN 1
16 FOREST PARKWAY
FOREST PARK GA 30297-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

$939.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMMODITY TRANSPORTERS, LLC
P.O. BOX 1773
LONDON KY 40743

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COMPLOGICS LLC
2224 PAGE RD STE 102
DURHAM NC 27703-8908

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.55. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.55. **Nonpriority creditor's name and mailing address**

COMPORIUM COMMUNICATIONS
PO BOX 1042
ROCK HILL SC 29731-7042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$17,255.62

---

3.56. **Nonpriority creditor's name and mailing address**

COMPUTER KEYES
21929 MAKAH ROAD
WOODWAY WA 98020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$219.33

---

3.57. **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$480.11

---

Debtor   **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CONSOLIDATED COMMUNICATIONS
P.O.BOX 66523
ST. LOUIS MO 63166-6523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$308.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CORPORATE RELOCATION INTNL
1432 WAINWRIGHT WAY STE 100
CARROLLTON TX 75007-4946

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$151,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| | | |
|---|---|---|
| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CORPTAX INC
2100 E LAKE COOK RD STE 800
BUFFALO GROVE IL 60089-1999

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,685.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor   **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

| 3.61. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.61.**

**Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS
7401 FLORIDA BLVD
BATON ROUGE LA 70806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$47.89

---

**3.62.**

**Nonpriority creditor's name and mailing address**

CURIOSITY ADVERTISING
35 E 7TH ST
CINCINNATI OH 45202-2488

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$27,137.09

---

**3.63.**

**Nonpriority creditor's name and mailing address**

DADESYSTEMS LLP
13501 SW 128TH ST STE 211
MIAMI FL 33186-5863

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$83,470.56

---

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64.   **Nonpriority creditor's name and mailing address**

DAIMLER TRUCK FINANCIAL
PO BOX 5261
CAROL STREAM IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

10/10/2019

**Last 4 digits of account number:**

**Basis for the claim:**

DAIMLER LEASE GUARANTY EXECUTED
10/10/2019

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.65.   **Nonpriority creditor's name and mailing address**

DALLAS INDEPENDENT SCHOOL DISTRICT
3701 S LAMAR ST RM 206
DALLAS TX 75215-3687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,639.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.66.   **Nonpriority creditor's name and mailing address**

DAVIS WRIGHT TREMAINE LLP
920 5TH AVE STE 3300
SEATTLE WA 98104-1610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,597.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.67.

**Nonpriority creditor's name and mailing address**

DAVIS, GARY
19075 WILDWOOD CIRCLE
TRABUCO CANYON CA 92579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGACY MEDICAL EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.68.

**Nonpriority creditor's name and mailing address**

DIALECT INC
225 S MERAMEC AVE STE 1132
SAINT LOUIS MO 63105-3519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$647.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.69.

**Nonpriority creditor's name and mailing address**

DIXIE NET
301 N MAIN ST
RIPLEY MS 38663-1725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                Case number *(if known)* **20-10010**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOSSIER SYSTEMS INC
6 TERRI LN STE 700
BURLINGTON NJ 08016-4905

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,994.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ECLIPSE 41 NORTH LLC
1138 W 9TH ST
CLEVELAND OH 44113-1007

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,879.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EFAX CORPORATE
PO BOX 51873
LOS ANGELES CA 90051-6173

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,480.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 3.73. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

EMPLOYMENT SCREENING SERVICES
627 E SPRAGUE, SUITE 100
DALLAS TX 99202-2107

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,532.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.74. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ENTELEGENT SOLUTIONS INC
2520 WHITEHALL PARK DR STE 200
CHARLOTTE NC 28273-3558

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,750.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.75. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

ETHAN BEARMAN COMPANY
478 S BEDFORD DR
LOS ANGELES CA 90212

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,227.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.    **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
P.O. BOX 660481
DALLAS TX 752660481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.77.    **Nonpriority creditor's name and mailing address**

FOOD SAFETY NET SERVICES LTD
PO BOX 116438
CARROLLTON TX 75011-6438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,304.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.78.    **Nonpriority creditor's name and mailing address**

FP MAILING SOLUTIONS
PO BOX 157
FRANCOTYP-POSTALIA
BEFORD PARK IL 60499-0157

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$947.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| | |
|---|---|
| **3.79.** | **Nonpriority creditor's name and mailing address** |

**3.79.**

**Nonpriority creditor's name and mailing address**

FRED SAYEG INC
5737 KANAN RD # 152
AGOURA HILLS CA 91301-1601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$86,048.74

---

**3.80.**

**Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI OH 45274-0407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$149.80

---

**3.81.**

**Nonpriority creditor's name and mailing address**

FUELMAN FLEET PROGRAM
109 NORTHPARK BLVD STE 500
COVINGTON LA 70433-5014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$850.00

---

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.82. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GARY W CAZAUBON
13252 HWY 1078
FOLSOM LA 70437

$40.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.83. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GBS GROUP INC
13745 OMEGA RD
DALLAS TX 75244

$8,256.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

| 3.84. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

GEORGIA SOFT SERVE DELIGHTS, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

$18.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor    **Borden Dairy Company**                                                 Case number *(if known)* **20-10010**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.85.   **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATION
PO BOX 983119
BOSTON MA 02298-3119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.86.   **Nonpriority creditor's name and mailing address**

GREEN GUARD FIRST AID & SAFETY
3499 RIDER TRL S
EARTH CITY MO 63045-1110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,386.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.87.   **Nonpriority creditor's name and mailing address**

GROCERY MANUFACTURERS ASSOC
1001 19TH ST N 7TH FLOOR
ARLINGTON VA 22209-1722

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,234.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.88.  **Nonpriority creditor's name and mailing address**

GRUPO LALA
AV. JAVIER BARROS SIERRA 495 PARK PLAZA 3,
6TH FLOOR ZEDEC SANTA FE
MEXICO CITY
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,753.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.89.  **Nonpriority creditor's name and mailing address**

HABERMAN & ASSOCIATES INC
430 1ST AVE N STE 216
MINNEAPOLIS MN 55401-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,112.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.90.  **Nonpriority creditor's name and mailing address**

HAROLD G STRUNK
3517 FAIRWAY CREST DR SW
SHALLOTTE NC 28470-5008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$366.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HERRERA, NICHOLAS
1351 NE MIAMI GARDENS
MIAMI FL 33179

☑ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGACY MEDICAL EXPENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIGHJUMP SOFTWARE, LTD.
NW 5874
P O BOX 1450
MINNEAPOLIS MN 55485-5874

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOGAN LOVELLS US LLP
555 13TH ST NW
WASHINGTON DC 20004-1109

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.94.** **Nonpriority creditor's name and mailing address**

HORTON, CARL
GORI, JULIAN ET ASSOCIATES, P.C.
RANDY L. GORI
156 N. MAIN ST.
EDWARDSVILLE IL 62025

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. 19-L-249

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.95.** **Nonpriority creditor's name and mailing address**

HR DIRECT
PO BOX 669390
POMPANO BEACH FL 33066-9390

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$49,639.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.96.** **Nonpriority creditor's name and mailing address**

HUGHES BRANDMIX
50 WASHINGTON ST STE 1202
NORWALK CT 06854-2752

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,797.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97.    **Nonpriority creditor's name and mailing address**

INCONTACT INC
75 W TOWNE RIDGE PKWY TOWER 1
SANDY UT 84070-5523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$32,900.00

---

3.98.    **Nonpriority creditor's name and mailing address**

INMAR
635 VINE STREET
WINSTON-SALEM NC 27101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$10,000.00

---

3.99.    **Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA INC
PO BOX 731069
DALLAS TX 75373-1069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$25,000.00

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**3.100.**

**Nonpriority creditor's name and mailing address**

ISG TECH
2016 EAST RANDOL MILL ROAD
STE 417
ARLINGTON TX 76011

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$218,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.101.**

**Nonpriority creditor's name and mailing address**

ISG TECHNOLOGIES LLC
102 W PENNSYLVANIA AVE STE 201
TOWSON MD 21204-4544

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$282.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.102.**

**Nonpriority creditor's name and mailing address**

JETSTAR COURIER EXPRESS
PO BOX 852073
RICHARDSON TX 75085-2073

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,353.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.103.    **Nonpriority creditor's name and mailing address**

JUNGLE JIMS MARKET INC
5440 DIXIE HWY
FAIRFIELD OH 45014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$108,247.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.104.    **Nonpriority creditor's name and mailing address**

KISCO INFORMATION SYSTEMS
89 CHURCH STREET
SARANAC LAKE NY 12983

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$41,530.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

3.105.    **Nonpriority creditor's name and mailing address**

KRONOS INCORPORATED
PO BOX 743208
ATLANTA GA 30374-3208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,198.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.106. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* |

**3.106.** | **Nonpriority creditor's name and mailing address**

LAB MANAGEMENT NETWORK INC
4445 EASTGATE MALL SUITE 200
SAN DIEGO CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,843.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address**

LAGUNA DAIRY
ATTN: TREASURY DEPT
PO BOX 730969
DALLAS TX 75373-0969

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NET OPERATING LOSSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address**

LALA US
5301 ALPHA RD SUITE 80-300
DALLAS TX 75240-4355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$20,490.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

3.109.  **Nonpriority creditor's name and mailing address**

LATOS HOLDINGS LLC
2154 CHANNEL ISLANDS DR
ALLEN TX 75013-4829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $25,283.15 |

3.110.  **Nonpriority creditor's name and mailing address**

LLAMASOFT INC
201 S DIVISION ST STE 200
ANN ARBOR MI 48104-2259

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $716.94 |

3.111.  **Nonpriority creditor's name and mailing address**

LOCKE LORD LLP
PO BOX 911541
DALLAS TX 75391-1541

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

| Amount of claim |
| --- |
| $77,353.59 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 3.112. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOGO THAT INC
8017 MCALPINE DR
CHAROLETTE NC 28217-2341

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,789.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.113. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARKETSPHERE CONSULTING LLC
PO BOX 30123
OMAHA NE 68103-1223

☐ Contingent
☐ Unliquidated
☐ Disputed

$371.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| 3.114. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARLIN NETWORK INC
1200 WOODHURST DR BLDG V
SPRINGFIELD MO 65804

☑ Contingent
☐ Unliquidated
☐ Disputed

$84,280.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

| 3.115. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MERCER
PO BOX 730182
DALLAS TX 75373-0182

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.116. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MERCER INVESTMENT MANAGEMENT
21875 NETWORK PLACE
CHICAGO IL 60673-1218

☐ Contingent
☐ Unliquidated
☐ Disputed

$191.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.117. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MERRY ACRES INN
1500 DAWSON ROAD
ALBANY GA 31707

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,431.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.118.  **Nonpriority creditor's name and mailing address**

MUNSCH HARDT KOPF & HARR PC
500 N AKARD ST STE 3800
DALLAS TX 75201-6659

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.119.  **Nonpriority creditor's name and mailing address**

MYRTLE CONSULTING GROUP LLC
16225 PARK TEN PL STE 620
HOUSTON TX 77084-5155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,271.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.120.  **Nonpriority creditor's name and mailing address**

NATIONAL DAIRY, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$429,277,123.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                     Case number *(if known)* **20-10010**

**3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NAVEX GLOBAL, INC
PO BOX 60941
CHARLOTTE NC 28260-0941

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$148,591.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.122.**    **Nonpriority creditor's name and mailing address**

NDH TRANSPORT, LLC
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$28,429.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.123.**    **Nonpriority creditor's name and mailing address**

NEW LAGUNA
8750 N. CENTRAL EXPRESSWAY, STE 400
DALLAS TX 75231

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$193,564.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY TRANSACTIONS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.124.**

**Nonpriority creditor's name and mailing address**

NITOR PARTNERS LLC
29225 CHAGRIN BLVD STE 300
BEACHWOOD OH 44122-4629

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$1,250.00

---

**3.125.**

**Nonpriority creditor's name and mailing address**

NORTH CAROLINA STATE UNIVERSITY
ACCOUNTS RECEIVABLE
CAMPUS BOX 7203
RALEIGH NC 27695-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$3,740.52

---

**3.126.**

**Nonpriority creditor's name and mailing address**

OGLETREE DEAKINS
P O BOX 89
COLUMBIA SC 29202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☒ Yes

**Amount of claim**

$611.44

---

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

---

3.127.   **Nonpriority creditor's name and mailing address**

OPEN TEXT INC
2950 DELAWARE ST STE 400
SAN MATEO CA 94403-2199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$645.00

---

3.128.   **Nonpriority creditor's name and mailing address**

ORACLE AMERICA, INC
PO BOX 203448
DALLAS TX 75320-3448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$10,137.38

---

3.129.   **Nonpriority creditor's name and mailing address**

OSMG-CINCINATTI LLC
941 MATTHEWS MINT HILL RD
MATTHEWS NC 28105-1777

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$174.75

---

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

---

**3.130.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| | | 

PARADOX COMPENSATION ADVISORS
4100 ALPHA RD SUITE 465
DALLAS TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,639.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.131.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PARK CITY GROUP
5282 S COMMERCE DR STE D-292
MURRAY UT 84107-5309

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,994.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.132.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PENSKE TRUCK LEASING CO
P.O. BOX 532658
ATLANTA GA 30353-2658

☐ Contingent
☐ Unliquidated
☐ Disputed

$934.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**3.133.** **Nonpriority creditor's name and mailing address**

PERRY COUNTY TAX COLLECTOR
PO BOX 117
MARION AL 36756-0117

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $2.16 |

---

**3.134.** **Nonpriority creditor's name and mailing address**

PHYSICIANS HEALTH CENTER - NMB
20535 NW 2ND AVENUE SUITE 150
MIAMI FL 33169

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $150.00 |

---

**3.135.** **Nonpriority creditor's name and mailing address**

PITNEY BOWES
PO BOX 371887
PITTSBURG PA 15250-7887

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
|---|
| $17,255.62 |

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

---

| 3.136. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PITNEY BOWES PRESORT SERVICES<br>DEPT CH 14035<br>PALATINE IL 60055-4035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $219.33 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.137. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PLANT INTERSCAPES INC<br>6436 BABCOCK RD<br>SAN ANTONIO TX 78249 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $480.11 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.138. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PLANTERS COMMUNICATIONS LLC<br>PO BOX 7<br>NEWINGTON GA 30446-8501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $308.52 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 48 of 73

Debtor   **Borden Dairy Company**                                                     Case number *(if known)* **20-10010**

| 3.139. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|---|---|

**3.139.** | **Nonpriority creditor's name and mailing address**

POLITEMAIL SOFTWARE
300 CONSTITUTION AVE STE 200
PORTSMOUTH NH 03801

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.140.** | **Nonpriority creditor's name and mailing address**

PR NEWSWIRE ASSOCIATION LLC
PO BOX 5897
NEW YORK NY 10087-5897

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,685.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.141.** | **Nonpriority creditor's name and mailing address**

PRECISION REPROGRAPHICS INC
3102 BENTON ST
GARLAND TX 75042-7439

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

PRIDESTAFF
7535 N. PALM AVE. #101
FRESNO CA 93711

$27,137.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.143.    **Nonpriority creditor's name and mailing address**

PROPAC MARKETING INC
6300 COMMUNICATIONS PKWY #100
PLANO TX 75024-5971

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$83,470.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.144.    **Nonpriority creditor's name and mailing address**

PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$9,597.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

| 3.145. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.145.    **Nonpriority creditor's name and mailing address**

QWIK COURIERS INC
PO BOX 180926
DALLAS TX 75218-0926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$647.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.146.    **Nonpriority creditor's name and mailing address**

RFX INC
57 LITTLEFIELD ST
AVON MA 02322-1944

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.147.    **Nonpriority creditor's name and mailing address**

RIGGS, HUBERT
LANDRY & SWARR
FRANK J. SWARR, ESQ.
1010 COMMON STREET
SUITE 2050
NEW ORLEANS LA 70112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. 2016-8888

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.148. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT HALF FINANCE & ACCOUNTING
PO BOX 734295
LOS ANGELES CA 90074-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,410.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.149. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROYAL CUP
PO BOX 841000
DALLAS TX 75284-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,879.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.150. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

$124,579.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor  **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

---

**3.151.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.151.** **Nonpriority creditor's name and mailing address**

RUIZ, JOSE
PMB 154, LARES
PR
CALLE MUNOC RIVERA #2
PMB 154, LARES PR 00669

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

LEGACY MEDICAL EXPENSES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.152.** **Nonpriority creditor's name and mailing address**

RYAN TRANSPORTATION SERVICES
9350 METCALF AVE
OVERLAND PARK KS 66212-1463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$2,480.00

---

**3.153.** **Nonpriority creditor's name and mailing address**

SALEM LEASING CORP
PO BOX 24788
WINSTON SALEM NC 27114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$8,532.80

---

Debtor   **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 3.154. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SANDY PANAGINI
PO BOX 940
FRASER CO 80442-0940

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.155. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCAN 360 LLC
15115 ZINRAN CT
SAVAGE MN 55378-4526

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,593.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.156. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELLETHICS MARKETING GROUP INC
941 MATTHEWS MINT HILL RD
MATTHEWS NC 28105-1777

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

SGS NORTH AMERICA INC
PO BOX 2506
CAROL STREAM IL 60132-2506

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$5,304.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.158.** **Nonpriority creditor's name and mailing address**

SHANES LAWN MAINTENANCE INC
900 N WALNUT CREEK SR STE 100
MANSFIELD TX 76063-8042

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$947.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

**3.159.** **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS TX 75395-2121

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$86,048.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.160. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.160.  **Nonpriority creditor's name and mailing address**

SHRED IT USA LLC
28883 NETWORK PL
CHICAGO IL 60673-1288

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$149.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.161.  **Nonpriority creditor's name and mailing address**

SOUTHERN FREIGHT LINES LLC
PO BOX 1977
KILGORE TX 75663-1977

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$850.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.162.  **Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
DEPT DAL
PO BOX 83689
CHICAGO IL 60696-0001

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

---

**3.163.**  **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266-0409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$8,256.50

---

**3.164.**  **Nonpriority creditor's name and mailing address**

STATE OF LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL COMPLIANCE
PO BOX 4312
BATON ROUGE LA 70821-4312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

AE-L-19-01183

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNDETERMINED

---

**3.165.**  **Nonpriority creditor's name and mailing address**

STOP AT NOTHING
1400 MARSH LANDING PKWY #107
JACKSONVILLE BEACH FL 32250-2492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

$939.97

---

Debtor    **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| | | |
|---|---|---|

**3.166.** | **Nonpriority creditor's name and mailing address**

SUMMIT ENERGY SERVICES INC
25716 NETWORK PLACE
CHICAGO IL 60673-1257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$3,300.00

---

**3.167.** | **Nonpriority creditor's name and mailing address**

SUNWEST COMMUNICATIONS INC
13355 NOEL RD STE 1000
DALLAS TX 75240-6691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$21,386.00

---

**3.168.** | **Nonpriority creditor's name and mailing address**

SYMANTEC CORPORATION
PO BOX 743560
LOS ANGELES CA 90074-3560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$5,234.63

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 3.169. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.169.    **Nonpriority creditor's name and mailing address**

SYSCO USA LLC
1390 ENCLAVE PKWY
HOUSTON TX 77077-2025

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,112.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.170.    **Nonpriority creditor's name and mailing address**

TDS TELECOM SERVICE LLC
PO BOX 94510
PALATINE IL 60094-4510

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$366.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.171.    **Nonpriority creditor's name and mailing address**

TECA DATA SAFE CORPORATION
11670 FOUNTAINS DR STE 200
MAPLE GROVE MN 55369-7195

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 3.172. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.172.   **Nonpriority creditor's name and mailing address**

TERRY STANLEY
PO BOX 532
BLUE RIDGE GA 30513

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.173.   **Nonpriority creditor's name and mailing address**

TERRYBERRY COMPANY LLC
2033 OAK INDUSTRIAL DR NE
GRAND RAPIDS MI 49505-6011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$49,639.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

3.174.   **Nonpriority creditor's name and mailing address**

TGI OFFICE AUTOMATION LLC
C# WP1323 / COPIES ONLY
2077 N POWERLINE RD SUITE 2
POMPANO BEACH FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$28,797.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THACKER-GRIGSBY TELEPHONE CO.,
P.O. BOX 789
HINDMAN KY 41822

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE CLEVELAND ELECTRIC ILLUMINATING
COMPANY
11517 FRUITLAND CT,
CLEVELAND OH 44102

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CASE NO. CV 19 924464

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE JACOB SEARCH GROUP LLC
6190 VIRGINIA PKWY STE 100
MCKINNEY TX 75071-4400

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,900.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

**3.178.**  **Nonpriority creditor's name and mailing address**

THE MARKETING ARM INC
1999 BRYAN ST STE 1800
DALLAS TX 75201-3125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$25,000.00

---

**3.179.**  **Nonpriority creditor's name and mailing address**

THE MARLIN COMPANY
10 RESEARCH PARKWAY
WALLINGFORD CT 06492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$282.84

---

**3.180.**  **Nonpriority creditor's name and mailing address**

THE NIELSEN COMPANY (US) LLC
PO BOX 88956
CHICAGO IL 60695-1956

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$1,353.15

---

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 3.181. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.181.  **Nonpriority creditor's name and mailing address**

THE ULTIMATE SOFTWARE GROUP INC
PO BOX 930953
ATLANTA GA 31193-0953

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$108,247.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.182.  **Nonpriority creditor's name and mailing address**

THINKING PHONE NETWORKDS INC
PO BOX 347284
PITTSBURGH PA 15251-4284

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$41,530.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

---

3.183.  **Nonpriority creditor's name and mailing address**

THOMSON REUTERS-WEST (SERENGETI)
PO BOX 6292
CAROL STREAM IL 60197-6292

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,198.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor  **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

---

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

THREE BOX STRATEGIC COMMUNICATIONS
12222 MERIT DRIVE STE 1030
DALLAS TX 75251-3235

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,843.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.185.** **Nonpriority creditor's name and mailing address**

TIC TOC
4006 E SIDE AVE
DALLAS TX 75226-1205

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$25,283.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.186.** **Nonpriority creditor's name and mailing address**

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$716.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

3.187. **Nonpriority creditor's name and mailing address**

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
SURETY BONDS
VELDA FARMS, LLC
ONE TOWER SQUARE
HARTFORD CT 06183

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SURETY BOND - NO. 106264790

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

3.188. **Nonpriority creditor's name and mailing address**

TRIMBLE MAPS
PO BOX 204769
DALLAS TX 75320-4769

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $77,353.59 |

3.189. **Nonpriority creditor's name and mailing address**

TW TELECOM LEVEL 3 COMMUNICATIONS
PO BOX 910182
DENVER CO 80291-0182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $39,789.68 |

Debtor   **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

**3.190.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577

☐ Contingent
☐ Unliquidated
☐ Disputed

$371.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.191.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

UPGRADE PERFORMANCE INC
21 VIA TIMON
SAN CLEMENTE CA 92673-7030

☐ Contingent
☐ Unliquidated
☐ Disputed

$84,280.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.192.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

VERIZON BUSINESS
PO BOX 15043
ALBANY NY 12212-5044

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 3.193. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERIZON WIRELESS
P O BOX 660108
DALLAS TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

$191.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VORYS, SATER, SEYMOUR AND PEASE LLP
PO BOX 73487
CLEVELAND OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,431.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WENCEL WORLDWIDE INC
2210 MIDWEST RD STE 107
OAK BROOK IL 60523-8201

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 3.196. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

WHAT'S THE BIG IDEA
5603 KINGSTON CT
RICHARDSON TX 75082-4002

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,271.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.197. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

WHEELER STAFFING PARTNERS INC
1700 ALMA DR SUITE 500
PLANO TX 75075

☐ Contingent
☐ Unliquidated
☐ Disputed

$148,591.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| | | | |
|---|---|---|---|
| 3.198. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

WILLIAM VAN MATHIS
785 POLE BRANCH RD
LAKE WYLIE SC 29710-7098

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor   **Borden Dairy Company**                                     Case number *(if known)* **20-10010**

| | |
|---|---|
| 3.199. | **Nonpriority creditor's name and mailing address** |

**3.199.** | **Nonpriority creditor's name and mailing address**

WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$3,740.52

---

**3.200.** | **Nonpriority creditor's name and mailing address**

WINDSTREAM COMMUNICATIONS, INC
PO BOX 9001908
LOUISVILLE KY 40290-1908

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$611.44

---

**3.201.** | **Nonpriority creditor's name and mailing address**

WIPRO
545 LEGACY DR
PLANO TX 75024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

NON-MILK DISBURSEMENTS

**Is the claim subject to offset?**

☐ No

☑ Yes

**Amount of claim**

$9,200.00

---

Debtor   **Borden Dairy Company**                                       Case number *(if known)* **20-10010**

---

**3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WORK WELL
231 METHODIST BLVD.
HATTIESBURG MS 39402

$645.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.203.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WRA RISK INC
4851 KELLER SPRINGS RD STE 205
ADDISON TX 75001-6288

$10,137.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No
☑ Yes

---

**3.204.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

XACT BUSINESS SOLUTIONS
2450 SW GRAPEVINE PKWY STE 200
GRAPEVINE TX 76051-7098

$174.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         NON-MILK DISBURSEMENTS

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.205.    **Nonpriority creditor's name and mailing address**

ZAYO GROUP HOLDINGS, INC
PO BOX 952136
DALLAS TX 75395-2136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$934.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☐ No

☑ Yes

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BROWN & CONNERY LLP<br>DONALD K LUDMAN<br>6 NORTH BROAD ST.,STE 100<br>WOODBURY NJ 08096 | Part 2 line 3.11 | _____ |
| BROWN & CONNERY LLP<br>DONALD K LUDMAN<br>6 NORTH BROAD ST.,STE 100<br>WOODBURY NJ 08096 | Part 2 line 3.57 | _____ |
| CKS PACKAGING<br>DAVE CROMPTON<br>350 GREAT SOUTHWEST PKWY SW<br>ATLANTA GA 30336 | Part 2 line 3.49 | _____ |
| DECHERT LLP<br>BRIAN E. GREER<br>THREE BRYANT PARK<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6797 | Part 2 line 3.123 | _____ |
| FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>919 NORTH MARKET ST STE 300<br>WILMINGTON DE 19801 | Part 2 line 3.17 | _____ |
| GORI, JULIAN ET ASSOCIATES, P.C.<br>RANDY L. GORI<br>156 N. MAIN ST.<br>EDWARDSVILLE IL 62025 | Part 2 line 3.94 | _____ |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Part 1 line 2.3 | _____ |
| INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | Part 1 line 2.3 | _____ |
| MCGLINCHEY STAFFORD PLLC<br>RICHARD A. AGUILAR<br>601 POYDRAS ST STE 1200<br>NEW ORLEANS LA 70130 | Part 2 line 3.17 | _____ |
| STEPHEN J. PRUNESKI<br>ONE CASCADE PLAZA, SUITE 1445<br>AKRON OH 44308 | Part 2 line 3.176 | _____ |

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b. **+** | $671,482,500.98 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $671,482,500.98 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Borden Dairy Company |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10010 |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |

| 2.1. | **Title of contract** | PREPAID OTHER | 1SYNC INC<br>DEPT 781341<br>DETROIT MI 48278-1341 |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2. | **Title of contract** | IMAGE CAPTURE SERVICES SOW | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | IT APPLICATIONS - 1 WORLD SYNC | |
| | **Nature of debtor's interest** | PARTY | 1WORLDSYNC<br>THERESA BEARB<br>1009 LENOX DR<br>STE 202<br>LAWRENCEVILLE NJ 08648 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.3. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | LEASE OF REAL PROPERTY LOCATED AT 3211 SHAWNEE INDUSTRIAL WAY ROAD, SHAWNEE, GA 30024 | |
| | **Nature of debtor's interest** | LESSOR | 300 SHAWNEE INDUSTRIAL WAY, LLC<br>2964 PEACHTREE ROAD<br>SUITE 375<br>ATLANTA GA 30305 |
| | **State the term remaining** | 9/30/2020 | |
| | **List the contract number of any government contract** | | |

Debtor **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

| 2.4. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|------------------------|--------------------------------|------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | 72 POINT INC |
| | **State the term remaining** | | 231 FRONT ST #125 |
| | | | BROOKLYN NY 11201-1217 |
| | **List the contract number of any government contract** | | |

| 2.5. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|------------------------|-----------|------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | A BETTER ANSWER |
| | **State the term remaining** | | 1410 AVENUE G |
| | | | PLANO TX 75074-0000 |
| | **List the contract number of any government contract** | | |

| 2.6. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|------------------------|-----------------|------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | A T KEARNEY |
| | **State the term remaining** | | 227 W MONROE ST |
| | | | CHICAGO IL 60606-5055 |
| | **List the contract number of any government contract** | | |

| 2.7. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|------------------------|-----------------|------|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ABACUS RETIREMENT PLAN CONSULT |
| | **State the term remaining** | | 506 JAMBOREE WAY |
| | | | EULESS TX 76039 |
| | **List the contract number of any government contract** | | |

| 2.8. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|------------------------|--------------------|------|
| | **State what the contract or lease is for** | BENEFITS | |
| | **Nature of debtor's interest** | PARTY | ABACUS RETIREMENT PLAN CONSULTING LLC |
| | **State the term remaining** | | ATTENTION: ERIKA CHAVEZ |
| | | | 506 JAMBOREE WAY |
| | **List the contract number of any government contract** | | EULESS TX 76039-7967 |

Debtor  **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 2.9. | **Title of contract** | COMPUTER SUPPLIES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | | | |
| | **Nature of debtor's interest** | PARTY | | ABLE CABLE |
| | **State the term remaining** | | | 1425 STRAWBERRY CIRCLE IRVING TX 75060 |
| | **List the contract number of any government contract** | | | |

| 2.10. | **Title of contract** | OFFICE SUPPLIES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | | | |
| | **Nature of debtor's interest** | PARTY | | ABRAM SAGE THOMAS |
| | **State the term remaining** | | | 919 CHADWICK DR RICHARDSON TX 75080-4904 |
| | **List the contract number of any government contract** | | | |

| 2.11. | **Title of contract** | OFFICE SUPPLIES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | | | |
| | **Nature of debtor's interest** | PARTY | | ACCENT ON PROMOTIONS INC |
| | **State the term remaining** | | | 3 HERBERT CT TOMKINS COVE NY 10986-1401 |
| | **List the contract number of any government contract** | | | |

| 2.12. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | | | |
| | **Nature of debtor's interest** | PARTY | | ACCORDIA GLOBAL COMPLIANCE GRO |
| | **State the term remaining** | | | 6990 SR 16 SAINT AUGUSTINE FL 32092 |
| | **List the contract number of any government contract** | | | |

| 2.13. | **Title of contract** | AUTOMOBILE LIABILITY INSURANCE - POLICY NO. ISA H25287046 | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | | |
| | **Nature of debtor's interest** | INSURED | | ACE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | | DEPT CH 10123 PALATINE IL 60055-0123 |
| | **List the contract number of any government contract** | | | |

