# EXHIBIT 1

# INITIAL BUDGET

26110744.2

**Borden Dairy Company**
13-week Cash Flow Forecast

Week Beginning
Week Ending
Week
Period

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Cash Receipts | $ 19,147,163 | $ 19,309,351 | $ 19,739,454 | $ 19,474,712 | $ 19,267,630 | $ 19,022,865 | $ 18,259,482 | $ 18,369,645 | $ 18,455,814 | $ 18,523,217 | $ 18,333,900 | $ 18,018,633 | $ 17,777,029 |
| Ag Trust Receipts | 6,696,679 | 5,984,063 | 6,121,816 | 6,039,771 | 5,975,596 | 6,030,940 | 5,898,276 | 5,933,862 | 5,961,697 | 5,983,470 | 5,922,315 | 5,820,476 | 5,740,817 |
| Total Cash Receipts | $ 25,843,842 | $ 25,293,414 | $ 25,861,271 | $ 25,514,484 | $ 25,243,226 | $ 25,053,805 | $ 24,157,758 | $ 24,303,506 | $ 24,417,511 | $ 24,506,686 | $ 24,256,216 | $ 23,839,109 | $ 23,512,845 |
| Vendor Disbursements (Incl Ag Trust) | (24,741,382) | (10,847,950) | (20,628,021) | (26,579,126) | (24,087,114) | (5,757,631) | (9,707,231) | (34,855,497) | (17,223,031) | (16,784,457) | (10,031,729) | (25,457,897) | (19,289,383) |
| Critical Vendor / 503(b)(9) Disbursements | | (800,000) | (200,000) | (200,000) | | (1,400,000) | | | | | | | |
| Taxes & Utilities | (481,848) | (1,500,000) | | | (300,000) | (1,515,539) | | (100,000) | | (315,467) | (1,590,000) | (640,000) | |
| Payroll | (6,130,000) | (2,670,000) | (6,130,000) | (2,670,000) | (6,130,000) | (2,670,000) | (6,130,000) | (2,670,000) | (6,130,000) | (2,670,000) | (6,130,000) | (2,670,000) | (6,130,000) |
| Insurance Premiums | (629,694) | | | | | (629,694) | (100,000) | | | (629,694) | | | |
| Health, Welfare & Worker's Comp | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) | (625,000) |
| Capital Expenditures | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) |
| Total Operating Disbursements | $ (32,807,924) | $ (16,642,950) | $ (27,783,021) | $ (30,274,126) | $ (31,342,114) | $ (12,797,864) | $ (16,762,231) | $ (38,450,497) | $ (24,178,031) | $ (21,224,618) | $ (18,576,729) | $ (29,592,897) | $ (26,244,383) |
| Net Operating Cash Flow | $ (6,964,082) | $ 8,650,464 | $ (1,921,750) | $ (4,759,642) | $ (6,098,889) | $ 12,255,941 | $ 7,395,527 | $ (14,146,990) | $ 239,480 | $ 3,282,069 | $ 5,679,487 | $ (5,753,789) | $ (2,731,538) |
| TLA & ABL Interest - Adequate Protection | (527,271) | | | | | (563,634) | | | | (545,452) | | | |
| Restructuring Costs | | (3,175,902) | (505,000) | (325,000) | (900,000) | (267,500) | (130,000) | (100,000) | (3,323,000) | (267,500) | (130,000) | (100,000) | (275,000) |
| Net Cash Flow | $ (7,491,352) | $ 5,474,562 | $ (2,426,750) | $ (5,084,642) | $ (6,998,889) | $ 11,424,807 | $ 7,265,527 | $ (14,246,990) | $ (3,083,520) | $ 2,469,116 | $ 5,549,487 | $ (5,853,789) | $ (3,006,538) |
| **Liquidity Summary** | | | | | | | | | | | | | |
| Beginning Cash | $ 27,985,423 | $ 20,494,071 | $ 25,968,633 | $ 23,541,883 | $ 18,457,240 | $ 11,458,351 | $ 22,883,158 | $ 30,148,686 | $ 15,901,695 | $ 12,818,176 | $ 15,287,292 | $ 20,836,778 | $ 14,982,989 |
| Net Cash Flow | (7,491,352) | 5,474,562 | (2,426,750) | (5,084,642) | (6,998,889) | 11,424,807 | 7,265,527 | (14,246,990) | (3,083,520) | 2,469,116 | 5,549,487 | (5,853,789) | (3,006,538) |
| Available Cash | $ 20,494,071 | $ 25,968,633 | $ 23,541,883 | $ 18,457,240 | $ 11,458,351 | $ 22,883,158 | $ 30,148,686 | $ 15,901,695 | $ 12,818,176 | $ 15,287,292 | $ 20,836,778 | $ 14,982,989 | $ 11,976,452 |
| Professional Fee Accrual | (7,232,902) | (4,629,000) | (4,796,000) | (5,043,000) | (4,715,000) | (5,019,500) | (5,717,000) | (6,432,000) | (3,824,000) | (4,271,500) | (4,969,000) | (5,684,000) | (6,124,000) |
| Available Cash Net of Accrued Pro Fees | $ 13,261,169 | $ 21,339,633 | $ 18,745,883 | $ 13,414,240 | $ 6,743,351 | $ 17,863,658 | $ 24,431,686 | $ 9,469,695 | $ 8,994,176 | $ 11,015,792 | $ 15,867,778 | $ 9,298,989 | $ 5,852,452 |

