# EXHIBIT 2

# FEBRUARY 14 BUDGET

26110744.2

Borden Dairy Company
13-week Cash Flow Forecast

Week Beginning
Week Ending
Week
Period

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Cash Receipts | $ | 19,004,277 | $ | 19,155,980 | $ | 19,274,642 | $ | 19,945,681 | $ | 20,652,566 | $ | 20,608,438 | $ | 20,573,920 | $ | 20,455,655 | $ | 19,965,737 | $ | 20,350,701 | $ | 20,651,821 | $ | 20,887,359 | $ | 20,939,659 |
| Ag Trust Receipts | | 6,806,464 | | 6,860,797 | | 6,903,296 | | 6,298,383 | | 6,521,601 | | 6,507,666 | | 6,496,767 | | 6,623,620 | | 6,608,931 | | 6,736,359 | | 6,836,034 | | 6,914,000 | | 6,931,312 |
| Total Cash Receipts | $ | 25,810,741 | $ | 26,016,776 | $ | 26,177,938 | $ | 26,244,065 | $ | 27,174,167 | $ | 27,116,104 | $ | 27,070,687 | $ | 27,079,275 | $ | 26,574,667 | $ | 27,087,059 | $ | 27,487,855 | $ | 27,801,359 | $ | 27,870,971 |
| Vendor Disbursements (incl Ag Trust) | | (35,880,071) | | (18,476,846) | | (24,323,719) | | (10,677,786) | | (22,448,885) | | (21,627,941) | | (27,955,455) | | (10,764,636) | | (11,598,677) | | (38,925,859) | | (18,487,556) | | (22,326,967) | | (12,651,985) |
| Critical Vendor / 503(b)(9) Disbursements | | (2,850,000) | | (5,175,000) | | (2,000,000) | | | | | | | | | | | | | | | | | | |
| Taxes & Utilities | | (85,000) | | (120,483) | | (486,848) | | (1,505,000) | | (5,000) | | (146,927) | | (5,000) | | (320,539) | | (1,505,000) | | (105,000) | | (170,839) | | (320,467) | | (1,595,000) |
| Payroll | | (6,130,000) | | (2,670,000) | | (6,130,000) | | (2,670,000) | | (6,130,000) | | (2,670,000) | | (6,130,000) | | (2,670,000) | | (6,130,000) | | (2,670,000) | | (6,130,000) | | (2,670,000) | | (6,130,000) |
| Insurance Premiums | | | | | | (629,694) | | | | | | | | | | (629,694) | | | | | | | | (629,694) | | |
| Health, Welfare & Worker's Comp | | (625,000) | | (625,000) | | (625,000) | | (625,000) | | (625,000) | | (625,000) | | (625,000) | | (625,000) | | (100,000) | | (625,000) | | (625,000) | | (625,000) | | (625,000) |
| Capital Expenditures | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) | | (200,000) |
| Total Operating Disbursements | $ | (45,770,071) | $ | (27,267,329) | $ | (34,395,261) | $ | (15,677,786) | $ | (29,408,885) | $ | (25,269,868) | $ | (34,915,455) | $ | (15,209,869) | $ | (20,158,677) | $ | (42,525,859) | $ | (25,613,395) | $ | (26,772,128) | $ | (21,201,985) |
| Net Operating Cash Flow | $ | (19,959,330) | $ | (1,250,553) | $ | (8,217,322) | $ | 10,566,279 | $ | (2,234,718) | $ | 1,846,236 | $ | (7,844,768) | $ | 11,869,405 | $ | 6,415,990 | $ | (15,438,799) | $ | 1,874,460 | $ | 1,029,230 | $ | 6,668,986 |
| TLA & ABL Interest - Adequate Protection | | | | | | (527,271) | | | | | | | | | | (563,634) | | | | | | | | (545,452) | | |
| Restructuring Costs | | | | | | | | | | | | | | (2,583,000) | | | | | | | | | | (2,520,000) | | |
| Net Cash Flow | $ | (19,959,330) | $ | (1,250,553) | $ | (8,744,593) | $ | 10,566,279 | $ | (2,234,718) | $ | 1,846,236 | $ | (10,427,768) | $ | 11,305,771 | $ | 6,415,990 | $ | (15,438,799) | $ | 1,874,460 | $ | (2,036,222) | $ | 6,668,986 |
| Liquidity Summary | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Cash | $ | 38,472,119 | $ | 18,512,789 | $ | 17,262,236 | $ | 8,517,644 | $ | 19,083,922 | $ | 16,849,204 | $ | 18,695,440 | $ | 8,267,672 | $ | 19,573,443 | $ | 25,989,433 | $ | 10,550,634 | $ | 12,425,094 | $ | 10,388,872 |
| Net Cash Flow | | (19,959,330) | | (1,250,553) | | (8,744,593) | | 10,566,279 | | (2,234,718) | | 1,846,236 | | (10,427,768) | | 11,305,771 | | 6,415,990 | | (15,438,799) | | 1,874,460 | | (2,036,222) | | 6,668,986 |
| Available Cash | $ | 18,512,789 | $ | 17,262,236 | $ | 8,517,644 | $ | 19,083,922 | $ | 16,849,204 | $ | 18,695,440 | $ | 8,267,672 | $ | 19,573,443 | $ | 25,989,433 | $ | 10,550,634 | $ | 12,425,094 | $ | 10,388,872 | $ | 17,057,858 |
| Professional Fee Accrual | | (4,572,500) | | (5,303,750) | | (6,035,000) | | (6,620,000) | | (7,205,000) | | (7,790,000) | | (5,792,000) | | (6,377,000) | | (7,170,750) | | (7,964,500) | | (8,758,250) | | (7,032,000) | | (7,825,750) |
| Available Cash Net of Accrued Pro Fees | $ | 13,940,289 | $ | 11,958,486 | $ | 2,482,644 | $ | 12,463,922 | $ | 9,644,204 | $ | 10,905,440 | $ | 2,475,672 | $ | 13,196,443 | $ | 18,818,683 | $ | 2,586,134 | $ | 3,666,844 | $ | 3,356,872 | $ | 9,232,108 |