**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered)<br><br><br>**Objection Deadline:**<br>**April 16, 2020 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST MONTHLY APPLICATION OF ARNOLD & PORTER KAYE
SCHOLER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM JANUARY 5, 2020 THROUGH AND INCLUDING JANUARY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Arnold & Porter Kaye Scholer LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 5, 2020 (order entered February 21, 2020) |
| Period for which compensation and reimbursement is sought: | January 5, 2020 through January 31, 2020 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $1,573,470.25 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $73,866.90 |

This is a:  __X__ interim  _____ final application.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314).  The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

26222640.2

This application includes 0.0 hours and $0.00 in fees incurred in connection with the preparation of fee applications.

Prior applications:    N/A

| Date Filed/Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |

26222640.2

### INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey Fuisz | Partner since 2003. Joined firm as an associate in 1991. Member of NY Bar since 1992, DC Bar since 2014. | $1,180.00 | 108.1 | $127,558.00 |
| Alan Glantz | Partner since 2014. Joined firm as an associate in 1999. Member of NJ Bar since 1999, NY Bar since 2000. | $1,080.00 | 10.8 | $11,664.00 |
| Kristen E. Ittig | Partner since 2010. Joined firm as an associate in 2007. Member of DC Bar since 1998, MD since 2014. | $935.00 | 9.9 | $9,256.50 |
| Seth J. Kleinman | Partner since 2019. Joined firm as an associate in 2010. Member of NY Bar since 2007, IL Bar since 2011. | $1,000.00 | 259.9 | $252,800.00 |
| Aaron F. Miner | Partner since 2019. Joined firm as an associate in 2012. Member of NY Bar since 2008. | $990.00 | 103.6 | $102,564.00 |
| D. Tyler Nurnberg | Partner since 2004. Joined firm as an associate in 2001. Member of IL Bar since 1994, NY Bar since 2011. | $1,155.00 | 252.3 | $289,096.50 |
| David J. Valeck | Partner since 2015. Joined firm as an associate in 2005. Member of DC Bar since 2011. | $1,100.00 | 22.9 | $25,190.00 |

26222640.2

3

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Lucas B. Barrett | Joined firm as an associate in 2019. Member of NY Bar since 2019. | $595.00 | 187.2 | $107,516.50 |
| Ginger Clements | Joined firm as an associate in 2018. Member of IL Bar since 2016. | $750.00 | 184.9 | $138,675.00 |
| Kathleen E. Dallon | Joined firm as an associate in 2018. Member of NY Bar since 2019. | $595.00 | 13.5 | $8,032.50 |
| Robert Franciscovich | Joined firm as an associate in 2016. Member of NY Bar since 2013. | $900.00 | 75.1 | $67,590.00 |
| Daniel Gilpin | Joined firm as an associate in 2019. Member of NY Bar since 2018. | $675.00 | 96.4 | $63,281.25 |
| Sarah Gryll | Joined firm as an associate in 2016. Member of NY Bar since 2012, IL Bar since 2016. | $910.00 | 192.3 | $169,851.50 |
| Hannah Henkel | Joined firm as an associate in 2018. Member of IL Bar since 2016. | $595.00 | 33.7 | $20,051.50 |
| Gerardo Mijares-Shafai | Joined firm as an associate in 2019. Member of IL Bar since 2016. | $815.00 | 85.1 | $69,356.50 |
| Rwanda N. Campbell | Staff Attorney. Joined firm in 2012. Member of DC Bar since 2013. | $545.00 | 14.3 | $7,793.50 |
| Nathalie Collard-McCoy | Staff Attorney. Joined firm in 2011. Member of DC Bar since 2009. | $610.00 | 32.0 | $19,520.00 |
| Anelia Dimitrova | Staff Attorney. Joined firm in 2012. Member of DC Bar since 2013. | $545.00 | 28.8 | $15,696.00 |

