**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| BORDEN DAIRY COMPANY, *et al.*, | Case No. 20-10010 (CSS) |
| | |
| Debtors.[1] | (Jointly Administered) |
| | |
| | **Hearing Date:**<br>**June 23, 2020 at 11:00 a.m. (ET)** |
| | |
| | **Objection Deadline:**<br>**June 9, 2020 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE REQUESTS OF DEBTORS' PROFESSIONALS**

TO:  (I) THE DEBTORS; (II) COUNSEL TO ACON DAIRY INVESTORS, L.L.C.; (III) COUNSEL TO NEW LAGUNA, LLC; (IV) COUNSEL TO THE AGENT, RCF FACILITY LENDERS, AND TERM LOAN A FACILITY LENDERS; (V) COUNSEL TO THE TERM LOAN B FACILITY LENDERS; (VI) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (VII) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE AND (VI) ALL PARTIES THAT, AS OF THE FILING OF THIS FEE REQUEST, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 372] (the "**Interim Compensation Order**"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby apply for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

26390011.1

interim quarterly allowance of compensation and reimbursement of expenses (this "**Fee Request**") for all interim monthly fee applications filed for the period from January 5, 2020 through and including March 31, 2020.  Summaries of the fees and expenses subject to this Fee Request are annexed hereto and set forth in the monthly fee applications previously filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**").    Pursuant to the Interim Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 20-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THIS FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE FOLLOWING PARTIES ON OR BEFORE JUNE 9, 2020 AT 4:00 P.M. (ET)**:  (i) the Debtors, Borden Dairy Company, 8750 North Central Expressway, Suite 400, Dallas, Texas 75231, Attn: Jason Monaco; (ii) counsel to the Debtors, Arnold & Porter Kaye Scholer LLP, 70 West Madison Street, Suite 4200, Chicago, Illinois 60602, Attn: Tyler Nurnberg (Tyler.Nurnberg@arnoldporter.com), Seth Kleinman (Seth.Kleinman@arnoldporter.com), and Sarah Gryll (Sarah.Gryll@arnoldporter.com); (iii) co-counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: M. Blake Cleary (mbcleary@ycst.com) and Kenneth Enos (kenos@ycst.com); (iv) counsel to ACON Dairy Investors, L.L.C., Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017, Attn: Christopher Donoho III (chris.donoho@hoganlovells.com); (v) counsel to New Laguna, LLC, Dechert LLP, Three Bryant Park, 1095 Avenue of the Americas, New York, New York 10036, Attn: Shmuel Vasser (shmuel.vasser@dechert.com), and Richards, Layton & Finger, PA, One Rodney Square, 920 N.

King Street, Wilmington, Delaware 19801, Attn: Russell Silberglied (Silberglied@rlf.com); (vi) counsel to the Agent, RCF Facility Lenders, and Term Loan A Facility Lenders, Blank Rome LLP, 1201 N. Market Street, Suite, 800, Wilmington, Delaware 19801, Attn: Regina Stango Kelbon (kelbon@blankrome.com); (vii) counsel to the Term Loan B Facility Lenders, King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor, New York, New York 10036, Attn: Roger Schwartz (rschwartz@kslaw.com); (viii) counsel to the Committee, Sidley Austin LLP, 787 7th Avenue, New York, New York 10019, Attn: Michael G. Burke (mgburke@sidley.com), and Morris James, LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, Attn: Eric J. Monzo (EMonzo@morrisjames.com); and (ix) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Timothy Fox, Jr. (Timothy.Fox@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of this Fee Request will be held before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **June 23, 2020 at 11:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

*[Signature page follows]*

26390011.1

3

Dated:  May 20, 2020
        Wilmington, Delaware

Respectfully submitted,

*/s/ Betsy L. Feldman*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Betsy L. Feldman (No. 6410)
Jacob D. Morton (No. 6684)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mbcleary@ycst.com
kenos@ycst.com
bfeldman@ycst.com
jmorton@ycst.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
D. Tyler Nurnberg (admitted *pro hac vice*)
Seth J. Kleinman (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
tyler.nurnberg@arnoldporter.com
seth.kleinman@arnoldporter.com
sarah.gryll@arnoldporter.com

*Co-Counsel to the Debtors and
Debtors in Possession*

26390011.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BORDEN DAIRY COMPANY, *et al.*, | Case No. 20-10010 (CSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE REQUEST OF**
**ARNOLD & PORTER KAYE SCHOLER LLP**

Name of Applicant:                                          Arnold & Porter Kaye Scholer LLP

Authorized to Provide Professional Services to:     Debtors and Debtors in Possession

