# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BORDEN DAIRY COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 564, 592, 597, 612, 671** |

## NOTICE OF RESCHEDULED (I) SALE HEARING, AND (II) DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE THAT** the Sale Hearing[2], currently scheduled for June 4, at 2:00 p.m. (ET), has been rescheduled to **June 8, 2020 at 2:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the *Debtors' Motion for Entry of an Order (i) Approving the Adequacy of Information in the Disclosure Statement, (ii) Approving the Solicitation, Voting and Notice Procedures, (iii) Approving the Forms of Ballots and Notices in Connection Therewith, (iv) Scheduling Certain Dates with Respect Thereto, and (v) Granting Related Relief* [D.I. 592], currently scheduled for June 4, at 2:00 p.m. (ET), has been rescheduled **to June 15, 2020 at 1:00 p.m. (ET).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Borden Dairy Company (1509); Borden Dairy Holdings, LLC (8504); National Dairy, LLC (9109); Borden Dairy Company of Alabama, LLC (5598); Borden Dairy Company of Cincinnati, LLC (1334); Borden Transport Company of Cincinnati, LLC (3462); Borden Dairy Company of Florida, LLC (5168); Borden Dairy Company of Kentucky, LLC (7392); Borden Dairy Company of Louisiana, LLC (4109); Borden Dairy Company of Madisonville, LLC (7310); Borden Dairy Company of Ohio, LLC (2720); Borden Transport Company of Ohio, LLC (7837); Borden Dairy Company of South Carolina, LLC (0963); Borden Dairy Company of Texas, LLC (5060); Claims Adjusting Services, LLC (9109); Georgia Soft Serve Delights, LLC (9109); NDH Transport, LLC (7480); and RGC, LLC (0314). The location of the Debtors' service address is: 8750 North Central Expressway, Suite 400, Dallas, TX 75231.

[2] As defined in the *Order (i) Approving Bidding Procedures In Connection With the Sale of Substantially All of the Debtors' Assets; (ii) Scheduling An Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (iii) Approving Notice of the Respective Date, Time, and Place for the Auction and for Hearing On Approval of Sale; (iv) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (v) Approving Form and Manner of Notice Thereof; and (vi) Granting Related Relief* [D.I. 671].

26545863.2

Dated: May 22, 2020
       Wilmington, Delaware

Respectfully submitted,

 */s/ Kenneth J. Enos*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
M. Blake Cleary (No. 3614)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
mbcleary@ycst.com
kenos@ycst.com
ejustison@ycst.com
bfeldman@ycst.com

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
D. Tyler Nurnberg (admitted *pro hac vice*)
Seth J. Kleinman (admitted *pro hac vice*)
Sarah Gryll (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
tyler.nurnberg@arnoldporter.com
seth.kleinman@arnoldporter.com
sarah.gryll@arnoldporter.com

*Co-Counsel to the Debtors and Debtors in Possession*

26545863.2