**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BDC Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 10, 2020 AT 11:00 A.M. (ET)**

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN CANCELLED, AS NO MATTERS ARE GOING FORWARD**

**RESOLVED MATTERS:**

1. Motion of Irma Marquez, Jessica Ann Marquez, and Victoria Aguilera for Relief from the Automatic Stay Under 11 U.S.C. §362 [D.I. 908, 6/25/20]

    Response Deadline:                 August 3, 2020 at 4:00 p.m. (ET)

    Response Received:                 None

    Related Documents:

    A.    Notice of Hearing [D.I. 954, 7/10/20]

    B.    Order Limiting Notice [D.I. 977, 7/17/20]\

    C.    Certification of Counsel [1019, 8/3/20]

    D.    Order [D.I. 1020, 8/4/20]

    Status:    An order has been entered.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BDC Inc. (1509); BDC Holdings, LLC (8504); ND, LLC (9109); BDC of Alabama, LLC (5598); BDC of Cincinnati, LLC (1334); BTC of Cincinnati, LLC (3462); BDC of Florida, LLC (5168); BDC of Kentucky, LLC (7392); BDC of Louisiana, LLC (4109); BDC of Madisonville, LLC (7310); BDC of Ohio, LLC (2720); BTC of Ohio, LLC (7837); BDC of South Carolina, LLC (0963); BDC of Texas, LLC (5060); CAS, LLC (9109); GSSD, LLC (9109); NDHT, LLC (7480); and BDC of Madisonville Sub, LLC (0314). The location of the Debtors' service address is: 2807 Allen Street, Box 833, Dallas, TX 75204-4062.

26836872.1

2.     Debtors' Motion to Authorize Change of Corporate Names and Case Caption [D.I. 1005, 7/2720]

    <u>Response Deadline</u>:    August 3, 2020 at 4:00 p.m. (ET)

    <u>Response Received</u>:    None

    <u>Related Documents</u>:

    A.    Certificate of No Objection [D.I. 1021, 8/4/20]

    B.    Order [D.I. 1024, 8/5/20]

    <u>Status</u>:    An order has been entered.

3.     Debtors' Motion for Entry of an Order (I) Establishing a Deadline for Filing Requests for Allowance of Administrative Expense Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [D.I. 1006, 7/27/20]

    <u>Response Deadline</u>:    August 3, 2020 at 4:00 p.m. (ET)

    <u>Response Received</u>:

    A.    Informal comments from the Official Committee of Unsecured Creditors

    <u>Related Documents</u>:

    B.    Certification of Counsel [D.I. 1022, 8/4/20]

    C.    Order [D.I. 1025, 8/5/20]

    <u>Status</u>:    An order has been entered.

Dated: August 6, 2020    YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

    */s/ Betsy L. Feldman*
    M. Blake Cleary (No. 3614)
    Kenneth J. Enos (No. 4544)
    Betsy L. Feldman (No. 6410)
    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1256
    mbcleary@ycst.com
    kenos@ycst.com
    bfeldman@ycst.com

    -and-

ARNOLD & PORTER KAYE SCHOLER LLP
D. Tyler Nurnberg (admitted pro hac vice)
Seth J. Kleinman (admitted pro hac vice)
Sarah Gryll (admitted pro hac vice)
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
tyler.nurnberg@arnoldporter.com
seth.kleinman@arnoldporter.com
sarah.gryll@arnoldporter.com

*Co-Counsel to the Debtors and Debtors in Possession*

26836872.1