**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BDC Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10010 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING SECOND
AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN
OF LIQUIDATION OF BORDEN DAIRY COMPANY
AND ITS AFFILIATED DEBTORS; AND (II) EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on December 15, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 1331] (the "**Confirmation Order**") confirming the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of Borden Dairy Company and Its Affiliated Debtors*, dated as of December 11, 2020, a copy of which was attached to the Confirmation Order (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on January 7, 2021.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Confirmation Order, unless required to be filed by an earlier date by another order of the Bankruptcy Court, any Holder of an Administrative Claim arising on or after August 6, 2020, other than a Professional Fee Claim or a claim for U.S. Trustee Fees, shall File with the Claims Agent and serve on the Wind-Down Administrator, such Administrative Claim, in writing, together with supporting documents, substantially complying with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, so as to be received by 5:00 p.m. (prevailing Eastern Time) on February 8, 2021. Such request must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Claim; (ii) the name of the Holder of the Administrative Claim; (iii) the amount of the Administrative Claim; (iv) the basis of the Administrative Claim; and (v) all supporting documentation for the Administrative Claim. Any Administrative Claim that is not timely filed as set forth above will be forever barred, and Holders of such Administrative Claims will not be able to assert such Claims in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BDC Inc. (1509); BDC Holdings, LLC (8504); ND, LLC (9109); BDC of Alabama, LLC (5598); BDC of Cincinnati, LLC (1334); BTC of Cincinnati, LLC (3462); BDC of Florida, LLC (5168); BDC of Kentucky, LLC (7392); BDC of Louisiana, LLC (4109); BDC of Madisonville, LLC (7310); BDC of Ohio, LLC (2720); BTC of Ohio, LLC (7837); BDC of South Carolina, LLC (0963); BDC of Texas, LLC (5060); CAS, LLC (9109); GSSD, LLC (9109); NDHT, LLC (7480); and BDC of Madisonville Sub, LLC (0314). The location of the Debtors' service address is: 2807 Allen Street, Box 833, Dallas, TX 75204-4062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

27509450.1

any manner against the Debtors, the Post-Effective Date Debtors, or the Wind-Down Administrator or their respective successors or assigns or their respective property.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Confirmation Order, unless required to be filed by an earlier date by another order of the Bankruptcy Court, all final requests for Professional Fee Claims must be filed with the Bankruptcy Court and served on (i) the Wind-Down Administrator and his counsel, and (ii) the U.S. Trustee so as to be received by 5:00 p.m. (prevailing Eastern Time) on February 22, 2021. After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior orders of the Bankruptcy Court in the Chapter 11 Cases, the Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims. Any request for payment of a Professional Fee Claim that is not timely filed as set forth above will be forever barred, and holders of such Professional Fee Claims will not be able to assert such Claims in any manner against the Debtors, the Post-Effective Date Debtors, the Wind-Down Administrator, or their respective successors or assigns or their respective property.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available free of charge by visiting the website maintained by Donlin, Recano & Company, Inc. at https://www.donlinrecano.com/Clients/bdc/Index, or by accessing the Bankruptcy Court's website for a fee at www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

Dated: January 8, 2021
       Wilmington, Delaware

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
|---|---|
| */s/ Kenneth J. Enos* | D. Tyler Nurnberg (admitted pro hac vice) |
| M. Blake Cleary (No. 3614) | Seth J. Kleinman (admitted pro hac vice) |
| Kenneth J. Enos (No. 4544) | Sarah Gryll (admitted pro hac vice) |
| Betsy L. Feldman (No. 6410) | 70 West Madison Street, Suite 4200 |
| Rodney Square | Chicago, Illinois 60602-4231 |
| 1000 North King Street | Telephone: (312) 583-2300 |
| Wilmington, Delaware 19801 | Facsimile: (312) 583-2360 |
| Telephone: (302) 571-6600 | tyler.nurnberg@arnoldporter.com |
| Facsimile: (302) 571-1256 | seth.kleinman@arnoldporter.com |
| mbcleary@ycst.com | sarah.gryll@arnoldporter.com |
| kenos@ycst.com | |
| bfeldman@ycst.com | |

Co-Counsel to the Debtors and Debtors in Possession

27509450.1