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.14. | **Title of contract** | FOREIGN PACKAGE INSURANCE - POLICY NO. PHFD38280624 007 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ACE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | DEPT CH 10123 PALATINE IL 60055-0123 |
| | **List the contract number of any government contract** | | |

| 2.15. | **Title of contract** | GENERAL LIABILITY INSURANCE - POLICY NO. XSL G71233467 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ACE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | DEPT CH 10123 PALATINE IL 60055-0123 |
| | **List the contract number of any government contract** | | |

| 2.16. | **Title of contract** | WORKERS' COMPENSATION – AL INSURANCE - POLICY NO. WCU C66046643 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ACE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | DEPT CH 10123 PALATINE IL 60055-0123 |
| | **List the contract number of any government contract** | | |

| 2.17. | **Title of contract** | WORKERS' COMPENSATION - OH INSURANCE - POLICY NO. WCU C66037496 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ACE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | DEPT CH 10123 PALATINE IL 60055-0123 |
| | **List the contract number of any government contract** | | |

| 2.18. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ACERTITUDE |
| | **State the term remaining** | | 8000 MIDLANTIC DR # S109N NOUNT LAUREL NJ 08054-1549 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 2.19. | **Title of contract** | COMPUTER SOFTWARE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | IT APPLICATIONS - ACORN PA5G | |
| | **Nature of debtor's interest** | PARTY | ACORN PERFORMANCE GROUP INC. |
| | **State the term remaining** | 6/19/2019 | PO BOX 671702 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75267-1702 |

| | | | |
|---|---|---|---|
| 2.20. | **Title of contract** | MAINTENANCE & REPAIR - BLDG | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | ADVANCE INSTALLATION SERVICES |
| | **State the term remaining** | _____ | 1180 113TH ST |
| | **List the contract number of any government contract** | _____ | GRAND PRAIRIE TX 75050 |

| | | | |
|---|---|---|---|
| 2.21. | **Title of contract** | COMPUTER SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | AFS TECHNOLOGIES INC |
| | **State the term remaining** | _____ | PO BOX 53573 |
| | **List the contract number of any government contract** | _____ | PHOENIX AZ 85072-3573 |

| | | | |
|---|---|---|---|
| 2.22. | **Title of contract** | SOFTWARE SUBSCRIPTION AND MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | IT HANDHELDS - HANDHELD SOLUTION - IGNITION | |
| | **Nature of debtor's interest** | PARTY | AFS TECHNOLOGIES, INC. |
| | **State the term remaining** | 12/31/2020 | 2141 E HIGHLAND AVE STE 200 |
| | **List the contract number of any government contract** | _____ | PHOENIX AZ 85016 |

| | | | |
|---|---|---|---|
| 2.23. | **Title of contract** | OMSI ACCEPTANCE FORM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | IT APPLICATIONS - OMSI MAINTENANCE | |
| | **Nature of debtor's interest** | PARTY | AFS TECHNOLOGIES, INC. |
| | **State the term remaining** | 6/30/2020 | 2141 E HIGHLAND AVE STE 200 |
| | **List the contract number of any government contract** | _____ | PHOENIX AZ 85016 |

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 2.24. | Title of contract | ENTERPRISE LICENSE AND PREMIUM PLUS AND SOFTWARE MAINTENANCE AGREEMENTS AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|

State what the contract or lease is for — IT APPLICATIONS - ROSS RAMS - ERP

Nature of debtor's interest — PARTY

State the term remaining — 4/30/2020

List the contract number of any government contract — _____

AFS TECHNOLOGIES, INC.
2141 E HIGHLAND AVE
STE 200
PHOENIX AZ 85016

---

**2.25.**  Title of contract — MAINTENANCE & REPAIR - BLDG

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

AGR PLUMBING SERVICE & REPAIR
PO BOX 2128
HURST TX 76053-2128

---

**2.26.**  Title of contract — MAINTENANCE & REPAIR - BLDG

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

AIR CONDITIONING INNOVATIVE
PO BOX 3274
MCKINNEY TX 75070

---

**2.27.**  Title of contract — CONSTRUCTION IN PROGRESS

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

AKILI INC
901 W WALNUT HILL LN STE 130B
IRVING TX 75038-1001

---

**2.28.**  Title of contract — BRANDED PRODUCTS AGREEMENT

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

ALAMANCE FOODS, INC.
P.O. BOX 402048
ATLANTA GA 30384

Debtor   **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.29. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ALEC LEVENSON |
| | **State the term remaining** | | 11401 BOLAS ST |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90049-3419 |

| 2.30. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | ALEX C. FERGUSSON, LLC |
| | **State the term remaining** | 12/31/2021 | 5121 COFFEY AVE |
| | **List the contract number of any government contract** | | CHAMBERSBURG PA 17201 |

| 2.31. | **Title of contract** | EXCESS LIABILITY INSURANCE - POLICY NO. 0312-1262 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ALLIED WORLD NATIONAL ASSURANCE COMPANY |
| | **State the term remaining** | | 199 WATER STREET |
| | **List the contract number of any government contract** | | 25TH FLOOR<br>NEW YORK NY 10038 |

| 2.32. | **Title of contract** | LICENSE KEY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SMP FOR ALTOVA® XMLSPY 2019 PROFESSIONAL EDITION | |
| | **Nature of debtor's interest** | PARTY | ALTOVA INC |
| | **State the term remaining** | UNTIL TERMINATED | 900 CUMMINGS DR<br>STE 314T |
| | **List the contract number of any government contract** | | BEVERLY MA 01915 |

| 2.33. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARKET DEVELOPMENT | |
| | **Nature of debtor's interest** | PARTY | AMAZON FULFILLMENT SERVICES, INC. |
| | **State the term remaining** | | PO BOX 84394 |
| | **List the contract number of any government contract** | | SEATTLE WA 98124-5694 |

Debtor    **Borden Dairy Company**                                                                          Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 2.34. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | AMELIA DAIRY LLC |
| | **State the term remaining** | | AMELIA DAIRY LLC |
| | **List the contract number of any government contract** | | 248 CR 4310 <br> WINNSBORO TX 75494 |

| | | | |
|---|---|---|---|
| 2.35. | **Title of contract** | EVENT SPONSORSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | AMERICAN CANCER SOCIETY INC |
| | **State the term remaining** | | CATTLE BARON'S BALL 507 N NEW |
| | **List the contract number of any government contract** | | YORK AVE STE 100 <br> WINTER PARK FL 32789-3186 |

| | | | |
|---|---|---|---|
| 2.36. | **Title of contract** | APPROVED PRODUCTS CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | AMERICAN DAIRY QUEEN |
| | **State the term remaining** | | CORPORATION |
| | **List the contract number of any government contract** | | ATTENTION: CHIEF OPERATING OFFICER <br> 7505 METRO BLVD <br> MINNEAPOLIS MN 55439 |

| | | | |
|---|---|---|---|
| 2.37. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | AMERICAN FUJI SEAL INC |
| | **State the term remaining** | | 1051 BLOOMFIELD RD |
| | **List the contract number of any government contract** | | BARDSTOWN KY 40004-9794 |

| | | | |
|---|---|---|---|
| 2.38. | **Title of contract** | NATIONAL ACCOUNT PROPANE GAS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PRODUCT PURCHASE | |
| | **Nature of debtor's interest** | PARTY | AMERIGAS PROPANE, L.P. |
| | **State the term remaining** | 12/1/2020 | 460 N. GULPH ROAD |
| | **List the contract number of any government contract** | | KING OF PRUSSIA PA 19406 |

Debtor    **Borden Dairy Company**                                                        Case number *(if known)* **20-10010**

| 2.39. | Title of contract | SOFTWARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - S&OP AND FP&A LICENSES - 2019 | |
| | Nature of debtor's interest | PARTY | ANAPLAN |
| | State the term remaining | 4/29/2022 | 50 HAWTHORNE ST |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94105 |

| 2.40. | Title of contract | PREPAID OTHER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ANAPLAN INC |
| | State the term remaining | | PO BOX 399085 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94139 9085 |

| 2.41. | Title of contract | SALES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLIER AGREEMENT | |
| | Nature of debtor's interest | PARTY | ARAMARK SCM INC |
| | State the term remaining | 9/30/2020 | ATTN.: VICE PRESIDENT. FINANCE - SUPPLY CHAIN MANAGEMENT |
| | List the contract number of any government contract | | 12111 FLOOR, ARAMARK TOWER 1101 MARKET STREET PHILADELPHIA PA 19107 |

| 2.42. | Title of contract | SERVICE AGREEMENT AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | UNIFORM SUPPLIES | |
| | Nature of debtor's interest | PARTY | ARAMARK UNIFORM SERVICES DIVISION OF ARAMARK UNIFORM |
| | State the term remaining | | AND CAREER APPAREL |
| | List the contract number of any government contract | | 115 NORTH FIRST STREET BURBANK CA 91505 |

| 2.43. | Title of contract | TRAINING - GENERAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ARC DOCUMENT SOLUTIONS LLC |
| | State the term remaining | | PO BOX 203890 |
| | List the contract number of any government contract | | DALLAS TX 75320-3890 |

Debtor  **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

2.44.  **Title of contract**                PREPAID OTHER                          State the name and mailing address
                                                                                   for all other parties with whom the
       **State what the contract or**        _____      debtor has an executory contract or
       **lease is for**                                                            unexpired lease

       **Nature of debtor's interest**       PARTY                                 ARIBA INC
                                                                                   PO BOX 642962
       **State the term remaining**          _____      PITTSBURGH PA 15264-2962

       **List the contract number of**       _____
       **any government contract**

2.45.  **Title of contract**                SOFTWARE AGREEMENT AND EXTENDED PAYMENT   State the name and mailing address
                                            AGREEMENT                               for all other parties with whom the
       **State what the contract or**        IT APPLICATIONS - SAP ARIBA - PROCURE TO PAY   debtor has an executory contract or
       **lease is for**                                                            unexpired lease

       **Nature of debtor's interest**       PARTY                                 ARIBA, INC.
                                                                                   3420 HILLVIEW AVENUE BUILDING 3
       **State the term remaining**          9/30/2021                             PALO ALTO CA 994034

       **List the contract number of**       _____
       **any government contract**

2.46.  **Title of contract**                CONSULTING FEES                        State the name and mailing address
                                                                                   for all other parties with whom the
       **State what the contract or**        _____      debtor has an executory contract or
       **lease is for**                                                            unexpired lease

       **Nature of debtor's interest**       PARTY                                 ARNOLD & PORTER KAYE SCHULER
                                                                                   L
       **State the term remaining**          _____      PO BOX 759451
                                                                                   BALTIMORE MD 21275-9451
       **List the contract number of**       _____
       **any government contract**

2.47.  **Title of contract**                PROFESSIONAL FEES AND SERVICES         State the name and mailing address
                                                                                   for all other parties with whom the
       **State what the contract or**        _____      debtor has an executory contract or
       **lease is for**                                                            unexpired lease

       **Nature of debtor's interest**       PARTY                                 ART AMERICAN PRINTING PLATES
                                                                                   1138 W. NINTH STREET
       **State the term remaining**          _____      CLEVELAND OH 44113-1007

       **List the contract number of**       _____
       **any government contract**

2.48.  **Title of contract**                PRODUCT RECALL INSURANCE -             State the name and mailing address
                                            POLICY NO. NC00A1F19                   for all other parties with whom the
       **State what the contract or**        INSURANCE                             debtor has an executory contract or
       **lease is for**                                                            unexpired lease

       **Nature of debtor's interest**       INSURED                               ASPEN SPECIALTY INSURANCE
                                                                                   COMPANY
       **State the term remaining**          _____      175 CAPITAL BLVD
                                                                                   STE 100
       **List the contract number of**       _____      ROCKY HILL CT 06067
       **any government contract**

Debtor   **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| 2.49. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ASPIRE HR |
| | **State the term remaining** | | 5151 BELT LINE RD STE 1115 |
| | **List the contract number of any government contract** | | DALLAS TX 75254-6763 |

| 2.50. | **Title of contract** | MARKETING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | ASSOCIATED FOOD & PETROLEUM DEALERS |
| | **State the term remaining** | | 5779 WEST MAPLE RD |
| | **List the contract number of any government contract** | | BLOOMFIELD MI 48322 |

| 2.51. | **Title of contract** | DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | ASSOCIATED GROCERS, INC. |
| | **State the term remaining** | | VENDOR RELATIONS |
| | | | P.O. BOX 261748 |
| | **List the contract number of any government contract** | | BATON ROUGE LA 70826-17 48 |

| 2.52. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | AT & T |
| | **State the term remaining** | | PO BOX 5014 |
| | **List the contract number of any government contract** | | CAROL STREAM IL 60197-5014 |

| 2.53. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | AT&T |
| | **State the term remaining** | | PO BOX 5080 |
| | **List the contract number of any government contract** | | CAROL STREAM IL 60197-5080 |

Debtor    **Borden Dairy Company**                                                                Case number *(if known)* **20-10010**

| 2.54. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | AT&T - ACCT 200595827277 PO BOX 5019 CAROL STREAM IL 60197-5019 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | AT&T MOBILITY P O BOX 6463 CAROL STREAM IL 60197-6463 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | MASTER SERVICES AGREEMENT - PAYROLL PROCESSING SOFTWARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - RPA BOTS - SHARED SERVICES - 2019 | |
| | **Nature of debtor's interest** | PARTY | AUTOMATION EDGE PO BOX 3221 SUGARLAND TX 77487-3221 |
| | **State the term remaining** | 6/28/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | AUTOMATIONEDGE TECHOLOGIES INC PO BOX 3221 SUGARLAND TX 77487-3221 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | AUTOMOBILE EXPENSES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | AUTOMOTIVE RENTALS INC PO BOX 8500 PHILADELPHIA PA 19178-4375 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.59. | **Title of contract** | IT INFRASTRUCTURE - AZURE SECURE CONNECTIVITY FOR ENTERPRISE DATA WAREHOUSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | AZURE SECURE CONNECTIVITY C/O MICROSOFT CORPORATION ONE MICROSOFT WAY REDMOND WA 98052 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.60. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | AZURE WATER 1903 GREENLEAF LN LEESBURG FL 34748-2023 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.61. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | BAKER TILLY VIRCHOW KRAUSE LLP PO BOX 78975 MILWAUKEE WI 53278-8975 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.62. | **Title of contract** | OFFICE SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | BALLOON CITY USA 110 EXPOSITION AVE DALLAS TX 75226 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.63. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | BALLWEG FARMS BALLWEG FARMS 7500 BOTKINS RD BOTKINS OH 45306 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Borden Dairy Company**                                               Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 2.64. | **Title of contract** | MASTER LEASE AGREEMENT DATED 6/12/2017 |
| | **State what the contract or lease is for** | EQUIPMENT LEASE |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BB&T
600 WASHINGTON AVENUE
SUITE 201
TOWSON MD 21204

| | | |
|---|---|---|
| 2.65. | **Title of contract** | PROFESSIONAL FEES AND SERVICES |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BECKAROSE
3400 W PARK BLVD APT 1025
PLANO TX 75075-3402

| | | |
|---|---|---|
| 2.66. | **Title of contract** | OFFICE SUPPLIES |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEE'S KEYS/COMPLETE SECURITY
7711 INWOOD RD SERVICE
DALLAS TX 75209

| | | |
|---|---|---|
| 2.67. | **Title of contract** | IT APPLICATIONS - PSIGEN - DOCUMENT CAPTURE |
| | **State what the contract or lease is for** | IT SOFTWARE |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | 4/16/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BIEL'S
1201 INDIAN CHURCH ROAD
BUFFALO NY 14224-1383

| | | |
|---|---|---|
| 2.68. | **Title of contract** | PREPAID OTHER |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BIELS DOCUMENT MANAGEMENT
1201 INDIAN CHURCH RD
WEST SENECA NY 14224-1307

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.69. | Title of contract | SOFTWARE SUPPORT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT INFRASTRUCTURE - SCANNER MAINTENANCE | |
| | Nature of debtor's interest | PARTY | BIEL'S INFORMATION TECHNOLOGY SYSTEMS CORPORATION |
| | State the term remaining | 10/14/2020 | 1201 INDIAN CHURCH ROAD |
| | List the contract number of any government contract | _____ | BUFFALO NY 14224-1383 |

| 2.70. | Title of contract | DISTRIBUTOR AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCT DISTRIBUTION AGREEMENT | |
| | Nature of debtor's interest | PARTY | BIG BOY DISTRIBUTORS |
| | State the term remaining | _____ | 16900 CHEF MAURE |
| | List the contract number of any government contract | _____ | NEW ORLEANS LA 70129 |

| 2.71. | Title of contract | PROFESSIONAL FEES AND SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | BLUEPRINT MARKETING GROUP |
| | State the term remaining | _____ | 3114 KNIGHTSBRIDGE LN |
| | List the contract number of any government contract | _____ | GARLAND TX 75043-1144 |

| 2.72. | Title of contract | EQUIPMENT LEASE/RENTAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | BMI BUSINESS MACHINES INTERNAT |
| | State the term remaining | _____ | 826 OFFICE PARK CIR STE 107 |
| | List the contract number of any government contract | _____ | LEWISVILLE TX 75057-3168 |

| 2.73. | Title of contract | MASTER LEASE AGREEMENT DATED 9/11/2018 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT LEASE AGREEMENT 8DCL1140209; SEE SCHEDULE D | |
| | Nature of debtor's interest | PARTY | BOK FINANCIAL EQUIPMENT FINANCE, INC. |
| | State the term remaining | _____ | ATTN PRESIDENT - LEASING |
| | List the contract number of any government contract | _____ | 5956 SHERRY LANE, SUITE 600 DALLAS TX 75225 |

Debtor    **Borden Dairy Company**                                                Case number *(if known)* **20-10010**

| 2.74. | **Title of contract** | MASTER LICENSE & SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE: POLITEMAIL FOR OUTLOOK EMPLOYEE COMMUNICATIONS PLATFORM | |
| | **Nature of debtor's interest** | PARTY | BOOTSTRAP SOFTWARE PARTNERS LLC |
| | **State the term remaining** | 12/31/2020 | D/B/A POLITEMAIL SOFTWARE 655 PORTSMOUTH AVE |
| | **List the contract number of any government contract** | | GREENLAND NH 03840 |

| 2.75. | **Title of contract** | MILK PRODUCTS SUBLICENSE AGREEMENT EFFECTIVE SEPTEMBER 4, 1997 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | BORDEN DAIRY COMPANY OF TEXAS, LLC |
| | **State the term remaining** | | ATTN: PRESIDENT/CEO 8750 NORTH CENTRAL EXPRESSWAY |
| | **List the contract number of any government contract** | | SUITE 400 DALLAS TX 75231 |

| 2.76. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | BOX INC |
| | **State the term remaining** | | DEPT 34666 SAN FRANCISCO CA 94139 |
| | **List the contract number of any government contract** | | |

| 2.77. | **Title of contract** | BOX SERVICE AND RENEWALS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - BOX.COM | |
| | **Nature of debtor's interest** | PARTY | BOX, INC. |
| | **State the term remaining** | 5/1/2020 | 900 JEFFERSON AVE REDWOOD CITY CA 94063 |
| | **List the contract number of any government contract** | | |

| 2.78. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | BRANDCORY |
| | **State the term remaining** | | 4809 COLE AVE STE 240 DALLAS TX 75205-3682 |
| | **List the contract number of any government contract** | | |

Debtor  **Borden Dairy Company**                                                        Case number *(if known)* **20-10010**

| 2.79. | **Title of contract** | MEMORANDUM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | BRENNTAG |
| | **State the term remaining** | | PO BOX 970230 |
| | **List the contract number of any government contract** | | DALLAS TX 75397-0230 |

| 2.80. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | BRIGHT HOUSE NETWORKS |
| | **State the term remaining** | | PO BOX 31710 |
| | **List the contract number of any government contract** | | TAMPA FL 33631-3710 |

| 2.81. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | BRINKER INTERNATIONAL PAYROLL COMPANY LP |
| | **State the term remaining** | | ATTN: VICE PRESIDENT - PURCHASING |
| | **List the contract number of any government contract** | | 6820 LBJ FREEWAY |
| | | | DALLAS TX 75240 |

| 2.82. | **Title of contract** | IT APPLICATIONS - BACKUPS DAILY/WEEKLY/MONTHLY TO TAPE LIBRARY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | BRMS |
| | **State the term remaining** | | ATTN LEGAL |
| | **List the contract number of any government contract** | | 80 IRON POINT CIRCLE |
| | | | STE 200 |
| | | | FOLSOM CA 95630 |

| 2.83. | **Title of contract** | CONTRACT FOR AUDIT SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT LETTER | |
| | **Nature of debtor's interest** | PARTY | BRONIEC ASSOCIATES |
| | **State the term remaining** | 7/24/2020 | 4855 PEACHTREE INDUSTRIAL BLVD |
| | **List the contract number of any government contract** | | STE 215 |
| | | | ATLANTA GA 30092-3014 |

Debtor    **Borden Dairy Company**                                                Case number *(if known)* **20-10010**

| 2.84. | Title of contract | PROFESSIONAL FEES AND SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | BRONIEC ASSOCIATES INC PO BOX 748 NORCROSS GA 30091-0748 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.85. | Title of contract | MASTER PURCHASING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUPPLY CHAIN TRANSPORATION | |
| | Nature of debtor's interest | PARTY | BUC-EE'S, LTD. 327 FM 2004 LAKE JACKSON TX 77566 |
| | State the term remaining | 10/3/2020 | |
| | List the contract number of any government contract | | |

| 2.86. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | BUSCHUR DAIRY FARMS INC BUSCHUR DAIRY FARMS INC. 14393 JOHNSON RD NEW WESTON OH 45348 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.87. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | BUSCHUR DAIRY FARMS INC BUSCHUR DAIRY FARMS INC. 14393 JOHNSON RD. NEW WESTON OH 45348 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.88. | Title of contract | ADVERTISING - MISCELLANEOUS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | BUZZ PRINT 1850 EMPIRE CENTRAL DALLAS TX 75235 4202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                                                    Case number *(if known)* **20-10010**

2.89.  **Title of contract**                NON-BRANDED PRODUCTS AGREEMENT                    State the name and mailing address
                                                                                             for all other parties with whom the
       **State what the contract or**   _____              debtor has an executory contract or
       **lease is for**                                                                      unexpired lease

       **Nature of debtor's interest**    PARTY                                              BYRNE DAIRY INC
                                                                                             PO BOX 176
       **State the term remaining**     _____             LAFAYETTE NY 13084-0176

       **List the contract number of**  _____
       **any government contract**

2.90.  **Title of contract**                NON-BRANDED PRODUCTS AGREEMENT                    State the name and mailing address
                                                                                             for all other parties with whom the
       **State what the contract or**   _____              debtor has an executory contract or
       **lease is for**                                                                      unexpired lease

       **Nature of debtor's interest**    PARTY                                              C F BURGER CREAMERY CO
                                                                                             8101 GREENFIELD
       **State the term remaining**     _____             DETROIT MI 48228

       **List the contract number of**  _____
       **any government contract**

2.91.  **Title of contract**                TELEPHONE                                        State the name and mailing address
                                                                                             for all other parties with whom the
       **State what the contract or**   _____              debtor has an executory contract or
       **lease is for**                                                                      unexpired lease

       **Nature of debtor's interest**    PARTY                                              CABLE ONE INC
                                                                                             PO BOX 9001009
       **State the term remaining**     _____             LOUISVILLE KY 40290-1009

       **List the contract number of**  _____
       **any government contract**

2.92.  **Title of contract**                TELEPHONE                                        State the name and mailing address
                                                                                             for all other parties with whom the
       **State what the contract or**   _____              debtor has an executory contract or
       **lease is for**                                                                      unexpired lease

       **Nature of debtor's interest**    PARTY                                              CABLE TV OF EAST ALABAMA
                                                                                             PO BOX 910
       **State the term remaining**     _____             PHENIX CITY AL 36868-0910

       **List the contract number of**  _____
       **any government contract**

2.93.  **Title of contract**                BRANDED PRODUCTS AGREEMENT                        State the name and mailing address
                                                                                             for all other parties with whom the
       **State what the contract or**   _____              debtor has an executory contract or
       **lease is for**                                                                      unexpired lease

       **Nature of debtor's interest**    PARTY                                              CAL SIERRA INTERNATIONAL LLC
                                                                                             6333 ROTHWAY ST
       **State the term remaining**     _____             HOUSTON TX 77040-5040

       **List the contract number of**  _____
       **any government contract**

Debtor    **Borden Dairy Company**                                             Case number *(if known)* **20-10010**

| 2.94. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | CAL-MAINE FOODS INC |
| | State the term remaining | | BOX 532115 |
| | List the contract number of any government contract | | ATLANTA GA 30353-2115 |

| 2.95. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | CAMPBELL SALES COMPANY |
| | State the term remaining | | PO BOX 641505 |
| | List the contract number of any government contract | | PITTSBURGH PA 15264-1505 |

| 2.96. | Title of contract | PLANT SPECIFIC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICES | |
| | Nature of debtor's interest | PARTY | CANNON EQUIPMENT |
| | State the term remaining | | 324 WASHINGTON ST W |
| | List the contract number of any government contract | | CANNON FALLS MN 55009-1142 |

| 2.97. | Title of contract | PREPAID OTHER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | CANTO INC |
| | State the term remaining | | 116 NEW MONTGOMERY ST STE 810 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94105-3634 |

| 2.98. | Title of contract | SOFTWARE AGREEMENT; SOFTWARE MAINTENANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - DIGITAL ASSET MANAGEMENT TOOL FOR MARKETING | |
| | Nature of debtor's interest | PARTY | CANTO, INC. |
| | State the term remaining | 10/30/2020 | 116 NEW MONTGOMERY STREET, SUITE 810 |
| | List the contract number of any government contract | | SAN FRANCISCO CA 94105 |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 2.99. | **Title of contract** | PROFESSIONAL FEES AND SERVICES |

**State what the contract or lease is for**

**Nature of debtor's interest**    PARTY

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAREER MANAGEMENT PARTNERS
2435 N CENTRAL EXPY STE 830
RICHARDSON TX 75080-2737

---

2.100.    **Title of contract**    RECRUITING EXPENSE

**State what the contract or lease is for**

**Nature of debtor's interest**    PARTY

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAREERSINFOOD.COM
710 W SUNSHINE ST STE 110
SPRINGFIELD MO 65807-2426

---

2.101.    **Title of contract**    SALES AGREEMENT

**State what the contract or lease is for**    PRODUCT PURCHASE

**Nature of debtor's interest**    PARTY

**State the term remaining**    4/1/2020 WITH AUTOMATIC 1 - YEAR RENEWALS

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CARIBOU COFFEE COMPANY, INC
ATTN: CHIEF SUPPLY CHAIN
OFFICER
555 ZANG STREET, SUITE 300
LAKEWOOD CO 80228

---

2.102.    **Title of contract**    COUPON SERVICES AGREEMENT

**State what the contract or lease is for**    COUPON PROCESSING AND DATA COLLECTION

**Nature of debtor's interest**    PARTY

**State the term remaining**    1/31/2020 WITH AUTOMATIC 1 - YEAR RENEWALS

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAROLINA MANUFACTURER'S
SERVICES, INC.,
ATTN: PRESIDENT
635 VINE STREET
WINSTON SALEM NC 27101

---

2.103.    **Title of contract**    SALES AGREEMENT

**State what the contract or lease is for**    SUPPLY AGREEMENT

**Nature of debtor's interest**    PARTY

**State the term remaining**

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CBOCS DISTRIBUTION, INC.
305 HARTMANN DRIVE
LEBANNON TN 37087

Debtor   **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

| 2.104. | **Title of contract** | ADVERTISING - PROF FEES/SVCS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | CENTER OPERATING COMPANY |
| | **State the term remaining** | | 2500 VICTORY AVE |
| | **List the contract number of any government contract** | | DALLAS TX 75219-7601 |

| 2.105. | **Title of contract** | LOGE BOX LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT TO PURCHASE | |
| | **Nature of debtor's interest** | PARTY | CENTER OPERATING COMPANY, L.P. |
| | **State the term remaining** | 6/30/2020 | 2500 VICTORY AVE |
| | **List the contract number of any government contract** | | DALLAS TX 75219 |

| 2.106. | **Title of contract** | ADVERTISING AND PROMOTIONAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ADVERTISING AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | CENTER OPERATING COMPANY, L.P. |
| | **State the term remaining** | 6/30/2020 | ATTENTION: CEO |
| | **List the contract number of any government contract** | | 2500 VICTORY AVE |
| | | | DALLAS TX 75219 |

| 2.107. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | CENTURY LINK |
| | **State the term remaining** | | PO BOX 1319 |
| | **List the contract number of any government contract** | | CHARLOTTE NC 28201-1319 |

| 2.108. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | CHALLENGER GRAY CHRISTMAS INC |
| | **State the term remaining** | | PO BOX 324 |
| | **List the contract number of any government contract** | | WINNETKA IL 60093-0324 |