Borden Dairy Company
Estate Professional Fees Forecast - Carveout

| Company | Description | Accrued 01/06/20 02/23/20 | 1 Forecast 02/24/20 03/01/20 | 2 Forecast 03/02/20 03/08/20 | 3 Forecast 03/09/20 03/15/20 | 4 Forecast 03/16/20 03/22/20 | 5 Forecast 03/23/20 03/29/20 | 6 Forecast 03/30/20 04/05/20 | 7 Forecast 04/06/20 04/12/20 | 8 Forecast 04/13/20 04/19/20 | 9 Forecast 04/20/20 04/26/20 | 10 Forecast 04/27/20 05/03/20 | 11 Forecast 05/04/20 05/10/20 | 12 Forecast 05/11/20 05/17/20 | 13 Forecast 05/18/20 05/24/20 | 14 Forecast 05/25/20 05/31/20 | 15 Forecast 06/01/20 06/07/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Advisors | | | | | | | | | | | | | | | | | |
| Arnold & Porter | Legal Counsel | 2,062,500 | 187,500 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 187,500 | 150,000 |
| Young Conway | Local Legal Counsel | 635,000 | 75,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 60,000 |
| PJT | Investment Banker | 116,250 | 38,750 | 31,000 | 31,000 | 31,000 | 31,000 | 31,000 | 38,750 | 38,750 | 38,750 | 38,750 | 38,750 | 38,750 | 38,750 | 38,750 | 31,000 |
| AlixPartners | Financial Advisor | 855,000 | 150,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 120,000 |
| Donlin Recano | Claims Agent | 131,250 | 18,750 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 15,000 |
| RSM | Auditor | | | | | | | | 112,500 | | | | 112,500 | | | | |
| KPMG | Tax Advisor | | | | 100,000 | | | | | 100,000 | | | | 100,000 | | | |
| Subtotal | | 3,800,000 | 470,000 | 376,000 | 476,000 | 376,000 | 376,000 | 376,000 | 582,500 | 570,000 | 470,000 | 470,000 | 582,500 | 570,000 | 470,000 | 470,000 | 376,000 |
| Unsecured Creditors Committee | | | | | | | | | | | | | | | | | |
| Sidley/ Morris James | UCC Legal Counsel | 853,125 | 121,875 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 80,000 |
| BRG | UCC Financial Advisors | 336,875 | 48,125 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 43,750 | 43,750 | 43,750 | 43,750 | 43,750 | 43,750 | 43,750 | 43,750 | 35,000 |
| Subtotal | | 1,190,000 | 170,000 | 115,000 | 115,000 | 115,000 | 115,000 | 115,000 | 143,750 | 143,750 | 143,750 | 143,750 | 143,750 | 143,750 | 143,750 | 143,750 | 115,000 |
| Total | | 4,990,000 | 640,000 | 491,000 | 591,000 | 491,000 | 491,000 | 491,000 | 726,250 | 713,750 | 613,750 | 613,750 | 726,250 | 713,750 | 613,750 | 613,750 | 491,000 |