26222640.2

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kevin M. Jordan | Staff Attorney. Joined firm in 2012. Member of DC Bar since 2009. | $545.00 | 18.0 | $9,810.00 |
| Kathy Ng | Staff Attorney. Joined firm in 2011. Member of DC Bar since 2001. | $610.00 | 36.8 | $22,448.00 |
| Josephine Qu | Staff Attorney. Joined firm in 2009. Member of DC Bar since 2017. | $545.00 | 32.0 | $17,440.00 |
| Susan Rabinowitz | Staff Attorney. Joined firm in 2011. Member of DC Bar since 2002. | $610.00 | 13.8 | $8,418.00 |
| Kenneth J. Anderson | Paralegal | $405.00 | 6.5 | $2,632.50 |
| Sina Rastin | eData Assistant | $395.00 | 18.3 | $7,228.50 |
| **Grand Total:** | | | **1,836.2** | **$1,573,470.25** |
| **Blended Rate:** | | **$856.92** | | |

26222640.2

**INTERIM COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Hearings | 39.4 | $36,742.00 |
| Employees/Labor/Pensions | 18.7 | $15,767.50 |
| Insurance and Surety Matters | 1.5 | $1,381.50 |
| A&P Retention & Fee Applications | 100.9 | $82,603.00 |
| Non-A&P Retention & Fee Applications | 42.9 | $40,320.50 |
| Executory Contracts and Unexpired Leases | 20.9 | $18,292.50 |
| Travel[2] | 47.8 | $20,207.75[3] |
| Filing Preparation/First Days | 178.6 | $160,265.00 |
| Asset Sales and Dispositions | 0.0 | $0.00 |
| Business Operations and Vendor Issues | 121.1 | $106,239.00 |
| Utilities | 58.6 | $46,185.00 |
| U.S. Trustee Issues | 7.2 | $6,392.50 |
| Tax Issues | 3.2 | $2,924.50 |
| Cash Collateral/Debt Finance Issues | 417.2 | $400,294.00 |
| Creditors' Committee Issues | 32.7 | $29,620.00 |
| Corporate and Securities Issues | 4.7 | $5,177.00 |
| Case Administration | 58.5 | $46,127.00 |
| Litigation/Discovery | 576.2 | $457,538.50 |
| Disclosure Statement, Plan, Confirmation | 30.2 | $27,514.00 |
| Governance Issues | 29.9 | $33,967.50 |
| SOFAs and Schedules | 2.3 | $2,041.00 |
| Cash Management | 8.4 | $7,932.50 |
| Automatic Stay Issues | 35.3 | $25,938.00 |
| **TOTAL** | **1,836.2** | **$1,573,470.25** |

---

[2]   This matter is comprised of non-working travel time.
[3]   "Total Fees" for the "Travel" matter includes a 50 percent reduction in accordance with U.S. Trustee Guidelines.

26222640.2

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| Air Delivery Services | $35.67 |
| Airfare/Train fare | $7,082.86 |
| Conference Room Meals | $0.00 |
| Courier | $9.66 |
| CT Corporation/CSC Fees (Lien Search Fees) | $21,369.78 |
| Depositions & Transcript | $910.86 |
| eData: Relativity Services | $994.00 |
| Filing Fees | $426.00 |
| Hotel | $11,435.60 |
| Lexis Computer Research | $6,091.20 |
| Local Meals | $483.08 |
| Local Transportation | $1,012.16 |
| Travel Agent Fees | $120.00 |
| Travel Expenses | $857.44 |
| Travel Meals | $97.19 |
| Westlaw Research | $22,941.40 |
| **TOTAL** | **$73,866.90** |

26222640.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered)<br><br><br>**Objection Deadline:**<br>**April 16, 2020 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF ARNOLD & PORTER KAYE SCHOLER LLP**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND**
**DEBTORS IN POSSESSION FOR THE PERIOD FROM JANUARY 5, 2020**
**THROUGH JANUARY 31, 2020**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Attorneys for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [Docket No. 287] (the "**Retention Order**") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 372] (the "**Interim Compensation Order**"), the law firm of Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**") hereby submits this application (this "**Application**") to the United States Bankruptcy Court for the District of Delaware (the "**Court**") for reasonable compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