Effective Date of Retention:                            January 5, 2020

Period for Which Compensation                       January 5, 2020 through March 31, 2020
and Reimbursement is Sought:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO/COC Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 3/27/20 Docket No. 466 | 1/5/20-1/31/20 | $1,573,470.25 | $73,866.90 | 4/17/20 Docket No. 531 | $1,258,776.20 | $73,866.90 | $314,694.05[1] |
| 4/27/20 Docket No. 551 | 2/1/20-2/29/20 | $943,270.25 | $15,192.18 | 5/20/20 Docket No. 649 | $470,272.20[2] | $15,192.18 | $472,998.05[3] |

---

[1]   This amount includes the amount of the "Subject Fees" at issue in the *Response and Reservation of Rights* [D.I. 521] (the "**First Response**") filed by PNC Bank, National Association, in its capacities as first-out lender, letter of credit issuer, and administrative and collateral agent (the "**Agent**").  Pursuant to the Interim Compensation Order, Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**") seeks allowance and payment of this amount. To the extent that the Agent opposes the payment of this amount, Arnold & Porter respectfully requests that the Court consider and rule on the First Response and any other objection asserted by the Agent.

[2]   This amount is equal to 80% of the total amount of undisputed fees requested in Arnold & Porter's second monthly application less the amount of $355,430 with respect to "Subject Fees" at issue in the *Limited Objection and Reservation of Rights* [D.I. 633] (the "**Second Response**") filed by the Agent.  In accordance with the Interim Compensation Order, Arnold & Porter has contacted the Agent with respect to its Second Response in an effort to resolve the Second Response consensually.

[3]   This amount includes the "Subject Fees" amount of $355,430 at issue in the Second Response.  In the event a consensual resolution of the Second Response is reached, Arnold & Porter will file a response to that effect.

26390011.1

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO/COC Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 4/30/20 Docket No. 558 | 3/1/20-3/31/20 | $1,172,768.50 | $13,391.57 | 5/20/20 Docket No. 650 | $790,721.60[4] | $13,391.57 | $382,046.90[5] |
| | **TOTAL** | **$3,689,509.00** | **$102,450.65** | | **$2,519,770.00** | **$102,450.65** | **$1,169,739.00** |

---

Absent such consensual resolution, Arnold & Porter respectfully requests that the Court consider and rule on the Second Response and any other objection asserted by the Agent.

[4]   This amount is equal to 80% of the total amount of undisputed fees requested in Arnold & Porter's third monthly application less the amount of $184,366.50 with respect to "Subject Fees" at issue in the *Limited Objection and Reservation of Rights* [D.I. 639] (the "**Third Response**") filed by the Agent.  In accordance with the Interim Compensation Order, Arnold & Porter has contacted the Agent with respect to its Third Response in an effort to resolve the Third Response consensually.

[5]   This amount includes the "Subject Fees" amount of $184,366.50 at issue in the Third Response.  In the event a consensual resolution of the Third Response is reached, Arnold & Porter will file a response to that effect.  Absent such consensual resolution, Arnold & Porter respectfully requests that the Court consider and rule on the Third Response and any other objection asserted by the Agent.

26390011.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: June 23, 2020 at 11:00 a.m. (ET)**<br><br>**Objection Deadline: June 9, 2020 at 4:00 p.m. (ET)**<br><br>**Ref: Docket Nos. 372, 466, 551, 558** |

### SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF ARNOLD & PORTER KAYE SCHOLER LLP

Arnold & Porter Kaye Scholer LLP ("Arnold & Porter" or the "Firm"), counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *First Interim Fee Request of Arnold & Porter Kaye Scholer LLP*, filed concurrently herewith (the "First Interim Application"), for the period from January 5, 2020 through March 31, 2020 (the "Application Period") by attaching, as Exhibits A through C hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314).  The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

*Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Arnold & Porter respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, Arnold & Porter did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b. The fees sought by Arnold & Porter in the First Interim Application are more than the fees budgeted pursuant to the original budget provided by Arnold & Porter to the Debtors. The reasons for the variation from the fees budgeted for the period were discussed with the client.

c. The professionals included in the First Interim Application did not vary their hourly rated based on the geographic location of the bankruptcy case.

d. The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The time period covered by the First Interim Application includes approximately 101.8 hours, with a value of $69,567.00, spent by Arnold & Porter to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and UST Guidelines and do not disclose privileged or confidential information.

f. The First Interim Application did not include rate increases since Arnold & Porter's retention.