Debtor **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| 2.109. | Title of contract | TELEPHONE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | CHARTER COMMUNICATIONS PO BOX 742613 CINCINNATI OH 45274-2613 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.110. | Title of contract | TELEPHONE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | CHARTER COMMUNICATIONS HOLDING PO BOX 94188 PALATINE IL 60094-4188 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.111. | Title of contract | ANNUAL LICENSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | NON-EXCLUSIVE, NON-TRANSFERABLE LICENSE TO LJSE INFORMATION AND DATA SERVICES | |
| | Nature of debtor's interest | PARTY | CHD NORTH AMERICA, LLC 130 S. JEFFERSON ST STE 250 CHICAGO IL 60661 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.112. | Title of contract | HIRE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROCUREMENT AGREEMENT | |
| | Nature of debtor's interest | PARTY | CHEP USA 5897 WINDWARD PARKWAY ALPHARETTA GA 30005 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.113. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | CHOBANI, LLC PO BOX 417259 BOSTON MA 02241-7259 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.114. | **Title of contract** | MAINTENANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - IBM OS SOFTWARE (CIBER) - POWER 7 MAINTENANCE | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | 6/30/2020 | CIBER GLOBAL LLC<br>PO BOX 775377<br>CHICAGO IL 60677-5377 |
| | **List the contract number of any government contract** | _____ | |

| 2.115. | **Title of contract** | SOFRWARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - IBM OS V7 R1 - IM OS SOFTWARE FOR JDE PARTITION | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | 6/30/2020 | CIBER GLOBAL LLC<br>PO BOX 775377<br>CHICAGO IL 60677-5377 |
| | **List the contract number of any government contract** | _____ | |

| 2.116. | **Title of contract** | MAINTENANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - IBM RDI RATIONAL DEVELOPER MAINTENANCE RENEWALS (3) | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | 12/31/2020 | CIBER GLOBAL LLC<br>PO BOX 775377<br>CHICAGO IL 60677-5377 |
| | **List the contract number of any government contract** | _____ | |

| 2.117. | **Title of contract** | SOFTWARE APPLICATIONS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - IBM WEBSPHERE APPLICATION SERVER NETWORK DEPLOYMENT | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | 8/31/2020 | CIBER GLOBAL LLC<br>PO BOX 775377<br>CHICAGO IL 60677-5377 |
| | **List the contract number of any government contract** | _____ | |

| 2.118. | **Title of contract** | SOFTWARE APPLICATIONS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - IBM WEBSPHERE EXPRESS (300 PVU'S) | |
| | **Nature of debtor's interest** | PARTY | |
| | **State the term remaining** | 12/31/2020 | CIBER GLOBAL LLC<br>PO BOX 775377<br>CHICAGO IL 60677-5377 |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

| 2.119. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | CINCINNATI BELL |
| | **State the term remaining** | _____ | PO BOX 748003 |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45274-8003 |

| 2.120. | **Title of contract** | TRAINING - GENERAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | CIPRIANO TRAINING DEVELOPMENT |
| | **State the term remaining** | _____ | 131 GAYLORD DR |
| | **List the contract number of any government contract** | _____ | WATERBURY CT 06708-2184 |

| 2.121. | **Title of contract** | SMARTNET RENWEAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - CISCO SMARTNET - CISCO H/W & S/W MAINT | |
| | **Nature of debtor's interest** | PARTY | CISCO SYSTEMS CAPITAL |
| | **State the term remaining** | 3/31/2022 | 1111 OLD EAGLE SCHOOL RD |
| | **List the contract number of any government contract** | _____ | WAYNE PA 19087 |

| 2.122. | **Title of contract** | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | CISCO SYSTEMS CAPITAL CORPORAT |
| | **State the term remaining** | _____ | PO BOX 41602 |
| | **List the contract number of any government contract** | _____ | PHILADELPHIA PA 19101-1602 |

| 2.123. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | CISION US INC |
| | **State the term remaining** | _____ | 12051 INDIAN CREEK CT |
| | **List the contract number of any government contract** | _____ | BELTSVILLE MD 20705-1246 |

Debtor    **Borden Dairy Company**                                                                    Case number *(if known)* **20-10010**

| 2.124. | Title of contract | ORDER FORM & MASTER SERVICES AND SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | DATA SOFTWARE & SYSTEMS ANALYTICS | |
| | Nature of debtor's interest | PARTY | CISION US INC |
| | State the term remaining | _____ | 130 E RANDOLPH ST |
| | | | 1 PRUDENTIAL PLAZA 7TH FLOOR |
| | List the contract number of any government contract | _____ | CHICAGO IL 60601 |

| 2.125. | Title of contract | EQUIPMENT LEASE/RENTAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | CIT BANK NA |
| | State the term remaining | _____ | 21146 NETWORK PLACE |
| | List the contract number of any government contract | _____ | CHICAGO IL 60673-1211 |

| 2.126. | Title of contract | EQUIPMENT LEASE/RENTAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | CIT TECHNOLOGY SERVICES |
| | State the term remaining | _____ | 21719 NETWORK PLACE |
| | List the contract number of any government contract | _____ | CHICAGO IL 60673-1217 |

| 2.127. | Title of contract | IT INFRASTRUCTURE - EQUIPMENT LEASES ($21,000 PER MONTH) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | CIT TECHNOLOGY SVC |
| | State the term remaining | MULTIPLE | 21719 NETWORK PL |
| | | | CHICAGO IL 60673-1217 |
| | List the contract number of any government contract | _____ | |

| 2.128. | Title of contract | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT NUMBER HFS-C-2019-0016 | |
| | Nature of debtor's interest | PARTY | CKE RESTAURANT HOLDINGS, INC |
| | State the term remaining | _____ | ATTN LEGAL |
| | | | 6700 TOWER CIRCLE |
| | List the contract number of any government contract | _____ | FRANKLIN TN 37067 |

Debtor   **Borden Dairy Company**                                                                     Case number *(if known)* **20-10010**

---

**2.129.** | **Title of contract** | PRODUCT PURCHASE AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PROCUREMENT AGREEMENT |
| **Nature of debtor's interest** | PARTY | CKS PACKAGING, INC.
| **State the term remaining** | 12/30/2025 & 12/31/2027 | 445 GREAT SOUTHWEST PARKWAY
| **List the contract number of any government contract** | _____ | ATLANTA GA 30336

**2.130.** | **Title of contract** | SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | WEBSITE EMPLOYMENT SERVICES |
| **Nature of debtor's interest** | PARTY | CLEAR COMPANY
| **State the term remaining** | _____ | PO BOX 419189
| **List the contract number of any government contract** | _____ | BOSTON MA 02241-9189

**2.131.** | **Title of contract** | RECRUITER AND COORDINATOR LICENSES & MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | IT APPLICATIONS - HRM DIRECT (CLEARCOMPANY) |
| **Nature of debtor's interest** | PARTY | CLEAR COMPANY INC.
| **State the term remaining** | 12/31/2021 | 200 CLARENDON ST
|  |  | 49TH FLOOR
| **List the contract number of any government contract** | _____ | BOSTON MA 02116

**2.132.** | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | CLEARCOMPANY INC
| **State the term remaining** | _____ | PO BOX 419189
| **List the contract number of any government contract** | _____ | BOSTON MA 02241-9189

**2.133.** | **Title of contract** | IT APPLICATIONS - COGNOS WAREHOUSE FOR REPORTING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | IT SOFTWARE |
| **Nature of debtor's interest** | PARTY | COGNOS ADAPTIVE ANALYTICS WAREHOUSE
| **State the term remaining** | 8/31/2017 | ATTN LEGAL
|  |  | 1 NEW ORCHARD ROAD ARMONK
| **List the contract number of any government contract** | _____ | ARMONK NY 10504

Debtor    **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| 2.134. | **Title of contract** | IT APPLICATIONS - COGNOS BI | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | COGNOS BI |
| | **State the term remaining** | 8/31/2017 | ATTN LEGAL<br>1 NEW ORCHARD ROAD ARMONK |
| | **List the contract number of any government contract** | | ARMONK NY 10504 |

| 2.135. | **Title of contract** | IT APPLICATIONS - ETL TOOL FOR COGNOS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | COGNOS DATA MANAGER |
| | **State the term remaining** | 8/31/2017 | ATTN LEGAL<br>1 NEW ORCHARD ROAD ARMONK |
| | **List the contract number of any government contract** | | ARMONK NY 10504 |

| 2.136. | **Title of contract** | IT APPLICATIONS - COGNOS TM1 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | COGNOS TM1 |
| | **State the term remaining** | 8/31/2017 | ATTN LEGAL<br>1 NEW ORCHARD ROAD ARMONK |
| | **List the contract number of any government contract** | | ARMONK NY 10504 |

| 2.137. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | COLEMAN CREST DAIRY |
| | **State the term remaining** | | COLEMAN CREST DAIRY<br>900 NERINX RD |
| | **List the contract number of any government contract** | | LORETTO KY 40037 |

| 2.138. | **Title of contract** | VISION INSURANCE WITHHELD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | COMBINED INSURANCE COMP |
| | **State the term remaining** | | AMERCI<br>28561 NETWORK PLACE |
| | **List the contract number of any government contract** | | CHICAGO IL 60673-1285 |

Debtor    **Borden Dairy Company**                                                 Case number *(if known)* **20-10010**

**2.139.**   Title of contract              TELEPHONE                                         State the name and mailing address
                                                                                             for all other parties with whom the
             State what the contract or     _____         debtor has an executory contract or
             lease is for                                                                    unexpired lease

             Nature of debtor's interest    PARTY                                            COMCAST
                                                                                             PO BOX 530098
             State the term remaining       _____         ATLANTA GA 30353-0098

             List the contract number of    _____
             any government contract

**2.140.**   Title of contract              TELEPHONE                                         State the name and mailing address
                                                                                             for all other parties with whom the
             State what the contract or     _____         debtor has an executory contract or
             lease is for                                                                    unexpired lease

             Nature of debtor's interest    PARTY                                            COMCAST CORPORATION
                                                                                             PO BOX 660618
             State the term remaining       _____         DALLAS TX 30348-5257

             List the contract number of    _____
             any government contract

**2.141.**   Title of contract              AMENDED AND RESTATED TRADEMARK LICENSE            State the name and mailing address
                                            AGREEMENT DATED DECEMBER 31, 1997                 for all other parties with whom the
                                                                                             debtor has an executory contract or
             State what the contract or     LICENSE AGREEMENT                                 unexpired lease
             lease is for
                                                                                             COMLADE
             Nature of debtor's interest    PARTY                                            C/O LAGUNA DAIRY, S. DE R.L. DE
                                                                                             C.V.
             State the term remaining       _____         CALZADA CARLOS HERRERA
                                                                                             ARALUCE 185
             List the contract number of    _____         PARQUE INDUSTRIAL CARLOS A
             any government contract                                                         HERRERA ARALUCE
                                                                                             GOMEZ PALACIO, DURANGO 35079
                                                                                             MEXICO

**2.142.**   Title of contract              AMENDMENT TO AMENDED AND RESTATED                 State the name and mailing address
                                            TRADEMARK LICENSE AGREEMENT DATED FEBRUARY        for all other parties with whom the
                                            27, 2001                                          debtor has an executory contract or
                                                                                             unexpired lease
             State what the contract or     LICENSE AGREEMENT
             lease is for                                                                    COMLADE
                                                                                             C/O LAGUNA DAIRY, S. DE R.L. DE
             Nature of debtor's interest    PARTY                                            C.V.
                                                                                             CALZADA CARLOS HERRERA
             State the term remaining       _____         ARALUCE 185
                                                                                             PARQUE INDUSTRIAL CARLOS A
             List the contract number of    _____         HERRERA ARALUCE
             any government contract                                                         GOMEZ PALACIO, DURANGO 35079
                                                                                             MEXICO

**2.143.**   Title of contract              IT INFRASTRUCTURE - COMMUNICATIONS, TELCO,        State the name and mailing address
                                            INTERNET                                          for all other parties with whom the
                                                                                             debtor has an executory contract or
             State what the contract or     IT SOFTWARE                                       unexpired lease
             lease is for
                                                                                             COMMUNICATIONS - MULTIPLE
             Nature of debtor's interest    PARTY

             State the term remaining       12/31/2019

             List the contract number of    _____
             any government contract

Debtor  **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**2.144.**  **Title of contract**                PROFESSIONAL FEES AND SERVICES          State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**        _____      debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**       PARTY                                    COMPLIANCE PARTNERS INC
                                                                                        402 E AVE G
          **State the term remaining**          _____      MIDLOTHIAN TX 76065-0000

          **List the contract number of**       _____
          **any government contract**

**2.145.**  **Title of contract**                SERVICES AGREEMENT                      State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**        CONSULTING AGREEMENT                     debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**       PARTY                                    COMPLIANCE PARTNERS, INC.
                                                                                        ATTN: J.C. WYATT
          **State the term remaining**          12/31/2019 WITH AUTOMATIC 1 - YEAR RENEWALS   402 E. AVENUE G
                                                                                        MIDLOTHIAN TX 76065
          **List the contract number of**       _____
          **any government contract**

**2.146.**  **Title of contract**                COMPUTER SUPPLIES                       State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**        _____      debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**       PARTY                                    COMPLOGICS LLC
                                                                                        2224 PAGE RD STE 102
          **State the term remaining**          _____      DURHAM NC 27703-8908

          **List the contract number of**       _____
          **any government contract**

**2.147.**  **Title of contract**                IT HANDHELDS - HANDHELD - ACCESSORIES   State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**        IT SOFTWARE                             debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**       PARTY                                    COMPLOGICS LLC
                                                                                        2224 PAGE RD STE 102
          **State the term remaining**          12/31/2020                              DURHAM NC 27703-8908

          **List the contract number of**       _____
          **any government contract**

**2.148.**  **Title of contract**                TELEPHONE                              State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**        _____      debtor has an executory contract or
          **lease is for**                                                              unexpired lease

          **Nature of debtor's interest**       PARTY                                    COMPORIUM COMMUNICATIONS
                                                                                        PO BOX 1042
          **State the term remaining**          _____      ROCK HILL SC 29731-7042

          **List the contract number of**       _____
          **any government contract**

Debtor **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**2.149.** **Title of contract**                SOFTWARE EXPENSE                          State the name and mailing address
                                                                                         for all other parties with whom the
**State what the contract or**                   _____       debtor has an executory contract or
**lease is for**                                                                         unexpired lease

**Nature of debtor's interest**    PARTY                                    COMPUTER KEYES
                                                                           21929 MAKAH ROAD
**State the term remaining**         _____      WOODWAY WA 98020

**List the contract number of**     _____
**any government contract**


**2.150.** **Title of contract**                LIMITED USE LICENSE AGREEMENT           State the name and mailing address
                                                                                         for all other parties with whom the
**State what the contract or**       IT APPLICATIONS - KEYESFAX - OUTBOUND FAXING         debtor has an executory contract or
**lease is for**                                                                         unexpired lease

**Nature of debtor's interest**    PARTY                                    COMPUTER KEYS
                                                                           21929 MAKAH RD
**State the term remaining**         2/28/2021                              WOODWAY WA 98020

**List the contract number of**     _____
**any government contract**


**2.151.** **Title of contract**                CONSULTING FEES                          State the name and mailing address
                                                                                         for all other parties with whom the
**State what the contract or**                   _____       debtor has an executory contract or
**lease is for**                                                                         unexpired lease

**Nature of debtor's interest**    PARTY                                    CONCUR TECHNOLOGIES INC
                                                                           62157 COLLECTIONS CENTER DR
**State the term remaining**         _____      CHICAGO IL 60693

**List the contract number of**     _____
**any government contract**


**2.152.** **Title of contract**                SALES ORDER FORM                         State the name and mailing address
                                                                                         for all other parties with whom the
**State what the contract or**       EXPENSE REPORTING SOFTWARE                           debtor has an executory contract or
**lease is for**                                                                         unexpired lease

**Nature of debtor's interest**    PARTY                                    CONCUR TECHNOLOGIES, INC.
                                                                           62157 COLLECTIONS CTR DR
**State the term remaining**         6/30/2022                              CHICAGO IL 60693

**List the contract number of**     _____
**any government contract**


**2.153.** **Title of contract**                TELEPHONE                                State the name and mailing address
                                                                                         for all other parties with whom the
**State what the contract or**                   _____       debtor has an executory contract or
**lease is for**                                                                         unexpired lease

**Nature of debtor's interest**    PARTY                                    CONSOLIDATED
                                                                           COMMUNICATIONS
**State the term remaining**         _____      P.O.BOX 66523
                                                                           ST. LOUIS MO 63166-6523
**List the contract number of**     _____
**any government contract**

Debtor  **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

| 2.154. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | CONSOLIDATED CONTAINER COMPANY LP |
| | **State the term remaining** | | 2500 WINDY RIDGE PARKWAY STE 1400 |
| | **List the contract number of any government contract** | | ATLANTA GA 30339 |

| 2.155. | **Title of contract** | DEVELOPMENT AGREEMNENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARKETING | |
| | **Nature of debtor's interest** | PARTY | CONSOLIDATED CONTAINER COMPANY LP |
| | **State the term remaining** | | 2500 WINDY RIDGE PARKWAY STE 1400 |
| | **List the contract number of any government contract** | | ATLANTA GA 30339 |

| 2.156. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | CONWAY MACKENZIE INC |
| | **State the term remaining** | | 77 W WACKER DR STE 4000 |
| | **List the contract number of any government contract** | | CHICAGO IL 60601-1842 |

| 2.157. | **Title of contract** | ENGAGEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | CONWAY MACKENZIE, INC. ATTN TIM STALLKAMP |
| | **State the term remaining** | | 77 WEST WACKER DR., SUITE 4000 |
| | **List the contract number of any government contract** | | CHICAGO IL 60601 |

| 2.158. | **Title of contract** | COOPER CLINIC EXECUTIVE HEALTH AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | COOPER CLINIC JANNA CYRUS DIRECTOR OF BUSINESS DEVELOPMENT |
| | **State the term remaining** | | 12200 PRESTON ROAD |
| | **List the contract number of any government contract** | | DALLAS TX 75230 |

Debtor    **Borden Dairy Company**                                                  Case number *(if known)* **20-10010**

**2.159.** | **Title of contract** | MARKET RESEARCH | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | COOPER ROBERTS RESEARCH INC
| **State the term remaining** | _____ | 617 BROADWAY STE 1280
| **List the contract number of any government contract** | _____ | SONOMA CA 95476-2404

**2.160.** | **Title of contract** | CONSULTING FEES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | CORPORATE RELOCATION INTNL
| **State the term remaining** | _____ | 1432 WAINWRIGHT WAY STE 100
| **List the contract number of any government contract** | _____ | CARROLLTON TX 75007-4946

**2.161.** | **Title of contract** | RELOCATION SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | EMPLOYEE RELOCATION AGREEMENT |
| **Nature of debtor's interest** | PARTY | CORPORATE RELOCATION
| **State the term remaining** | UNTIL ALL SERVICES COMPLETED | SERVICES LLC
| **List the contract number of any government contract** | _____ | 2325 E. BELTLINE ROAD STE D CARROLLTON TX 75006

**2.162.** | **Title of contract** | PREPAID OTHER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | CORPTAX INC
| **State the term remaining** | _____ | 2100 E LAKE COOK RD STE 800
| **List the contract number of any government contract** | _____ | BUFFALO GROVE IL 60089-1999

**2.163.** | **Title of contract** | SOFTWARE LICENSE AGREEMENT AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | IT APPLICATIONS - TAX SOFTWARE FOR FILING |
| **Nature of debtor's interest** | PARTY | CORPTAX INC.
| **State the term remaining** | 12/31/2021 | 1751 LAKE COOK ROAD STE 100
| **List the contract number of any government contract** | _____ | DEERFIELD IL 60015

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

---

2.164.    **Title of contract**                  NON-BRANDED PRODUCTS AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**

        **Nature of debtor's interest**    PARTY          COUNTRY PURE FOODS
        **State the term remaining**                  222 S MAIN ST STE 401
                                                      AKRON OH 44308-1525
        **List the contract number of any government contract**

---

2.165.    **Title of contract**                  TELEPHONE                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**

        **Nature of debtor's interest**    PARTY          COX COMMUNICATIONS
        **State the term remaining**                  PO BOX 771911
                                                      DETROIT MI 48277-1911
        **List the contract number of any government contract**

---

2.166.    **Title of contract**                  TELEPHONE                               **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**

        **Nature of debtor's interest**    PARTY          COX COMMUNICATIONS INC
        **State the term remaining**                  PO BOX 919243
                                                      DALLAS TX 75391-9243
        **List the contract number of any government contract**

---

2.167.    **Title of contract**                  CONSULTING FEES                         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**

        **Nature of debtor's interest**    PARTY          CREATIVE CIRCLE LLC
        **State the term remaining**                  PO BOX 74008799
                                                      CHICAGO IL 60674-8799
        **List the contract number of any government contract**

---

2.168.    **Title of contract**                  ADVERTISING - PROF FEES/SVCS            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**

        **Nature of debtor's interest**    PARTY          CURIOSITY ADVERTISING
        **State the term remaining**                  35 E 7TH ST
                                                      CINCINNATI OH 45202-2488
        **List the contract number of any government contract**

---

Debtor    **Borden Dairy Company**                                                                Case number *(if known)* **20-10010**

| 2.169. | **Title of contract** | MARKETING SERVICES AGENCY AND STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STRATEGIC PLANNING | |
| | **Nature of debtor's interest** | PARTY | CURIOSITY ADVERTISING |
| | **State the term remaining** | _____ | 35 EAST 7TH STREET |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45202 |

| 2.170. | **Title of contract** | COMPUTER EQUIPMENT MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IBM EQUIPMENT MAINTENANCE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | CURVATURE |
| | **State the term remaining** | 6/30/2020 | 2810 COLISEUM CENTRE DRIVE |
| | **List the contract number of any government contract** | _____ | CHARLOTTE NC 28217 |

| 2.171. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | CYNTHIA DAVIES GRIZZLE |
| | **State the term remaining** | _____ | 9640 HEARTWOOD LN |
| | **List the contract number of any government contract** | _____ | MINT HILL NC 28227-4143 |

| 2.172. | **Title of contract** | EXECUTIVE RETENTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | D BRICE COLEMAN |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 8750 NORTH CENTRAL EXPRESSWAY |
| | **List the contract number of any government contract** | _____ | SUITE 400 |
| | | | DALLAS TX 75231 |

| 2.173. | **Title of contract** | MASTER SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - DADE SYSTEMS | |
| | **Nature of debtor's interest** | PARTY | DADE SYSTEMS LLP |
| | **State the term remaining** | 6/30/2020 | 13501 SW 128 ST, STE 211 |
| | **List the contract number of any government contract** | _____ | MIAMI FL 33186 |

Debtor    **Borden Dairy Company**                                                                  Case number *(if known)* **20-10010**

| 2.174. | **Title of contract** | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DADESYSTEMS LLP |
| | **State the term remaining** | | 13501 SW 128TH ST STE 211 |
| | | | MIAMI FL 33186-5863 |
| | **List the contract number of any government contract** | | |

| 2.175. | **Title of contract** | LEASE AGREEMENT - OPEN END DATED 10/18/2019 AND CONTINUING CROSS GUARANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT LEASE | |
| | **Nature of debtor's interest** | LESSEE | DAIMLER TRUCK FINANCIAL |
| | **State the term remaining** | | PO BOX 5261 |
| | | | CAROL STREAM IL 60197 |
| | **List the contract number of any government contract** | | |

| 2.176. | **Title of contract** | BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DAIRY FARMERS OF AMERICA |
| | **State the term remaining** | | PO BOX 846374 |
| | | | DALLAS TX 75284-6374 |
| | **List the contract number of any government contract** | | |

| 2.177. | **Title of contract** | STATEMENT OF WORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE LEVEL AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | DAIRY.COM |
| | **State the term remaining** | | PO BOX 678719 |
| | | | DALLAS TX 75267-8719 |
| | **List the contract number of any government contract** | | |

| 2.178. | **Title of contract** | ELECTRICITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DALLAS INDEPENDENT SCHOOL DIST |
| | **State the term remaining** | | 3701 S LAMAR ST RM 206 |
| | | | DALLAS TX 75215-3687 |
| | **List the contract number of any government contract** | | |

Debtor **Borden Dairy Company**                                                                  Case number *(if known)* **20-10010**

**2.179.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LEASE OF REAL PROPERTY LOCATED AT 9400 NORTH CENTRAL EXPRESSWAY , DALLAS, TX 75231 |
| **Nature of debtor's interest** | LESSOR | DALLAS INDEPENDENT SCHOOL DISTRICT (DISD)
| **State the term remaining** | 5/31/2022 | 3701 S LAMAR ST RM 206
| **List the contract number of any government contract** | _____ | DALLAS TX 75215-3687

**2.180.** | **Title of contract** | MAINTENANCE & REPAIR - BLDG | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | DALLAS SECURITY SYSTEMS INC
| **State the term remaining** | _____ | PO BOX 550939
| **List the contract number of any government contract** | _____ | DALLAS TX 75355-0939

**2.181.** | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | DANONE US LLC
| **State the term remaining** | _____ | PO BOX 7247-8978
| **List the contract number of any government contract** | _____ | PHILADELPHIA PA 10605-0001

**2.182.** | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PRODUCER AGREEMENT |
| **Nature of debtor's interest** | PARTY | DAVID & CHARLOTTE SHAW
| **State the term remaining** | _____ | DAVID & CHARLOTTE SHAW
| **List the contract number of any government contract** | _____ | 371 A BREWSTER RD.
| | | SUMMER SHADE KY 42166

**2.183.** | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PRODUCER AGREEMENT |
| **Nature of debtor's interest** | PARTY | DAVID SCHMITMEYER
| **State the term remaining** | _____ | DAVID SCHMITMEYER
| **List the contract number of any government contract** | _____ | 5757 SIEGRIST JUTTE RD
| | | CELINA OH 45822

Debtor   **Borden Dairy Company**                                                  Case number *(if known)* **20-10010**

| 2.184. | Title of contract | SUBLICENSE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | ASSIGNEE | DEAN FOODS COMPANY |
| | State the term remaining | | ATTN: BRIDGET G. JOHNSON, ESQ. 2711 NORTH HASKELL AVENUE SUITE 3400 |
| | List the contract number of any government contract | | DALLAS TX 75204 |

| 2.185. | Title of contract | DEAN FOODS STATE TRADEMARK SUBLICENSE AGREEMENT DATED FEBRUARY 21, 2011 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LICENSE AGREEMENT | |
| | Nature of debtor's interest | PARTY | DEAN FOODS INC |
| | State the term remaining | | ATTN KRITSY WATERMAN 2515 MCKINNEY AVE |
| | List the contract number of any government contract | | DALLAS TX 75201 |

| 2.186. | Title of contract | DEAN SUBLICENSE AGREEMENT EFFECTIVE JUNE 10, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LICENSE AGREEMENT | |
| | Nature of debtor's interest | PARTY | DEAN FOODS INC |
| | State the term remaining | | ATTN KRITSY WATERMAN 2515 MCKINNEY AVE |
| | List the contract number of any government contract | | DALLAS TX 75201 |

| 2.187. | Title of contract | STATEMENT OF WORK AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CONSULTING AGREEMENT | |
| | Nature of debtor's interest | PARTY | DIALECT |
| | State the term remaining | | 225 SOUTH MERAMEC, SUITE 1132 CLAYTON MO 63105 |
| | List the contract number of any government contract | | |

| 2.188. | Title of contract | CONSULTING FEES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | DIALECT INC |
| | State the term remaining | | 225 S MERAMEC AVE STE 1132 SAINT LOUIS MO 63105-3519 |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.189. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DIXIE NET |
| | **State the term remaining** | | 301 N MAIN ST |
| | **List the contract number of any government contract** | | RIPLEY MS 38663-1725 |

| 2.190. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACT NO. 40074213 | |
| | **Nature of debtor's interest** | PARTY | DOMINO FOODS INC. |
| | **State the term remaining** | 3/31/2020 | ATTN LEGAL DEPT |
| | **List the contract number of any government contract** | | 7417 N PETERS ST |
| | | | ARABI LA 70032-1543 |

| 2.191. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACT NO: 40074214 | |
| | **Nature of debtor's interest** | PARTY | DOMINO FOODS INC. |
| | **State the term remaining** | 6/30/2020 | ATTN LEGAL DEPT |
| | **List the contract number of any government contract** | | 7417 N PETERS ST |
| | | | ARABI LA 70032-1543 |

| 2.192. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACT NO: 40074215 | |
| | **Nature of debtor's interest** | PARTY | DOMINO FOODS INC. |
| | **State the term remaining** | 9/30/2020 | ATTN LEGAL DEPT |
| | **List the contract number of any government contract** | | 7417 N PETERS ST |
| | | | ARABI LA 70032-1543 |

| 2.193. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACT NO: 40074216 | |
| | **Nature of debtor's interest** | PARTY | DOMINO FOODS INC. |
| | **State the term remaining** | 12/31/2020 | ATTN LEGAL DEPT |
| | **List the contract number of any government contract** | | 7417 N PETERS ST |
| | | | ARABI LA 70032-1543 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 2.194. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DOSSIER SYSTEMS INC |
| | **State the term remaining** | | 6 TERRI LN STE 700 |
| | **List the contract number of any government contract** | | BURLINGTON NJ 08016-4905 |

| 2.195. | **Title of contract** | DOSSIER ON-DEMAND SUBSCRIPTION SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - DOSSIER - FLEET MAINTENANCE | |
| | **Nature of debtor's interest** | PARTY | DOSSIER SYSTEMS, INC. |
| | **State the term remaining** | 6/14/2021 | 6 TERRI LANE SUITE 700 |
| | **List the contract number of any government contract** | | BURLINGTON NJ 08016 |

| 2.196. | **Title of contract** | ON-DEMAND SUBSCRIPTION SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY CHAIN TRANSPORATION | |
| | **Nature of debtor's interest** | PARTY | DOSSIER SYSTEMS, INC. |
| | **State the term remaining** | | 6 TERRI LANE SUITE 700 |
| | **List the contract number of any government contract** | | BURLINGTON NJ 08016 |

| 2.197. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | DOT FOODS |
| | **State the term remaining** | | 6 TERRI LN STE 700 |
| | **List the contract number of any government contract** | | BURLINGTON NJ 08016-4905 |

| 2.198. | **Title of contract** | LETTER OF UNDERSTANDING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | DOT INC |
| | **State the term remaining** | 60 - DAYS WRITTEN NOTICE | ATTN: BORDEN/LALA ACCOUNT MANAGER |
| | **List the contract number of any government contract** | | 1 DOT WAY |
| | | | P.O. BOX 192 |
| | | | MT STERLING IL 62353 |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.199. | **Title of contract** | PLANT SPECIFIC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICES | |
| | **Nature of debtor's interest** | PARTY | DOUGLAS EQUIPMENT |
| | **State the term remaining** | | 3404 IOWA ST |
| | **List the contract number of any government contract** | | ALEXANDRIA MN 56308-3345 |

| 2.200. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EARTHLINK INC |
| | **State the term remaining** | | PO BOX 2252 |
| | **List the contract number of any government contract** | | BIRMINGHAM AL 35246-1058 |

| 2.201. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ECLIPSE 41 NORTH LLC |
| | **State the term remaining** | | 1138 W 9TH ST |
| | **List the contract number of any government contract** | | CLEVELAND OH 44113-1007 |

| 2.202. | **Title of contract** | PLANT SPECIFIC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICES | |
| | **Nature of debtor's interest** | PARTY | ECOLAB PEST CONTROL |
| | **State the term remaining** | | 26252 NETWORK PL |
| | **List the contract number of any government contract** | | CHICAGO IL 60673-1262 |

| 2.203. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EFAX CORPORATE |
| | **State the term remaining** | | PO BOX 51873 |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90051-6173 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 2.204. | **Title of contract** | EVENT SPONSORSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EINSTEIN NOAH RESTAURANT GROUP |
| | **State the term remaining** | | PO BOX 1450 NW5612 MINNEAPOLIS MN 55480-1449 |
| | **List the contract number of any government contract** | | |

| 2.205. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | ELKINS FARMS |
| | **State the term remaining** | | ELKINS FARMS 2699 HAYS PONDSVILLE RD SMITHS GROVE KY 42171 |
| | **List the contract number of any government contract** | | |

| 2.206. | **Title of contract** | PRE-EMPLOYMENT EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EMPLOYMENT SCREENING SERVICES |
| | **State the term remaining** | | 627 E SPRAGUE, SUITE 100 DALLAS TX 99202-2107 |
| | **List the contract number of any government contract** | | |

| 2.207. | **Title of contract** | EXCESS LIABILITY INSURANCE - POLICY NO. XSC30000154403 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN INSURANCE COMPANY |
| | **State the term remaining** | | 4 MANHATTANVILLE RD THIRD FL PURCHASE NY 10577 |
| | **List the contract number of any government contract** | | |

| 2.208. | **Title of contract** | CYBER INSURANCE - POLICY NO. PRO10014094101 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | 4 MANHATTANVILLE RD THIRD FL PURCHASE NY 10577 |
| | **List the contract number of any government contract** | | |