26222640.2

for professional legal services rendered as counsel to Borden Dairy Company and its above-captioned affiliated debtors and debtors in possession (collectively, the "**Debtors**"), in the amount of $1,573,470.25, together with reimbursement for actual and necessary expenses incurred in the amount of $73,866.90, for the interim period January 5, 2020 through and including January 31, 2020 (the "**Fee Period**").  Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Application is supported by the certification of D. Tyler Nurnberg, attached hereto as **Exhibit A**.  In further support of this Application, Arnold & Porter respectfully represents as follows:

## BACKGROUND

1. On January 5, 2020 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Arnold & Porter was retained to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, effective as of the Petition Date.  The Retention Order authorizes Arnold & Porter to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

3. All services for which compensation is requested herein by Arnold & Porter were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4. Attached hereto as **Exhibit B** is a detailed statement of fees incurred during the Fee Period, showing the amount of $1,573,470.25 due for fees.

5. The services rendered by Arnold & Porter during the Fee Period are grouped into the categories set forth on **Exhibit B**.  The attorneys and paraprofessionals who rendered services

26222640.2

2

relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, on **Exhibit B**.

**DISBURSEMENTS**

6.      Attached hereto as **Exhibit C** is a detailed statement of expenses paid by Arnold & Porter during the Fee Period, showing the amount of $73,866.90 for reimbursement of expenses.  This disbursement sum is broken down into categories of charges, including, among other things, express mail charges, courier delivery charges, travel expenses, expenses for "working meals" and late night transportation, computerized research, and transcription costs.  A complete review by category of the expenses incurred for the Fee Period may also be found on **Exhibit C**.

7.      Costs incurred for overtime and computer assisted research are not included in Arnold & Porter's normal hourly billing rates and, therefore, are itemized and included in Arnold & Porter's disbursements.  Pursuant to Rule 2016-2 of the Local Rules, Arnold & Porter represents that its rate for duplication is $.10 per page.  There is no surcharge for computerized research.  A&P does not charge for telephone or facsimile transmissions.

**VALUATION OF SERVICES**

8.      Attorneys and paraprofessionals of Arnold & Porter have expended a total of 1,836.2 hours in connection with this matter during the Fee Period.

9.      The amount of time spent by each of these persons providing services to the Debtors for the Fee Period and each of their respective hourly rates are fully set forth on **Exhibit B**.  The rates are Arnold & Porter's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Arnold & Porter for the Fee Period as counsel for the Debtors in these cases is $1,573,470.25.

26222640.2

10. Arnold & Porter believes that the time entries included on **Exhibit B** attached hereto and the expense breakdown set forth on **Exhibit C** attached hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested in this Application are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

12. This Application covers the interim fee period from January 5, 2020 through and including January 31, 2020. Arnold & Porter has and will continue to perform additional necessary services for the Debtors subsequent to the Fee Period, for which Arnold & Porter will file subsequent fee applications.

[*Remainder of Page Intentionally Left Blank*]

26222640.2

4

**CONCLUSION**

WHEREFORE, Arnold & Porter requests that allowance be made to it in the sum of $1,573,470.25 as compensation for necessary professional services rendered to the Debtors for the Fee Period, and the sum of $73,866.90 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated:  March 27, 2020                         Respectfully submitted,
Wilmington, Delaware

                                       */s/ D. Tyler Nurnberg*
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        D. Tyler Nurnberg (admitted *pro hac vice*)
                                        Seth J. Kleinman (admitted *pro hac vice*)
                                        Sarah Gryll (admitted *pro hac vice*)
                                        70 West Madison Street, Suite 4200
                                        Chicago, Illinois 60602-4231
                                        Telephone: (312) 583-2300
                                        Facsimile: (312) 583-2360
                                        tyler.nurnberg@arnoldporter.com
                                        seth.kleinman@arnoldporter.com
                                        sarah.gryll@arnoldporter.com

                                        *Co-Counsel to the Debtors and Debtors in Possession*

26222640.2