*[Signature Page Follows]*

-2-

Dated: May 20, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Betsy L. Feldman*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mbcleary@ycst.com
kenos@ycst.com
ejustison@ycst.com
bfeldman@ycst.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
D. Tyler Nurnberg (admitted *pro hac vice*)
Seth J. Kleinman (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
tyler.nurnberg@arnoldporter.com
seth.kleinman@arnoldporter.com
sarah.gryll@arnoldporter.com

*Co-Counsel to the Debtors and Debtors in Possession*

-3-

## EXHIBIT A

## CUSTOMARY AND COMPARABLE
## COMPENSATION DISCLOSURES

Arnold & Porter's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Arnold & Porter's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed in this fee application[1] | Billed by non-bankruptcy timekeepers during the previous 12 months[2] |
| Partner | $1,073.90 | $825.50 |
| Associate | $768.12 | $533.53 |
| Staff Attorney | $577.03 | $394.55 |
| Paraprofessional | $369.22 | $243.81 |
| **Total** | $874.42 | $606.04 |

The differences in the two categories above are attributable primarily to the Debtors' need for senior attorneys on these matters who have experience with the Debtors' business, who advised the Debtors prior to the filing of these cases, and who possess appropriate experience regarding the services provided by Arnold & Porter.

---

[1]    These blended hourly rates are for Arnold & Porter timekeepers who provided services during the Application Period.

[2]    Per the UST Guidelines, the applicable period for non-bankruptcy timekeepers is the previous rolling 12-month period. Blended rates reflect work performed during that period in each of the domestic offices (Chicago, New York, and Washington, D.C.) in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy and pro bono engagements and the other categories set forth in the UST Guidelines.

## <u>EXHIBIT B</u>

**BUDGET AND STAFFING PLAN**
**(For Matter Categories for the Period Beginning on**
**January 5, 2020 and Ending on March 31, 2020)**

| BUDGET | | | |
|---|---|---|---|
| Matter Number | Project Category Description | Hours Budgeted[1] | Total Compensation Budgeted[2] |
| 5 | Hearing | 60 | $58,715 |
| 6 | Employees/Labor/Pensions | 75 | $62,920 |
| 7 | Insurance and Surety Matters | 15 | $13,234 |
| 8 | A&P Retention & Fee Applications | 115 | $91,076 |
| 9 | Non-A&P Retention & Fee Applications | 100 | $91,930 |
| 10 | Executory Contracts and Unexpired Leases | 75 | $62,797 |
| 11 | Non-Working Travel[3] | 70 | $31,111 |
| 12 | First Days | 180 | $161,098 |
| 13 | Asset Sales and Dispositions | 100 | $96,368 |
| 14 | Business Operations and Vendor Issues | 250 | $217,789 |
| 15 | Utilities | 90 | $68,946 |
| 16 | U.S. Trustee Issues | 50 | $44,965 |
| 17 | Tax Issues | 40 | $42,167 |
| 18 | Reimbursable Expenses | N/A | $100,000 |
| 19 | Cash Collateral/Debt Finance Issues | 645 | $633,876 |
| 20 | Creditors' Committee Issues | 55 | $49,701 |
| 21 | Corporate and Securities Issues | 25 | $27,427 |
| 22 | Case Administration | 100 | $77,657 |
| 23 | Litigation/Discovery | 960 | $775,188 |
| 24 | Disclosure Statement, Plan | 125 | $114,517 |
| 25 | Governance Issues | 60 | $65,736 |
| 26 | SOFAs and Schedules | 30 | $25,557 |
| 27 | Cash Management | 25 | $22,370 |
| 28 | Automatic Stay Issues | 85 | $64,860 |
| Total | | **3,330** | **$3,000,000** |

---

[1]  Hours are rounded.
[2]  Amounts are rounded to the nearest dollar.
[3]  This category encompasses non-working travel time billed at a reduced rate per UST Guidelines.

5

| STAFFING PLAN | | |
|---|---|---|
| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matters During the Budget Period | Average Hourly Rate |
| Partner and Counsel | 9 | $1,082.18 |
| Associate | 8 | $777.10 |
| Staff Attorney | 10 | $538.58 |
| Legal Assistant | 1 | $405.00 |
| eData Assistant | 1 | $395.00 |
| Total Attorney | 27 | $881.82 |
| Total Non-Attorney | 2 | $401.00 |
| **Total** | **29** | **$900.90** |