Debtor **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

**2.209.** **Title of contract**                END USER LICENSE AGREEMENT         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      INFRASTRUCTURE AGREEMENT

**Nature of debtor's interest**      PARTY                             ENTELEGENT
                                                                      ATTN LEGAL DEPT.
**State the term remaining**          60 DAYS AFTER END OF SERVICE       2520 WHITEHALL PARK DRIVE
                                                                      STE 200
**List the contract number of any government contract**  _____  CHARLOTTE NC 28273

---

**2.210.** **Title of contract**                TELEPHONE                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      _____

**Nature of debtor's interest**      PARTY                             ENTELEGENT SOLUTIONS INC
                                                                      2520 WHITEHALL PARK DR STE 200
**State the term remaining**          _____          CHARLOTTE NC 28273-3558

**List the contract number of any government contract**  _____

---

**2.211.** **Title of contract**                ADVERTISING - MISCELLANEOUS        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      _____

**Nature of debtor's interest**      PARTY                             EPIC WORLDWIDE LLC
                                                                      1045 PALMS AIRPORT DR STE 120
**State the term remaining**          _____          LAS VEGAS NV 89119-3749

**List the contract number of any government contract**  _____

---

**2.212.** **Title of contract**                END USER LICENSE AGREEMENT         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      IT APPLICATIONS - GENESIS R&D - NUTRITION LABELING SOFTWARE

**Nature of debtor's interest**      PARTY                             ESHA RESEARCH
                                                                      4747 SKYLINE RD S STE 100
**State the term remaining**          12/31/2020                        SALEM OR 97306

**List the contract number of any government contract**  _____

---

**2.213.** **Title of contract**                SOFTWARE EXPENSE                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      _____

**Nature of debtor's interest**      PARTY                             ESHA RESEARCH
                                                                      4747 SKYLINE RD S SUITE 100
**State the term remaining**          _____          SALEM OR 97306

**List the contract number of any government contract**  _____

---

Debtor   **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.214. | **Title of contract** | IT APPLICATIONS - ETHAN BEARMAN - CONSULTING - JDE CONFIG. | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | ETHAN BEARMAN CO |
| | **State the term remaining** | 12/31/2020 | 478 S BEDFORD DR |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90212 |

| 2.215. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ETHAN BEARMAN COMPANY |
| | **State the term remaining** | | 478 S BEDFORD DR |
| | **List the contract number of any government contract** | | LOS ANGELES CA 90212 |

| 2.216. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE SERVICES | |
| | **Nature of debtor's interest** | PARTY | ETHICSPOINT, INC |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 6000 MEADOWS ROAD STE 200 |
| | **List the contract number of any government contract** | | LAKE OSWEGO OR 97035 |

| 2.217. | **Title of contract** | CONTRACT AGENCY LABOR | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EVANS PAULIN |
| | **State the term remaining** | | 2257 HERMITAGE DR ALLEN TX 75013-5661 |
| | **List the contract number of any government contract** | | |

| 2.218. | **Title of contract** | EVENT SPONSORSHIP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | EVENT MARKETING STRATEGIES INC |
| | **State the term remaining** | | 580 N 4TH ST STE 230 |
| | **List the contract number of any government contract** | | COLUMBUS OH 43215-2116 |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

**2.219.**  **Title of contract**                EXCESS LIABILITY INSURANCE -       **State the name and mailing address**
                                            POLICY NO. XC5EX00866-191          **for all other parties with whom the**
                                                                               **debtor has an executory contract or**
            **State what the contract or**        INSURANCE                          **unexpired lease**
            **lease is for**
                                                                               EVEREST NATIONAL INSURANCE
            **Nature of debtor's interest**      INSURED                            COMPANY
                                                                               477 MARTINSVILLE RD
            **State the term remaining**          12/1/2020                          PO BOX 830
                                                                               LIBERTY CORNER NJ 07938-0830
            **List the contract number of**       _____
            **any government contract**

**2.220.**  **Title of contract**                PRODUCER AGREEMENT                 **State the name and mailing address**
                                                                               **for all other parties with whom the**
            **State what the contract or**        PRODUCER AGREEMENT                 **debtor has an executory contract or**
            **lease is for**                                                         **unexpired lease**

            **Nature of debtor's interest**      PARTY                              EVERS ACRES LLC
                                                                               EVERS ACRES LLC
            **State the term remaining**          _____     5069 PHILOTHEA RD
                                                                               ST. HENRY OH 45883
            **List the contract number of**       _____
            **any government contract**

**2.221.**  **Title of contract**                PRODUCER AGREEMENT                 **State the name and mailing address**
                                                                               **for all other parties with whom the**
            **State what the contract or**        PRODUCER AGREEMENT                 **debtor has an executory contract or**
            **lease is for**                                                         **unexpired lease**

            **Nature of debtor's interest**      PARTY                              EVERS DAIRY
                                                                               EVERS DAIRY
            **State the term remaining**          _____     4047 MERCER-DARKE CO LINE RD
                                                                               FT. RECOVERY OH 45846
            **List the contract number of**       _____
            **any government contract**

**2.222.**  **Title of contract**                EMPLOYEE SERVICES                  **State the name and mailing address**
                                                                               **for all other parties with whom the**
            **State what the contract or**        HEALTH & BENEFITS                  **debtor has an executory contract or**
            **lease is for**                                                         **unexpired lease**

            **Nature of debtor's interest**      PARTY                              EXPRESS SCRIPTS
                                                                               1 EXPRESS WAY
            **State the term remaining**          _____     ST LOUIS MO 63121

            **List the contract number of**       _____
            **any government contract**

**2.223.**  **Title of contract**                EXPRESS DELIVERY                   **State the name and mailing address**
                                                                               **for all other parties with whom the**
            **State what the contract or**        _____     **debtor has an executory contract or**
            **lease is for**                                                         **unexpired lease**

            **Nature of debtor's interest**      PARTY                              FEDERAL EXPRESS
                                                                               PO BOX 660481
            **State the term remaining**          _____     DALLAS TX 752660481

            **List the contract number of**       _____
            **any government contract**

Debtor **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.224. | **Title of contract** | PLANT SPECIFIC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICES | |
| | **Nature of debtor's interest** | PARTY | FELDMEIER EQUIPMENT, INC. |
| | **State the term remaining** | | 6800 TOWNLINE ROAD |
| | | | P.O. BOX 474 |
| | **List the contract number of any government contract** | | SYRACUSE NY 13211 |

| 2.225. | **Title of contract** | EXCLUSIVE PRIVATE LABEL PRODUCT SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | FIESTA MART LLC |
| | | | ATTN: MARTY PAYNE |
| | **State the term remaining** | | 5235 KATY FREEWAY |
| | | | HOUSTON TX 77007 |
| | **List the contract number of any government contract** | | |

| 2.226. | **Title of contract** | FLEET AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FUELING SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC |
| | **State the term remaining** | 8/19/2023 WITH AUTOMATIC 12 - MONTH RENEWALS | ATTN: MARK ROBERTS |
| | | | 5445 TRIANGLE PARKWAY, SUITE 400 |
| | **List the contract number of any government contract** | | NORCROSS GA 30092 |

| 2.227. | **Title of contract** | LAB SAMPLES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | FOOD SAFETY NET SERVICES LTD |
| | **State the term remaining** | | PO BOX 116438 |
| | | | CARROLLTON TX 75011-6438 |
| | **List the contract number of any government contract** | | |

| 2.228. | **Title of contract** | FOODBUY SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | FOODBUY |
| | | | ATTN: COP CATEGORY MANAGER |
| | **State the term remaining** | 9/30/2022 | 2400 YORKMONT RD. |
| | | | CHARLOTTE NC 28217 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.229. | **Title of contract** | OUTSIDE HAULING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | FORT LAUDERDALE TRANSFER & RIG |
| | **State the term remaining** | | 4701 SW 36TH ST |
| | **List the contract number of any government contract** | | DAVIE FL 33314-2232 |

| 2.230. | **Title of contract** | PRODUCT LICENSE AGREEMENT / EULA AND WARRANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INFRASTRUCTURE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | FORTINET |
| | **State the term remaining** | | 1570 ATLANTIC ST |
| | **List the contract number of any government contract** | | UNION CITY CA 94587 |

| 2.231. | **Title of contract** | EXPRESS DELIVERY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | FP MAILING SOLUTIONS |
| | **State the term remaining** | | PO BOX 157 FRANCOTYP-POSTALIA |
| | **List the contract number of any government contract** | | BEFORD PARK IL 60499-0157 |

| 2.232. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | FRED SCHMITTMEYER |
| | **State the term remaining** | | FRED SCHMITTMEYER |
| | **List the contract number of any government contract** | | 4760 PHILOTHEA RD |
| | | | ST. HENRY OH 45883 |

| 2.233. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | FRONTIER |
| | **State the term remaining** | | PO BOX 740407 |
| | **List the contract number of any government contract** | | CINCINNATI OH 45274-0407 |

Debtor    **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

| 2.234. | **Title of contract** | IT APPLICATIONS - BASE.COM - CRM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | FUTURE SIMPLE INC |
| | **State the term remaining** | 6/29/2019 | 850 N SHORELINE BLVD |
| | **List the contract number of any government contract** | _____ | MOUNTAIN VIEW CA 94043-1931 |

| 2.235. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - FUZE | |
| | **Nature of debtor's interest** | PARTY | FUZE |
| | **State the term remaining** | 4/14/2022 | FKNA THINKING PHONE NETWORKS, INC. |
| | **List the contract number of any government contract** | _____ | PO BOX 347284 |
| | | | PITSBURGH PA 15251-4284 |

| 2.236. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | GARY W CAZAUBON |
| | **State the term remaining** | _____ | 13252 HWY 1078 |
| | **List the contract number of any government contract** | _____ | FOLSOM LA 70437 |

| 2.237. | **Title of contract** | MAINTENANCE & REPAIR - BLDG | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | GBS GROUP INC |
| | **State the term remaining** | _____ | 13745 OMEGA RD |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75244 |

| 2.238. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE | |
| | **Nature of debtor's interest** | PARTY | GENERAL FILMS, INC: |
| | **State the term remaining** | 8/31/2021 | ATTN: TOM GRANATA |
| | **List the contract number of any government contract** | _____ | 645 SOUTH HIGH STREET |
| | | | COVINGTON OH 45066 |

Debtor   **Borden Dairy Company**                                                        Case number *(if known)* **20-10010**

| 2.239. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GENERAL MILLS PO BOX 120845 DALLAS TX 75312-0845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.240. | Title of contract | RECRUITING EXPENSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GLASSDOOR INC DEPARTMENT 3436 PO BOX 123436 DALLAS TX 75312-3436 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.241. | Title of contract | MASTER SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SAFETY SERVICES | |
| | Nature of debtor's interest | PARTY | GLOBAL SAFETY NETWORK 3590 S 42ND ST GRAND FORKS ND 58201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.242. | Title of contract | CONSULTING FEES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GLOBETHINK PO BOX 26904 TAMPA FL 33623-6904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.243. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GOOD HUMOR BREYERS 24596 NETWORK PL CHICAGO IL 60673-1245 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.244. | Title of contract | CONSTRUCTION IN PROGRESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GRANITE TELECOMMUNICATION |
| | State the term remaining | | PO BOX 983119 |
| | List the contract number of any government contract | | BOSTON MA 02298-3119 |

| 2.245. | Title of contract | MULTI SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INTERNET BASED SERVICES | |
| | Nature of debtor's interest | PARTY | GRANITE TELECOMMUNICATIONS LLC |
| | State the term remaining | | PO BOX 983119 |
| | List the contract number of any government contract | | BOSTON MA 02298-3119 |

| 2.246. | Title of contract | OFFICE SUPPLIES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GREEN GUARD FIRST AID & SAFETY |
| | State the term remaining | | 3499 RIDER TRL S |
| | List the contract number of any government contract | | EARTH CITY MO 63045-1110 |

| 2.247. | Title of contract | PROFESSIONAL FEES AND SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GS1 US INC |
| | State the term remaining | | DEPT 781271 |
| | List the contract number of any government contract | | DETROIT MI 48278-1271 |

| 2.248. | Title of contract | TELEPHONE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | GTT COMMUNICATIONS |
| | State the term remaining | | PO BOX 842630 |
| | List the contract number of any government contract | | DALLAS TX 75284-2630 |

Debtor    **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

| 2.249. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | GXS INC |
| | **State the term remaining** | | 29144 NETWORK PL |
| | **List the contract number of any government contract** | | CHICAGO IL 60673-1291 |

| 2.250. | **Title of contract** | PLANT SPECIFIC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICES | |
| | **Nature of debtor's interest** | PARTY | H&H ELECTRICAL |
| | **State the term remaining** | | 2506 WILDER RD |
| | **List the contract number of any government contract** | | CROWLEY LA 70526-7024 |

| 2.251. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | H&H ELECTRICAL SERVICE INC |
| | **State the term remaining** | | 2506 WILDER RD |
| | **List the contract number of any government contract** | | CROWLEY LA 70526-7024 |

| 2.252. | **Title of contract** | PLANT SPECIFIC CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT / SERVICES | |
| | **Nature of debtor's interest** | PARTY | H. VIDAL & ASSOCIATES |
| | **State the term remaining** | | 241 NW SOUTH RIVER DR |
| | **List the contract number of any government contract** | | MIAMI FL 33128-1530 |

| 2.253. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | HAABTEC INC |
| | **State the term remaining** | | PO BOX 487 |
| | **List the contract number of any government contract** | | PORT HAYWOOD VA 23138 |

Debtor   **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| 2.254. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | HABERMAN & ASSOCIATES INC |
| | **State the term remaining** | | 430 1ST AVE N STE 216 MINNEAPOLIS MN 55401-1741 |
| | **List the contract number of any government contract** | | |

| 2.255. | **Title of contract** | MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | HABERMAN AND ASSOCIATES INC ATTN CONTROLLER |
| | **State the term remaining** | ON 60 - DAYS NOTICE | 430 1ST AVE N STE 216 MINNEAPOLIS MN 55401-1741 |
| | **List the contract number of any government contract** | | |

| 2.256. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | HALO TOP CREAMERY PO BOX 101910 |
| | **State the term remaining** | | PASADENA CA 91189-0062 |
| | **List the contract number of any government contract** | | |

| 2.257. | **Title of contract** | MARKET RESEARCH | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | HANSEN STRATEGIES LLC 4625 SAN GABRIEL DR |
| | **State the term remaining** | | DALLAS TX 75229-4232 |
| | **List the contract number of any government contract** | | |

| 2.258. | **Title of contract** | DEPENDENT ELIGIBILITY REVIEW SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | HEALTH MANAGEMENT SYSTEMS, INC. |
| | **State the term remaining** | 11/1/2020 | ATTN: JOHN WEBB, SALES DIRECTOR |
| | **List the contract number of any government contract** | | 5615 HIGH POINT DRIVE IRVING TX 75038 |

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

**2.259.** | Title of contract | PARTICIPATION AGREEMENT AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | PROCUREMENT AGREEMENT |
| Nature of debtor's interest | PARTY | HEALTH TRUST PURCHASING GROUP
| State the term remaining | AUTOMATIC 1 - YEAR RENEWALS | CORETRUST
| List the contract number of any government contract | _____ | ATTN SENIOR VP GPO SALES & MARKETING
| | | 1100 CHARLOTTE AVE
| | | SUITE 1100
| | | NASHVILLE TN 37203

**2.260.** | Title of contract | CONTRACT AGENCY LABOR | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | _____ |
| Nature of debtor's interest | PARTY | HEATH FANCHER
| State the term remaining | _____ | 5825 COPPER CANYON DR
| List the contract number of any government contract | _____ | THE COLONY TX 75056-7134

**2.261.** | Title of contract | PREPAID OTHER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | _____ |
| Nature of debtor's interest | PARTY | HELP DESK TECHNOLOGY
| State the term remaining | _____ | 1540 CORNWALL RD
| List the contract number of any government contract | _____ | OAKVILLE ON L6J 7W5
| | | CANADA

**2.262.** | Title of contract | SERVICEPRO PROFESSIONAL EDITION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | IT INFRASTRUCTURE - SERVICEPRO - IT USAGE |
| Nature of debtor's interest | PARTY | HELP DESK TECHNOLOGY
| State the term remaining | 9/30/2020 | 1540 CORNWALL ROAD
| | | SUITE 214
| List the contract number of any government contract | _____ | OAKVILLE ON L6J 7W5
| | | CANADA

**2.263.** | Title of contract | COMPUTER SUPPLIES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | _____ |
| Nature of debtor's interest | PARTY | HIGH JUMP SOFTWARE INC
| State the term remaining | _____ | 5600 W 83RD ST STE 600
| List the contract number of any government contract | _____ | MINNEAPOLIS MN 55437-1065

Debtor    **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

**2.264.**   **Title of contract**            NON-BRANDED PRODUCTS AGREEMENT              State the name and mailing address
                                                                                       for all other parties with whom the
            **State what the contract or**   _____   debtor has an executory contract or
            **lease is for**                                                            unexpired lease

            **Nature of debtor's interest**   PARTY                                     HILAND DAIRY FOODS
                                                                                       PO BOX 804940
            **State the term remaining**      _____  KANSAS CITY MO 64180-4940

            **List the contract number of**   _____
            **any government contract**

**2.265.**   **Title of contract**            PRODUCER AGREEMENT                         State the name and mailing address
                                                                                       for all other parties with whom the
            **State what the contract or**   PRODUCER AGREEMENT                         debtor has an executory contract or
            **lease is for**                                                            unexpired lease

            **Nature of debtor's interest**   PARTY                                     HILLSIDE DAIRY LLC
                                                                                       HILLSIDE DAIRY LLC
            **State the term remaining**      _____  1865 PR 1233
                                                                                       HICO TX 76457
            **List the contract number of**   _____
            **any government contract**

**2.266.**   **Title of contract**            NON-BRANDED PRODUCTS AGREEMENT              State the name and mailing address
                                                                                       for all other parties with whom the
            **State what the contract or**   _____   debtor has an executory contract or
            **lease is for**                                                            unexpired lease

            **Nature of debtor's interest**   PARTY                                     HP HOOD LLC
                                                                                       PO BOX 4064
            **State the term remaining**      _____  BOSTON MA 02211 4064

            **List the contract number of**   _____
            **any government contract**

**2.267.**   **Title of contract**            SIDE A D&O INSURANCE -                     State the name and mailing address
                                             POLICY NO. HN-0303-6119                    for all other parties with whom the
                                                                                       debtor has an executory contract or
            **State what the contract or**   INSURANCE                                  unexpired lease
            **lease is for**
                                                                                       HUDSON INSURANCE COMPANY
            **Nature of debtor's interest**   INSURED                                   KARIN L. ZIMMERLY VICE
                                                                                       PRESIDENT
            **State the term remaining**      11/30/2020                                100 WILLIAM STREET, 5TH FLOOR
                                                                                       NEW YORK NY 10038
            **List the contract number of**   _____
            **any government contract**

**2.268.**   **Title of contract**            PROFESSIONAL FEES AND SERVICES             State the name and mailing address
                                                                                       for all other parties with whom the
            **State what the contract or**   _____   debtor has an executory contract or
            **lease is for**                                                            unexpired lease

            **Nature of debtor's interest**   PARTY                                     HUGHES BRANDMIX
                                                                                       50 WASHINGTON ST STE 1202
            **State the term remaining**      _____  NORWALK CT 06854-2752

            **List the contract number of**   _____
            **any government contract**

Debtor    **Borden Dairy Company**                                             Case number *(if known)* **20-10010**

**2.269.**  **Title of contract**                IT APPLICATIONS - FINANCIAL CONSOLIDATION          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     IT SOFTWARE

**Nature of debtor's interest**   PARTY                                    HYPERION ENTERPRISE
                                                                           ATTN LEGAL
**State the term remaining**      8/31/2017                                11480 COMMERCE PARK DR
                                                                           STE 120
**List the contract number of any government contract**   _____   RESTON VA 20191

**2.270.**  **Title of contract**                NON-BRANDED PRODUCTS AGREEMENT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     _____

**Nature of debtor's interest**   PARTY                                    I WANNA DISTRIBUTORS
                                                                           480 27TH STREET
**State the term remaining**      _____                ORLANDO FL 32806

**List the contract number of any government contract**   _____

**2.271.**  **Title of contract**                IBM PASSPORT ADVANTAGE AGREEMENT                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     CUSTOMER TRANSACTION AGREEMENT

**Nature of debtor's interest**   PARTY                                    IBM
                                                                           PO BOX 676673
**State the term remaining**      1 - MONTH WRITTEN NOTICE                 DALLAS TX 75267-6673

**List the contract number of any government contract**   _____

**2.272.**  **Title of contract**                MASTER SERVICE AGREEMENT AND SERVICE CONTRACT      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     IT APPLICATIONS - NICE INCONTACT - AUTO DIALER

**Nature of debtor's interest**   PARTY                                    IN CONTACT, INC.
                                                                           ATTN GENERAL COUNSEL
**State the term remaining**      6/30/2018                                75 W TOWNE RIDGE PKWY TOWER 1
                                                                           SANDY UT 84070-5523
**List the contract number of any government contract**   _____

**2.273.**  **Title of contract**                SOFTWARE EXPENSE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     _____

**Nature of debtor's interest**   PARTY                                    INCONTACT INC
                                                                           75 W TOWNE RIDGE PKWY TOWER 1
**State the term remaining**      _____                SANDY UT 84070-5523

**List the contract number of any government contract**   _____

Debtor **Borden Dairy Company**

Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| **2.274.** | **Title of contract** | INCONTACT MASTER TERMS OF USE |
| | **State what the contract or lease is for** | LICENSE SOFTWARE AGREEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INCONTACT INC
75 W TOWNE RIDGE PKWY TOWER 1
SANDY UT 84070-5523

| | | |
|---|---|---|
| **2.275.** | **Title of contract** | WORKERS' COMPENSATION - AOS INSURANCE - POLICY NO. WLR C66046606 |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 12/1/2020 |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INDEMNITY INSURANCE CO. OF NORTH AMERICA
436 WALNUT ST
PO BOX 1000
PHILADELPHIA PA 19106

| | | |
|---|---|---|
| **2.276.** | **Title of contract** | PREPAID OTHER |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INFOR US INC
PO BOX 847798
LOS ANGELES CA 90084-7798

| | | |
|---|---|---|
| **2.277.** | **Title of contract** | SUBSCRIPTION LICENSE AND SERVICES AGREEMENT |
| | **State what the contract or lease is for** | IT APPLICATIONS - INFOR EAM |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | 2/15/2021 |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INFOR US INC.
13560 MORRIS RD
SUITE 4100
ALPHARETTA GA 30004

| | | |
|---|---|---|
| **2.278.** | **Title of contract** | MARKET RESEARCH |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

INFORMATION RESOURCES INC
4766 PAYSPHERE CIRCLE
CHICAGO IL 60674

Debtor    **Borden Dairy Company**                                                           Case number *(if known)* **20-10010**

| 2.279. | **Title of contract** | COMPUTER HARDWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | INSIGHT DIRECT USA INC |
| | **State the term remaining** | | PO BOX 731069 |
| | **List the contract number of any government contract** | | DALLAS TX 75373-1069 |

| 2.280. | **Title of contract** | DEPOT MAINTENANCE AGREEMENT B0RDEND02 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INFRASTRUCTURE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | INSTREAM |
| | **State the term remaining** | 11/15/2020 | 1201 INDIAN CHURCH WEST |
| | **List the contract number of any government contract** | | SENECA NY 142224 |

| 2.281. | **Title of contract** | INTERNATIONAL PROGRAMS LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | INTERNATIONAL BUSINESS MACHINES CORPORATION |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT. |
| | **List the contract number of any government contract** | | 20 OLD POST RD<br>ARMONK NY 10504 |

| 2.282. | **Title of contract** | INTERNATIONAL LICENSE AGREEMENT FOR NON-WARRANTED PROGRAMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | INTERNATIONAL BUSINESS MACHINES CORPORATION |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT. |
| | **List the contract number of any government contract** | | 20 OLD POST RD<br>ARMONK NY 10504 |

| 2.283. | **Title of contract** | IBM INTERNATIONAL LICENSE AGREEMENT FOR EVALUATION OF PROGRAMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | INTERNATIONAL BUSINESS MACHINES CORPORATION |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT. |
| | **List the contract number of any government contract** | | 20 OLD POST RD<br>ARMONK NY 10504 |

Debtor  **Borden Dairy Company**                                                   Case number *(if known)* **20-10010**

| 2.284. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | INTERNATIONAL DAIRY FOODS ASSO |
| | **State the term remaining** | | 1250 H STREET SUITE 900 WASHINGTON DC 20005 |
| | **List the contract number of any government contract** | | |

| 2.285. | **Title of contract** | CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECORDS MANAGEMENT | |
| | **Nature of debtor's interest** | PARTY | IRON MOUNTAIN |
| | **State the term remaining** | | 1235 N. UNION BOWER IRVING TX 75061 |
| | **List the contract number of any government contract** | | |

| 2.286. | **Title of contract** | POLLUTION INSURANCE - POLICY NO. 000992202 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | IRONSHORE SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | 4/6/2020 | 8601 N SCOTTSDALE RD STE 300 |
| | **List the contract number of any government contract** | | SCOTTSDALE AZ 85253-2738 |

| 2.287. | **Title of contract** | COMPREHENSIVE MAINTENANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT HANDHELDS - HANDHELD - MAINTENANCE CN3/PW50/PB51 | |
| | **Nature of debtor's interest** | PARTY | ISG TECHNOLOGIES LLC |
| | **State the term remaining** | 12/31/2020 | 102 W PENNSYLVANIA AVE STE 201 |
| | **List the contract number of any government contract** | | TOWSON MD 21204 |

| 2.288. | **Title of contract** | SPARE POOL MAINTENANCE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT HANDHELDS - HANDHELD - SPARE POOL CN3 | |
| | **Nature of debtor's interest** | PARTY | ISG TECHNOLOGIES LLC |
| | **State the term remaining** | 12/31/2020 | 102 W PENNSYLVANIA AVE STE 201 |
| | **List the contract number of any government contract** | | TOWSON MD 21204 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 2.289. | Title of contract | CONSTRUCTION IN PROGRESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ISG TECHNOLOGIES LLC 102 W PENNSYLVANIA AVE STE 201 TOWSON MD 21204-4544 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.290. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ISS RESEARCH LLC 5400 W W T HARRIS BLVD STE L CHARLOTTE NC 28269-2500 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.291. | Title of contract | PROFESSIONAL FEES AND SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ITRADENETWORK INC PO BOX 935209 ATLANTA GA 31193-5209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.292. | Title of contract | PREPAID SOFTWARE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | JDA SOFTWARE INC 15059 N SCOTTSDALE RD STE 400 SCOTTSDALE AZ 85254-2666 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.293. | Title of contract | EXPRESS DELIVERY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | JETSTAR COURIER EXPRESS PO BOX 852073 RICHARDSON TX 75085-2073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                                 Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 2.294. | **Title of contract** | PRODUCER AGREEMENT |

**State what the contract or lease is for**    PRODUCER AGREEMENT

**Nature of debtor's interest**    PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN & MARY RAHM
JOHN & MARY RAHM
9694 SR 185
VERSAILLES OH 45380

---

| | | |
|---|---|---|
| 2.295. | **Title of contract** | CONTRACT AGENCY LABOR |

**State what the contract or lease is for**    _____

**Nature of debtor's interest**    PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOSHUA EDWARDS
2706 CHINKAPIN LANE
ROWLETT TX 75089-0000

---

| | | |
|---|---|---|
| 2.296. | **Title of contract** | MARKET RESEARCH |

**State what the contract or lease is for**    _____

**Nature of debtor's interest**    PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KANTAR MILLWARD BROWN
PO BOX 7247-9299
PHILADELPHIA PA 19170-9299

---

| | | |
|---|---|---|
| 2.297. | **Title of contract** | SOFTWARE EXPENSE |

**State what the contract or lease is for**    _____

**Nature of debtor's interest**    PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KASEYA US SALES LLC
PO BOX 783266
PHILADELPHIA PA 19178-3266