## EXHIBIT C

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE
## FIRST INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Laurie Abramowitz | Partner | Tax | 1988 | $13,268.00 | 10.7 | $1,240.00 |
| Jeffrey Fuisz | Partner | Litigation | 1992 | $190,098.00 | 161.1 | $1,180.00 |
| Mark Kingsley | Partner | Corporate | 1992 | $104,194.00 | 88.3 | $1,180.00 |
| D. Tyler Nurnberg | Partner | Bankruptcy | 1994 | $787,652.25 | 691.1 | $1,155.00 |
| David J. Valeck | Partner | Corporate | 2011 | $25,190.00 | 22.9 | $1,100.00 |
| Alan Glantz | Partner | Corporate | 1999 | $11,664.00 | 10.8 | $1,080.00 |
| Seth J. Kleinman | Partner | Bankruptcy | 2011 | $522,300.00 | 537.6 | $1,000.00 |
| Aaron F. Miner | Partner | Litigation | 2008 | $212,157.00 | 214.3 | $990.00 |
| Kristen E. Ittig | Partner | Government Contracts | 1998 | $9,256.50 | 9.9 | $935.00 |
| Sarah Gryll | Associate | Bankruptcy | 2012 | $580,352.50 | 652.8 | $910.00 |
| Robert Franciscovich | Associate | Litigation | 2013 | $114,840.00 | 127.6 | $900.00 |
| Reuven Graber | Associate | Tax | 2012 | $4,505.00 | 5.3 | $850.00 |
| Danielle Rosato | Associate | Corporate | 2015 | $28,645.00 | 33.7 | $850.00 |
| Zachary Ainsztein | Associate | Corporate | 2016 | $12,143.50 | 14.9 | $815.00 |
| Gerardo Mijares-Shafai | Associate | Bankruptcy | 2016 | $136,512.50 | 167.5 | $815.00 |
| Ginger Clements | Associate | Bankruptcy | 2016 | $349,800.00 | 466.4 | $750.00 |

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Daniel Gilpin | Associate | Litigation | 2018 | $139,623.75 | 209.5 | $675.00 |
| Nathalie Collard-McCoy | Staff Attorney | Litigation | 2009 | $26,596.00 | 43.6 | $610.00 |
| Kathy Ng | Staff Attorney | Litigation | 2011 | $34,892.00 | 57.2 | $610.00 |
| Susan Rabinowitz | Staff Attorney | Litigation | 2002 | $8,418.00 | 13.8 | $610.00 |
| James Campbell | Staff Attorney | Litigation | 2006 | $9,089.00 | 14.9 | $610.00 |
| David J. Galvez | Staff Attorney | Litigation | 2000 | $9,638.00 | 15.8 | $610.00 |
| Lucas B. Barrett | Associate | Bankruptcy | 2019 | $204,144.50 | 349.6 | $595.00 |
| Kathleen E. Dallon | Associate | Litigation | 2019 | $10,769.50 | 18.1 | $595.00 |
| Hannah Henkel | Associate | Litigation | 2016 | $24,097.50 | 40.5 | $595.00 |
| Brian H. Kim | Associate | Corporate | 2019 | $11,067.00 | 18.6 | $595.00 |
| Rwanda N. Campbell | Staff Attorney | Litigation | 2013 | $9,973.50 | 18.3 | $545.00 |
| Anelia Dimitrova | Staff Attorney | Litigation | 2013 | $28,449.00 | 52.2 | $545.00 |
| Kevin M. Jordan | Staff Attorney | Litigation | 2009 | $9,810.00 | 18.0 | $545.00 |
| Josephine Qu | Staff Attorney | Litigation | 2017 | $17,440.00 | 32.0 | $545.00 |
| Yaru Shi | Staff Attorney | Litigation | 2010 | $11,608.50 | 21.3 | $545.00 |

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Christine L. Taylor | Staff Attorney | Litigation | 2004 | $4,251.00 | 7.8 | $545.00 |
| Kenneth J. Anderson | Paralegal | Litigation | N/A | $15,309.00 | 37.8 | $405.00 |
| Sina Rastin | eData Assistant | eData | N/A | $7,939.50 | 20.1 | $395.00 |
| Cassandra M. Urbany | Paralegal | Intellectual Property | N/A | $1,475.00 | 5.0 | $295.00 |
| Sofia Lazzaro | Paralegal | Litigation | N/A | $2,340.00 | 10.4 | $225.00 |
| TOTAL | | | | $3,689,509.00 | 4,219.4 | |