---

| | | |
|---|---|---|
| 2.298. | **Title of contract** | CONSULTING FEES |

**State what the contract or lease is for**    _____

**Nature of debtor's interest**    PARTY

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

KDV LABEL CO INC
PO BOX 1006
WAUKESHA WI 63187-1006

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.299. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE | |
| | **Nature of debtor's interest** | PARTY | KDV LABEL CO., INC. |
| | **State the term remaining** | 7/1/2020 | 431 W. NEWHALL AVE P.O. BOX 1006 |
| | **List the contract number of any government contract** | _____ | WAUKESHA WI 53187-1006 |

| 2.300. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | KENNETH SARAH & KERRI BRIGGS |
| | **State the term remaining** | _____ | KENNETH SARAH & KERRI BRIGGS 6693 OLD LEBANON RD |
| | **List the contract number of any government contract** | _____ | CAMPBELLSVILLE KY 42718 |

| 2.301. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | KENNY REDMON |
| | **State the term remaining** | _____ | KENNY REDMON 79 EDDIE COMPTON RD |
| | **List the contract number of any government contract** | _____ | COLUMBIA KY 42728 |

| 2.302. | **Title of contract** | CONTRACT AGENCY LABOR | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | KG CONSULTING |
| | **State the term remaining** | _____ | 4111 FAIRMONT ST UNIT 1012 DALLAS TX 75219-3309 |
| | **List the contract number of any government contract** | _____ | |

| 2.303. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | KING BOTTLING INC |
| | **State the term remaining** | _____ | HC-63 BOX 87-A ORLANDO KY 40460 |
| | **List the contract number of any government contract** | _____ | |

Official Form 206G                 **Schedule G: Executory Contracts and Unexpired Leases**

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

---

**2.304.**  **Title of contract**              SOFTWARE EXPENSE                    State the name and mailing address
                                                                                 for all other parties with whom the
           **State what the contract or**      _____   debtor has an executory contract or
           **lease is for**                                                       unexpired lease

           **Nature of debtor's interest**     PARTY                             KISCO INFORMATION SYSTEMS
                                                                                 89 CHURCH STREET
           **State the term remaining**        _____   SARANAC LAKE NY 12983

           **List the contract number of**     _____
           **any government contract**

**2.305.**  **Title of contract**              KRONOS WORKFORCE READY - SOFTWARE   State the name and mailing address
                                                                                 for all other parties with whom the
           **State what the contract or**      IT APPLICATIONS - KRONOS WORKFORCE READY -   debtor has an executory contract or
           **lease is for**                    SOFTWARE                           unexpired lease

           **Nature of debtor's interest**     PARTY                             KRONOS INC.
                                                                                 297 BILLERICA ROAD
           **State the term remaining**        8/25/2019                         CHELMSFORD MA 01824

           **List the contract number of**     _____
           **any government contract**

**2.306.**  **Title of contract**              KRONOS WORKFORCE READY - SOFTWARE   State the name and mailing address
                                                                                 for all other parties with whom the
           **State what the contract or**      SOFTWARE LICENSE AGREEMENT         debtor has an executory contract or
           **lease is for**                                                       unexpired lease

           **Nature of debtor's interest**     PARTY                             KRONOS INCORPORATED
                                                                                 297 BILLERICA ROAD
           **State the term remaining**        4/30/2019 WITH 1 - YEAR RENEWALS   CHELMSFORD MA 01824

           **List the contract number of**     _____
           **any government contract**

**2.307.**  **Title of contract**              EQUIPMENT LEASE/RENTAL             State the name and mailing address
                                                                                 for all other parties with whom the
           **State what the contract or**      _____   debtor has an executory contract or
           **lease is for**                                                       unexpired lease

           **Nature of debtor's interest**     PARTY                             KRONOS INCORPORATED
                                                                                 PO BOX 743208
           **State the term remaining**        _____   ATLANTA GA 30374-3208

           **List the contract number of**     _____
           **any government contract**

**2.308.**  **Title of contract**              NON-BRANDED PRODUCTS AGREEMENT     State the name and mailing address
                                                                                 for all other parties with whom the
           **State what the contract or**      _____   debtor has an executory contract or
           **lease is for**                                                       unexpired lease

           **Nature of debtor's interest**     PARTY                             LA BRISA ICE CREAM
                                                                                 7840 CANAL ST
           **State the term remaining**        _____   HOUSTON TX 77012-1148

           **List the contract number of**     _____
           **any government contract**

---

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

**2.309.** | **Title of contract** | PRE-EMPLOYMENT EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | _____ |
 | **Nature of debtor's interest** | PARTY | LAB MANAGEMENT NETWORK INC
 | **State the term remaining** | _____ | 4445 EASTGATE MALL SUITE 200
 | **List the contract number of any government contract** | _____ | SAN DIEGO CA 92121

**2.310.** | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | _____ |
 | **Nature of debtor's interest** | PARTY | LABATT FOOD SERVICE
 | **State the term remaining** | _____ | PO BOX 137
 | **List the contract number of any government contract** | _____ | SAN ANTONIO TX 78291

**2.311.** | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | OFFICE LEASE OF REAL PROPERTY LOCATED AT 9330 LBJ FREEWAY, SUITE 1400, DALLAS, TEXAS 75243 |
 | **Nature of debtor's interest** | LESSEE | LAKE HIGHLANDS TOWER LLC
 | **State the term remaining** | 12/6/2030 | ATTN: ASSET MANAGER (LAKE HIGHLANDS TOWER)
 | **List the contract number of any government contract** | _____ | 3811 TURTLE CREEK BLVD, #1800<br>DALLAS TX 75219

**2.312.** | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | _____ |
 | **Nature of debtor's interest** | PARTY | LAKEVIEW FARMS LLC
 | **State the term remaining** | _____ | PO BOX 83289
 | **List the contract number of any government contract** | _____ | CHICAGO IL 60691-0289

**2.313.** | **Title of contract** | BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | _____ |
 | **Nature of debtor's interest** | PARTY | LAKEVIEW FARMS LLC
 | **State the term remaining** | _____ | PO BOX 83289
 | **List the contract number of any government contract** | _____ | CHICAGO IL 60691-0289

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

2.314.  **Title of contract**              NON-BRANDED PRODUCTS AGREEMENT        **State the name and mailing address**
                                                                                **for all other parties with whom the**
        **State what the contract or**     _____  **debtor has an executory contract or**
        **lease is for**                                                        **unexpired lease**

        **Nature of debtor's interest**    PARTY                                LALA BRANDED PRODUCTS LLC
                                                                                PO BOX 730969
        **State the term remaining**       _____  DALLAS TX 75373-0969

        **List the contract number of**    _____
        **any government contract**

2.315.  **Title of contract**              MASTER SERVICES AGREEMENT            **State the name and mailing address**
                                                                                **for all other parties with whom the**
        **State what the contract or**     LICENSE AGREEMENT                    **debtor has an executory contract or**
        **lease is for**                                                        **unexpired lease**

        **Nature of debtor's interest**    PARTY                                LALA USA INC
                                                                                3801 SINTON RD
        **State the term remaining**       1/1/2023                             COLORADO SPRINGS CO 80907

        **List the contract number of**    _____
        **any government contract**

2.316.  **Title of contract**              CONTRACT AGENCY LABOR                **State the name and mailing address**
                                                                                **for all other parties with whom the**
        **State what the contract or**     _____  **debtor has an executory contract or**
        **lease is for**                                                        **unexpired lease**

        **Nature of debtor's interest**    PARTY                                LATOS HOLDINGS LLC
                                                                                2154 CHANNEL ISLANDS DR
        **State the term remaining**       _____  ALLEN TX 75013-4829

        **List the contract number of**    _____
        **any government contract**

2.317.  **Title of contract**              NON-BRANDED PRODUCTS AGREEMENT        **State the name and mailing address**
                                                                                **for all other parties with whom the**
        **State what the contract or**     _____  **debtor has an executory contract or**
        **lease is for**                                                        **unexpired lease**

        **Nature of debtor's interest**    PARTY                                LAUREL GROCERY COMPANY
                                                                                1270 HWY 192 EAST
        **State the term remaining**       _____  LONDON KY 40741

        **List the contract number of**    _____
        **any government contract**

2.318.  **Title of contract**              PRODUCER AGREEMENT                   **State the name and mailing address**
                                                                                **for all other parties with whom the**
        **State what the contract or**     PRODUCER AGREEMENT                   **debtor has an executory contract or**
        **lease is for**                                                        **unexpired lease**

        **Nature of debtor's interest**    PARTY                                LDT KELLER FARMS LLC
                                                                                LDT KELLER FARMS LLC
        **State the term remaining**       _____  841 BURKETTSVILLE SAINT HENRY
                                                                                RD
        **List the contract number of**    _____  FT. RECOVERY OH 45846
        **any government contract**

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

2.319.  **Title of contract**                    INFRASTRUCTURE AGREEMENT           State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**           ELINE AGREEMENT                    debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**          PARTY                              LEVEL 3
                                                                                    CENTURY LINK
        **State the term remaining**             _____         PO BOX 1319
                                                                                    CHARLOTTE NC 28201-1319
        **List the contract number of**          _____
        **any government contract**

2.320.  **Title of contract**                    INFRASTRUCTURE AGREEMENT           State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**           DALLAS UPGRADE                     debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**          PARTY                              LEVEL 3
                                                                                    CENTURY LINK
        **State the term remaining**             _____         PO BOX 1319
                                                                                    CHARLOTTE NC 28201-1319
        **List the contract number of**          _____
        **any government contract**

2.321.  **Title of contract**                    INFRASTRUCTURE AGREEMENT           State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**           LONDON UPGRADE                     debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**          PARTY                              LEVEL 3
                                                                                    CENTURY LINK
        **State the term remaining**             _____         PO BOX 1319
                                                                                    CHARLOTTE NC 28201-1319
        **List the contract number of**          _____
        **any government contract**

2.322.  **Title of contract**                    INFRASTRUCTURE AGREEMENT           State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**           LFAYETTE MPLS T1 AGREEMENT         debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**          PARTY                              LEVEL 3
                                                                                    CENTURY LINK
        **State the term remaining**             _____         PO BOX 1319
                                                                                    CHARLOTTE NC 28201-1319
        **List the contract number of**          _____
        **any government contract**

2.323.  **Title of contract**                    INFRASTRUCTURE AGREEMENT           State the name and mailing address
                                                                                    for all other parties with whom the
        **State what the contract or**           BORDEN MPLS AGREEMENT              debtor has an executory contract or
        **lease is for**                                                            unexpired lease

        **Nature of debtor's interest**          PARTY                              LEVEL 3
                                                                                    CENTURY LINK
        **State the term remaining**             _____         PO BOX 1319
                                                                                    CHARLOTTE NC 28201-1319
        **List the contract number of**          _____
        **any government contract**

Debtor **Borden Dairy Company**                                                   Case number *(if known)* **20-10010**

**2.324.** **Title of contract**                INFRASTRUCTURE AGREEMENT            State the name and mailing address
                                                                                  for all other parties with whom the
          **State what the contract or**        FUZZ COLO MPLS AGREEMENT          debtor has an executory contract or
          **lease is for**                                                        unexpired lease

          **Nature of debtor's interest**       PARTY                             LEVEL 3
                                                                                  CENTURY LINK
          **State the term remaining**          _____          PO BOX 1319
                                                                                  CHARLOTTE NC 28201-1319
          **List the contract number of**       _____
          **any government contract**

**2.325.** **Title of contract**                INFRASTRUCTURE AGREEMENT            State the name and mailing address
                                                                                  for all other parties with whom the
          **State what the contract or**        BORDEN MINNESOTA CIRCUIT MOVE     debtor has an executory contract or
          **lease is for**                                                        unexpired lease

          **Nature of debtor's interest**       PARTY                             LEVEL 3
                                                                                  CENTURY LINK
          **State the term remaining**          _____          PO BOX 1319
                                                                                  CHARLOTTE NC 28201-1319
          **List the contract number of**       _____
          **any government contract**

**2.326.** **Title of contract**                INFRASTRUCTURE AGREEMENT            State the name and mailing address
                                                                                  for all other parties with whom the
          **State what the contract or**        WINTER HAVEN FINE AGREEMENT       debtor has an executory contract or
          **lease is for**                                                        unexpired lease

          **Nature of debtor's interest**       PARTY                             LEVEL 3
                                                                                  CENTURY LINK
          **State the term remaining**          _____          PO BOX 1319
                                                                                  CHARLOTTE NC 28201-1319
          **List the contract number of**       _____
          **any government contract**

**2.327.** **Title of contract**                TRAILBALZER SYSTEMS AGREEMENT - SOFTWARE   State the name and mailing address
                                                LICENSE AGREEMENT; MAINTENANCE AGREEMENT   for all other parties with whom the
                                                                                  debtor has an executory contract or
          **State what the contract or**        IT APPLICATIONS - LIAISON TECHNOLOGIES - EDIINT   unexpired lease
          **lease is for**                      (AS2)/PGP
                                                                                  LIAISON TECHNOLOGIES, INC.
          **Nature of debtor's interest**       PARTY                             (NOW GOES BY OPEN TEXT INC.)
                                                                                  275 FRANK TOMPA DRIVE
          **State the term remaining**          2/1/2021                          WATERLOO ON N2L 0A1
                                                                                  CANADA
          **List the contract number of**       _____
          **any government contract**

**2.328.** **Title of contract**                SOFTWARE EXPENSE                  State the name and mailing address
                                                                                  for all other parties with whom the
          **State what the contract or**        _____          debtor has an executory contract or
          **lease is for**                                                        unexpired lease

          **Nature of debtor's interest**       PARTY                             LIAISONTECHNOLOGIES INC
                                                                                  DEPT AT 952956
          **State the term remaining**          _____          ATLANTA GA 31192-2956

          **List the contract number of**       _____
          **any government contract**

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

| 2.329. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | LINKEDIN CORPORATION |
| | **State the term remaining** | _____ | 62228 COLLECTIONS CENTER DR CHICAGO IL 60693-0622 |
| | **List the contract number of any government contract** | _____ | |

| 2.330. | **Title of contract** | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | LLAMASOFT INC |
| | **State the term remaining** | _____ | 201 S DIVISION ST STE 200 ANN ARBOR MI 48104-2259 |
| | **List the contract number of any government contract** | _____ | |

| 2.331. | **Title of contract** | IT APPLICATIONS - LLAMASOFT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | LLAMASOFT INC |
| | **State the term remaining** | 4/30/2020 | 201 S DIVISION ST STE 200 ANN ARBOR MI 48104-2259 |
| | **List the contract number of any government contract** | _____ | |

| 2.332. | **Title of contract** | LINKEDIN SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEBSITE EMPLOYMENT SERVICES | |
| | **Nature of debtor's interest** | PARTY | LLNKEDLN |
| | **State the term remaining** | UNTIL TERMINATED | 1000 WEST MAUDE AVENUE SUNNYVALE CA 94085 |
| | **List the contract number of any government contract** | _____ | |

| 2.333. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | LNGREDION INCORPORATED |
| | **State the term remaining** | _____ | 5 WESTBROOK CORPORATE CENTER |
| | **List the contract number of any government contract** | _____ | WESTCHESTER IL 60154 |

Debtor **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

**2.334.** | **Title of contract** | GROUP INSURANCE RESERVE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | |
| **Nature of debtor's interest** | PARTY | LOCKTON COMPANIES DEPT 3042 PO BOX 123042 DALLAS TX 75312-3042
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.335.** | **Title of contract** | ADVISORY SERVICES AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | BENEFITS |
| **Nature of debtor's interest** | PARTY | LOCKTON INVESTMENT ADVISORS, LLC DEPT 999224 PO BOX 219153 KANSAS CITY MO 64121-9153
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.336.** | **Title of contract** | CLIENT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | HEALTH & BENEFITS |
| **Nature of debtor's interest** | PARTY | LOCKTON-DUNNING SERIES OF LOCKTON COMPANIES, LLC 2100 ROSS AVE STE 1200 DALLAS TX 75201
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.337.** | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | |
| **Nature of debtor's interest** | PARTY | LOGO THAT INC 8017 MCALPINE DR CHAROLETTE NC 28217-2341
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.338.** | **Title of contract** | MASTER PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PERFORMANCE MANAGEMENT |
| **Nature of debtor's interest** | PARTY | LYTX 9785 TOWNE CENTRE DR SAN DIEGO CA 92121
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

**2.339.** **Title of contract**          NON-BRANDED PRODUCTS AGREEMENT          State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**   _____    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**  PARTY                              MAGNETIC SPRINGS WATER
                                                                              COMPANY
          **State the term remaining**     _____    PO BOX 182076
                                                                              COLUMBUS OH 43218-2076
          **List the contract number of**  _____
          **any government contract**

**2.340.** **Title of contract**          OPERATING SUPPLIES                  State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**   _____    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**  PARTY                              MAGNUM EQUIPMENT
                                                                              5817 PLAUCHE ST
          **State the term remaining**     _____    NEW ORLEANS LA 70123

          **List the contract number of**  _____
          **any government contract**

**2.341.** **Title of contract**          AGREEMENT FOR SALE OF PETROLEUM PRODUCTS    State the name and mailing address
                                           AND RELATED SERVICES AND AS AMENDED         for all other parties with whom the
                                                                                       debtor has an executory contract or
          **State what the contract or**   PROCUREMENT AGREEMENT               unexpired lease
          **lease is for**

          **Nature of debtor's interest**  PARTY                              MANSFIELD OIL COMP ANY OF
                                                                              GAINESVILLE, INC
          **State the term remaining**     3/1/2021                           1025 AIRPORT PARKWAY SW
                                                                              GAINESVILLE GA 30501
          **List the contract number of**  _____
          **any government contract**

**2.342.** **Title of contract**          CONSULTING FEES                    State the name and mailing address
                                                                              for all other parties with whom the
          **State what the contract or**   _____    debtor has an executory contract or
          **lease is for**                                                    unexpired lease

          **Nature of debtor's interest**  PARTY                              MARKETSPHERE CONSULTING LLC
                                                                              PO BOX 30123
          **State the term remaining**     _____    OMAHA NE 68103-1223

          **List the contract number of**  _____
          **any government contract**

**2.343.** **Title of contract**          STATEMENT OF WORK - UNCLAIMED PROPERTY    State the name and mailing address
                                           SERVICES                                  for all other parties with whom the
                                                                                     debtor has an executory contract or
          **State what the contract or**   UNCLAIMED PROPERTY ASSESSMENT SERVICES    unexpired lease
          **lease is for**

          **Nature of debtor's interest**  PARTY                              MARKETSPHERE CONSULTING,
                                                                              LLC
          **State the term remaining**     ON 15 - DAYS WRITTEN NOTICE BY EITHER PARTY   9393 W 1101H STREET
                                                                              STE 430
          **List the contract number of**  _____    OVERLAND PARK KS 66210
          **any government contract**

Debtor **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

**2.344.** **Title of contract**          ADVERTISING - PROF FEES/SVCS           State the name and mailing address
                                                                                for all other parties with whom the
 **State what the contract or**    _____    debtor has an executory contract or
 **lease is for**                                                          unexpired lease

 **Nature of debtor's interest**   PARTY                                   MARLIN NETWORK INC
                                                                           1200 WOODHURST DR BLDG V
 **State the term remaining**      _____    SPRINGFIELD MO 65804

 **List the contract number of**   _____
 **any government contract**

**2.345.** **Title of contract**          NON-BRANDED PRODUCTS AGREEMENT         State the name and mailing address
                                                                                for all other parties with whom the
 **State what the contract or**    _____    debtor has an executory contract or
 **lease is for**                                                          unexpired lease

 **Nature of debtor's interest**   PARTY                                   MARS CHOCOLATE NORTH
                                                                           AMERICA
 **State the term remaining**      _____    6000 FELDWOOD RD LOCKBOX
                                                                           100593
 **List the contract number of**   _____    COLLEGE PARK GA 30349-3652
 **any government contract**

**2.346.** **Title of contract**          SUPPLIER AGREEMENT                     State the name and mailing address
                                                                                for all other parties with whom the
 **State what the contract or**    PURCHASE AGREEMENT                      debtor has an executory contract or
 **lease is for**                                                          unexpired lease

 **Nature of debtor's interest**   PARTY                                   MCLANE FOOD SERVICE
                                                                           PO BOX 800
 **State the term remaining**      _____    ROCKY MOUNT NC 27802

 **List the contract number of**   _____
 **any government contract**

**2.347.** **Title of contract**          IT APPLICATIONS - MEKKO GRAPHICS       State the name and mailing address
                                                                                for all other parties with whom the
 **State what the contract or**    IT SOFTWARE                             debtor has an executory contract or
 **lease is for**                                                          unexpired lease

 **Nature of debtor's interest**   PARTY                                   MEKKO GRAPHICS
                                                                           77 RUMFORD AVE, SUITE 2
 **State the term remaining**      6/7/2019                                WALTHAM MA 02453

 **List the contract number of**   _____
 **any government contract**

**2.348.** **Title of contract**          CONSULTING FEES                        State the name and mailing address
                                                                                for all other parties with whom the
 **State what the contract or**    _____    debtor has an executory contract or
 **lease is for**                                                          unexpired lease

 **Nature of debtor's interest**   PARTY                                   MERCER
                                                                           PO BOX 730182
 **State the term remaining**      _____    DALLAS TX 75373-0182

 **List the contract number of**   _____
 **any government contract**

Debtor  **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

---

**2.349.** **Title of contract**                    CONSULTING FEES                          State the name and mailing address
                                                                                            for all other parties with whom the
**State what the contract or**          _____          debtor has an executory contract or
**lease is for**                                                                            unexpired lease

**Nature of debtor's interest**         PARTY                                    MERCER INVESTMENT
                                                                                            MANAGEMENT
**State the term remaining**            _____          21875 NETWORK PLACE
                                                                                            CHICAGO IL 60673-1218
**List the contract number of**         _____
**any government contract**

---

**2.350.** **Title of contract**                    SOFTWARE EXPENSE                         State the name and mailing address
                                                                                            for all other parties with whom the
**State what the contract or**          _____          debtor has an executory contract or
**lease is for**                                                                            unexpired lease

**Nature of debtor's interest**         PARTY                                    MESSAGE SOLUTION
                                                                                            1851 MCCARTHY BLVD
**State the term remaining**            _____          MILPITAS CA 94086

**List the contract number of**         _____
**any government contract**

---

**2.351.** **Title of contract**                    INFRASTRUCTURE AGREEMENT                 State the name and mailing address
                                                                                            for all other parties with whom the
**State what the contract or**          IT INFRASTRUCTURE - MESSAGE SOLUTION - EMAIL  debtor has an executory contract or
**lease is for**                        ARCHIVE                                     unexpired lease

**Nature of debtor's interest**         PARTY                                    MESSAGE SOLUTION
                                                                                            7080 DONLIN WAY
**State the term remaining**            6/30/2020                                STE 216
                                                                                            DUBLIN CA 94568
**List the contract number of**         _____
**any government contract**

---

**2.352.** **Title of contract**                    ALLIED DOORS NORTH FLORIDA INC           State the name and mailing address
                                                                                            for all other parties with whom the
**State what the contract or**          IT SOFTWARE                                 debtor has an executory contract or
**lease is for**                                                                            unexpired lease

**Nature of debtor's interest**         PARTY                                    MICROSOFT
                                                                                            ONE MICROSOFT WAY
**State the term remaining**            12/31/2019                               REDMOND WA 98052

**List the contract number of**         _____
**any government contract**

---

**2.353.** **Title of contract**                    IT INFRASTRUCTURE - MICROSOFT AD P1 - 300 USERS  State the name and mailing address
                                                                                            for all other parties with whom the
**State what the contract or**          IT SOFTWARE                                 debtor has an executory contract or
**lease is for**                                                                            unexpired lease

**Nature of debtor's interest**         PARTY                                    MICROSOFT O365 - AD P1
                                                                                            ATTN LEGAL
**State the term remaining**            6/25/2020                                ONE MICROSOFT WAY
                                                                                            REDMOND WA 98052
**List the contract number of**         _____
**any government contract**

---

Debtor    **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

| 2.354. | Title of contract | IT INFRASTRUCTURE - MICROSOFT AUDIO CONF - 150 USERS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | MICROSOFT O365 - AUDIO CONF ATTN LEGAL ONE MICROSOFT WAY REDMOND WA 98052 |
| | State the term remaining | 6/25/2020 | |
| | List the contract number of any government contract | | |

| 2.355. | Title of contract | IT INFRASTRUCTURE - MICROSOFT E3 - 260 USERS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | MICROSOFT O365 - E3 ATTN LEGAL ONE MICROSOFT WAY REDMOND WA 98052 |
| | State the term remaining | 6/25/2020 | |
| | List the contract number of any government contract | | |

| 2.356. | Title of contract | IT INFRASTRUCTURE - MICROSOFT EXCHANGE ONLINE - 960 USERS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | MICROSOFT O365 - EXCHANGE ONLINE ATTN LEGAL ONE MICROSOFT WAY REDMOND WA 98052 |
| | State the term remaining | 6/25/2020 | |
| | List the contract number of any government contract | | |

| 2.357. | Title of contract | IT INFRASTRUCTURE - MICROSOFT OFFICE PROPLUS - 510 USERS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | MICROSOFT O365 - OFFICE PROPLUS ATTN LEGAL ONE MICROSOFT WAY REDMOND WA 98052 |
| | State the term remaining | 6/25/2020 | |
| | List the contract number of any government contract | | |

| 2.358. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | MIKE HATCHER MIKE HATCHER 371 HOLMES BEND RD. COLUMBIA KY 42728 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

**2.359.** | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | PRODUCER AGREEMENT |
| Nature of debtor's interest | PARTY | MIKE HEIN
| State the term remaining | _____ | MIKE HEIN
| List the contract number of any government contract | _____ | 2603 ST. RT 119
| | | ST. HENRY OH 45883

**2.360.** | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | PRODUCER AGREEMENT |
| Nature of debtor's interest | PARTY | MITCHELL DIRKSEN
| State the term remaining | _____ | MITCHELL DIRKSEN
| List the contract number of any government contract | _____ | 8680 HUWER ROAD
| | | MARIA STEIN OH 45860

**2.361.** | Title of contract | CONSULTING FEES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | _____ |
| Nature of debtor's interest | PARTY | MONTGOMERY COSCIA GREILICH LLP
| State the term remaining | _____ | 2500 DALLAS PKWY STE 300
| List the contract number of any government contract | _____ | PLANO TX 75093-4872

**2.362.** | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | PRODUCER AGREEMENT |
| Nature of debtor's interest | PARTY | MOO-VIEW DAIRY
| State the term remaining | _____ | MOO-VIEW DAIRY
| List the contract number of any government contract | _____ | 1702 CR 394
| | | DUBLIN TX 76446

**2.363.** | Title of contract | IT APPLICATIONS - MOTIO PI | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | IT SOFTWARE |
| Nature of debtor's interest | PARTY | MOTIO INC.
| State the term remaining | 11/30/2019 | 7161 BISHOP RD #200
| List the contract number of any government contract | _____ | PLANO TX 75024

Debtor    **Borden Dairy Company**                                       Case number *(if known)* **20-10010**

| | | | |
|---|---|---|---|
| 2.364. | **Title of contract** | MASTER AGGREGATOR AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALES AGGREGATION SERVICES | |
| | **Nature of debtor's interest** | PARTY | MRV MARKETING, LLC |
| | **State the term remaining** | | 232 AVENIDA FABRICANTE #109 SAN CLEMENTE CA 92672 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.365. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AGGREGATORAGREEMENT | |
| | **Nature of debtor's interest** | PARTY | MRV MARKETING, LLC |
| | **State the term remaining** | ON NOTICE | REY RIVERA, PRESIDENT 31877 DEL OBISPO ST #203 SAN JUAN CAPISTRANO CA 92675 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.366. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | MYRTLE CONSULTING GROUP LLC |
| | **State the term remaining** | | 16225 PARK TEN PL STE 620 HOUSTON TX 77084-5155 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.367. | **Title of contract** | MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONSULTING AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | MYRTLE CONSULTING GROUP LLC |
| | **State the term remaining** | | 16225 PARK TEN PLACE, SUITE 620 HOUSTON TX 77084 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.368. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | NANTZE SPRINGS NATURAL SPRING |
| | **State the term remaining** | | PO BOX 1273 DOTHAN AL 36302 1273 |
| | **List the contract number of any government contract** | | |

Debtor **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.369. | Title of contract | CRIME INSURANCE - POLICY NO. 02-406-02-18 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |
| | State the term remaining | 12/1/2020 | 175 WATER ST 18TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10038 |

| 2.370. | Title of contract | SALES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | State what the contract or lease is for | GPO VENDOR AGREEMENT | |
| | Nature of debtor's interest | PARTY | NAVIGATOR GROUP PURCHASING, INC. |
| | State the term remaining | 1/1/2019 WITH AUTOMATIC 1 - YEAR RENEWALS | ATTN PRESIDENT 25-A VREELAND ROAD, SUITE 200 |
| | List the contract number of any government contract | | FLORHAM PARK NJ 07932 |

| 2.371. | Title of contract | EXCESS LIABILITY INSURANCE - POLICY NO. CH19FXR860466IV | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | NAVIGATORS INSURANCE COMPANY |
| | State the term remaining | 12/1/2020 | 1 PENN PLZ 32ND FL |
| | List the contract number of any government contract | | NEW YORK NY 10119 |

| 2.372. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | NESTLE USA INC |
| | State the term remaining | | PO BOX 277817 ATLANTA GA 30384-7817 |
| | List the contract number of any government contract | | |

| 2.373. | Title of contract | STATEMENT OF WORK | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| | State what the contract or lease is for | CER PILOT CHANGE | |
| | Nature of debtor's interest | PARTY | NETLABS GLOBAL IT SERVICES LLC |
| | State the term remaining | | 5350 SPRING HILL DRIVE SPRING HILL FL 34606 |
| | List the contract number of any government contract | | |

Debtor  **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| **2.374.** | **Title of contract** | TRANSITION SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICES AGREEMENT WITH NEW LAGUNA LLC AND FARMLAND DAIRIES LLC |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | ON WRITTEN NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEW LAGUNA, LLC
C/O LAGUNA DAIRY, S. DE R.L. DE C.V.
CALZADA CARLOS HETTERA ARALUCE 185
PARQUE INDUSTRIAL CARLOS A HERRERA ARALUCE, GOMEZ PALACIO
DURANGO 35079
MEXICO

---

| | | |
|---|---|---|
| **2.375.** | **Title of contract** | ADVERTISING - MISCELLANEOUS |
| | **State what the contract or lease is for** | _____ |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEWS AMERICA MARKETING
PO BOX 7247
PHILADELPHIA PA 19170-6168

---

| | | |
|---|---|---|
| **2.376.** | **Title of contract** | PRODUCER AGREEMENT |
| | **State what the contract or lease is for** | PRODUCER AGREEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NICK SCHMITMEYER
NICK SCHMITMEYER
4321 GUADALUPE RD
CELINA OH 45822