## **EXHIBIT D**

## **SUMMARY OF EXPENSE REIMBURSEMENT**

| Category | Amount |
|---|---|
| Air Delivery Services | $35.67 |
| Airfare/Train fare | $13,709.72 |
| Courier | $9.66 |
| CT Corporation/CSC Fees (Lien Search Fee Search Fees) | $21,369.78 |
| Depositions & Transcript | $4,499.14 |
| eData: Relativity Services | $3,883.60 |
| Filing Fees | $470.00 |
| Hotel | $15,220.31 |
| Lexis Computer Research | $7,671.20 |
| Local Meals | $765.76 |
| Local Transportation | $1,589.56 |
| Travel Agent Fees | $120.00 |
| Travel Expenses | $1,676.48 |
| Travel Meals | $1,312.97 |
| Westlaw Research | $30,116.80 |
| **TOTAL** | **$102,450.65** |

10

**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
| Name of Client | Debtors |
| Time period covered by First Interim Application | January 5, 2020 through March 31, 2020 |
| Total compensation sought during the Application Period | $3,689,509.00 |
| Total expenses sought during the Application Period | $102,450.65 |
| Petition Date | January 5, 2020 |
| Retention Date | January 5, 2020 |
| Date of order approving employment | February 21, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the First Interim Application for all attorneys | $883.35 |
| Blended rate in the First Interim Application for all timekeepers | $874.42 |
| Compensation sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $1,258,766.20[1] |

---

[1]  This amount includes 80% of fees under the *First Monthly Application of Arnold & Porter Kaye Scholer LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses As Counsel to the Debtors and Debtors in Possession for the Period from January 5, 2020 Through and Including January 31, 2020* [Docket No. 466] (the "First Monthly Fee Statement").  Concurrently herewith, Arnold & Porter filed certifications of counsel regarding undisputed amounts to be paid with respect to (i) the *Second Monthly Application of Arnold & Porter Kaye Scholer LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses As Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2020 Through and Including February 29, 2020* [Docket No. 551] (the "Second Monthly Fee Statement") and (ii) the *Third Monthly Application of Arnold & Porter Kaye Scholer LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses As Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2020 Through and Including March 31, 2020* [Docket No. 558] (the "Third Monthly Fee Statement").

11

| Expenses sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $73,866.90[2] |
|---|---|
| Number of professionals included in the First Interim Application | 36 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 7 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $2,900,000.00[3]<br>Amt. Sought: $3,689,509.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 10 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[2]    This amount includes 100% of expenses under the First Monthly Fee Statement.  Concurrently herewith, Arnold & Porter filed certifications of counsel regarding undisputed amounts to be paid with respect to (i) the Second Monthly Fee Statement and (ii) the Third Monthly Fee Statement.

[3]    Excludes $100,000 budgeted for reimbursable expenses.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-10010 (CSS) |
| BORDEN DAIRY COMPANY, *et al.*, |  |
|  | (Jointly Administered) |
| Debtors. |  |

**FIRST INTERIM FEE REQUEST OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Effective Date of Retention: | January 5, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | January 5, 2020 through March 31, 2020 |

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO/COC Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 3/5/20 Docket No. 380 | 1/5/20-1/31/20 | $393,414.00 | $14,636.56 | 3/26/20 Docket No. 458 | $314,731.20 | $14,636.56 | $78,682.80 |
| 3/6/20 Docket No. 385 | 2/1/20-2/29/20 | $237,117.50 | $6,191.77 | 4/1/20 Docket No. 484 | $189,694.00 | $6,191.77 | $47,423.50[1] |
| 4/17/20 Docket No. 530 | 3/1/20-3/31/20 | $249,346.50 | $6,000.85 | 5/13/20 Docket No. 611 | $199,477.20 | $6,000.85 | $49,869.30[2] |
| **TOTAL** | | **$879,878.00** | **$26,829.18** | | **$703,902.40** | **$26,829.18** | **$175,975.60** |

---

[1]   This amount includes the amount of the "Subject Fees" at issue in the *Response and Reservation of Rights* [D.I. 457] (the "**First Response**") filed by the Agent. Pursuant to the Interim Compensation Order, Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**") seeks allowance and payment of this amount. To the extent that the Agent opposes the payment of this amount, Young Conaway respectfully requests that the Court consider and rule on the First Response and any other objection asserted by the Agent.

[2]   This amount includes the amount of the "Subject Fees" at issue in the *Response and Reservation of Rights* [D.I. 573] (the "**Second Response**") filed by the Agent. Pursuant to the Interim Compensation Order, Young Conaway seeks allowance and payment of this amount. To the extent that the Agent opposes the payment of this amount, Young Conaway respectfully requests that the Court consider and rule on the Second Response and any other objection asserted by the Agent.