---

| | | |
|---|---|---|
| **2.377.** | **Title of contract** | PROFESSIONAL FEES AND SERVICES |
| | **State what the contract or lease is for** | _____ |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NITOR PARTNERS LLC
29225 CHAGRIN BLVD STE 300
BEACHWOOD OH 44122-4629

---

| | | |
|---|---|---|
| **2.378.** | **Title of contract** | PRODUCER AGREEMENT |
| | **State what the contract or lease is for** | PRODUCER AGREEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NOR-J-FARMS
NOR-J-FARMS
8109 CLOVER FOUR RD
CELINA OH 45822-9542

---

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.379. | Title of contract | PRODUCT RECALL INSURANCE - POLICY NO. PRL 2000802 02 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | NORTH AMERICAN CAPACITY INSURANCE COMPANY |
| | State the term remaining | 12/1/2020 | 650 ELM ST MANCHESTER NH 03101 |
| | List the contract number of any government contract | | |

| 2.380. | Title of contract | MARKET RESEARCH | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | NORTH CAROLINA STATE UNIVERSIT |
| | State the term remaining | | ACCOUNTS RECEIVABLE CAMPUS BOX 7203 |
| | List the contract number of any government contract | | RALEIGH NC 27695-0001 |

| 2.381. | Title of contract | BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | OHIO PROCESSORS INC |
| | State the term remaining | | PO BOX 645592 CINCINNATI OH 45264-5592 |
| | List the contract number of any government contract | | |

| 2.382. | Title of contract | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ONEILL CONSULTING GROUP INC |
| | State the term remaining | | 10 HIGH ST WAKEFIELD RI 02879-3176 |
| | List the contract number of any government contract | | |

| 2.383. | Title of contract | TRAINING - GENERAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ONETEAM LEADERSHIP LLC |
| | State the term remaining | | 2719 COLTSGATE RD CHARLOTTE NC 28211-3502 |
| | List the contract number of any government contract | | |

Debtor   **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.384. | **Title of contract** | COMMITMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | OPTUMRX, INC. |
| | **State the term remaining** | 12/31/2022 | 1600 MCCONNOR PARKWAY |
| | **List the contract number of any government contract** | _____ | SCHAUMBURG IL 60173 |

| 2.385. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | ORACLE AMERICA, INC |
| | **State the term remaining** | _____ | PO BOX 203448 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75320-3448 |

| 2.386. | **Title of contract** | TECHNICAL SUPPORT SERVICES RENEWAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - JDE ENTERPRISEONE | |
| | **Nature of debtor's interest** | PARTY | ORACLE AMERICA, INC. |
| | **State the term remaining** | 12/31/2020 | PO BOX 203448 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75320-3448 |

| 2.387. | **Title of contract** | TECHNICAL SUPPORT SERVICES RENEWAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - JDE ENTERPRISEONE - CORE TOOLS & INFRASTRUCTURE | |
| | **Nature of debtor's interest** | PARTY | ORACLE AMERICA, INC. |
| | **State the term remaining** | 1/30/2021 | PO BOX 203448 |
| | **List the contract number of any government contract** | _____ | DALLAS TX 75320-3448 |

| 2.388. | **Title of contract** | SOFTWARE SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | PARTY | ORAGAMI RISK LLC |
| | **State the term remaining** | 12/31/2022 | ATTN GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 222 N. LASALLE ST. CHICAGO IL 60601 |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.389. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | ORBIS |
| | **State the term remaining** | 1/1/2024 WITH AUTOMATIC 1 - YEAR RENEWALS | ATTN LEGAL<br>1055 CORPORATE CENTER DRIVE<br>OCONOMOWOC WI 53066 |
| | **List the contract number of any government contract** | _____ | |

| 2.390. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | ORTHODOX UNION |
| | **State the term remaining** | _____ | 11 BROADWAY<br>NEW YORK NY 10004 |
| | **List the contract number of any government contract** | _____ | |

| 2.391. | **Title of contract** | BROKER FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | OSMG-CINCINATTI LLC |
| | **State the term remaining** | _____ | 941 MATTHEWS MINT HILL RD<br>MATTHEWS NC 28105-1777 |
| | **List the contract number of any government contract** | _____ | |

| 2.392. | **Title of contract** | BROKER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROMOTION AND SALE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | OSMG-CINCINNATI, LLC |
| | **State the term remaining** | UNITL TERMINATED | 941 MATTHEWS-MINT HILL ROAD<br>MATTHEWS NC 28105 |
| | **List the contract number of any government contract** | _____ | |

| 2.393. | **Title of contract** | SALES AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | PACKAGING |
| | **State the term remaining** | 4/30/2023 | CORPORATION OF AMERICA<br>1955 WEST FIELD COURT<br>LAKE FOREST IL 60045 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

| 2.394. | Title of contract | PRODUCT PURCHASE AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCT PURCHASE | |
| | Nature of debtor's interest | PARTY | PALMETTO ADHESIVES AND PACKAGING |
| | State the term remaining | 9/30/2021 | TIMOTHY WILSON PO BOX 2758 |
| | List the contract number of any government contract | _____ | GREENVILLE SC 29602 |

| 2.395. | Title of contract | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | PARADOX COMPENSATION ADVISORS |
| | State the term remaining | _____ | 4100 ALPHA RD SUITE 465 DALLAS TX 75244 |
| | List the contract number of any government contract | _____ | |

| 2.396. | Title of contract | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | PARK CITY GROUP |
| | State the term remaining | _____ | 5282 S COMMERCE DR STE D-292 MURRAY UT 84107-5309 |
| | List the contract number of any government contract | _____ | |

| 2.397. | Title of contract | TRAINING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - PARK CITY GROUP - SBT | |
| | Nature of debtor's interest | PARTY | PARK CITY GROUP |
| | State the term remaining | 4/30/2019 | PRESCIENT A PARK CITY GROUP COMPANY 3160 PINEBROOK RD |
| | List the contract number of any government contract | _____ | PARK CITY UT 84098 |

| 2.398. | Title of contract | MASTER SERVICES SUBSCRIPTION AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - PRESCIENT SLR | |
| | Nature of debtor's interest | PARTY | PARK CITY GROUP |
| | State the term remaining | 9/30/2020 | REPOSITRAK A PARK CITY GROUP COMPANY 5282 SOUTH COMMERCE DR STE D292 |
| | List the contract number of any government contract | _____ | MURRAY UT 84107 |

Debtor    **Borden Dairy Company**                                           Case number *(if known)* **20-10010**

| 2.399. | Title of contract | TRAINING - GENERAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | PARKER ANALYTICAL LLC |
| | State the term remaining | | 1830 SAWMILL DRIVE, SUITE 100 |
| | List the contract number of any government contract | | LUCAS TX 75002 |

| 2.400. | Title of contract | PREPAID OTHER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | PARS INTERNATIONAL CORP |
| | State the term remaining | | 253 W 35TH ST FL 7 |
| | List the contract number of any government contract | | NEW YORK NY 10001-1907 |

| 2.401. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | PENDLETON FARMS |
| | State the term remaining | | PENDLETON FARMS |
| | List the contract number of any government contract | | 1048 PEACHTREE LANE |
| | | | BOWLING GREEN KY 42103 |

| 2.402. | Title of contract | VEHICLE RENTAL - SHORT TERM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | PENSKE TRUCK LEASING CO LP |
| | State the term remaining | | PO BOX 802577 |
| | List the contract number of any government contract | | CHICAGO IL 60680-2577 |

| 2.403. | Title of contract | SOFTWARE EXPENSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | PEOPLENET COMMUNICATIONS CORP |
| | State the term remaining | | PO BOX 203673 |
| | List the contract number of any government contract | | DALLAS TX 75320-3673 |

Debtor  **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 2.404. | Title of contract | IT APPLICATIONS - PEOPLENET LINK - MIDDLEWARE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | PEOPLENET COMMUNICATIONS CORP. |
| | State the term remaining | 12/31/2020 | 4400 BAKER RD MINNETONKA MN 55343 |
| | List the contract number of any government contract | | |

| 2.405. | Title of contract | EXPRESS DELIVERY | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | PERFORMANCE AWARD CENTER FILE # 916241 PO BOX 961094 |
| | State the term remaining | | FT WORTH TX 76161-1094 |
| | List the contract number of any government contract | | |

| 2.406. | Title of contract | SALES PURCHASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROCUREMENT AGREEMENT | |
| | Nature of debtor's interest | PARTY | PETROLEUM TRADERS CORPORATION |
| | State the term remaining | 1/31/2021 | 7120 POINTE INVERNESS WAY FT WAYNE IN 46804 |
| | List the contract number of any government contract | | |

| 2.407. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF REAL PROPERTY LOCATED AT 3704 SEALE ROAD , PHENIX CITY, AL 36867 | |
| | Nature of debtor's interest | LESSOR | PHILLIP E. HORNSBY |
| | State the term remaining | 6/1/2018 | 42 ARMOUR RD PHENIX CITY AL 36869-3709 |
| | List the contract number of any government contract | | |

| 2.408. | Title of contract | PLANT SPECIFIC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICES | |
| | Nature of debtor's interest | PARTY | PIERCON, INC. |
| | State the term remaining | | 23 LIBERTY PLACE HATTIESBURG MS 39402 |
| | List the contract number of any government contract | | |

Debtor   **Borden Dairy Company**                                                                                              Case number *(if known)* **20-10010**

---

**2.409.** | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | PIERRE'S ICE CREAM COMPANY
| **State the term remaining** | _____ | 6200 EUCLID AVE
| **List the contract number of any government contract** | _____ | CLEVELAND OH 44103-3724

**2.410.** | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | EQUIPMENT LEASE AGREEMENT |
| **Nature of debtor's interest** | PARTY | PITNEY BOWES
| **State the term remaining** | 6/19/2022 | 27 WATERVIEW DR
| **List the contract number of any government contract** | _____ | SHELTON CT 06484

**2.411.** | **Title of contract** | EXPRESS DELIVERY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | PITNEY BOWES
| **State the term remaining** | _____ | PO BOX 371887
| **List the contract number of any government contract** | _____ | PITTSBURG PA 15250-7887

**2.412.** | **Title of contract** | EXPRESS DELIVERY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | PITNEY BOWES GLOBAL FINANCIAL
| **State the term remaining** | _____ | PO BOX 371896
| **List the contract number of any government contract** | _____ | PITTSBURGH PA 15250-7896

**2.413.** | **Title of contract** | EXPRESS DELIVERY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | PARTY | PITNEY BOWES PRESORT SERVICES
| **State the term remaining** | _____ | DEPT CH 14035
| **List the contract number of any government contract** | _____ | PALATINE IL 60055-4035

Debtor    **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

---

2.414.   **Title of contract**              OFFICE SUPPLIES                    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     _____   debtor has an executory contract or
         **lease is for**                                                      unexpired lease

         **Nature of debtor's interest**    PARTY                             PLANT INTERSCAPES INC
                                                                              6436 BABCOCK RD
         **State the term remaining**       _____   SAN ANTONIO TX 78249

         **List the contract number of**    _____
         **any government contract**

2.415.   **Title of contract**              PROFESSIONAL FEES AND SERVICES    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     _____   debtor has an executory contract or
         **lease is for**                                                      unexpired lease

         **Nature of debtor's interest**    PARTY                             PR NEWSWIRE ASSOCIATION LLC
                                                                              PO BOX 5897
         **State the term remaining**       _____   NEW YORK NY 10087-5897

         **List the contract number of**    _____
         **any government contract**

2.416.   **Title of contract**              CONSTRUCTION IN PROGRESS          State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     _____   debtor has an executory contract or
         **lease is for**                                                      unexpired lease

         **Nature of debtor's interest**    PARTY                             PRADA KULICH & ASSOCIATES INC
                                                                              9318 CLEARWATER DR
         **State the term remaining**       _____   DALLAS TX 75243-6436

         **List the contract number of**    _____
         **any government contract**

2.417.   **Title of contract**              PROFESSIONAL FEES AND SERVICES    State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     _____   debtor has an executory contract or
         **lease is for**                                                      unexpired lease

         **Nature of debtor's interest**    PARTY                             PRECISION REPROGRAPHICS INC
                                                                              3102 BENTON ST
         **State the term remaining**       _____   GARLAND TX 75042-7439

         **List the contract number of**    _____
         **any government contract**

2.418.   **Title of contract**              SOFTWARE EXPENSE                  State the name and mailing address
                                                                              for all other parties with whom the
         **State what the contract or**     _____   debtor has an executory contract or
         **lease is for**                                                      unexpired lease

         **Nature of debtor's interest**    PARTY                             PRESENCE OF IT WORKFORCE
                                                                              TEAM
         **State the term remaining**       _____   1914 SKILLMAN ST STE 10360
                                                                              DALLAS TX 75206-8559
         **List the contract number of**    _____
         **any government contract**

---

Debtor  **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 2.419. | **Title of contract** | CONTRACT AGENCY LABOR | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | PRIDESTAFF |
| | **State the term remaining** | | PO BOX 205287 |
| | **List the contract number of any government contract** | | DALLAS TX 75320-5287 |

| 2.420. | **Title of contract** | CONTINGENCY FEE AGREEMENT - DIRECT HIRE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYMENT SERVICES | |
| | **Nature of debtor's interest** | PARTY | PRIDESTAFF FINANCIAL |
| | **State the term remaining** | | SHERYL IMFELD |
| | | | 7535 N PALM AVE 101 |
| | **List the contract number of any government contract** | | FRESNO CA 93711 |

| 2.421. | **Title of contract** | BY-LAWS FOR THE PROCUREMENT OF PRODUCTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MAINTENANCE, REPAIR & OPERATIONAL SUPPLIES | |
| | **Nature of debtor's interest** | PARTY | PROCUREMENT ADVISORS LLC |
| | **State the term remaining** | | ATTENTION: SUJA KATARYA AND KEITH BROWER |
| | | | 3101 TOWERCREEK PARKWAY, SUITE 250 |
| | **List the contract number of any government contract** | | ATLANTA GA 30339 |

| 2.422. | **Title of contract** | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | PRODATA COMPUTER SERVICES INC |
| | **State the term remaining** | | 2809 SOUTH 160TH ST, SUITE 401 |
| | **List the contract number of any government contract** | | OMAHA NE 68130-0000 |

| 2.423. | **Title of contract** | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - DBU - ANALYSIS UTILITY | |
| | **Nature of debtor's interest** | PARTY | PRODATA COMPUTER SERVICES, INC. |
| | **State the term remaining** | 6/30/2020 | 2809 S. 16OTH STREET, SUITE 401 |
| | **List the contract number of any government contract** | | OMAHA NE 68130 |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.424. | **Title of contract** | ADVERTISING - POINT OF SALE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | PROPAC MARKETING INC 6300 COMMUNICATIONS PKWY #100 PLANO TX 75024-5971 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.425. | **Title of contract** | HEALTH INSURANCE WITHHELD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | PROVIDENT LIFE & ACCIDENT INSU PO BOX 403748 ATLANTA GA 30384-6946 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.426. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | PUBLIX SUPER MARKETS PO BOX 32009 LAKELAND FL 33802-2009 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.427. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE 2020 2021 | |
| | **Nature of debtor's interest** | PARTY | PULLMAN SUGAR 700 EAST 107TH ST CHICAGO IL 60628 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.428. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE -2020 | |
| | **Nature of debtor's interest** | PARTY | PULLMAN SUGAR 700 EAST 107TH ST CHICAGO IL 60628 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

**2.429.**  **Title of contract**          EXPRESS DELIVERY          State the name and mailing address
                                                                      for all other parties with whom the
          **State what the contract or** _____       debtor has an executory contract or
          **lease is for**                                            unexpired lease

          **Nature of debtor's interest**  PARTY                      PURCHASE POWER
                                                                      PO BOX 371874
          **State the term remaining**    _____      PITTSBURGH PA 15250-7874

          **List the contract number of** _____
          **any government contract**

**2.430.**  **Title of contract**          EXPRESS DELIVERY          State the name and mailing address
                                                                      for all other parties with whom the
          **State what the contract or** _____       debtor has an executory contract or
          **lease is for**                                            unexpired lease

          **Nature of debtor's interest**  PARTY                      QWIK COURIERS INC
                                                                      PO BOX 180926
          **State the term remaining**    _____      DALLAS TX 75218-0926

          **List the contract number of** _____
          **any government contract**

**2.431.**  **Title of contract**          TELEPHONE                 State the name and mailing address
                                                                      for all other parties with whom the
          **State what the contract or** _____       debtor has an executory contract or
          **lease is for**                                            unexpired lease

          **Nature of debtor's interest**  PARTY                      QXNET
                                                                      PO BOX 12090
          **State the term remaining**    _____      LEXINGTON KY 40507

          **List the contract number of** _____
          **any government contract**

**2.432.**  **Title of contract**          NON-BRANDED PRODUCTS AGREEMENT    State the name and mailing address
                                                                      for all other parties with whom the
          **State what the contract or** _____       debtor has an executory contract or
          **lease is for**                                            unexpired lease

          **Nature of debtor's interest**  PARTY                      R W SAUDER INC
                                                                      PO BOX 427
          **State the term remaining**    _____      LITITZ PA 17543

          **List the contract number of** _____
          **any government contract**

**2.433.**  **Title of contract**          PREPAID OTHER             State the name and mailing address
                                                                      for all other parties with whom the
          **State what the contract or** _____       debtor has an executory contract or
          **lease is for**                                            unexpired lease

          **Nature of debtor's interest**  PARTY                      REAL VISION SOFTWARE, INC
                                                                      PO BOX 12958
          **State the term remaining**    _____      ALEXANDRIA LA 71315-2958

          **List the contract number of** _____
          **any government contract**

Debtor  **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.434. | **Title of contract** | PROGRAM AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | RED WING BRANDS OF AMERICA, INC. |
| | **State the term remaining** | | 3933 N CENTRAL EXPY #300 PLANO TX 75023-6811 |
| | **List the contract number of any government contract** | | |

| 2.435. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | REGUS MANAGEMENT GROUP LLC |
| | **State the term remaining** | | 609 SW 8TH ST SUITE 600 BENTONVILLE AR 72712-0000 |
| | **List the contract number of any government contract** | | |

| 2.436. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MONTH TO MONTH LEASE OF REAL PROPERTY LOCATED AT 609 SW 8TH STREET , BENTONVILLE, AR 72712 | |
| | **Nature of debtor's interest** | LESSOR | REGUS MANAGEMENT GROUP, LLC |
| | **State the term remaining** | MONTH TO MONTH | 609 SW 8TH ST SUITE 600 BENTONVILLE AR 72712-0000 |
| | **List the contract number of any government contract** | | |

| 2.437. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VENDOR AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | REINHART FOOD SERVICE |
| | **State the term remaining** | | 1500 ST JAMES ST LA CROSSE WI 54602 |
| | **List the contract number of any government contract** | | |

| 2.438. | **Title of contract** | CONTRACT AGENCY LABOR | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | RESOURCES GLOBAL PROFESSIONALS |
| | **State the term remaining** | | PO BOX 740909 LOS ANGELES CA 90074-0909 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                              Case number *(if known)* **20-10010**

| 2.439. | Title of contract | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | RICHARD OR NOREEN TURNER |
| | State the term remaining | _____ | RICHARD OR NOREEN TURNER 11729 BURKESVILLE RD SUMMER SHADE KY 42166 |
| | List the contract number of any government contract | | |

| 2.440. | Title of contract | IT APPLICATIONS - GS1/RIPPY KINGSTON - SHARING GDSN INFORMATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | RIPPE AND KINGSTON SYSTEMS INC |
| | State the term remaining | 12/31/2018 | 1077 CELESTIAL ST CINCINNATI OH 45202 |
| | List the contract number of any government contract | | |

| 2.441. | Title of contract | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCT PURCHASE | |
| | Nature of debtor's interest | PARTY | RIVER CITY WOOD PRODUCTS LLC |
| | State the term remaining | 2021 | 19885 DETROIT ROAD #200 ROCKY RIVER OH 44116 |
| | List the contract number of any government contract | | |

| 2.442. | Title of contract | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | RIVERON CONSULTING LP |
| | State the term remaining | _____ | 2515 MCKINNEY AVE STE 1200 DALLAS TX 75201-2099 |
| | List the contract number of any government contract | | |

| 2.443. | Title of contract | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | RK PAYROLL SOLUTIONS INC |
| | State the term remaining | _____ | 8020 ARCO CORPORATE DR STE 116 RALEIGH NC 27617-2037 |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| 2.444. | **Title of contract** | IT APPLICATIONS - ROADNET TECHNOLOGIES - ROUTING SOFTWARE |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | 12/31/2019 |
| | **List the contract number of any government contract** | _____ |

ROADNET TECHNOLOGIES
PO BOX 840720
DALLAS TX 75284-0720

| | | |
|---|---|---|
| 2.445. | **Title of contract** | CONTRACT AGENCY LABOR |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | _____ |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

ROBERT HALF FINANCE & ACCOUNTI
PO BOX 734295
LOS ANGELES CA 90074-0001

| | | |
|---|---|---|
| 2.446. | **Title of contract** | ROYALTY AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | TRADEMARKS, TRADE-NAMES AND SERVICE MARKS LICENSING AGREEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

ROCKVIEW DAIRIES, INC.
DBA ROCKVIEW FAMILY FARMS
CURT DEGROOT
7011 STEWART & GRAY ROAD
DOWNEY CA 90241

| | | |
|---|---|---|
| 2.447. | **Title of contract** | PROFESSIONAL FEES AND SERVICES |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | _____ |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

ROSA LILIA BABCOCK
611 SEA PINES LANE
LAS VEGAS NV 89107-2029

| | | |
|---|---|---|
| 2.448. | **Title of contract** | OFFICE SUPPLIES |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | _____ |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

ROYAL CUP
PO BOX 841000
DALLAS TX 75284-1000

Debtor    **Borden Dairy Company**                                                  Case number *(if known)* **20-10010**

**2.449.**  **Title of contract**                ENGAGEMENT LETTER                          **State the name and mailing address
                                                                                            for all other parties with whom the
            **State what the contract or**       PROFESSIONAL SERVICES                       **debtor has an executory contract or
            **lease is for**                                                                 unexpired lease**

            **Nature of debtor's interest**      PARTY                                       RSM US LLP
                                                                                            CHRISTOPHER M. PIERCE,
            **State the term remaining**         _____           PARTNER
                                                                                            13155 NOEL ROAD
            **List the contract number of**      _____           SUITE 2200
            **any government contract**                                                      DALLAS TX 75240


**2.450.**  **Title of contract**                CONSULTING FEES                            **State the name and mailing address
                                                                                            for all other parties with whom the
            **State what the contract or**       _____           **debtor has an executory contract or
            **lease is for**                                                                 unexpired lease**

            **Nature of debtor's interest**      PARTY                                       RYAN LLC
                                                                                            PO BOX 848351
            **State the term remaining**         _____           DALLAS TX 75284-8351

            **List the contract number of**      _____
            **any government contract**


**2.451.**  **Title of contract**                PROPERTY TAX PROFESSIONAL SERVICES AGREEMENT   **State the name and mailing address
                                                 AND AS AMENDED                             for all other parties with whom the
                                                                                            debtor has an executory contract or
            **State what the contract or**       TAX SERVICES                               unexpired lease**
            **lease is for**

            **Nature of debtor's interest**      PARTY                                       RYAN, LLC
                                                                                            ATTN: CHAIRMAN AND CEO
            **State the term remaining**         _____           THREE GALLERIA TOWER
                                                                                            13155 NOEL ROAD, SUITE I 00
            **List the contract number of**      _____           DALLAS TX 75240
            **any government contract**


**2.452.**  **Title of contract**                TRUCK LEASE AND SERVICE AGREEMENT AND AS      **State the name and mailing address
                                                 AMENDED                                    for all other parties with whom the
                                                                                            debtor has an executory contract or
            **State what the contract or**       TRUCK RENTAL AND SERVICE AGREEMENTS         unexpired lease**
            **lease is for**

            **Nature of debtor's interest**      PARTY                                       RYDER TRUCK RENTAL, INC.
                                                                                            D/B/A RYDER TRANSPORTATION
            **State the term remaining**         _____           11690 N.W. 105TH STREET
                                                                                            MIAMI FL 33178
            **List the contract number of**      _____
            **any government contract**


**2.453.**  **Title of contract**                CONSULTING FEES                            **State the name and mailing address
                                                                                            for all other parties with whom the
            **State what the contract or**       _____           **debtor has an executory contract or
            **lease is for**                                                                 unexpired lease**

            **Nature of debtor's interest**      PARTY                                       SANDY PANAGINI
                                                                                            PO BOX 940
            **State the term remaining**         _____           FRASER CO 80442-0940

            **List the contract number of**      _____
            **any government contract**

Debtor    **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.454. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SAP AMERICA INC |
| | **State the term remaining** | | 3999 WEST CHESTER PIKE |
| | **List the contract number of any government contract** | | NEWTOWN SQUARE PA 19073-2305 |

| 2.455. | **Title of contract** | IT APPLICATIONS - SAP SUCCESS FACTORS - HR PERFORMANCE MANAGEMENT TOOL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SAP AMERICA. |
| | **State the term remaining** | 12/31/2022 | 3999 WEST CHESTER PIKE |
| | **List the contract number of any government contract** | | NEWTOWN SQUARE PA 19073 |

| 2.456. | **Title of contract** | BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SAPUTO DAIRY FOODS |
| | **State the term remaining** | | 1401 ELM ST |
| | **List the contract number of any government contract** | | DALLAS TX 75284-0151 |

| 2.457. | **Title of contract** | SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SAV A LOT FOOD STORES |
| | **State the term remaining** | | 100 CORPORATE OFFICE DRIVE |
| | **List the contract number of any government contract** | | EARTH CITY MO 63045 |

| 2.458. | **Title of contract** | COMPUTER SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SCAN 360 LLC |
| | **State the term remaining** | | 15115 ZINRAN CT |
| | **List the contract number of any government contract** | | SAVAGE MN 55378-4526 |

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

**2.459.** | **Title of contract** | SAP CLOUD SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | IT HANDHELDS - HANDHELD - ACCESSORIES |
| **Nature of debtor's interest** | PARTY | SCAN 360 LLC
| **State the term remaining** | 12/31/2020 | 15115 ZINRAN CT
| **List the contract number of any government contract** | | SAVAGE MN 55378-4526

**2.460.** | **Title of contract** | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PRODUCER AGREEMENT |
| **Nature of debtor's interest** | PARTY | SCHIEVINK DAIRY
| **State the term remaining** | | SCHIEVINK DAIRY
| **List the contract number of any government contract** | | 3066 CR 285
| | | DUBLIN TX 76446

**2.461.** | **Title of contract** | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | PRODUCER AGREEMENT |
| **Nature of debtor's interest** | PARTY | SCHMITMEYER FARMS
| **State the term remaining** | | SCHMITMEYER FARMS
| **List the contract number of any government contract** | | 3154 GOETTEMOELLER RD
| | | CELINA OH 45822

**2.462.** | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | |
| **Nature of debtor's interest** | PARTY | SCHOEPS ICE CREAM CO INC
| **State the term remaining** | | PO BOX 3249
| **List the contract number of any government contract** | | MADISON WI 53704

**2.463.** | **Title of contract** | CONSTRUCTION IN PROGRESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | |
| **Nature of debtor's interest** | PARTY | SCOTT-DEL ELECTRIC INC
| **State the term remaining** | | PO BOX 29535
| **List the contract number of any government contract** | | DALLAS TX 75229-0535

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

| | | |
|---|---|---|
| **2.464.** | **Title of contract** | INTERIM ACCESS AGREEMENT |
| | **State what the contract or lease is for** | SELF INSURED CLAIMS MANAGEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | UNTIL TERMINATED |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
ATTN J EDWARD PEEL
PO BOX 5076
MEMPHIS TN 38101-5076

| | | |
|---|---|---|
| **2.465.** | **Title of contract** | LAYERED - PROPERTY INSURANCE - POLICY NO. VARIOUS |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 6/1/2020 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SEE, GLOBAL NOTES

| | | |
|---|---|---|
| **2.466.** | **Title of contract** | BROKER FEES |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELLETHICS MARKETING GROUP INC
941 MATTHEWS MINT HILL RD
MATTHEWS NC 28105-1777

| | | |
|---|---|---|
| **2.467.** | **Title of contract** | BROKER AGREEMENT |
| | **State what the contract or lease is for** | SALE AGREEMENT |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SELLETHICS MARKETING GROUP, INC
ATTN JOHN NOLAN VP FINANCE
941 MATTHEWS-MINT HILL ROAD
MATTHEWS NC 28105

| | | |
|---|---|---|
| **2.468.** | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SERENDIPITY ICE CREAM CO
200 CROSSWAYS PARK DR W
WOODBURY NY 11797-2021

Debtor **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

**2.469.**  **Title of contract**                NON-BRANDED PRODUCTS AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

 **State what the contract or lease is for**    _____

 **Nature of debtor's interest**                PARTY                                         SHAMROCK AZ DAIRY DIVISION
                                                                                              PO BOX 52420
 **State the term remaining**                   _____              PHOENIX AZ 85072-2420

 **List the contract number of any government contract**    _____

**2.470.**  **Title of contract**                MAINTENANCE & REPAIR - BLDG                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

 **State what the contract or lease is for**    _____

 **Nature of debtor's interest**                PARTY                                         SHANES LAWN MAINTENANCE INC
                                                                                              900 N WALNUT CREEK SR STE 100
 **State the term remaining**                   _____              MANSFIELD TX 76063-8042

 **List the contract number of any government contract**    _____

**2.471.**  **Title of contract**                COMPUTER HARDWARE EXPENSE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

 **State what the contract or lease is for**    _____

 **Nature of debtor's interest**                PARTY                                         SHI INTERNATIONAL CORP
                                                                                              PO BOX 952121
 **State the term remaining**                   _____              DALLAS TX 75395-2121

 **List the contract number of any government contract**    _____

**2.472.**  **Title of contract**                IT INFRASTRUCTURE - VMWARE VSPHERE           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

 **State what the contract or lease is for**    IT SOFTWARE

 **Nature of debtor's interest**                PARTY                                         SHI INTERNATIONAL CORP.
                                                                                              1111 OLD EAGLE SCHOOL RD
 **State the term remaining**                   4/30/2020                                     WAYNE PA 19087

 **List the contract number of any government contract**    _____

**2.473.**  **Title of contract**                IT INFRASTRUCTURE - VMWARE ESX/ESXI - 5 HOSTS (CISCO UCS-M200-M3)    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