26390011.1

### SUPPLEMENT TO FIRST INTERIM FEE REQUEST OF
### YOUNG CONAWAY STARGATT & TAYLOR, LLP

Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**" or the "**Firm**"), counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby supplements the *First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* (the "**First Interim Application**") for the period from January 5, 2020 through March 31, 2020 (the "**Application Period**") by attaching, as Exhibits A through E hereto, certain schedules requested by the *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**").  In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a.    During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b.    The fees sought by Young Conaway in the First Interim Application are not more than the fees budgeted pursuant to the original budget provided by Young Conaway to the Debtors.

c.    The professionals included in the First Interim Application did not vary their hourly rates based on the geographic location of the bankruptcy case.

d.    The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e.    The time period covered by the First Interim Application includes approximately 2.10 hours, with a value of $1,974.00, spent by Young Conaway to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

the District of Delaware and do not disclose privileged or confidential information.

f.      The First Interim Application does not include any rate increases since the effective date of the Court's approval of Young Conaway's retention.

Dated:  May 20, 2020
        Wilmington, Delaware

Respectfully submitted,

*/s/ Betsy L. Feldman*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mbcleary@ycst.com
kenos@ycst.com
ejustison@ycst.com
bfeldman@ycst.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

2

## EXHIBIT A

### CUSTOMARY AND COMPARABLE
### COMPENSATION DISCLOSURES

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2019 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In comparable practice areas for preceding calendar year[1] | Billed Firm-wide for preceding calendar year[2] | Billed This Application |
| Partner | $782 | $670 | $830 |
| Counsel | $627 | $505 | N/A |
| Associate | $401 | $401 | $468 |
| Paralegal | $253 | $208 | $304 |
| **Aggregated:** | $542 | $497 | $622 |

---

[1] This column reflects the blended 2019 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

## EXHIBIT B

### SUMMARY OF TIMEKEEPERS INCLUDED IN THE
### FIRST INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 1987 | $102.50 | 0.10 | $1,025 |
| James P. Hughes | Partner | Business Planning | 1992 | $3,690.00 | 3.60 | $1,025 |
| Craig D. Grear | Partner | Business Planning | 1996 | $615.00 | 0.60 | $1,025 |
| M. Blake Cleary | Partner | Bankruptcy | 1997 | $344,134.00 | 366.10 | $940 |
| Matthew B. Lunn | Partner | Bankruptcy | 2001 | $3,895.50 | 4.90 | $795 |
| Kenneth J. Enos | Partner | Bankruptcy | 2004 | $206,430.00 | 294.90 | $700 |
| Michael S. Neiburg | Partner | Bankruptcy | 2009 | $11,475.00 | 17.00 | $675 |
| Ian J. Bambrick | Associate | Bankruptcy | 2010 | $122.00 | 0.20 | $610 |
| Travis G. Buchanan | Associate | Bankruptcy | 2011 | $6,664.00 | 11.20 | $595 |
| Allurie R. Kephart | Associate | Business Planning | 2012 | $406.00 | 0.70 | $580 |
| Elizabeth S. Justison | Associate | Bankruptcy | 2013 | $119,185.00 | 216.70 | $550 |
| Betsy L. Feldman | Associate | Bankruptcy | 2017 | $96,114.00 | 231.60 | $415 |
| Jacob D. Morton | Associate | Bankruptcy | 2019 | $29,137.50 | 77.70 | $375 |
| Brenda Walters | Paralegal | Bankruptcy | - | $53,863.00 | 176.60 | $305 |
| Michael Girello | Paralegal | Bankruptcy | - | $671.00 | 2.20 | $305 |
| Debbie Laskin | Paralegal | Bankruptcy | - | $1,006.50 | 3.30 | $305 |
| Troy Bollman | Paralegal | Bankruptcy | - | $442.50 | 1.50 | $295 |
| Beth Olivere | Paralegal | Bankruptcy | - | $1,858.50 | 6.30 | $295 |
| Patrick Foss | Paralegal | Litigation Support | - | $66.00 | 0.40 | $165 |
| | | **TOTAL** | | **$879,878.00** | **1,415.60** | |