 **State what the contract or lease is for**    IT SOFTWARE

 **Nature of debtor's interest**                PARTY                                         SHI INTERNATIONAL CORP.
                                                                                              1111 OLD EAGLE SCHOOL RD
 **State the term remaining**                   4/30/2021                                     WAYNE PA 19087

 **List the contract number of any government contract**    _____

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 2.474. | **Title of contract** | INFRASTRUCTURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - CISCO UMBRELLA - WEB FILTERING | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. |
| | **State the term remaining** | 10/20/2020 | 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **List the contract number of any government contract** | _____ | |

| 2.475. | **Title of contract** | FIREEYE NETWORK SECURITY ENTERPRISE NX EDITION AND MAINTENANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - FIRE EYE - SECURITY - IDS/IPS | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. |
| | **State the term remaining** | 1/5/2021 | 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **List the contract number of any government contract** | _____ | |

| 2.476. | **Title of contract** | INFRASTRUCTURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - PARAGON - DESKTOP IMAGING | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. |
| | **State the term remaining** | 3/14/2020 | 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **List the contract number of any government contract** | _____ | |

| 2.477. | **Title of contract** | INFRASTRUCTURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - PERCEPTION POINT | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. |
| | **State the term remaining** | 12/18/2020 | 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **List the contract number of any government contract** | _____ | |

| 2.478. | **Title of contract** | INFRASTRUCTURE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT INFRASTRUCTURE - PURE STORAGE | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. |
| | **State the term remaining** | 2/11/2023 | 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Borden Dairy Company**                                                        Case number *(if known)* **20-10010**

**2.479.**  **Title of contract**                   INFRASTRUCTURE AGREEMENT                   State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**          IT INFRASTRUCTURE - SENTINEL ONE - ENDPOINT    debtor has an executory contract or
            **lease is for**                         PROTECTION                               unexpired lease

            **Nature of debtor's interest**          PARTY                                    SHI INTERNATIONAL CORP.
                                                                                          290 DAVIDSON AVE.
            **State the term remaining**             3/30/2020                                SOMERSET NJ 08873

            **List the contract number of**          _____
            **any government contract**


**2.480.**  **Title of contract**                   INFRASTRUCTURE AGREEMENT                   State the name and mailing address
                                                                                          for all other parties with whom the
            **State what the contract or**          IT INFRASTRUCTURE - SOLARWINDS NET FLOW -    debtor has an executory contract or
            **lease is for**                         NETFLOW TRAFFIC ANALYZER                  unexpired lease

            **Nature of debtor's interest**          PARTY                                    SHI INTERNATIONAL CORP.
                                                                                          290 DAVIDSON AVE.
            **State the term remaining**             9/27/2019                                SOMERSET NJ 08873

            **List the contract number of**          _____
            **any government contract**


**2.481.**  **Title of contract**                   IT INFRASTRUCTURE - CLOUDPATH - WIRELESS    State the name and mailing address
                                                     SECURITY/POLICY MGMT                      for all other parties with whom the
                                                                                          debtor has an executory contract or
            **State what the contract or**          IT SOFTWARE                               unexpired lease
            **lease is for**

            **Nature of debtor's interest**          PARTY                                    SHI INTERNATIONAL CORP.
                                                                                          290 DAVIDSON AVE.
            **State the term remaining**             1/31/2021                                SOMERSET NJ 08873

            **List the contract number of**          _____
            **any government contract**


**2.482.**  **Title of contract**                   IT INFRASTRUCTURE - RUCKUS VSZ - WIRELESS    State the name and mailing address
                                                     CONTROLLER                                for all other parties with whom the
                                                                                          debtor has an executory contract or
            **State what the contract or**          IT SOFTWARE                               unexpired lease
            **lease is for**

            **Nature of debtor's interest**          PARTY                                    SHI INTERNATIONAL CORP.
                                                                                          290 DAVIDSON AVE.
            **State the term remaining**             1/31/2021                                SOMERSET NJ 08873

            **List the contract number of**          _____
            **any government contract**


**2.483.**  **Title of contract**                   IT INFRASTRUCTURE - SOLARWINDS NCM - NETWORK    State the name and mailing address
                                                     CONFIG MGR                                for all other parties with whom the
                                                                                          debtor has an executory contract or
            **State what the contract or**          IT SOFTWARE                               unexpired lease
            **lease is for**

            **Nature of debtor's interest**          PARTY                                    SHI INTERNATIONAL CORP.
                                                                                          290 DAVIDSON AVE.
            **State the term remaining**             9/27/2019                                SOMERSET NJ 08873

            **List the contract number of**          _____
            **any government contract**

Debtor   **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

| 2.484. | **Title of contract** | IT INFRASTRUCTURE - SOLARWINDS NPM - NETWORK PERF. MGMT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **State the term remaining** | 9/27/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.485. | **Title of contract** | IT INFRASTRUCTURE - SOLARWINDS SAM - SERVER & APPL MONITOR | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **State the term remaining** | 9/27/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.486. | **Title of contract** | IT INFRASTRUCTURE - SOPHOS - ENDPOINT PROTECTION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **State the term remaining** | 3/23/2019 | |
| | **List the contract number of any government contract** | _____ | |

| 2.487. | **Title of contract** | IT INFRASTRUCTURE - VEEAM - VIRTUAL SERVER BACKUP | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | SHI INTERNATIONAL CORP. 290 DAVIDSON AVE. SOMERSET NJ 08873 |
| | **State the term remaining** | 4/19/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.488. | **Title of contract** | FULL SERVICE MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TOYOTA FORKLIFT TRUCKS - EQUIPMENT MAINTENANCE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SHOPPA'S MATERIAL HANDLING, LTD 15217 GRAND RIVER ROAD FORT WORTH TX 76155 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| 2.489. | Title of contract | OFFICE SUPPLIES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | SHRED IT USA LLC<br>28883 NETWORK PL<br>CHICAGO IL 60673-1288 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.490. | Title of contract | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | SHUMAN EGGS<br>121 SHUMAN DRIVE<br>REEVESVILLE SC 29471 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.491. | Title of contract | PLANT SPECIFIC CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT / SERVICES | |
| | Nature of debtor's interest | PARTY | SIEMENS<br>923 NW 27TH STREET<br>MIAMI FL 33125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.492. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | SIERRA DAIRY<br>SIERRA DAIRY<br>9157 FM 2156<br>DUBLIN TX 76446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.493. | Title of contract | CONSTRUCTION IN PROGRESS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | SIGNS MANUFACTURING CORPORATIO<br>4610 MINT WAY<br>DALLAS TX 75236-2016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Borden Dairy Company**                                                              Case number *(if known)* **20-10010**

| 2.494. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SILGAN IPEC |
| | **State the term remaining** | | 13074 COLLECTIONS CENTER DR CHICAGO IL 60693-0130 |
| | **List the contract number of any government contract** | | |

| 2.495. | **Title of contract** | PROCUREMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE | |
| | **Nature of debtor's interest** | PARTY | SILGAN WHITE CAP LLC |
| | **State the term remaining** | 1/1/2021 | 1140 31ST STREET DOWNERS GROVE IL 60515 |
| | **List the contract number of any government contract** | | |

| 2.496. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SILVERSON MACHINES |
| | **State the term remaining** | | PO BOX 589 EAST LONGMEADOW MA 01028-0589 |
| | **List the contract number of any government contract** | | |

| 2.497. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SKH CONSULTING LLC |
| | **State the term remaining** | | 5245 MERRIMAC AVE DALLAS TX 75206-5825 |
| | **List the contract number of any government contract** | | |

| 2.498. | **Title of contract** | MASTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES SUPPORT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SMSB CONSULUNG GROUP, INC. |
| | **State the term remaining** | | ATTENTION: ALFRED LOZITO, JR. 740 OLD WILLETS PATH, SUITE 100 HAUPPAUGE NY 11788 |
| | **List the contract number of any government contract** | | |

Debtor   **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.499. | **Title of contract** | REGIONAL DISTRIBUTION AGREEMENT; AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE, WAREHOUSE, AND DELIVERY AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SODEXO OPERATIONS, LLC |
| | **State the term remaining** | DECEMBER 31, 2019 AND CONTINUE MONTH TO MONTH UNTIL CANCELLED | 9801 WASHINGTONIAN BOULEVARD GAITHERSBURG MD 20878 |
| | **List the contract number of any government contract** | | |

| 2.500. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SOUTHEAST DAIRY PROCESSORS INC |
| | **State the term remaining** | | PO BOX 5088 |
| | **List the contract number of any government contract** | | TAMPA FL 59287-5088 |

| 2.501. | **Title of contract** | KWIKEE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CLUB SERVICES | |
| | **Nature of debtor's interest** | PARTY | SOUTHERN GRAPHIC SYSTEMS LLC |
| | **State the term remaining** | | DBA KWIKEE ATTN PRESIDENT |
| | **List the contract number of any government contract** | | 626 WEST MAIN STREET, SUITE 500 LOUISVILLE KY 40202 |

| 2.502. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | STAFFING NOW |
| | **State the term remaining** | | PO BOX 840912 DALLAS TX 75284-0912 |
| | **List the contract number of any government contract** | | |

| 2.503. | **Title of contract** | OFFICE SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | STAPLES ADVANTAGE |
| | **State the term remaining** | | DEPT DAL PO BOX 83689 CHICAGO IL 60696-0001 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

| 2.504. | **Title of contract** | OFFICE SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | STAPLES BUSINESS ADVANTAGE |
| | **State the term remaining** | | PO BOX 660409 |
| | **List the contract number of any government contract** | | DALLAS TX 75266-0409 |

| 2.505. | **Title of contract** | MASTER PURCHASING CONTRACT FOR PRODUCTS AND SERVICES AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT PURCHASE | |
| | **Nature of debtor's interest** | PARTY | STAPLES CONTRACT & COMMERCIAL, INC. |
| | **State the term remaining** | 4/19/2021 | 500 STAPLES DR |
| | **List the contract number of any government contract** | | FRAMINGHAM MA 01702 |

| 2.506. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | STOP AT NOTHING |
| | **State the term remaining** | | 1400 MARSH LANDING PKWY #107 |
| | **List the contract number of any government contract** | | JACKSONVILLE BEACH FL 32250-2492 |

| 2.507. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SUDDENLINK |
| | **State the term remaining** | | PO BOX 742535 |
| | **List the contract number of any government contract** | | CINCINNATI OH 45274-2535 |

| 2.508. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SUKHPAL SANDHU |
| | **State the term remaining** | | 25757 PARADA DR |
| | **List the contract number of any government contract** | | VALENCIA CA 91355-2415 |

Debtor   **Borden Dairy Company**                                                                 Case number *(if known)* **20-10010**

| 2.509. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SUMMIT ENERGY SERVICES INC |
| | **State the term remaining** | | 25716 NETWORK PLACE |
| | | | CHICAGO IL 60673-1257 |
| | **List the contract number of any government contract** | | |

| 2.510. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SUNNY MORNING FOODS, INC |
| | **State the term remaining** | | 5330 NW 35TH AVENUE |
| | | | FT LAUDERDALE FL 33309-6314 |
| | **List the contract number of any government contract** | | |

| 2.511. | **Title of contract** | ADVERTISING - MISCELLANEOUS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SUPERIOR GROCERS |
| | **State the term remaining** | | 15510 CARMENITA RD |
| | | | SANTA FE SPRINGS CA 90670-5610 |
| | **List the contract number of any government contract** | | |

| 2.512. | **Title of contract** | CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | SUPERIOR GROCERS |
| | **State the term remaining** | | RICHARD WARDWELL |
| | | | 15510 CARMENITA ROAD |
| | **List the contract number of any government contract** | | SANTA FE SPRINGS CA 90670 |

| 2.513. | **Title of contract** | IT INFRASTRUCTURE - BACKUPEXEC - BACKUP FOR LEGACY SERVERS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | SYMANTEC CORP |
| | **State the term remaining** | 12/31/2020 | PO BOX 743560 |
| | | | LOS ANGELES CA 90074-3560 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 2.514. | **Title of contract** | IDENTITY THEFT INS WITHHELD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SYMANTEC CORPORATION<br>PO BOX 743560<br>LOS ANGELES CA 90074-3560 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.515. | **Title of contract** | SUPPLIER AUTHORIZATION AGREEMENT NON-PRODUCE U.S. | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOURCING, MERCHANDISING AND QUALITY ASSURANCE SERVICES | |
| | **Nature of debtor's interest** | PARTY | SYSCO MERCHANDISING AND SUPPLY CHAIN SERVICES, INC EXECUTIVE VICE PRESIDENT, MERCHANDISING SERVICES 1390 ENCLAVE PARKWAY HOUSTON TX 77077 |
| | **State the term remaining** | 11/17/2017 WITH AUTOMATIC 1 - YEAR RENEWAL PERIODS | |
| | **List the contract number of any government contract** | | |

| 2.516. | **Title of contract** | BID AWARD PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SUPPLIER AWARDS | |
| | **Nature of debtor's interest** | PARTY | SYSCO MERCHANDISING AND SUPPLY CHAIN SERVICES, INC EXECUTIVE VICE PRESIDENT, MERCHANDISING SERVICES 1390 ENCLAVE PARKWAY HOUSTON TX 77077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.517. | **Title of contract** | EQUIPMENT LEASE/RENTAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SYSTEL BUSINESS EQUIPMENT PO BOX 41602 PHILADELPHIA PA 19101-1602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.518. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | SYSTEMS MAINTENANCE SERVICES I 14416 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.519. | Title of contract | IT APPLICATIONS - CURVATURE (SMS) - IBMI HARDWARE MAINTENANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | SYSTEMS MAINTENANCE SVC INC 14416 COLLECTIONS CTR DR CHICAGO IL 60693 |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |

| 2.520. | Title of contract | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | TAA TOOLS INC 2660 SUPERIOR DR NW SUITE 101 ROCHESTER MN 55901-8383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.521. | Title of contract | SOFTWARE LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - TAA PRODUCTIVITY TOOLS | |
| | Nature of debtor's interest | PARTY | TAA TOOLS INC. 2660 SUPERIOR DRIVE NW STE 100 ROCHESTER MN 55901 |
| | State the term remaining | 6/10/2020 | |
| | List the contract number of any government contract | | |

| 2.522. | Title of contract | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | TABLEAU SOFTWARE, INC PO BOX 204021 DALLAS TX 75320-4021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.523. | Title of contract | DESKTOP - PROFESSIONAL USER - MAINTENANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - TABLEAU DESKTOP | |
| | Nature of debtor's interest | PARTY | TABLEAU SOFTWARE, INC. 1621 N 34TH ST SEATTLE WA 98103 |
| | State the term remaining | 2/1/2021 | |
| | List the contract number of any government contract | | |

Debtor **Borden Dairy Company**                                   Case number *(if known)* **20-10010**

| 2.524. | **Title of contract** | END USER LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - TABLEAU SERVER | |
| | **Nature of debtor's interest** | PARTY | TABLEAU SOFTWARE, INC. |
| | **State the term remaining** | 8/7/2020 | PO BOX 204021 DALLAS TX 75320-4021 |
| | **List the contract number of any government contract** | _____ | |

| 2.525. | **Title of contract** | PRODUCER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCER AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | TALSMA DAIRY |
| | **State the term remaining** | _____ | TALSMA DAIRY 7469 CR 209 HICO TX 76457 |
| | **List the contract number of any government contract** | _____ | |

| 2.526. | **Title of contract** | PRODUCT PURCHASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PRODUCT SALES AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | TATE & LYLE INGREDIENTS AMERICAS LLC |
| | **State the term remaining** | 5/2/2021 | 5450 PRAIRIE STONE PARKWAY HOFFMAN ESTATES IL 60192 |
| | **List the contract number of any government contract** | _____ | |

| 2.527. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TDS TELECOM SERVICE LLC |
| | **State the term remaining** | _____ | PO BOX 94510 PALATINE IL 60094-4510 |
| | **List the contract number of any government contract** | _____ | |

| 2.528. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - SYSTEM I CONSULTING (TECA DATA SAFE, CURVATURE, VISION SOLUTIONS) | |
| | **Nature of debtor's interest** | PARTY | TECA DATA SAFE |
| | **State the term remaining** | 12/31/2020 | 11670 FOUNTAINS DRIVE STE 200 MINNEAPOLIS MN 55369 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.529. | **Title of contract** | MASTER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - TECA DATA SAFE - AS400 MONITORING | |
| | **Nature of debtor's interest** | PARTY | TECA DATA SAFE |
| | **State the term remaining** | 5/22/2020 | 11670 FOUNTAINS DRIVE STE 200 |
| | **List the contract number of any government contract** | _____ | MINNEAPOLIS MN 55369 |

| 2.530. | **Title of contract** | AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT APPLICATIONS - TECA DATA SAFE - DR CLOUD HOSTING | |
| | **Nature of debtor's interest** | PARTY | TECA DATA SAFE |
| | **State the term remaining** | 3/31/2020 | 11670 FOUNTAINS DRIVE STE 200 |
| | **List the contract number of any government contract** | _____ | MINNEAPOLIS MN 55369 |

| 2.531. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TECA DATA SAFE CORPORATION |
| | **State the term remaining** | _____ | 11670 FOUNTAINS DR STE 200 MAPLE GROVE MN 55369-7195 |
| | **List the contract number of any government contract** | _____ | |

| 2.532. | **Title of contract** | 360 RECOGNITION PLATFORM SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | PARTY | TERRYBERRY |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | 2033 OAK INDUSTRIAL DR NE GRAND RAPIDS MI 49505 |
| | **List the contract number of any government contract** | _____ | |

| 2.533. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TERRYBERRY COMPANY LLC |
| | **State the term remaining** | _____ | 2033 OAK INDUSTRIAL DR NE GRAND RAPIDS MI 49505-6011 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Borden Dairy Company**                                                Case number *(if known)* **20-10010**

| 2.534. | **Title of contract** | PACKAGING MATERIAL SUPPLY AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | TETRA PAK INC<br>3300 AIRPORT RD<br>DENTON TX 76207 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.535. | **Title of contract** | VENDOR REBATES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | TETRA PAK INC<br>DEPT CH 10803<br>PALATINE IL 60055-0001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.536. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC<br>120 3RD ST<br>BROOKLYN NY 11231 |
| | **State the term remaining** | 4/6/2019 | |
| | **List the contract number of any government contract** | | |

| 2.537. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC<br>120 3RD ST<br>BROOKLYN NY 11231 |
| | **State the term remaining** | 7/8/2019 | |
| | **List the contract number of any government contract** | | |

| 2.538. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC<br>120 3RD ST<br>BROOKLYN NY 11231 |
| | **State the term remaining** | 7/8/2019 | |
| | **List the contract number of any government contract** | | |

Debtor   **Borden Dairy Company**

Case number *(if known)* **20-10010**

---

2.539. **Title of contract**

LEASE AGREEMENT

**State what the contract or lease is for**

COPIER LEASE

**Nature of debtor's interest**

PARTY

**State the term remaining**

8/11/2019

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

---

2.540. **Title of contract**

LEASE AGREEMENT

**State what the contract or lease is for**

COPIER LEASE

**Nature of debtor's interest**

PARTY

**State the term remaining**

9/8/2019

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

---

2.541. **Title of contract**

LEASE AGREEMENT

**State what the contract or lease is for**

COPIER LEASE

**Nature of debtor's interest**

PARTY

**State the term remaining**

9/7/2019

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

---

2.542. **Title of contract**

LEASE AGREEMENT

**State what the contract or lease is for**

COPIER LEASE

**Nature of debtor's interest**

PARTY

**State the term remaining**

1/9/2020

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

---

2.543. **Title of contract**

LEASE AGREEMENT

**State what the contract or lease is for**

COPIER LEASE

**Nature of debtor's interest**

PARTY

**State the term remaining**

2/14/2020

**List the contract number of any government contract**

_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

---

Debtor   **Borden Dairy Company**                                               Case number *(if known)* **20-10010**

| 2.544. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 3/14/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.545. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 2/22/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.546. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 3/16/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.547. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 4/10/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.548. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 4/10/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

Debtor  **Borden Dairy Company**                                         Case number *(if known)* **20-10010**

---

2.549.  **Title of contract**                LEASE AGREEMENT           State the name and mailing address
                                                                       for all other parties with whom the
        **State what the contract or**        COPIER LEASE             debtor has an executory contract or
        **lease is for**                                               unexpired lease

        **Nature of debtor's interest**       PARTY                    TGI OFFICE AUTOMATION LLC
                                                                       120 3RD ST
        **State the term remaining**          5/24/2020                BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.550.  **Title of contract**                LEASE AGREEMENT           State the name and mailing address
                                                                       for all other parties with whom the
        **State what the contract or**        COPIER LEASE             debtor has an executory contract or
        **lease is for**                                               unexpired lease

        **Nature of debtor's interest**       PARTY                    TGI OFFICE AUTOMATION LLC
                                                                       120 3RD ST
        **State the term remaining**          5/15/2020                BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.551.  **Title of contract**                LEASE AGREEMENT           State the name and mailing address
                                                                       for all other parties with whom the
        **State what the contract or**        COPIER LEASE             debtor has an executory contract or
        **lease is for**                                               unexpired lease

        **Nature of debtor's interest**       PARTY                    TGI OFFICE AUTOMATION LLC
                                                                       120 3RD ST
        **State the term remaining**          4/26/2020                BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.552.  **Title of contract**                LEASE AGREEMENT           State the name and mailing address
                                                                       for all other parties with whom the
        **State what the contract or**        COPIER LEASE             debtor has an executory contract or
        **lease is for**                                               unexpired lease

        **Nature of debtor's interest**       PARTY                    TGI OFFICE AUTOMATION LLC
                                                                       120 3RD ST
        **State the term remaining**          6/23/2020                BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.553.  **Title of contract**                LEASE AGREEMENT           State the name and mailing address
                                                                       for all other parties with whom the
        **State what the contract or**        COPIER LEASE             debtor has an executory contract or
        **lease is for**                                               unexpired lease

        **Nature of debtor's interest**       PARTY                    TGI OFFICE AUTOMATION LLC
                                                                       120 3RD ST
        **State the term remaining**          6/14/2020                BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

Debtor    **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| 2.554. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 8/14/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.555. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 8/15/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.556. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 8/16/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.557. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 8/9/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.558. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COPIER LEASE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | 8/9/2020 | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.559. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 8/9/2020 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.560. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 10/4/2020 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.561. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 1/5/2021 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.562. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 1/5/2021 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.563. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 1/5/2021 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

Debtor   **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

2.564. | **Title of contract** | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---

**2.564.**

| **Title of contract** | LEASE AGREEMENT |
| **State what the contract or lease is for** | COPIER LEASE |
| **Nature of debtor's interest** | PARTY |
| **State the term remaining** | 1/5/2021 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

**2.565.**

| **Title of contract** | LEASE AGREEMENT |
| **State what the contract or lease is for** | COPIER LEASE |
| **Nature of debtor's interest** | PARTY |
| **State the term remaining** | 2/1/2021 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

**2.566.**

| **Title of contract** | LEASE AGREEMENT |
| **State what the contract or lease is for** | COPIER LEASE |
| **Nature of debtor's interest** | PARTY |
| **State the term remaining** | 4/13/2021 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

**2.567.**

| **Title of contract** | LEASE AGREEMENT |
| **State what the contract or lease is for** | COPIER LEASE |
| **Nature of debtor's interest** | PARTY |
| **State the term remaining** | 4/1/2021 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

**2.568.**

| **Title of contract** | LEASE AGREEMENT |
| **State what the contract or lease is for** | COPIER LEASE |
| **Nature of debtor's interest** | PARTY |
| **State the term remaining** | 7/3/2021 |
| **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

TGI OFFICE AUTOMATION LLC
120 3RD ST
BROOKLYN NY 11231

Debtor   **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.569. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 1/2/2022 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.570. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 1/25/2022 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.571. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 3/27/2022 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.572. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 4/9/2022 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

| 2.573. | Title of contract | LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | COPIER LEASE | |
| | Nature of debtor's interest | PARTY | TGI OFFICE AUTOMATION LLC |
| | State the term remaining | 7/16/2022 | 120 3RD ST |
| | List the contract number of any government contract | _____ | BROOKLYN NY 11231 |

Debtor    **Borden Dairy Company**                                                                    Case number *(if known)* **20-10010**

2.574.  **Title of contract**                LEASE AGREEMENT              State the name and mailing address
                                                                         for all other parties with whom the
        **State what the contract or**        COPIER LEASE                debtor has an executory contract or
        **lease is for**                                                  unexpired lease

        **Nature of debtor's interest**       PARTY                       TGI OFFICE AUTOMATION LLC
                                                                          120 3RD ST
        **State the term remaining**          8/14/2022                   BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.575.  **Title of contract**                LEASE AGREEMENT              State the name and mailing address
                                                                         for all other parties with whom the
        **State what the contract or**        COPIER LEASE                debtor has an executory contract or
        **lease is for**                                                  unexpired lease

        **Nature of debtor's interest**       PARTY                       TGI OFFICE AUTOMATION LLC
                                                                          120 3RD ST
        **State the term remaining**          9/11/2022                   BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.576.  **Title of contract**                LEASE AGREEMENT              State the name and mailing address
                                                                         for all other parties with whom the
        **State what the contract or**        COPIER LEASE                debtor has an executory contract or
        **lease is for**                                                  unexpired lease

        **Nature of debtor's interest**       PARTY                       TGI OFFICE AUTOMATION LLC
                                                                          120 3RD ST
        **State the term remaining**          9/11/2022                   BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.577.  **Title of contract**                LEASE AGREEMENT              State the name and mailing address
                                                                         for all other parties with whom the
        **State what the contract or**        COPIER LEASE                debtor has an executory contract or
        **lease is for**                                                  unexpired lease

        **Nature of debtor's interest**       PARTY                       TGI OFFICE AUTOMATION LLC
                                                                          120 3RD ST
        **State the term remaining**          10/3/2022                   BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

2.578.  **Title of contract**                LEASE AGREEMENT              State the name and mailing address
                                                                         for all other parties with whom the
        **State what the contract or**        COPIER LEASE                debtor has an executory contract or
        **lease is for**                                                  unexpired lease

        **Nature of debtor's interest**       PARTY                       TGI OFFICE AUTOMATION LLC
                                                                          120 3RD ST
        **State the term remaining**          1/6/2023                    BROOKLYN NY 11231

        **List the contract number of**       _____
        **any government contract**

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.579. | **Title of contract** | IT INFRASTRUCTURE - COPIER/PRINTER MAINTENANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | TGI OFFICE AUTOMATION LLC |
| | **State the term remaining** | MULTIPLE | 120 3RD ST |
| | **List the contract number of any government contract** | _____ | BROOKLYN NY 11231 |

| 2.580. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | THACKER-GRIGSBY TELEPHONE CO., |
| | **State the term remaining** | _____ | PO BOX 789 |
| | **List the contract number of any government contract** | _____ | HINDMAN KY 41822 |

| 2.581. | **Title of contract** | TELEPHONE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | THE BANDWIDTH CAPACITY TEAM IN |
| | **State the term remaining** | _____ | 101 8198 S JOG RD |
| | **List the contract number of any government contract** | _____ | BOYNTON BEACH FL 33472 |

| 2.582. | **Title of contract** | DESIGN PATENT AND TRADE DRESS LICENSE AGREEMENT BETWEEN THE DANNON COMPANY AND IBE SUBLICENSES TO LALA, S.A. DE C.V., AND AFFILIATES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | THE DANNON COMPANY |
| | **State the term remaining** | IN PERPETUITY | 100 HILLSIDE AVE, |
| | **List the contract number of any government contract** | _____ | WHITE PLAINS NY 10603 |

| 2.583. | **Title of contract** | GROUP PURCHASING ORGANIZATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | THE HEALTH COLLABORATIVE |
| | **State the term remaining** | _____ | 615 ELSINORE PLACE |
| | **List the contract number of any government contract** | _____ | CINCINNATI OH 45202 |

Debtor    **Borden Dairy Company**                                      Case number *(if known)* **20-10010**

| 2.584. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THE JACOB SEARCH GROUP LLC |
| | **State the term remaining** | | 6190 VIRGINIA PKWY STE 100 |
| | **List the contract number of any government contract** | | MCKINNEY TX 75071-4400 |

| 2.585. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | PARTY | THE JELLYVISION LAB INC |
| | **State the term remaining** | | 848 WEST EASTMAN |
| | **List the contract number of any government contract** | | STE 104 CHICAGO IL 60642 |

| 2.586. | **Title of contract** | ADVLCE TO PAY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | THE LINCOLN FINANCIAL GROUP ATTN LEGAL |
| | **State the term remaining** | | 150 NORTH RADNOR-CHESTER ROAD |
| | **List the contract number of any government contract** | | RADNOR PA 19087 |

| 2.587. | **Title of contract** | SUPPLEMENTAL INS WITHHELD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THE LINCOLN NATIONAL LIFE INS |
| | **State the term remaining** | | PO BOX 7247-0347 |
| | **List the contract number of any government contract** | | PHILADELPHIA PA 19170-0347 |

| 2.588. | **Title of contract** | ABSENCE MANAGEMENT SERVICES AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HEALTH & BENEFITS | |
| | **Nature of debtor's interest** | PARTY | THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ATTN LEGAL |
| | **State the term remaining** | | 1300 SOUTH CLINTON ST |
| | **List the contract number of any government contract** | | FT WAYE IN 46802 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

| 2.589. | Title of contract | CUSTOMER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LICENSE AGREEMENT | |
| | Nature of debtor's interest | PARTY | THE MARCONI SHOP DANIELA LUNA 128 WEST SANTA FE AVENUE PLACENTIA CA 92870 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.590. | Title of contract | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | THE MARKETING ARM INC 1999 BRYAN ST STE 1800 DALLAS TX 75201-3125 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.591. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MARKETING SERVICES AS DESCRIBED IN SUBSEQUENT WORK ORDERS | |
| | Nature of debtor's interest | PARTY | THE MARKETING ARM INC AMBAR CASTRO 1999 BRYAN ST STE 3200 DALLAS TX 75201 |
| | State the term remaining | AUGUST 6, 2019 WITH AUTOMATIC RENEWALS IN 1 - YEAR INCREMENTS | |
| | List the contract number of any government contract | _____ | |

| 2.592. | Title of contract | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | _____ | |
| | Nature of debtor's interest | PARTY | THE MARLIN COMPANY 10 RESEARCH PARKWAY WALLINGFORD CT 06492 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.593. | Title of contract | SUPPLIER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ELECTRONIC COMMUNICATIONS | |
| | Nature of debtor's interest | PARTY | THE MARLIN COMPANY 10 RESEARCH PARKWAY WALLINGFORD CT 06492-1957 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.594. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THE NIELSEN COMPANY (US) LLC |
| | **State the term remaining** | | PO BOX 88956 |
| | | | CHICAGO IL 60695-1956 |
| | **List the contract number of any government contract** | | |

| 2.595. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THE ODA GROUP |
| | **State the term remaining** | | 17101 PRESTON RD STE 112 |
| | | | DALLAS TX 75248-1412 |
| | **List the contract number of any government contract** | | |

| 2.596. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THE ULTIMATE SOFTWARE GROUP IN |
| | **State the term remaining** | | PO BOX 930953 |
| | | | ATLANTA GA 31193-0953 |
| | **List the contract number of any government contract** | | |

| 2.597. | **Title of contract** | COMPUTER SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THINKING PHONE NETWORKDS INC |
| | **State the term remaining** | | PO BOX 347284 |
| | | | PITSBURGH PA 15251-4284 |
| | **List the contract number of any government contract** | | |

| 2.598. | **Title of contract** | RECRUITING EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | THOMAS EDWARDS GROUP |
| | **State the term remaining** | | 5151 BELTLINE RD STE 350 |
| | | | DALLAS TX 75254-1463 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