**EXHIBIT C**

**BUDGET AND STAFFING PLAN**

| BUDGET | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 104.70 | $66,500.00 |
| Court Hearings (B002) | 299.00 | $190,000.00 |
| Cash Collateral/DIP Financing (B003) | 299.00 | $190,000.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 74.80 | $47,500.00 |
| Lease/Executory Contract Issues (B005) | 74.80 | $47,500.00 |
| Use, Sale or Lease of Property (363 issues) (B006) | 224.30 | $142,500.00 |
| Claims Analysis, Objections and Resolutions (B007) | 29.90 | $19,000.00 |
| Meetings (B008) | 29.90 | $19,000.00 |
| Stay Relief Matters (B009) | 0.00 | $0.00 |
| Reclamation Claims and Reclamation Adversaries (B010) | 0.00 | $0.00 |
| Other Adversary Proceedings (B011) | 29.90 | $19,000.00 |
| Plan and Disclosure Statement (B012) | 74.80 | $47,500.00 |
| Creditor Inquiries (B013) | 29.90 | $19,000.00 |
| General Corporate Matters (B014) | 29.90 | $19,000.00 |
| Employee Matters (B015) | 29.90 | $19,000.00 |
| Asset Analysis (B016) | 0.00 | $0.00 |
| Retention of Professionals/Fee Issues (B017) | 134.60 | $85,500.00 |
| Fee Application Preparation (B018) | 15.00 | $9,500.00 |
| Travel (B019) | 0.00 | $0.00 |
| Utility Services (B020) | 15.00 | $9,500.00 |
| **Total** | 1495.40 | $950,000.00 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 2 | $795.94 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | - | - |
| Associate (4-6 years since first admission) | 1 | $550.00 |
| Associate (less than 4 years since first admission) | 1 | $415.00 |
| Paralegal | 1 | $305.00 |

*POSITION OF PROFESSIONAL,*
*AREA OF LAW, YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE*

| PROFESSIONAL | POSITION OF PROFESSIONAL, AREA OF LAW, YEAR OBTAINING LICENSE TO PRACTICE, IF APPLICABLE |
|---|---|
| M. Blake Cleary | Bankruptcy Partner since 2005.  Joined firm as an associate in 1998.  Member of DE and PA Bars since 1997. |
| Kenneth J. Enos | Bankruptcy Partner since 2015.  Joined firm as an associate in 2004.  Member of DE Bar since 2004. |
| Elizabeth S. Justison | Joined firm as a Bankruptcy associate in 2013.  Member of DE Bar since 2013. |
| Betsy L. Feldman | Joined firm as a Bankruptcy associate in 2017.  Member of DE Bar since 2017 and NY Bar since 2019. |
| Jacob D. Morton | Joined firm as a Bankruptcy associate in 2019.  Member of DE Bar since 2019. |
| Brenda Walters | Bankruptcy Paralegal. |

## EXHIBIT D

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Case Administration | 128.70 | $56,851.00 |
| Court Hearings | 254.20 | $144,640.00 |
| Cash Collateral/DIP Financing | 272.60 | $201,577.00 |
| Schedules & Statements, U.S. Trustee Reports | 54.70 | $27,367.00 |
| Lease/Executory Contract Issues | 21.50 | $13,125.00 |
| Use, Sale or Lease of Property | 59.50 | $48,537.00 |
| Claims Analysis, Objections & Resolutions | 43.30 | $20,435.50 |
| Meetings | 84.50 | $65,244.00 |
| Stay Relief Matters | 31.60 | $13,868.00 |
| Reclamation Claims and Adversaries | 1.50 | $661.50 |
| Other Adversary Matters | 17.00 | $11,717.50 |
| Plan and Disclosure Statement | 98.00 | $82,187.00 |
| Creditor Inquiries | 4.70 | $2,072.50 |
| General Corporate Matters | 35.30 | $28,618.00 |
| Employee Matters | 63.40 | $43,814.00 |
| Retention of Professionals/Fee Issues | 208.70 | $101,664.00 |
| Fee Application Preparation | 5.30 | $2,984.00 |
| Travel | 3.90 | $3,066.00 |
| Utility Services | 27.20 | $11,449.00 |
| **Totals** | **1,415.60** | **$879,878.00** |

26507695.2

**SUMMARY OF EXPENSE REIMBURSEMENT**

| Category | Amount |
|---|---|
| Air/Rail Travel | $1,454.10 |
| Car/Bus/Subway Travel | $18.96 |
| Computerized Legal Research | $488.55 |
| Delivery/Courier | $275.00 |
| Deposition/Transcript | $756.90 |
| Docket Retrieval/Search | $251.70 |
| Extended Vendor Staffing | $364.50 |
| Federal Express | $380.94 |
| Filing Fee | $100.00 |
| Hotel/Lodging | $2,246.00 |
| Parking | $24.00 |
| Postage | $8.00 |
| Reproduction Charges | $11,247.30 |
| Staff Overtime | $368.32 |
| Teleconference/Video Conference | $80.65 |
| Working Meals | $8,764.26 |
| **TOTAL** | **$26,829.18** |