**2.599.**  **Title of contract**                 IT APPLICATIONS - ONE SOURCE - SALES & USE TAX          State the name and mailing address
                                                   SOFTWARE (PART OF CAPITAL PROJECT 2020)                for all other parties with whom the
                                                                                                          debtor has an executory contract or
            **State what the contract or**        IT SOFTWARE                                             unexpired lease
            **lease is for**

            **Nature of debtor's interest**       PARTY                                                   THOMSON REUTERS - ONE
                                                                                                          SOURCE
            **State the term remaining**          12/31/2020                                              610 OPPERMAN DR
                                                                                                          PO BOX 64833
            **List the contract number of**       _____                    ST PAUL MN 55164
            **any government contract**

**2.600.**  **Title of contract**                 IT APPLICATIONS - SERENGETI SOFTWARE - TR LEGAL        State the name and mailing address
                                                   TRACK                                                  for all other parties with whom the
                                                                                                          debtor has an executory contract or
            **State what the contract or**        IT SOFTWARE                                             unexpired lease
            **lease is for**

            **Nature of debtor's interest**       PARTY                                                   THOMSON REUTERS-WEST
                                                                                                          (SERENGETI)
            **State the term remaining**          11/30/2019                                              PO BOX 6292
                                                                                                          CAROL STREAM IL 60197-6292
            **List the contract number of**       _____
            **any government contract**

**2.601.**  **Title of contract**                 COMMUNICATION EXPENSE                                   State the name and mailing address
                                                                                                          for all other parties with whom the
            **State what the contract or**        _____                    debtor has an executory contract or
            **lease is for**                                                                              unexpired lease

            **Nature of debtor's interest**       PARTY                                                   THREE BOX STRATEGIC
                                                                                                          COMMUNICAT
            **State the term remaining**          _____                    12222 MERIT DRIVE STE 1030
                                                                                                          DALLAS TX 75251-3235
            **List the contract number of**       _____
            **any government contract**

**2.602.**  **Title of contract**                 ELSIE'S MALL SUPPLIES                                   State the name and mailing address
                                                                                                          for all other parties with whom the
            **State what the contract or**        _____                    debtor has an executory contract or
            **lease is for**                                                                              unexpired lease

            **Nature of debtor's interest**       PARTY                                                   TIC TOC
                                                                                                          4006 E SIDE AVE
            **State the term remaining**          _____                    DALLAS TX 75226-1205

            **List the contract number of**       _____
            **any government contract**

**2.603.**  **Title of contract**                 BORDEN COMPANY STORE· SLA                               State the name and mailing address
                                                                                                          for all other parties with whom the
            **State what the contract or**        INVENTORY CONTROL & MANAGEMENT                          debtor has an executory contract or
            **lease is for**                                                                              unexpired lease

            **Nature of debtor's interest**       PARTY                                                   TIC TOC
                                                                                                          4006 E SIDE AVE
            **State the term remaining**          3/29/2021                                               DALLAS TX 75226-1205

            **List the contract number of**       _____
            **any government contract**

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.604. | **Title of contract** | TELEPHONE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TIME WARNER CABLE |
| | **State the term remaining** | _____ | PO BOX 60074 CITY OF INDUSTRY CA 91716-0074 |
| | **List the contract number of any government contract** | _____ | |

| 2.605. | **Title of contract** | TELEPHONE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TIME WARNER COMM DIV OF TIME W |
| | **State the term remaining** | _____ | PO BOX 0916 CAROL STREAM IL 60132-0916 |
| | **List the contract number of any government contract** | _____ | |

| 2.606. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TITUSVILLE DAIRY PRODUCTS CO |
| | **State the term remaining** | _____ | PO BOX 186 TITUSVILLE PA 16354 |
| | **List the contract number of any government contract** | _____ | |

| 2.607. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | TOFT DAIRY INC |
| | **State the term remaining** | _____ | PO BOX 2558 SANDUSKY OH 44870 |
| | **List the contract number of any government contract** | _____ | |

| 2.608. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | MONTH TO MONTH LEASE OF REAL PROPERTY LOCATED AT 8750 N. CENTRAL EXPRESSWAY , DALLAS, TX 75231 | |
| | **Nature of debtor's interest** | LESSOR | TRANSWESTERN COMMER-CIAL SERVICES |
| | **State the term remaining** | MONTH TO MONTH | DUANE HENLEY FLETCHER CORDELL 8750 N CENTRAL EXPRESSWAY STE 905 DALLAS TX 75231 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

| 2.609. | Title of contract | SURETY BOND - NO. 106264790 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ALABAMA POWER COMPANY - ELECTRIC SERVICE AND/OR STEAM HEAT $117,116.88 (BORDEN DAIRY OF ALABAMA) | |
| | Nature of debtor's interest | PARTY | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA SURETY BONDS |
| | State the term remaining | 02/12/2020 - AUTOMATIC RENEWAL | BORDEN DAIRY COMPANY ONE TOWER SQUARE |
| | List the contract number of any government contract | _____ | HARTFORD CT 06183 |

| 2.610. | Title of contract | COMMERCIAL UMBRELLA INSURANCE - POLICY NO. ZUP-41N20156-19-NF | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| | State the term remaining | 12/1/2020 | ONE TOWER SQUARE HARTFORD CT 06183 |
| | List the contract number of any government contract | _____ | |

| 2.611. | Title of contract | PRODUCER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PRODUCER AGREEMENT | |
| | Nature of debtor's interest | PARTY | TRAVIS BYRD TRAVIS BYRD |
| | State the term remaining | _____ | 280 BYRD LANE |
| | List the contract number of any government contract | _____ | KNOB LICK KY 42154 |

| 2.612. | Title of contract | MASTER LICENSE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT APPLICATIONS - APPIAN ROUTE OPTIMIZATION SOFTWARE MAINTENANCE | |
| | Nature of debtor's interest | PARTY | TRIMBLE (TMW) 1 INDEPENDENCE WAY |
| | State the term remaining | 2/28/2022 | STE 400 |
| | List the contract number of any government contract | _____ | PRINCETON NJ 08540 |

| 2.613. | Title of contract | IT APPLICATIONS - APPIAN SUBSCRIPTION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT SOFTWARE | |
| | Nature of debtor's interest | PARTY | TRIMBLE (TMW) 1 INDEPENDENCE WAY |
| | State the term remaining | 2/28/2022 | STE 400 |
| | List the contract number of any government contract | _____ | PRINCETON NJ 08540 |

Debtor    **Borden Dairy Company**                                                          Case number *(if known)* **20-10010**

**2.614.**  **Title of contract**               CONSTRUCTION IN PROGRESS                State the name and mailing address
                                                                                         for all other parties with whom the
            **State what the contract or**     _____               debtor has an executory contract or
            **lease is for**                                                             unexpired lease

            **Nature of debtor's interest**    PARTY                                      TRIMBLE MAPS
                                                                                         PO BOX 204769
            **State the term remaining**        _____              DALLAS TX 75320-4769

            **List the contract number of**     _____
            **any government contract**

**2.615.**  **Title of contract**               NON-BRANDED PRODUCTS AGREEMENT           State the name and mailing address
                                                                                         for all other parties with whom the
            **State what the contract or**     _____               debtor has an executory contract or
            **lease is for**                                                             unexpired lease

            **Nature of debtor's interest**    PARTY                                      TROPICALE FOODS
                                                                                         PO BOX 2224
            **State the term remaining**        _____              CHINO CA 91708-2224

            **List the contract number of**     _____
            **any government contract**

**2.616.**  **Title of contract**               NON-BRANDED PRODUCTS AGREEMENT           State the name and mailing address
                                                                                         for all other parties with whom the
            **State what the contract or**     _____               debtor has an executory contract or
            **lease is for**                                                             unexpired lease

            **Nature of debtor's interest**    PARTY                                      TROPICANA/PEPSICO
                                                                                         75 REMITTANCE DRIVE SUITE 1856
            **State the term remaining**        _____              CHICAGO IL 60675-1856

            **List the contract number of**     _____
            **any government contract**

**2.617.**  **Title of contract**               TELEPHONE                                State the name and mailing address
                                                                                         for all other parties with whom the
            **State what the contract or**     _____               debtor has an executory contract or
            **lease is for**                                                             unexpired lease

            **Nature of debtor's interest**    PARTY                                      TW TELECOM LEVEL 3
                                                                                         COMMUNICATI
            **State the term remaining**        _____              PO BOX 910182
                                                                                         DENVER CO 80291-0182
            **List the contract number of**     _____
            **any government contract**

**2.618.**  **Title of contract**               INFRASTRUCTURE AGREEMENT                 State the name and mailing address
                                                                                         for all other parties with whom the
            **State what the contract or**     CONVERGED AGREEMENT                        debtor has an executory contract or
            **lease is for**                                                             unexpired lease

            **Nature of debtor's interest**    PARTY                                      TW TELECOM LEVEL 3
                                                                                         COMMUNICATION
            **State the term remaining**        _____              PO BOX 910182
                                                                                         DENVER CO 80291-0182
            **List the contract number of**     _____
            **any government contract**

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.619. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | TWS MARKETING GROUP INC |
| | **State the term remaining** | | PO BOX 1154 |
| | **List the contract number of any government contract** | | WINTER PARK FL 32790-1154 |

| 2.620. | **Title of contract** | MAINTENANCE & REPAIR - BLDG | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | TYCO INTEGRATED SECURITY LLC |
| | **State the term remaining** | | PO BOX 371967 |
| | **List the contract number of any government contract** | | PITTSBURG PA 15250-7967 |

| 2.621. | **Title of contract** | OFFICE SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | ULINE INC |
| | **State the term remaining** | | PO BOX 88741 |
| | **List the contract number of any government contract** | | CHICAGO IL 60680-1741 |

| 2.622. | **Title of contract** | ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMPLOYEE BENEFIT PLAN SERVICES | |
| | **Nature of debtor's interest** | PARTY | UNITED HEALTHCARE SERVICES, INC. |
| | **State the term remaining** | | CONTRACT NO.: 755890 |
| | **List the contract number of any government contract** | | 185 ASYLUM STREET HARTFORD CT 06103-3408 |

| 2.623. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-20-C-0619 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

| Debtor | **Borden Dairy Company** | | Case number *(if known)* **20-10010** |
|---|---|---|---|

| 2.624. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-20-C-0634 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

| 2.625. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-20-C-0653 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

| 2.626. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-19-C-2634 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

| 2.627. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-19-C-2648 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

| 2.628. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON |
| | **List the contract number of any government contract** | 12-3J14-19-C-2664 | 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 WASHINGTON DC 20036 |

Debtor   **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.629. | **Title of contract** | PURCHASE ORDER DOMESTIC COMMODITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROCUREMENT | |
| | **Nature of debtor's interest** | PARTY | UNITED STATES DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | VARIOUS | JEFFREY JACKSON 1400 INDEPENDENCE AVENUE, S.W ROOM 3522-S, STOP 0239 |
| | **List the contract number of any government contract** | 12-3J14-19-C-2679 | WASHINGTON DC 20036 |

| 2.630. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | UNIV OF SOUTHERN CALIFORNIA 1149 S HILL ST STE 950 |
| | **State the term remaining** | _____ | LOS ANGELES CA 90015-3466 |
| | **List the contract number of any government contract** | _____ | |

| 2.631. | **Title of contract** | HEALTH INSURANCE WITHHELD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | UNUM LIFE INSURANCE CO PO BOX 406946 |
| | **State the term remaining** | _____ | ATLANTA GA 30384-6946 |
| | **List the contract number of any government contract** | _____ | |

| 2.632. | **Title of contract** | CONSULTING FEES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | UPGRADE PERFORMANCE INC 21 VIA TIMON |
| | **State the term remaining** | _____ | SAN CLEMENTE CA 92673-7030 |
| | **List the contract number of any government contract** | _____ | |

| 2.633. | **Title of contract** | GOVERNMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MILK FRESH FLUID | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | _____ | JEFFREY F. JACKSON, SENIOR CONTRACTING OFFICER |
| | **List the contract number of any government contract** | 12-3J14-20-C-0653 | PO BOX 419205, MAILSTOP 8718 KANSAS CITY MO 64141-6205 |

Debtor    **Borden Dairy Company**                                          Case number *(if known)* **20-10010**

| 2.634. | **Title of contract** | GOVERNMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MILK FRESH FLUID | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | | JEFFREY F. JACKSON, SENIOR CONTRACTING OFFICER |
| | **List the contract number of any government contract** | 12-3J14-20-C-0634 | PO BOX 419205, MAILSTOP 8718 KANSAS CITY MO 64141-6205 |

| 2.635. | **Title of contract** | GOVERNMENT CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MILK FRESH FLUID | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | | JEFFREY F. JACKSON, SENIOR CONTRACTING OFFICER |
| | **List the contract number of any government contract** | 12-3J14-20-C-0619 | PO BOX 419205, MAILSTOP 8718 KANSAS CITY MO 64141-6205 |

| 2.636. | **Title of contract** | WEB BASED SUPPLY CHAIN MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | | WBSCM |
| | **List the contract number of any government contract** | 12-3J14-20-C-0653 | 1400 INDEPENDENCE AVE., S.W WASHINGTON DC 20250 |

| 2.637. | **Title of contract** | WEB BASED SUPPLY CHAIN MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | | WBSCM |
| | **List the contract number of any government contract** | 12-3J14-20-C-0634 | 1400 INDEPENDENCE AVE., S.W WASHINGTON DC 20250 |

| 2.638. | **Title of contract** | WEB BASED SUPPLY CHAIN MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | US DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | | WBSCM |
| | **List the contract number of any government contract** | 12-3J14-20-C-0619 | 1400 INDEPENDENCE AVE., S.W WASHINGTON DC 20250 |

Debtor    **Borden Dairy Company**                                    Case number *(if known)* **20-10010**

**2.639.** Title of contract

DEFINED BENEFITS PLAN AGREEMENT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

DEFINED BENEFITS PLAN

Nature of debtor's interest    PARTY

VANGUARD SVC INC
2828 FOREST LN STE 1015
DALLAS TX 75234-7518

State the term remaining    _____

List the contract number of any government contract    _____

**2.640.** Title of contract

NON-BRANDED PRODUCTS AGREEMENT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    _____

Nature of debtor's interest    PARTY

VELVET ICE CREAM
PO BOX 588
UTICA OH 43080-0588

State the term remaining    _____

List the contract number of any government contract    _____

**2.641.** Title of contract

TELEPHONE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    _____

Nature of debtor's interest    PARTY

VERIZON BUSINESS
PO BOX 15043
ALBANY NY 12212-5044

State the term remaining    _____

List the contract number of any government contract    _____

**2.642.** Title of contract

TELEPHONE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for    _____

Nature of debtor's interest    PARTY

VERIZON WIRELESS
P O BOX 660108
DALLAS TX 75266-0108

State the term remaining    _____

List the contract number of any government contract    _____

**2.643.** Title of contract

ITERA SOFTWARE LICENSE AGREEMENT

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

IT INFRASTRUCTURE - DOUBLE-TAKE - REMOTE SERVER REPLICATION

Nature of debtor's interest    PARTY

VISION SOLUTIONS
15300 BARRANCA PARKWAY
IRVINE CA 92618

State the term remaining    12/31/2020

List the contract number of any government contract    _____

Debtor    **Borden Dairy Company**                                                      Case number *(if known)* **20-10010**

| 2.644. | **Title of contract** | PREPAID OTHER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | VISION SOLUTIONS |
| | **State the term remaining** | | DEPT CH 19317 |
| | **List the contract number of any government contract** | | PALATINE IL 60055-9317 |

| 2.645. | **Title of contract** | IT APPLICATIONS - ITERA HA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IT SOFTWARE | |
| | **Nature of debtor's interest** | PARTY | VISION SOLUTIONS |
| | **State the term remaining** | 4/30/2020 | DEPT CH 19317 |
| | **List the contract number of any government contract** | | PALATINE IL 60055-9317 |

| 2.646. | **Title of contract** | SOFTWARE EXPENSE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | VOLT SYSTEMS LLC |
| | **State the term remaining** | | PO BOX 31305 |
| | **List the contract number of any government contract** | | SAINT LOUIS MO 63131-0305 |

| 2.647. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | VWR INTERNATIONAL LLC |
| | **State the term remaining** | | PO BOX 640169 |
| | **List the contract number of any government contract** | | PITTSBURGH PA 15264-0169 |

| 2.648. | **Title of contract** | SUPPLIER AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | WALMART INC |
| | **State the term remaining** | 4/30/2021 | DEPARTMENT 8009 |
| | **List the contract number of any government contract** | | 702 SW 8TH ST |
| | | | BENTONVILLE AR 72716-8009 |

Debtor    **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| 2.649. | **Title of contract** | MASTER VENDOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES AGREEMENT | |
| | **Nature of debtor's interest** | PARTY | WAWA INC |
| | **State the term remaining** | | PO BOX 536291 |
| | **List the contract number of any government contract** | | PITTSBURGH PA 15253-5904 |

| 2.650. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WEI SALES LLC |
| | **State the term remaining** | | 4080 SOLUTIONS CTR #774080 |
| | **List the contract number of any government contract** | | CHICAGO IL 60677-4000 |

| 2.651. | **Title of contract** | NON-BRANDED PRODUCTS AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WELLS - BLUE BUNNY |
| | **State the term remaining** | | 1 BLUE BUNNY DR |
| | **List the contract number of any government contract** | | LE MARS IA 51031 |

| 2.652. | **Title of contract** | SINGLE SIDED LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT DESCRIPTION - 2 NEW 2017 CMWN C5 1050·50 FORKLIFT S/N 10059898 10059899; LOCATION: 71 STRANDTMAN COVE AUSTIN TX 78702; AGREEMENT NUMBER 301-03472.97-001 | WELLS FARGO EQUIPMENT LEASING |
| | **Nature of debtor's interest** | PARTY | 300 TLI-STATE INTERNATIONAL STE 400 |
| | **State the term remaining** | 1/18/2021 | LINCOLNSHIRE IL 60069 |
| | **List the contract number of any government contract** | | |

| 2.653. | **Title of contract** | SINGLE SIDED LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 1 NEW 2018 CROWN CS 1050-50 FORKLIFT; AGREEMENT NUMBER 301- 0347297-003 | WELLS FARGO EQUIPMENT LEASING |
| | **Nature of debtor's interest** | LESSEE | 300 TLI-STATE INTERNATIONAL STE 400 |
| | **State the term remaining** | | LINCOLNSHIRE IL 60069 |
| | **List the contract number of any government contract** | | |

Debtor    **Borden Dairy Company**

Case number *(if known)* **20-10010**

| 2.654. | **Title of contract** | ADVERTISING - POINT OF SALE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WENCEL WORLDWIDE INC |
| | **State the term remaining** | | 2210 MIDWEST RD STE 107 |
| | | | OAK BROOK IL 60523-8201 |
| | **List the contract number of any government contract** | | |

| 2.655. | **Title of contract** | EXECUTIVE RISK PACKAGE INSURANCE - POLICY NO. G7176557A001 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | WESTCHESTER FIRE INSURANCE COMPANY |
| | **State the term remaining** | 12/1/2020 | 436 WALNUT ST |
| | | | PO BOX 1000 |
| | **List the contract number of any government contract** | | PHILADELPHIA PA 19106 |

| 2.656. | **Title of contract** | PROFESSIONAL FEES AND SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WHAT'S THE BIG IDEA |
| | **State the term remaining** | | 5603 KINGSTON CT |
| | | | RICHARDSON TX 75082-4002 |
| | **List the contract number of any government contract** | | |

| 2.657. | **Title of contract** | COMPUTER SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WHEELER STAFFING PARTNERS INC |
| | **State the term remaining** | | 1700 ALMA DR SUITE 500 |
| | | | PLANO TX 75075 |
| | **List the contract number of any government contract** | | |

| 2.658. | **Title of contract** | COMPUTER SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | PARTY | WILLIAM VAN MATHIS |
| | **State the term remaining** | | 785 POLE BRANCH RD |
| | | | LAKE WYLIE SC 29710-7098 |
| | **List the contract number of any government contract** | | |

| Debtor | **Borden Dairy Company** | Case number *(if known)* **20-10010** |
|---|---|---|

**2.659.** Title of contract — IT HANDHELDS - HANDHELD - ACCESSORIES

State what the contract or lease is for — IT SOFTWARE

Nature of debtor's interest — PARTY

State the term remaining — 12/31/2020

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WILLIAM VAN MATHIS
785 POLE BRANCH RD
LAKE WYLIE SC 29710-7098

**2.660.** Title of contract — CONSULTING FEES

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WILLIAMS RIPA & ASSOCIATES LLC
4851 KELLER SPRINGS RD #205
ADDISON TX 75001

**2.661.** Title of contract — LETTER OF AGREEMENT

State what the contract or lease is for — INSURANCE MANAGEMENT

Nature of debtor's interest — PARTY

State the term remaining — JANUARY 1, 2017 AND EXTENDED BY MUTUAL CONSENT

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WILLIAMSRIPA & ASSOCIATES, LLC
4851 KELLER SPRINGS ROAD
STE 205
ADDISON TX 75001

**2.662.** Title of contract — TELEPHONE

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WINDSTREAM
PO BOX 9001013
LOUISVILLE KY 40290-1013

**2.663.** Title of contract — TELEPHONE

State what the contract or lease is for — _____

Nature of debtor's interest — PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WINDSTREAM COMMUNICATIONS, INC
PO BOX 9001908
LOUISVILLE KY 40290-1908

Debtor   **Borden Dairy Company**                                                    Case number *(if known)* **20-10010**

| 2.664. | **Title of contract** | MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES AND PROJECT MANAGEMENT - INFORMATION TECHNOLOGY OR OUTSOURCING SERVICES | |
| | **Nature of debtor's interest** | PARTY | WIPRO LLC |
| | **State the term remaining** | 10/28/2022 | 2 TOWER CENTER BOULEVARD STE 2200 |
| | **List the contract number of any government contract** | _____ | EAST BRUNSWICK NJ 08816 |

| 2.665. | **Title of contract** | MAINTENANCE & REPAIR - BLDG | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | WORKPLACE SOLUTIONS INC |
| | **State the term remaining** | _____ | 2651 N HARWOOD ST STE 300 DALLAS TX 75201-1560 |
| | **List the contract number of any government contract** | _____ | |

| 2.666. | **Title of contract** | CONSTRUCTION IN PROGRESS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | WRA RISK INC |
| | **State the term remaining** | _____ | 4851 KELLER SPRINGS RD STE 205 ADDISON TX 75001-6288 |
| | **List the contract number of any government contract** | _____ | |

| 2.667. | **Title of contract** | OFFICE SUPPLIES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | PARTY | XACT BUSINESS SOLUTIONS |
| | **State the term remaining** | _____ | 2450 SW GRAPEVINE PKWY STE 200 |
| | **List the contract number of any government contract** | _____ | GRAPEVINE TX 76051-7098 |

| 2.668. | **Title of contract** | EXCESS LIABILITY INSURANCE - POLICY NO. US00095618LI19A | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | XL INSURANCE AMERICA, INC. |
| | **State the term remaining** | 12/1/2020 | 70 SEAVIEW AVE STAMFORD CT 06902 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Borden Dairy Company**                                Case number *(if known)* **20-10010**

**2.669.**  **Title of contract**                    MASTER SERVICES AGREEMENT                State the name and mailing address
                                                                                              for all other parties with whom the
            **State what the contract or**           CSR SOFTWARE AGREEMENT                   debtor has an executory contract or
            **lease is for**                                                                  unexpired lease

            **Nature of debtor's interest**          PARTY                                    YOURCAUSE LLC
                                                                                              ATTN LEGAL
            **State the term remaining**             UNTIL THE TERMINATION OR EXPIRATION OF THE LAST    6505 W. PARK BLVD, SUITE 306
                                                     STATEMENT OF WORK                        PMB 369
                                                                                              PLANO TX 75093
            **List the contract number of**          _____
            **any government contract**

**2.670.**  **Title of contract**                    PREPAID OTHER                            State the name and mailing address
                                                                                              for all other parties with whom the
            **State what the contract or**           _____         debtor has an executory contract or
            **lease is for**                                                                  unexpired lease

            **Nature of debtor's interest**          PARTY                                    YOUWORKFORTHEM INC
                                                                                              193 DUBLIN DR
            **State the term remaining**             _____         KNOXVILLE TN 37923-5607

            **List the contract number of**          _____
            **any government contract**

**2.671.**  **Title of contract**                    BORDEN DAIRY COMPANY MASTER SERVICES     State the name and mailing address
                                                     AGREEMENT (CLR) 2015-03-02               for all other parties with whom the
                                                                                              debtor has an executory contract or
            **State what the contract or**           INFRASTRUCTURE AGREEMENT                 unexpired lease
            **lease is for**
                                                                                              ZAYO GROUP HOLDINGS INC
            **Nature of debtor's interest**          PARTY                                    PO BOX 952136
                                                                                              DALLAS TX 75395-2136
            **State the term remaining**             _____

            **List the contract number of**          _____
            **any government contract**

**2.672.**  **Title of contract**                    IT INFRASTRUCTURE - CO-LO DATA CENTER    State the name and mailing address
                                                                                              for all other parties with whom the
            **State what the contract or**           IT SOFTWARE                              debtor has an executory contract or
            **lease is for**                                                                  unexpired lease

            **Nature of debtor's interest**          PARTY                                    ZAYO GROUP HOLDINGS INC
                                                                                              PO BOX 952136
            **State the term remaining**             2/27/2020                                DALLAS TX 75395-2136

            **List the contract number of**          _____
            **any government contract**

**2.673.**  **Title of contract**                    TELEPHONE                                State the name and mailing address
                                                                                              for all other parties with whom the
            **State what the contract or**           _____         debtor has an executory contract or
            **lease is for**                                                                  unexpired lease

            **Nature of debtor's interest**          PARTY                                    ZAYO GROUP HOLDINGS, INC
                                                                                              PO BOX 952136
            **State the term remaining**             _____         DALLAS TX 75395-2136

            **List the contract number of**          _____
            **any government contract**

Debtor  **Borden Dairy Company**                                            Case number *(if known)* **20-10010**

| 2.674. | Title of contract | COMPUTER SUPPLIES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ZENO IMAGING |
| | State the term remaining | | 10688 HADDINGTON DR HOUSTON TX 77043-3229 |
| | List the contract number of any government contract | | |

| 2.675. | Title of contract | ANNUAL SUBSCRIPTION FEE FOR MANAGEENGINE ADMANAGER PLUS PROFESSIONAL EDITION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | IT INFRASTRUCTURE - AD MANAGE - AD MANAGEMENT S/W | |
| | Nature of debtor's interest | PARTY | ZOHO CORPORATION |
| | State the term remaining | 4/18/2020 | 4141 HACIENDA DRIVE PLEASANTON CA 94588-8549 |
| | List the contract number of any government contract | | |

| 2.676. | Title of contract | SOFTWARE EXPENSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | Nature of debtor's interest | PARTY | ZOHO CORPORATION |
| | State the term remaining | | PO BOX 894926 LOS ANGELES CA 90189-4926 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

**Debtor name:** Borden Dairy Company

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 20-10010

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  BORDEN DAIRY COMPANY OF ALABAMA, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  BORDEN DAIRY COMPANY OF CINCINNATI, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.  BORDEN DAIRY COMPANY OF FLORIDA, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  BORDEN DAIRY COMPANY OF FLORIDA, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | BB&T EQUIPMENT FINANCE CORPORATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.  BORDEN DAIRY COMPANY OF KENTUCKY, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  BORDEN DAIRY COMPANY OF KENTUCKY, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | BB&T EQUIPMENT FINANCE CORPORATION | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7. BORDEN DAIRY COMPANY OF LOUISIANA, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.8. BORDEN DAIRY COMPANY OF MADISONVILLE, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.9. BORDEN DAIRY COMPANY OF OHIO, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.10. BORDEN DAIRY COMPANY OF SOUTH CAROLINA, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.11. BORDEN DAIRY COMPANY OF TEXAS, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.12. BORDEN DAIRY HOLDINGS, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.13. BORDEN TRANSPORT COMPANY OF CINCINNATI, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.14. BORDEN TRANSPORT COMPANY OF OHIO, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.15. CLAIMS ADJUSTING SERVICES, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.16. GEORGIA SOFT SERVE DELIGHTS, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.17. NATIONAL DAIRY, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY SUITE 400 DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Borden Dairy Company**                                        Case number *(if known)* **20-10010**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18.  NDH TRANSPORT, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY<br>SUITE 400<br>DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.19.  RGC, LLC<br><br>ATTN: PRESIDENT/CEO | 8750 NORTH CENTRAL EXPRESSWAY<br>SUITE 400<br>DALLAS TX 75231 | PNC BANK, NATIONAL ASSOCIATION, AS AGENT | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                              **Schedule H: Codebtors**                              Page 3 of 3

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Borden Dairy Company |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 20-10010 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/3/2020
MM/DD/YYYY

**x**   */s/ Jason Monaco*
_____
Signature of individual signing on behalf of debtor

Jason Monaco
Printed name

EVP, CFO, Treasurer, & Assistant Secretary
Position or relationship to debtor