26507695.2

2

**EXHIBIT E**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by First Interim Application | January 5, 2020 through March 31, 2020 |
| Total compensation sought during the Application Period | $879,878.00 |
| Total expenses sought during the Application Period | $26,829.18 |
| Petition Date | January 5, 2020 |
| Retention Date | January 5, 2020 |
| Date of order approving employment | February 21, 2020 |
| Total compensation approved by interim order to date | $0 |
| Total expenses approved by interim order to date | $0 |
| Total allowed compensation paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Blended rate in the First Interim Application for all attorneys | $671 |
| Blended rate in the First Interim Application for all timekeepers | $622 |
| Compensation sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $703,902.40 |
| Expenses sought in the First Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $26,829.18 |
| Number of professionals included in the First Interim Application | 19 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | 13 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $950,000.00 Amt. Sought: $879,878.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12 |
| Are any rates higher than those approved or disclosed at retention? | No |

26507695.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

**FIRST INTERIM FEE REQUEST OF
DONLIN, RECANO & COMPANY, INC.**

Name of Applicant:                                        Donlin, Recano & Company, Inc.

Authorized to Provide Professional Services to:         Debtors and Debtors in Possession

Effective Date of Retention:                            January 5, 2020

Period for Which Compensation                           January 5, 2020 through March 31, 2020
and Reimbursement is Sought:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 3/9/20 Docket No. 389 | 1/5/20-1/31/20 | $17,739.00 | $0.00 | 4/1/20 Docket No. 488 | $14,191.20 | $0.00 | $3,547.80 |
| 3/12/20 Docket No. 404 | 2/1/20-2/29/20 | $50,776.00 | $0.00 | 5/13/20 Docket No. 614 | $40,620.80 | $0.00 | $10,155.20 |
| 4/16/20 Docket No. 525 | 3/1/20-3/31/20 | $22,516.50 | $0.00 | 5/13/20 Docket No. 616 | $18,013.20 | $0.00 | $4,503.30 |
| | **TOTAL** | **$91,031.50** | **$0.00** | | **$72,825.00** | **$0.00** | **$18,206.30** |

26390011.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BORDEN DAIRY COMPANY, *et al.*, | Case No. 20-10010 (CSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE REQUEST OF KPMG LLP**

Name of Applicant:    KPMG LLP

Authorized to Provide Professional Services to:    Debtors and Debtors in Possession

Effective Date of Retention:    February 11, 2020

Period for Which Compensation
and Reimbursement is Sought:    February 11, 2020 through March 31, 2020

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 4/30/20 Docket No. 557 | 2/11/20-3/31/20 | $176,874.80 | $0.00 | Objection Deadline 5/20/20 | $141,499.84[1] | $0.00[1] | $35,374.96[1] |
|  | **TOTAL** | **$176,874.80** | **$0.00** |  | **$141,499.84** | **$0.00** | **$35,374.96** |

---

[1]    Provided no objections are filed and pending the filing of a Certification of No Objection.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

## FIRST INTERIM FEE REQUEST OF PJT PARTNERS LP

Name of Applicant:                                                    PJT Partners LP

Authorized to Provide Professional Services to:          Debtors and Debtors in Possession

Effective Date of Retention:                                        January 27, 2020

Period for Which Compensation                                 January 27, 2020 through March 31, 2020
and Reimbursement is Sought:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 5/12/20 Docket No. 609 | 1/27/20-3/31/20 | $324,193.55 | $0.00 | Objection Deadline 6/1/20 | $259,354.84[1] | $0.00[1] | $64,838.71[1] |
| **TOTAL** | | **$324,193.55** | **$0.00** | | **$259,354.84** | **$0.00** | **$64,838.71** |

---

[1]      Provided no objections are filed and pending the filing of a Certification of No Objection.

26390011.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BORDEN DAIRY COMPANY, *et al.*, | Case No. 20-10010 (CSS) |
| Debtors. | (Jointly Administered) |

**FIRST INTERIM FEE REQUEST OF RSM US LLP**

Name of Applicant:                                                RSM US LLP

Authorized to Provide Professional Services to:        Debtors and Debtors in Possession

Effective Date of Retention:                                    January 5, 2020

Period for Which Compensation                            January 5, 2020 through March 31, 2020
and Reimbursement is Sought:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 5/20/20 Docket No. 641 | 1/5/20-3/31/20 | $127,251.00 | $489.89 | Objection Deadline 6/9/20 | $101,900.80[1] | $489.89[1] | $25,450.20[1] |
| | **TOTAL** | **$127,251.00** | **$489.89** | | **$101,900.80** | **$489.89** | **$25,450.20** |

---

[1]    Provided no objections are filed and pending the filing of a Certification of No Objection.

26390011.1